TABLE II-continued

TABLE II-continued

TABLE II-continued

PFC01604419

TABLE II-continued

TABLE II-continued

Assays for Determining Biological Activity

The compound of Formula I can be tested using the following assays to determine their cyclooxygenase-2 inhibiting activity.

Inhibition of Cyclooxygenase Activity

Compounds were tested as inhibitors of cyclooxygenase activity in whole cell and microsomal cyclooxygenase assays. Both of these assays measured prostaglandin $E_2$ ($PGE_2$) synthesis in response to arachidonic acid, using a radioimmunoassay. Cells used for whole cell assays, and from which microsomes were prepared for microsomal assays, were human osteosarcoma 143 cells (which specifically express cyclooxygenase-2) and human U-937 cells (which specifically express cyclooxygenase-1 ). In these assays, 100% activity is defined as the difference between prostaglandin $E_2$ synthesis in the absence and presence of arachidonic addition. $IC_{50}$ values represent the concentration of putative inhibitor required to return $PGE_2$ synthesis to 50% of that obtained as compared to the uninhibited control. Representative results are shown in Table III.

Representative Rat Paw Edema Assay — Protocol

Male Sprague-Dawley rats (150–200g) were fasted overnight and were given to either vehicle (5% tween 80 or 1% methocel) or a test compound at 9–10 am. One hr later, a line was drawn using a permanent marker at the level above the ankle in one hind paw to define the area of the paw to be monitored. The paw volume ($V_{Oh}$) was measured using a plethysmometer (Ugo-Basile, Italy) based on the principle of water displacement. The animals were then injected subplantarly with 50 ul of a 1% carrageenan solution in saline (FMC Corp, Maine) into the paw using an insulin syringe with a 25-gauge needle (i.e. 500 ug carrageenan per paw). Three hr later, the paw volume ($V_{3h}$) was measured and the increases in paw volume ($V_{3h}$–$V_{Oh}$) were calculated. The animals were euthanized by $CO_2$ asphyxiation and the absence or presence of stomach lesions scored. Stomach scores were expressed as the sum of total lesions in mm. Paw edema data were compared with the vehicle-control group and percent inhibition calculated taking the values in the control group as 100%. Since a maximum of 60–70% inhibition (paw edema) was obtained with standard NSAIDs, $ED_{30}$ values were used for comparison. All treatment groups were coded to eliminate observer bias. With this protocol, the $ED_{30}$ for Indomethacin is 1.0 mg/kg. Representative results are shown in Table IV.

TABLE III*

| Ex- | Whole Cells | | | Microsomes | | |
|-----|-------------|---|---|------------|---|---|
| am-ple | Conc. (nM) | COX-2 % inhib. | COX-1 % inhib. | Conc. (nM) | COX-2 % inhib. | COX-1 % inhib. |
| 1 | 100 | 96 | 12 | 100 | 53 | 8 |
| 2 | 10 | 69 | 0 | 10 | 49 | 25 |
| 3 | 10 | 42 | | 10 | 33 | 19 |
| 3 | 100 | 100 | | 100 | 76 | 12 |
| 4 | | | | 10 | 47 | 2 |
| 5 | 10 | 0 | 0 | 10 | 43 | 31 |

## TABLE III*-continued

| Ex-ample | Whole Cells | | | Microsomes | | |
|---|---|---|---|---|---|---|
| | Conc. (nM) | COX-2 % inhib. | COX-1 % inhib. | Conc. (nM) | COX-2 % inhib. | COX-1 % inhib. |
| 6 | 100 | 78 | | 100 | 19 | 16 |
| 7 | 100 | 74 | 0 | 1000 | 58 | 16 |
| 8 | 10 | 41 | | | | |
| 8 | 100 | 89 | | | | |
| 9 | 100 | 83 | | 100 | 37 | 9 |
| 10 | 100 | 95 | | 100 | 71 | 12 |
| 11 | 100 | 39 | | 100 | 46 | 7 |
| 12 | 100 | 54 | | | | |
| 13 | 10 | 41 | | 10 | 52 | 7 |
| 13 | 100 | 84 | | 10 | 58 | 10 |
| 14 | 10 | 73 | | 10 | 45 | 29 |
| 14 | 100 | 89 | | 100 | 63 | 0 |
| 14 | 1000 | 101 | | 1000 | 69 | 0 |
| 15 | 20 | 39 | | | | |
| 15 | 80 | 76 | | | | |
| 15 | 160 | 95 | | | | |
| 16 | 20 | 41 | | | | |
| 16 | 40 | 50 | | | | |
| 16 | 160 | 85 | | | | |
| 17 | 40 | 41 | | | | |
| 17 | 160 | 77 | | | | |
| 18 | 40 | 24 | | | | |
| 18 | 160 | 58 | | | | |
| 19 | 40 | 21 | | | | |
| 19 | 160 | 59 | | | | |
| 20 | 10 | 70 | | | | |
| 20 | 40 | 91 | | | | |
| 21 | 10 | 50 | | | | |
| 21 | 40 | 94 | | | | |
| 22 | 20 | 39 | | | | |
| 22 | 160 | 98 | | | | |
| 23 | 20 | 50 | | | | |
| 23 | 160 | 88 | | | | |
| 24 | 40 | 43 | | | | |
| 24 | 160 | 78 | | | | |
| 25 | 160 | 40 | | | | |
| 26 | 80 | 27 | | | | |
| 26 | 160 | 39 | | | | |
| 27 | 20 | 38 | | | | |
| 27 | 160 | 97 | | | | |
| 28 | 20 | 48 | | | | |
| 28 | 160 | 69 | | | | |
| 29 | 20 | 78 | | | | |
| 29 | 160 | 85 | | | | |
| 30 | 160 | 30 | | | | |
| 31 | 20 | 49 | | | | |
| 31 | 160 | 87 | | | | |
| 32 | 5 | 43 | | | | |
| 32 | 10 | 73 | | | | |
| 32 | 40 | 92 | | | | |
| 32 | 80 | 99 | | | | |
| 33 | 160 | 6 | | | | |
| 34 | 10 | 30 | | | | |
| 34 | 40 | 80 | | | | |
| 34 | 160 | 102 | | | | |
| 35 | 20 | 32 | | | | |
| 35 | 40 | 57 | | | | |
| 35 | 160 | 83 | | | | |
| 36 | 10 | 11 | | | | |
| 36 | 40 | 50 | | | | |
| 36 | 160 | 89 | | | | |
| 37 | 10 | 53 | | | | |
| 37 | 40 | 82 | | | | |
| 37 | 160 | 93 | | | | |
| 38 | 10 | 25 | | | | |
| 38 | 40 | 63 | | | | |
| 38 | 160 | 88 | | | | |
| 39 | 10 | 17 | | | | |
| 39 | 160 | 84 | | | | |
| 40 | 10 | 43 | | | | |
| 40 | 40 | 72 | | | | |
| 40 | 160 | 96 | | | | |
| 41 | | | | | | |

## TABLE III*-continued

| Ex-ample | Whole Cells | | | Microsomes | | |
|---|---|---|---|---|---|---|
| | Conc. (nM) | COX-2 % inhib. | COX-1 % inhib. | Conc. (nM) | COX-2 % inhib. | COX-1 % inhib. |
| 41 | | | | | | |
| 42 | 20 | 10 | | | | |
| 42 | 160 | 44 | | | | |
| 43 | 10 | 78 | | | | |
| 43 | 40 | 101 | | | | |
| 44 | 20 | 14 | | | | |
| 44 | 40 | 55 | | | | |
| 44 | 160 | 106 | | | | |
| 45 | 10 | 16 | | | | |
| 45 | 40 | 61 | | | | |
| 45 | 160 | 101 | | | | |
| 46 | 10 | 76 | | | | |
| 46 | 40 | 94 | | | | |
| 46 | 160 | 97 | | | | |
| 47 | 10 | 61 | | | | |
| 47 | 40 | 74 | | | | |
| 47 | 160 | 101 | | | | |
| 48 | 10 | 7 | | | | |
| 48 | 160 | 47 | | | | |
| 49 | 10 | 53 | | | | |
| 49 | 40 | 91 | | | | |
| 49 | 80 | 99 | | | | |
| 50 | 80 | 42 | | | | |
| 51 | 5 | 49 | | | | |
| 51 | 20 | 95 | | | | |
| 51 | 40 | 102 | | | | |
| 52 | 10 | 50 | | | | |
| 52 | 40 | 82 | | | | |
| 52 | 160 | 102 | | | | |
| 53 | 10 | 54 | | | | |
| 53 | 40 | 96 | | | | |
| 53 | 160 | 102 | | | | |
| 54 | 10 | 81 | | | | |
| 54 | 80 | 91 | | | | |
| 54 | 160 | 99 | | | | |
| 55 | 10 | 48 | | | | |
| 55 | 80 | 59 | | | | |
| 55 | 160 | 65 | | | | |

*In the whole cell assay Ibuprofen has an IC50 for COX-1 of 1000 nM, and an IC50 for COX-2 of 3000 nM. Similarly, Indomethacin has an IC50 for COX-1 of 100 nM, and an IC50 for COX-2 of 10 nM.

## TABLE IV

| ED30(mg/kg) | STRUCTURE |
|---|---|
| ~3.00 | thiophene ring substituted with 4-(SO₂Me)phenyl and 4-fluorophenyl groups (SO2Me, F) |
| >10.00 | thiophene ring substituted with 4-(SO₂Me)phenyl and 4-fluorophenyl groups (SO2Me, F) |

49

TABLE IV-continued

| ED30(mg/kg) | STRUCTURE |
|---|---|
| 1.40 | SO₂NH₂ / S / F structure |
| 2.80 (in 1% methocel) 0.72 | SO₂Me structure |
| 0.43 | SO₂Me structure |
| ~3.00 | SO₂NH₂ / HO / S / F structure |
| >3.00 3.00 | SO₂NH₂ / S / F structure |
| 1.10 | SO₂Me / N S / F structure |

50

TABLE IV-continued

| ED30(mg/kg) | STRUCTURE |
|---|---|
| >0.30 | F / S / SO₂NH₂ structure |
| 0.42 | SO₂Me structure |
| 0.034 | SO₂NH₂ structure |
| 2.03 | SO₂Me / F structure |
| 1.49 | SO₂Me / F F structure |
| 0.35 | SO₂Me / F F structure |

5

10

15

20

25

30

35

40

45

50

55

60

65

| TABLE IV-continued | | TABLE IV-continued | |
|---|---|---|---|
| ED30(mg/kg) | STRUCTURE | ED30(mg/kg) | STRUCTURE |
| 0.33 | | −1.00 | |
| 0.90 | | 1.85 | |
| 0.38 | | 0.22 0.23 | |
| 0.88 | | 0.43 | |
| 0.47 | | 2.17 | |
| 0.71 | | 0.81 | |

PFC01604424

| TABLE IV-continued | | TABLE IV-continued | |
|---|---|---|---|
| ED30(mg/kg) | STRUCTURE | ED30(mg/kg) | STRUCTURE |
| 0.68 | | 0.48 | |
| 0.16 | | 0.46 | |
| ~1.00 | | 0.26 | |
| 0.33 | | 0.55 | |
| 0.46 | | 0.25 | |
| 0.76 | | | |

PFC01604425

## 55

### TABLE IV-continued

| ED30(mg/kg) | STRUCTURE |
|---|---|
| 0.1–3 | |
| ~0.10 | |
| 0.13 | |
| 0.07 | |

The invention will now be illustrated by the following non-limiting examples in which, unless stated otherwise:

(i) all operations were carried out at room or ambient temperature, that is, at a temperature in the range 18°–25° C.; evaporation of solvent was carded out using a rotary evaporator under reduced pressure (600–4000 pascals: 4.5–30 mm. Hg) with a bath temperature of up to 60° C.; the course of reactions was followed by thin layer chromatography (TLC) and reaction times are given for illustration only; melting points are uncorrected and 'd' indicates decomposition; the melting points given are those obtained for the materials prepared as described; polymorphism may result in isolation of materials with different melting points in some preparations; the structure and purity of all final products were assured by at least one of the following techniques: TLC, mass spectrometry, nuclear magnetic resonance (NMR) spectrometry or microanalytical data; yields are given for illustration only; when given, NMR data is in the form of delta (δ) values for major diagnostic protons, given in per million (ppm) relative to tetramethylsilane

## 56

(TMS) as internal standard, determined at 300 MHz or 400 MHz using the indicated solvent; conventional abbreviations used for signal shape are: s. singlet; d. doublet; t. triplet; m. multipler; br. broad; etc.; in addition "Ar" signifies an aromatic signal; chemical symbols have their usual meanings; the following abbreviations have also been used v (volume), w (weight), b.p. (boiling point), m.p. (melting point), L (liter(s)), mL (milliliters), g (gram(s)), mg (milligrams(s)), mol (moles), mmol (millimoles), eq (equivalent(s)).

The following abbreviations have the indicated meanings:

Ac=acetyl
Bn=benzyl
DBU=1,8-diazabicyclo[5.4.0undec-7-ene
DIBAL=diisobutylaluminum hydride
DMAP=4-(dimethylamino)pyridine
DMF=N,N-dimethylformamide
Et₃N=triethylamine
LDA=lithium diisopropylamide
m-CPBA=metachloroperbenzoic acid
MMPP=monoperoxyphthalic acid
MPPM=monoperoxyphthalic acid, magnesium salt 6H$_2$O
MS methanesulfonyl=mesyl=SO$_2$Me
MsO=methanesulfonate=mesylate
NSAID=non-steroidal anti-inflammatory drug
OXONE®=2KHSO$_5$·KHSO$_4$·K$_2$SO$_4$
PCC=pyridinium chlorochromate
PDC=pyridinium dichromate
Ph=phenyl
Phe=benzenediyl
Pye=pyridinediyl
r.t.=room temperature
rac.=racemic
SAM=aminosulfonyl or sulfonamide or SO$_2$NH$_2$
TBAF=tetra-n-butylammonium fluoride
Th=2- or 3-thienyl
TFAA=trifluoroacetic acid anhydride
THF=tetrahydrofuran
Thi=thiophenediyl
TLC=thin layer chromatography
TMS-CN=trimethylsilyl cyanide
Tz=1H (or 2H)-tetrazol-5-yl
C₃H₅=allyl

### Alkyl Group Abbreviations

Me=methyl
Et=ethyl
n-Pr=normal propyl
i-Pr=isopropyl
n-Bu=normal butyl
i-Bu=isobutyl
s-Bu=secondary butyl
t-Bu=tertiary butyl
c-Pr=cyclopropyl
c-Bu=cyclobutyl
c-Pen=cyclopentyl
c-Hex=cyclohexyl

PFC01604426

## EXAMPLE 1

### 3-(4-Aminosulfonyl)phenyl)-2-(4-fluorophenyl)-5-(2-hydroxy-2-propyl)thiophene

Step 1: 1-(4-Fluorophenyl)-2-(4-(methylthio)phenyl)ethanone

To 4-fluorobenzaldehyde (5.40 g) in 1,2-dichloroethane (43.50 mL) were added TMS-CN (4.32 g) and ZnI2 (44 mg). After 0.5 h at r.t., the solvent was removed in vacuo. To the resulting TMS cyanohydrin (9.20 g) in THF (42.0 mL) at −78° C. was added dropwise a solution of LDA 0.51M in THF (88.9 mL). After a period of 0.5 h, a THF solution (30.0 mL) of 4-(chloromethyl)thioanisole (9.93 g) was added dropwise over 0.5 h. After 18 h at +5° C., the resulting mixture was treated with TBAF (57.5 mL) followed by a 25% aqueous solution of NH4OAc (100 mL) and extracted with EtOAc (2×150 mL). After evaporation, a 10:1 mixture of Et2O and hexane (200 mL) was added to the crude ketone. After stirring for 10 h and filtration, the title product was obtained as a solid by filtration (2.40 g).

$^1$H NMR (CD3COCD3): δ2.45 (3H, s), 4.34 (2H, s), 7.19–7.29 (6H, m), 8.14 (2H, q).

Step 2: Cis,trans-3-chloro-3-(4-fluorophenyl)-2-(4-(methylthio)phenyl)propenal

To a solution of 1-(4-fluorophenyl)-2-(4-(methylthio)phenyl) ethanone (2.50 g) in 1,2-dichloroethane (27.0 mL) were introduced the Vilsmeier reagent (Aldrich catalog, 1992–1993) 3.3M (11.6 mL) and DMAP (1.17 g). After a period of 4 h at 80° C., the reaction mixture was extracted with EtOAc and 25% aqueous solution of NH4OAc. After evaporation in vacuo and drying for a few hours, the title product was used as such for the next step.

$^1$H NMR (CD3COCD3): δ2.40 and 2.48 (3H, 2s), 6.90–7.80 (8H, m), 9.55

Step 3: 5-(4-Fluorophenyl)-4-(4-(methylthio)phenyl)thiophene-2-carboxylic acid methyl ester

To a solution of cis,trans 3-chloro-3-(4-fluorophenyl)-2-(4-(methylthio)phenyl)propenal (3.00 g) in pyridine (12.0 mL) were added methyl thioglycolate (1.16 mL) and Et3N (4.09 mL). The resulting mixture was then heated at 80° C. for 2 h. After extraction with EtOAc and washing with 3N HCl, the title product was purified by flash chromatography (30% EtOAc in hexane) (2.00 g).

$^1$H NMR (CD3COCD3): δ2.48 (3H, s), 3.88 (3H, s), 7.11 (2H, t), 7.21 (4H, s), 7.37 (2H, q), 7.80 (1H, s).

Step 4: 5-(4-Fluorophenyl)-4-(4-(methylsulfinyl)phenyl)thiophene-2-carboxylic acid methyl ester

To a solution of 5-(4-fluorophenyl)-4-(4-(methylthio)phenyl)-thiophene-2-carboxylic acid methyl ester (5.60 g) in CH2Cl2 (84.0 mL) at 0° C. was added portionwise m-CPBA 50 to 60% (5.39 g). After TLC showed completion (50% EtOAc in hexane), the reaction mixture was extracted with saturated NaHCO3, dried over Na2SO4 filtered and evaporated to dryness to provide the title compound as a white foam (5.00 g).

$^1$H NMR (CD3COCD3): δ2.75 (3H, s), 3.92 (3H, s), 7.15 (2H, t), 7.40 (2H, q), 7.52 (2H, d), 7.66 (2H, d), 7.90 (1H, s).

Step 5: 4-(4-(Aminosulfonyl)phenyl)-5-(4-fluorophenyl)thiophene-2-carboxylic acid methyl ester

5-(4-Fluorophenyl)-4-(4-(methylsulfinyl)phenyl)thiophene-2-carboxylic acid methyl ester (0.500 g) was dissolved in TFAA (10.0 mL) and refluxed for 0.5 h. The solvent was then removed in vacuo and the resulting residue was co-evaporated 10 times with a Et3N-MeOH solution (1:1) (100.0 mL) to provide a viscous oil after pumping for

a few hours. The oil was dissolved in HOAc (10.0 mL) and treated at +10° C. with Cl2 in HOAc (1.9M) (3.5 mL). After 20 min., the solvent was removed under reduced pressure and after pumping, THF (20.0 mL) was added to the resulting mass of product. After bubbling NH3 through for a few minutes at 0° C., the reaction mixture was stirred for 0.5 h at r.t. After extraction with EtOAc −25% NH4OAc solution and flash chromatography (30 to 40% EtOAc in hexane), the title product was obtained as a white solid (0.210 g).

$^1$H NMR (CD3COCD3): δ3.90 (3H, s), 6.55 (2H, bs), 7.13 (2H, t), 7.40 (2H, q), 7.46 (2H, d), 7.83 (2H, d), 7.90 (1H, s).

Step 6: 3-(4-(Aminosulfonyl)phenyl)-2-(4-fluorophenyl)-5-(2-hydroxy-2-propyl)thiophene

To 4-(4-(aminosulfonyl)phenyl)-5-(4-fluorophenyl)thiophene-2-carboxylic acid methyl ester (0.460 g) in THF (5.70 mL) at 0° C. was added MeMgBr (1.4M) in toluene-THF solution (5.00 mL). The mixture was then stirred at r.t. for a few hours. The reaction was quenched by the addition of 25% NH4OAc solution, extracted with EtOAc and dried over with Na2SO4. The title compound was purified by flash chromatography (40 to 50% EtOAc in hexane) (0.300 g).

$^1$H NMR (CD3COCD3): δ1.65 (6H, s), 4.52 (1H, s), 6.55 (2H, bs), 7.09 (3H, m), 7.34 (2H, dd), 7.30 (2H, m), 7.43 (2H, d), 7.82 (2H, d). Anal. calcd. for C19H18FNO3S2: C, 58.31; H, 4.60; N, 3.58. Found: C, 57.94; H, 4.66; N, 3.44

## EXAMPLE 2

### 3-(4-(Aminosulfonyl)phenyl)-2-(4-fluorophenyl)thiophene

Step 1: 4-(4-(Aminosulfonyl)phenyl)-5-(4-fluorophenyl)thiophene-2-carboxylic acid

To a solution of 4-(4-(aminosulfonyl)phenyl)-5-(4-fluorophenyl)thiophene-2-carboxylic acid methyl ester (Example 1, Step 5) (0.210 g) in THF (2.0 mL) was added MeOH (1.0 mL), NaOH 1N (1.0 mL) and a few drops of NaOH 10N. The resulting mixture was heated at 45° C. for 2 h and the reaction was then partitioned between EtOAc and HCl (3N) to provide the title product as a white solid (0.200 g).

$^1$H NMR (CD3COCD3) δ6.60 (2H, s), 7.15 (2H, t), 7.35 (2H, q), 7.45 (2H, d), 7.82 (2H, d), 7.87 (1H, s).

Step 2: 3-(4-(Aminosulfonyl)phenyl)-2-(4-fluorophenyl)thiophene

To a solution of 3-(4-(aminosulfonyl)phenyl)-2-(4-fluorophenyl)thiophene-2-carboxylic acid (0.280 g) in quinoline (4.0 mL) was added Cu bronze (0.300 g). After 0.5 h at 180° C. under nitrogen, the reaction mixture was extracted with EtOAc and HCl 3N, dried over Na2SO4 and purified by flash chromatography (30% EtOAc in hexane) to give the title compound as a white solid (0.180 g).

$^1$H NMR (CD3COCD3): a 6.60 (2H, bs), 7.15 (2H, t), 7.29 (1H, d), 7.35 (2H, d), 7.45 (2H, d), 7.60 (1H, d), 7.83 (2H, d).

Anal. calcd for C16H12FNO2S2: C, 57.65; H, 3.60; N, 4.20.

Found: C, 57.62; H, 3.59; N, 4.15.

PFC01604427

## EXAMPLE 3

3-(4-(Aminosulfonyl)phenyl)-2-(4-fluorophenyl)-5-(2-propyl)thiophene

$^1$H NMR (CD$_3$COCD$_3$) δ1.40 (6H, d), 3.25 (1H, septuplet), 6.58 (2H, bs), 7.05 (1H, s), 7.15 (2H, t), 7.32 (2H, dd), 7.46 (2H, d), 7.80 (2H, d).

Anal. calcd. for C$_{19}$H$_{18}$FNO$_2$S$_2$. C, 60.80; H, 4.80; N, 3.73.

Found; C, 60.59; H, 4.45; N, 3.60.

## EXAMPLE 4

3-(4-(Aminosulfonyl)phenyl)-2-cyclohexylthiophene

$^1$H NMR (CD$_3$)$_2$CO) δ1.24–1.40 (3H, m), 1.40–1.56 (2H, m), 1.65–1.85 (3H, m), 1.90–2.0 (2H, m), 3.18 (1H, m), 6.58 (2H, bs), 7.05 (1H, d), 7.37 (1H, d), 7.58 (2H, d), 7.97 (2H, d).

## EXAMPLE 5

5-(4-Carboxyphenyl)-4-(4-(methylsulfonyl)phenyl thiophene-2-carboxylic acid

Step 1: 4-(2-(4-Methylthiophenyl)-1-oxo-ethyl)benzoic acid methyl ester

To methyl 4-formylbenzoate (10.30 g) in 1,2-dichloroethane at r.t. were added TMS-CN (6.58 mL) and ZnI$_2$ (2.00 g), after 0.5 h at r.t., the solvent was removed in vacuo. To the resulting TMS cyanohyrin (5.00 g) in THF (22.0 mL) at −78° C. was added dropwise a solution of LDA 0.87 M in THF (26.2 mL). After a period of 0.5 h, a THF solution (10.0 mL) of 4-(chloromethyl)thioanisole was added dropwise over 0.5 h. The temperature was then brought slowly to −20° C. then to 5° C. for 2 h and TBAF 1M in THF (50.0 mL) was added. After the addition of 25% aqueous solution of NH$_4$OAc, the reaction mixture was extracted with EtOAc, dried over NASO$_4$ evaporated in vacuo and purified by flash chromatography (20 to 30% EtOAc in hexane) to afford the title compound as a white solid (7.00 g).

Step 2: 4-(1-Oxo-2-(4-(methylsulfonyl)phenyl)ethyl) benzoic acid methyl ester

To 7.10 g of 4-(2-(4-methylthiophenyl)-1-oxo-ethyl)benzoic acid methyl ester in MeOH (100 mL) was added oxone (21.0 g) in H$_2$O (20.0 mL) at 0° C. After a few hours at r.t., the reaction mixture was extracted with EtOAc and H$_2$O to afford after flash chromatography (50 to 100% EtOAc in hexane), the title product as a white solid (3.20 g).

$^1$H NMR (CD$_3$COCD$_3$) δ3.10 (3H, s), 3.95 (3H, s), 4.65 (2H, s), 7.60 (2H, d), 7.96 (2H, d), 8.20 (4H, q).

Step 3: Cis,trans 4-( 1 -Chloro-3-oxo-2-(4-(methylsulfonyl)phenyl)- 1 -propenyl)benzoic acid methyl ester

To a solution of 4-(1-oxo-2-(4-methylsulfonyl)phenyl) ethyl) benzoic acid (1.70 g) in 1,2-dichloroethane (15.0 mL) were added the Viismeier reagent 3.3 M (6.2 mL) and DMAP (0.624 g). The resulting mixture was heated at 80° C. for 4 h. The reaction mixture was then extracted with 25% aqueous solution of NH$_4$OAc and EtOAc. After drying over Na$_2$SO$_4$ and evaporation the title compound was obtained as an oil and used as such for the next step.

Step 4: 5-(4-(Methoxycarbonyl)pheny)thiophene-2-carboxylic acid methyl ester

Prepared from 4-(1-chloro-3-oxo-2-(4-methylsulfonyl)phenyl)-1-propenyl)benzoic acid methyl ester as for Example 1, Step 3.

$^1$H NMR (CD$_3$COCD$_3$) δ3.13 (3H, s), 3.85 and 3.92 (6H, 2S), 7.50 (2H, d), 7.55 (2H, d), 7.90 (2H, d), 7.92 (1H, s), 7.92 (2H, d).

Step 5: 5-(4-(Carboxyphenyl)-4-(4-(methyl)sulfonyl)phenyl)thiophene-2-carboxylic acid

Prepared from 5-(4-(methoxycarbonyl)phenyl)-4-(4-(methyl)sulfonyl)phenyl) thiophene-2-carboxylic acid methyl ester as for Example 2, Step 1.

$^1$H NMR (CD$_3$COCD$_3$) δ3.15 (3H, s), 7.50 (2H, d), 7.62 (2H, d), 7.95 (2H, d), 7.98 (1H, s), 8.05 (2H, d).

Anal calcd. for C$_{19}$H$_{14}$O$_6$S$_2$.0.1 H$_2$O: C, 56.46; H, 3.51. Found: C, 56.18; H, 3.51.

## EXAMPLE 6

4-(4-Fluorophenyl)-2-methyl-5-(4-(methylsulfonyl)phenyl)thiazole

Step 1: 1-(4-Fluorophenyl)-2-(4-(methylsulfonyl)phenyl)ethanone

To 1-(4-Fluorophenyl)-2-(4-(methylthio)phenyl)ethanone of Example 1, Step 1 (17.9 g) in a solution of CH$_2$Cl$_2$-MeOH (272.0 mL/27.0 mL) at 0° C. was added MPPM (28.0 g). The cooling bath was then removed and the reaction mixture stirred at r.t. for 1 h. At 0° C., additional MPPM (28.0 g) was added and the reaction mixture kept for 1.5 h. The insoluble material was filtered followed by evaporation of the solvents, the residue was then extracted with CH$_2$Cl$_2$-NaHCO$_3$. After evaporation in vacuo, the resulting solid was washed with ether-hexane (1:1) and filtered to provide the title compound 16.8 g.

$^1$H NMR (CD$_3$COCD$_3$) δ3.13 (3H, s), 3.58 (2H, s), 7.29 (2H, t), 7.55 (2H, d), 7.88 (2H, d), 8.20 (2H, dd).

Step 2: 2-Bromo-1-(4-fluorophenyl)-2-(4-(methylsulfonyl)phenyl)ethanone

To 1-(4-Fluorophenyl)-2-(4-(methylsulfonyl)phenyl)ethanone (1.00 g) in CH$_2$Cl$_2$ containing CHCl$_3$ (1.0 mL) and CCl$_4$ (1.0 mL) was added bromine (0.614 g). After shining light for 1 h, the reaction was quenched with Na$_2$S$_2$O$_4$, extracted with CH$_2$Cl$_2$, dried over Na$_2$SO$_4$ and evaporated to yield the title compound which was used as such for the next step (1.10 g).

$^1$H NMR (CD$_3$COCD$_3$) δ3.10 (3H, s), 7.05 (1H, s), 7.30 (2H, t), 7.87 (2H, d), 7.95 (2H, d), 8.25 (2H, dd).

Step 3: 4-(4-Fluorophenyl)-2-methyl-5-(4-(methylsulfonyl)phenyl)thiazole

To 2-bromo- 1 -(4-fluorophenyl)-2-(4-(methylsulfonyl)phenyl)ethanone (1.10 g) in ethanol (15.0 mL) were added thioacetamide (0.266 g) and pyridine (0.300 mL). After refluxing for 2 h, the reaction mixture was extracted with EtOAc, 25% NH$_4$OAc and purified by flash chromatography (50% EtOAc in hexane then 90% Et2O in hexane) to yield the title compound (0.320 g).

$^1$H NMR (CD$_3$COCD$_3$) δ2.72 (3H, s), 3.15 (3H, s), 7.09 (2H, t), 7.52 (2H, dd), 7.60 (2H, d), 7.92 (2H, d).

Anal. calcd. for C$_{17}$H$_{14}$FNO$_2$S$_2$: C, 58.78; H, 4.03; N, 4.03.

Found: C, 58.71, H, 4.17; N, 3.85.

## EXAMPLE 7

2-(4-Fluorophenyl)-3-(4-(methylsulfonyl)phenyl)-2-cyclopenten-1-one

Step 1: 1-(4-Fluorophenyl)-5-hexen-2-one

61

To a suspension of 14.6 g (80 mmol) of CdCl₂ in 200 mL of ether cooled to 0° C. was added 115 mL of 1.3 M solution of 3-butene-1-magnesium bromide dropwise. The mixture was refluxed for 1 h and ether was then removed by distillation. Benzene (500 mL) was introduced, followed by a solution of 17.5 g (100 mmol) 4-fluorophenylacetyl chloride. After refluxing for 1 h, the reaction mixture was quenched with 200 mL of saturated aqueous NH₄Cl, 50 mL of 1 N HCl, and extracted with 200 mL of 1:1 hexane/EtOAC. The organic phase was dried over MgSO₄ and concentrated. The residue was purified by flash chromatography eluted with 4:1 hexane/EtOAc to give 15 g of the title product.

$^1$H NMR (CDCl₃) δ2.40 (2H, t), 2.53 (2H, t), 3.63 (2H, s), 4.90–4.98 (2H, m), 5.67–5.78 (1H, m), 6.98 (2H, t), 7.13 (2H, m).

Step 2; 1-(4-Fluorophenyl)-5-oxo-2-pentanone

A solution of 14 g of 1-(4-fluorophenyl)-5-hexen-2-one in 200 mL of 3:1 CH₂Cl₂/MeOH was cooled to −78° C. and treated with excess ozone. The resulting mixture was treated with 15 g of triphenylphosphine and stirred at room temperature for 1 h. The reaction mixture was concentrated and flash chromatographed with 3:1 hexane/EtOAc to give 8 g of the title ketoaldehyde.

$^1$H NMR (CDCl₃) δ2.72 (4H, s), 3.71 (2H, s), 6.99 (2H, t), 7.14 (2H, m), 9.73 (1H, s).

Step 3: 2-(4-Fluorophenyl)-2-cyclopenten-1-one

A solution of 8 g of 1-(4-fluorophenyl)-5-oxo-2-pentanone in 300 mL of MeOH was treated with 2 g of NaOMe. The mixture was stirred for 2 h and then quenched with 5 mL of HOAc. The solvent was evaporated and the residue purified by flash chromatography, eluting with 3:1 hexane/EtOAc to give 7 g of the title product.

$^1$H NMR (CDCl₃) δ2.57 (2H, m), 2.68 (2H, m), 7.04 (2H, J=8.8 Hz, t), 7.67 (2H, J=8.8, 5.5 Hz, dd) 7.77 (1H, m).

Step 4: 1-(4-Methylthio)phenyl)-2-(4-fluorophenyl)-2-cyclopenten-1-ol

To a solution of 3.86 g (19 mmol) of 4-bromothioanisole in 90 mL of Et₂O cooled at −78° C., was added 22 mL of 1.7 M solution of t-BuLi in pentane (38 mmol) dropwise. The reaction mixture was stirred for 15 min at −78° C. and a solution of 2.23 g of 2-(4-fluorophenyl)-2-cyclopenten-1-one in 10 mL of Et₂O was added. After stirring for 15 min at −78° C., the reaction mixture was warmed to 0° C., and quenched with 50 mL of sat. NH₄Cl. The product was extracted with 100 mL EtOAc, dried over Na₂SO₄, and purified by flash chromatography, eluted with 4:1 hexane/EtOAc to give 3.4 g of the desired product.

$^1$H NMR (CDCl₃) δ2.12 (1H, s), 2.34 (2H, m), 2.44 (3H, s), 2.45–2.52 (1H, m), 2.56–2.65 (1H, m), 6.37 (1H, m), 6.84 (2H, J=8.7 Hz, t), 7.17 (2H, J=8.3 Hz, d), 7.24–7.33 (4H, m).

Step 5: 2-(4-Methylthio)phenyl)-3-(4-(methylthio)phenyl)-2-cyclopenten-1-one

To a suspension of PCC (4.5 g, 20.9 mmol) and 10 g of anhydrous 4Å molecular sieves in 150 mL of CH₂Cl₂ was added a solution of 2.2 g (7.3 mmol) of 1-(4-(methylthio)phenyl)-2-(4-fluorophenyl)-2-cyclopenten-1-ol in 20 mL CH₂Cl₂. The mixture was stirred for 1 h at r.t. and then diluted with 300 mL of Et₂O. After filtration and concentration, the residue was flash chromatographed with 2:1 hexane/EtOAc to give 1.5 g of the title product.

$^1$H NMR (CDCl₃) δ2.45 (3H, s), 3.00 (2H, m), 7.02 (2H, J=8.6 Hz, t), 7.11 (2H, J=8.6 Hz, d), 7.15–7.23 (4H, m).

Step 6: 2-(4-Fluorophenyl)-3-(4-(methylsulfonyl)phenyl)-2-

62

cyclopenten-1-one

To a solution of 50 mg (0.17 mmol) of 2-(4-Fluorophenyl)-3-(4-methylthio)phenyl)-2-cyclopenten-1-one in 8 mL of 10:1 CH₂Cl₂/MeOH was added 124 mg (0.2 mmol) of MPPM. The reaction mixture was stirred at room temperature for 2 h and then diluted with 10 mL of 1:1 hexane/EtOAc. After filtration and concentration, the residue was purified by flash chromatography eluted with 2:1 EtOAc/hexane to give 45 mg of the title product.

$^1$H NMR (acetone-d₆) δ2.67 (2H, m), 3.14 (3H, s), 3.16 (2H, m), 7.05–7.10 (2H, m), 7.20–7.25 (2H, m), 7.63 (2H, d), 7.93 (2H, d).

EXAMPLE 8

4-(4-(Methylsulfonyl)phenyl)-5-(4-fluorophenyl)-isothiazole

To a solution of 338 mg (1 mmol) of cis,trans 3-chloro-3-(4-fluorophenyl)-2-(4-(methylsulfonyl) phenyl)propenal in 5 mL of acetone was added 230 mg (3 mmol) of NH₄SCN. The reaction mixture was refluxed for 3 h and then quenched with 20 mL of saturated NaHCO₃. The product was extracted with 100 mL of EtOAc, dried over Na₂SO₄, concentrated and purified by flash chromatography eluted with 3:2 hexane/EtOAc to give 250 mg of the title product.

$^1$H NMR (CDCl₃) δ8.57 (1H, s), 7.93 (3H, d), 7.50 (2H, d), 7.30 (2H, t), 7.08 (2H, t).

EXAMPLE 9

3-(4-Fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Step 1: 2-Bromo-1-(4-(methylsulfonyl)phenyl)ethanone

A solution of 197 g of 4-(Methylthio)acetophenone (ref: JACS, 1952, 74, p. 5475) in 700 mL of MeOH and 3500mL of CH₂Cl₂ was added 881 g of MMPP over a period of 30 min. After 3 h at room temperature the reaction mixture was filtered and the filtrate was washed with 2 L of saturated aqueous solution of NaHCO₃ and 1 L of brine. The aqueous phase was further extracted with 2 L of CH₂Cl₂. The combined extracts were dried over Na₂SO₄ concentrated to give 240 g of 4(methylsulfonyl)acetophenone as a white solid.

To a cooled (−5 ° C.) solution of 174 g of 4(methylsulfonyl)acetophenone in 2.5 L of CHCl₃ was added 20 mg of AlCl₃ followed by a solution of 40 mL of Br₂ in 300 mL CHCl₃. The reaction mixture was then treated with 1.5 L of water and the CHCl₃ was separated. The aqueous layer was extracted with 1 L of EtOAc. The combined extracts was dried over Na₂SO₄ and concentrated. The crude product was recystalized from 50/50 EtOAc/hexane to give 210 g of 2-bromo-1-(4-(methylsulfonyl)phenyl)ethanone as a white solid.

Step 2:

To the product of Step 1 (216 mg) dissolved in acetonitrile (4 mL) was added Et₃N (0.23 mL), followed by 4-fluorophenylacetic acid (102 mg). After 1.5 h at room temperature 0.23 mL of DBU was added. The reaction mixture was stirred for another 45 min and then treated with 5 mL of 1N HCl. The product was extracted with EtOAc, dried over Na₂SO₄ and concentrated. The residue was purified by flash chromatography (40% EtOAc in hexane) to yield 150 mg of the title compound as a solid.

63

$^1$H NMR (CD$_3$COCD$_3$) δ3.15 (3H, s), 5.36 (3H, s), 7.18 (2H, J=8.9 Hz, t), 7.46 (2H, m), 7.7 (2H, J=8.65 Hz, d), 7.97 (2H, J=8.68, d).

EXAMPLE 10

3-(4-Fluorophenyl)-4-(4-(aminosulfonyl)phenyl)-2-(2H)-furanone

$^1$H NMR (CD$_3$COCD$_3$) δ5.34 (2H, s), 6.67 (2H, bd), 7.18 (2H, m), 7.46 (2H, m), 7.61 (2H, m), 7.90 (2H, m). M.P. 187°–188 ° C. (d).

EXAMPLE 11

3-(4-Fluorophenyl)4-(4-(methylsulfonyl)phenyl)furan

Step 1:

Using the product of Example 10, (0.2 g) in THF (5 mL) and toluene (3 mL) was added slowly at −78° C. a solution of DIBAL (0.72 mL, 1M in toluene). After 15 min, the solution was warmed up to 0° C. for another 15 min. This mixture was then poured into a chilled aqueous solution of sodium potassium filtrate and EtOAc. The organic layer was stirred for 0.5 h with a few crystals of camphor sulfonic acid. This solution was then concentrated and purified by flash chromatography to yield the title compound.

$^1$H NMR (CDCl$_3$) _3.1 (3H, s), 7.02 (2H, J=8.9, t), 7.18 (2H, m), 7.4 (2H, J=8.8 Hz, d), 7.58 (1H, s), 7.68 (1H, s), 7.85 (2H, J=8.8 Hz, d)

EXAMPLE 12

5,5-Dimethyl-3-(4-fluorophenyl)-4-(4-methylsulfonylphenyl)-2-(5H)furanone

Step 1: Methyl 2-trimethylsilyloxyisobutyrate

To a solution of 1.2 mL (10.4 mmol) of methyl 2-hydroxyisobutyrate in 50 mL of CH$_2$Cl$_2$ were added 1.2 g (17.6 mmol) of imidazole and 2.1 mL (16.6 mmol) of TMSCl. The mixture was stirred at r.t. for 1.5 h and quenched with 20 mL of H$_2$O. The organic layer was dried over MgSO$_4$, concentrated and passed through a short plug of silica gel eluted with 9:1 hexane/EtOAc. Evaporation of solvent afforded 1.27 g of the title compound as a colorless oil.

$^1$H NMR (CD$_3$COCD$_3$) δ0.08 (9H, s), 1.38 (6H, s), 3.67 (3H, s).

Step 2: 2-Trimethylsilyloxy-4-(methylthio)isobutyrophenoone

A solution of 204 mg( 1.0 mmol) of 4-bromothioanisole in 2.5 mL of THF was cooled to −78° C. and treated with 0.42 mL of 2.5 M n-BuLi solution in hexane. After stirring at −78° C. for 1 h, a solution of 380 mg (2.0 mmol) of methyl 2-trimethylsilyloxyisobutyrate in 2 mL of THF was added. The mixture was stirred at −78° C. for 2 h and then quenched with NH$_4$OAc buffer. The product was extracted with EtOAc, dried over MgSO$_4$ and concentrated. The residue was purified by flash chromatography, eluting with 19:1 hexane/EtOAc to give 95 mg of the title product.

$^1$H NMR (CD$_3$COCD$_3$) δ0.05 (9H, s), 1.52 (6H, s), 2.53 (3H, s), 7.33 (2H, d), 8.12 (2H, d).

Step 3: 2-Hydroxy-4-(methylthio)isobutyrophenone

64

To a solution of 40 mg (0.14 mmol) of 2-trimethylsilyloxy-4-(methylthio)isobutyrophenone in 2 mL THF was added 0.2 mL of 1 M n-Bu$_4$NF in THF. The resulting mixture was stirred for 30 min and then quenched with 10 mL of NH$_4$OAc buffer. The product was extracted with EtOAc, dried over MgSO$_4$ and concentrated. The residue was purified by flash chromatography, eluting with 4:1 hexane/EtOAc to give 25 mg of the title product.

$^1$H NMR (CD$_3$COCD$_3$) δ1.50 (6H, s), 2.54 (3H, s), 4.68 (1H, s), 7.30 (2H, d), 8.15 (2H, d).

Step 4: 2-(4-Fluorophenylacetoxy)-4-(methylthio)isobuty-rophenone

To a solution of 72 mg (0.34 mmol) 2-hydroxy-4-(methylthio)isobutyrophenone in 1.7 mL of CH$_2$Cl$_2$ were added 0.2 mL of pyridine and 140 mg (0.81 mmol) of 4-fluorophenylacetyl chloride. The mixture was stirred at room temperature overnight and then quenched with NH$_4$OAc buffer. The product was extracted with EtOAc, dried over MgSO$_4$ and concentrated. The crude product was purified by flash chromatography eluting with 8:1 hexane/EtOAc to give 95 mg of the title product.

$^1$H NMR (CD$_3$COCD$_3$) δ1.62 (3H, s), 1.67 (3H, s), 2.48 (3H, s), 3.79 (2H, s), 7.0–7.3 (6H, m), 7.78 (2H, d).

Step 5: 5,5-Dimethyl-3-(4-fluorophenyl)-4-(4-methylthiophenyl)-2-(5H)-furanone

To a solution of 95 mg of 2-(4-fluorophenylacetoxy)-4-(methylthio)-isobutyrophenone in 1 mL of CH$_2$Cl$_2$ was added 0.2 mL of 1,8-diazabicyclo(5.4.0)undec-7-ene. The mixture was stirred for 4 h and diluted with NH$_4$OAc buffer. The product was extracted with EtOAc, dried over MgSO$_4$ and concentrated. The residue was purified by flash chromatography, eluting with 20:1 toluene/EtOAc to give 75 mg of the title product.

$^1$H NMR (CD$_3$COCD$_3$) δ1.58 (6H, s), 2.50 (3H, s), 7.03 (2H, dd), 7.25–7.35 (4H, m), 7.41 (2H, dd).

Step 5: 5-Dimethyl-3-(4-fluorophenyl)-4-(4-methylsulfonylphenyl)-2-(5H)-furanone

To a solution of 81 mg of 5,5-dimethyl-3-(4-fluorophenyl)-4-(4-methyl-thiophenyl)-2-oxo-2H -dihydrofuran in 1.8 mL of CH$_2$Cl$_2$ and 0.2 mL of MeOH was added 250 mg of MPPM. The reaction mixture was stirred at room temperature for 1 h and then quenched with aqueous NaHCO$_3$. The product was extracted with EtOAc, dried over MgSO$_4$ and concentrated. The crude product was purified by flash chromatography eluting with 1:1 hexane/EtOAc to give 73 mg of the title product.

$^1$H NMR (CD$_3$COCD$_3$) δ1.62 (6H, s), 3.15 (3H, s), 7.02 (2H, dd), 7.40 (2H, dd), 7.65 (2H, d), 8.03 (2H, d).

EXAMPLE 13

2-((4-aminosulfonyl)phenyl)-3-(4-fluorophenyl)thiophene

$^1$H NMR (CD$_3$COCD$_3$) δ6.60 (2H, bs), 7.12 (2H, t), 7.25 (1H, d), 7.35 (2H, m), 7.45 (2H, d), 7.65 (1H, d), 7.85 (2H, d).

Analysis calculated for C$_{16}$H$_{12}$FNS$_2$O$_2$ C, 57.65; H, 3.60; N, 4.20

Found: C, 57.55; H, 3.79; N, 4.03

EXAMPLE 14

3-(4-(Trifluoroacetylaminosulfonyl)phenyl)-2-(4-fluorophenyl)thiophene

65

$^1$H NMR (300 MHz, CD$_3$COCD$_3$) δ7.15 (2H, t), 7.30 (3H, m), 7.45 (2H, d), 7.65 (1H, d), 7.95 (2H, d).

## EXAMPLE 15

3-(2,4-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$F$_2$O$_4$S C, 58.28; H, 3.45; S, 9.15.

Found: C, 58.27; H, 3.50; S, 9.27

## EXAMPLE 16

3-(3,4-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

To a solution of 3,4-difluorophenylacetic acid (ALDRICH CHEMICAL) (10 g) and 2-bromo-1-(4-(methylsulfonyl)phenyl)ethanone Example 9, Step 1 ) (17.3 g) in acetonitrile (200 mL) at room temperature was added slowly triethylamine (20.2 mL). After 1 h at room temperature, the mixture was cooled in an ice bath and treated with 17.4 mL of DBU. After 2 h at 0° C., the mixture was treated with 200 mL of 1N HCl and the product was extracted with EtOAc, dried over Na$_2$SO$_4$ and concentrated. The residue was applied on top of a silica gel plug (sintered glass funnel) eluted with 75% EtOAc/hexane, giving after evaporation of the solvent and swish in ethyl acetate, 10 g of the title compound.

Analysis calculated for C$_{17}$H$_{12}$F$_2$O$_4$S C, 58.28; H, 3.45; S, 9.15.

Found: C, 58.02; H, 3.51; S, 9.35

## EXAMPLE 17

3-(2,6-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$F$_2$O$_4$S C, 58.28; H, 3.45; S, 9.15.

Found: C, 58.18; H, 3.50; S, 9.44

## EXAMPLE 18

3-(2,5-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$F$_2$O$_4$S C, 58.28; H, 3.45; S, 9.15.

Found: C, 58.89; H, 3.51; S, 9.11

## EXAMPLE 19

3-(3,5-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$F$_2$O$_4$S C, 58.28; H, 3.45; S, 9.15.

Found: C, 58.27; H, 3.62; S, 9.32

## EXAMPLE 20

3-( 4-Bromophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

66

Analysis calculated for C$_{17}$H$_{13}$BrO$_4$S C, 51.94; H, 3.33; S, 8.16

Found: C, 51.76; H, 3.42; S, 8.21

## EXAMPLE 21

3,(4-Chlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

$^1$H NMR (300 MHz, CDCl$_3$) δ7.93 (2H, d), 7.49 (2H, d), 7.35 (4H, m), 5.16 (2H, s), 3.06 (3H, s)

## EXAMPLE 22

3-(4-Methoxyphenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{18}$H$_{16}$O$_5$S C, 62.78 H, 4.68; S, 9.31

Found: C, 62.75; H, 4.72; S, 9.39

## EXAMPLE 23

3-(Phenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

To a solution of phenylacetic acid (27.4 g, 201 mmol) and 2-bromo-1-(4-(methylsulfonyl) phenyl)ethanone (Example 9, Step 1 ) (60 g, 216 mmol, 1.075 eq.) in acetonitrile (630 mL) at 25° C. was added slowly triethylamine (30.8 mL., 1.1 eq.). The mixture was stirred for 20 min. at room temperature and then cooled in an ice bath. DBU (60.1 mL., 3 eq.) was slowly added. After stirring for 20 min. in the ice bath, the reaction was complete and the mixture was acidified with 1N HCl (color changes from dark brown to yellow). Then 2.4 L of ice and water were added, stirred for a few minutes, then the precipitate was filtered and rinsed with water (giving 64 g of crude wet product). The solid was dissolved in 750 mL of dichloromethane (dried over MgSO$_4$, filtered) and 300 g of silica gel was added. The solvent was evaporated to near dryness (silica gel a bit sticky) and the residue was applied on top of a silica gel plug (sintered glass funnel) eluted with 10% EtOAc/CH$_2$Cl$_2$, giving after evaporation of the solvent and swish in ethyl acetate, 36.6 g (58%) of the title compound.

Analysis calculated for C$_{17}$H$_{14}$O$_4$S C, 64.95; H, 4.49; S, 10.20

Found: C, 64.63; H, 4.65; S, 10.44

## EXAMPLE 24

3-(2-Chlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{13}$ClO$_4$S C, 58.54; H, 3.76; S, 9.19

Found: C, 58.59; H, 3.80; S, 9.37

## EXAMPLE 25

3-(2-Bromo-4-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$BrFO$_4$S C, 49.75; H, 2.93

Found: C, 49.75; H, 3.01

## EXAMPLE 26

3-(2-Bromo-4-Chlorophenyl)-4-(4-(methylsulfonyl)
phenyl)-2-(5H)-furanone

$^1$H NMR (300 MHz, acetone-$d_6$) δ7.95 (2H, d), 7.85 (1H, d), 7.63 (2H, dd), 7.55 (1H, dd), 7.45 (1H, d), 5.50 (2H, s), 3.15 (3H, s)

## EXAMPLE 27

3-(4-Chloro-2-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-
2-(5H)-furanone

$^1$H NMR (300 MHz, acetone-$d_6$) δ8.0 (2H, d), 7.70 (2H, d), 7.50–7.30 (3H, m), 5.35 (2h, s), 3.15 (3H, s)

## EXAMPLE 28

3
-(3-Bromo-4-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-
2-(5H)

Analysis calculated for $C_{17}H_{12}BrFO_4S$ C, 49.75; H, 2.93
Found: C, 49.44; H, 2.98

## EXAMPLE 29

3-(3-Chlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-
furanone

Analysis calculated for $C_{17}H_{13}ClO_4S$ C, 58.54; H, 3.76
Found: C, 58.29; H, 3.76

## EXAMPLE 30

3-(2-Chloro-4-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-
2-(5H)-furanone

Analysis calculated for $C_{17}H_{12}ClFO_4S$ C, 55.67; H, 3.30
Found: C, 55.67; H, 3.26

## EXAMPLE 31

3-(2,4-Dichlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-
(5H)-furanone

Analysis calculated for $C_{17}H_{12}Cl_2O_4S$ C, 53.28; H, 3.16;
S, 8.37
Found: C, 52.89; H, 3.23; S, 8.58

## EXAMPLE 32

3-(3,4-Dichlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-
(5H)-furanone

Analysis calculated for $C_{17}H_{12}Cl_2O_4S$ C, 53.28; H, 3.16;
S, 8.37
Found: C, 53.07; H, 3.32; S, 8.51

## EXAMPLE 33

3-(2,6-Dichlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-
(5H)-furanone

Analysis calculated for $C_{17}H_{12}Cl_2O_4S$ C, 53.28; H, 3.16;
S, 8.37

Found: C, 52.99; H, 3.22; S, 8.54

## EXAMPLE 34

3-(3-Chloro-4-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-
2-(5H)-furanone

$^1$H NMR (300 MHz, acetone-$d_6$) δ8.0 (2H, d), 7.70 (2H, d), 7.60 (1H, d), 7.25–7.40 (2H, m), 5.35 (2H, s), 3.15 (3H, s)

## EXAMPLE 35

3-(4-Trifluoromethylphenyl)-4-(4-(methylsulfonyl)phenyl)-
2-(5H)-furanone

$^1$H NMR (CD$_3$COCD$_3$) δ8.10 (2H, d), 7.82–7.93 (4H, m), 7.75 (2H, d), 5.55 (2H, s), 3.30 (3H, s)

## EXAMPLE 36

3-(3-Fluoro-4-methoxyphenyl)-4-(4-(methylsulfonyl)
phenyl)-2-(5 H)-furanone

Analysis calculated for $C_{18}H_{15}OF_2S$ C, 59.66; H, 4.17
Found: C, 59.92; H, 4.37

## EXAMPLE 37

3-(3-Chloro-4-methoxyphenyl)-4-(4-(methylsulfonyl)
phenyl-2-(5H)-furanone

Analysis calculated for $C_{18}H_{15}ClO_5S$ C, 57.07; H, 3.99
Found: C, 57.29; H, 4.15

## EXAMPLE 38

3-(3-Bromo-4-methoxyphenyl)-4-(4-(methylsulfonyl
phenyl)-2-(5H)-furanone

Analysis calculated for $C_{18}H_{15}BrO_5S$ C, 51.08; H, 3.57
Found: C, 51.38; H, 3.62

## EXAMPLE 39

3-(2-Fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-
furanone

Analysis calculated for $C_{17}H_{13}FO_4S$ C, 61.44; H, 3.94
Found: C, 61.13; H, 3.85

## EXAMPLE 40

3-(4-Methylthiophenyl)-4-(4-(methylsulfonyl)phenyl)-2-
(5H)-furanone

$^1$H NMR (300 MHz, acetone-$d_6$) δ8.0 (2H, d), 7.70 (2H, d), 7.35 (2H, d), 7.25 (2H, d), 5.35 (2H, s), 3.15 (3H, s), 2.55 (3H, s)

## EXAMPLE 41

3-(3-Fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-
furanone

69

$^1$H NMR (300 MHz, CDCl$_3$) δ7.93 (2H, d), 7.49 (2H, d), 7.35 (1H, m), 7.12 (3H, m), 5.18 (2H, s), 3.06 (3H, s)

EXAMPLE 42

3-(2-Chloro-6-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

$^1$H NMR (300 MHz, acetone-d$_6$), δ8.0 (2H, d), 7.70 (2H, d), 7.55–7.65 (1H, m), 7.40 (1H, d), 7.30 (1H, m), 5.60 (2H, s), 3.15 (3H, s)

EXAMPLE 43

3-(3-Bromo-4-methylphenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5-H)-furanone

Analysis calculated for C$_{18}$H$_{15}$BrO$_4$S C, 53.08; H, 3.71
Found: C, 53.06; H, 3.83

EXAMPLE 44

3-(4-Bromo-2-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$BrFO$_4$S C, 49.65; H, 2.94
Found: C, 49.76; H, 3.00

EXAMPLE 45

3-(3,4-Dibromophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

$^1$H NMR (300 MHz, acetone-d$_6$) δ8.0 (2H, d), 7.80 (1H, d), 7.75 (3H, m), 7.25 (1H, d), 5.35 (2H, s), 3.15 (sH, s)

EXAMPLE 46

3-(4-Chloro-3-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$ClFO$_4$S C, 55.67; H, 3.30
Found: C, 55.45; H, 3.30

EXAMPLE 47

3-(4-Bromo-3-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$BrFO$_4$S C, 49.66; H, 2.94; S, 7.80
Found: C, 49.79; H, 3.01; S, 7.51

EXAMPLE 48

3-(4-Bromo-2-chlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{17}$H$_{12}$BrClO$_4$S C, 47.74; H, 2.83; S, 7.50
Found: C, 47.92; H, 2.84; S, 7.42

EXAMPLE 49

70

3-(2-Naphthyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{21}$H$_{16}$O$_4$S C, 69.22; H, 4.43
Found: C, 69.22; H, 4.46

EXAMPLE 50

3-(7-Quinolinyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone

Analysis calculated for C$_{20}$H$_{15}$NO$_4$S C, 65.74; H, 4.14; N, 3.83
Found: C, 65.34; H, 4.40; N, 3.80
M.S. (DCI, CH$_4$) calculated for M$^+$, 365 Found for M$^+$+1, 366

EXAMPLE 51

3-(3,4-Dichlorophenyl)-4-(4-(aminosulfonyl)phenyl)-2-(2H)-furanone

$^1$H NMR (400 MHz, CD$_3$COCD$_3$) δ7.92 (2H, dd), 7.64 (3H, dm), 7.60 (1H, dd), 7.32 (1H, dd), 6.70 (1H, bs), 5.38 (2H, s)

EXAMPLE 52

3-(3,4-Difluorophenyl)-4-(4-(aminosulfonyl)phenyl)-2-(2H)-furanone

$^1$H NMR (400 MHz, CD$_3$COCD$_3$) δ7.92 (2H, dd), 7.64 (2H, dd), 7.30–7.45 (2H, m), 7.22 (1H, m), 6.68 (2H, bs), 5.37 (2H, s)

EXAMPLE 53

3-(3-Chloro-4-methoxyphenyl)-4-(4-(aminosulfonyl)phenyl)-2-(2H)-furanone

Analysis calculated for C$_{17}$H$_{14}$ClNO$_5$S C, 53.76; H, 3.72, N, 3.69
Found: C, 53.32; H, 3.84, N, 3.59
M.S. (DCI, CH$_4$) calculated for M$^+$, 379 Found for M$^+$+1, 380

EXAMPLE 54

3-(3-Bromo-4-methoxyphenyl)-4-(4-(aminosulfonyl)phenyl)-2-(2H)-furanone

Analysis calculated for C$_{17}$H$_{14}$BrNO$_5$S C, 48.13; H, 3.33, N, 3.30
Found: C, 48.26; H, 3.40, N, 3.28
M.S. (DCI, CH$_4$) calculated for M$^+$, 423 Found for M$^+$+1, 424

PFC01604433

What is claimed is:

1. A compound of the formula XXXIII

XXXIII

or a pharmaceutically acceptable salt thereof wherein:

$R^1$ is selected from the group consisting of

(a) $S(O)_2CH_3$,

(b) $S(O)_2NH_2$,

(c) $S(O)_2NHC(O)CF_3$,

(d) $S(O)(NH)CH_3$,

(e) $S(O)(NH)NH_2$,

(f) $S(O)(NH)NHC(O)CF_3$,

(g) $P(O)(CH_3)OH$, and

(h) $P(O)(CH_3)NH_2$,

$R^2$ is selected from the group consisting of

(a) $C_{1-6}$alkyl,

(b) $C_3$, $C_4$, $C_5$, $C_6$, and $C_7$, cycloalkyl,

(c) mono-, di- or tri-substituted phenyl wherein the substituent is selected from the group consisting of

(1) hydrogen,

(2) halo,

(3) $C_{1-6}$alkoxy,

(4) $C_{1-6}$alkylthio,

(5) CN,

(6) $CF_3$,

(7) $C_{1-6}$alkyl,

(8) $N_3$,

(9) —$CO_2H$,

(10) —$CO_2$—$C_{1-4}$alkyl,

(11) —$C(R^5)(R^6)$—OH,

(12) —$C(R^5)(R^6)$—O—$C_{1-4}$alkyl, and

(13) —$C_{1-6}$alkyl—$CO_2$—$R^5$;

(d) mono-, di- or tri-substituted heteroaryl wherein the heteroaryl is a monocyclic aromatic ring of 5 atoms, said ring having one hetero atom which is S, O, or N, and optionally 1, 2, or 3 additional N atoms; or the heteroaryl is a monocyclic ring of 6 atoms, said ring having one hetero atom which is N, and optionally 1, 2 or 3 additional N atoms; said substituents are selected from the group consisting of

(1) hydrogen,

(2) halo, including fluoro, chloro, bromo and iodo,

(3) $C_{1-6}$alkyl,

(4) $C_{1-6}$alkoxy,

(5) $C_{1-6}$alkylthio,

(6) CN,

(7) $CF_3$,

(8) $N_3$,

(9) —$C(R^5)(R^6)$—OH,

(10) —$C(R^5)(R^6)$—O—$C_{1-4}$alkyl;

$R^5$ and $R^6$ are each independently selected from the group consisting of

(a) hydrogen,

(b) $C_{1-6}$alkyl,

or $R^5$ and $R^6$ together with the carbon to which they are attached form a monocyclic saturated carbon ring of 3, 4, 5, 6 or 7 atoms.

2. A compound according to claim 1 wherein

$R^1$ is selected from the group consisting of

(a) $S(O)_2CH_3$,

(b) $S(O)_2NH_2$,

(c) $S(O)NHC(O)CF_3$,

(d) $S(O)NHCH_3$,

(e) $S(O)NHNH_2$, and

(f) $S(O)NHNHC(O)CF_3$;

$R^2$ is selected from the group consisting of

(a) $C_{1-6}$alkyl,

(b) $C_3$, $C_4$, $C_5$, $C_6$, and $C_7$, cycloalkyl,

(c) mono- or di-substituted phenyl wherein the substituent is selected from the group consisting of

(1) hydrogen,

(2) fluoro, chloro, and bromo,

(3) $C_{1-4}$alkoxy,

(4) $C_{1-4}$alkylthio,

(5) CN,

(6) $CF_3$,

(7) $C_{1-4}$alkyl,

(8) $N_3$,

(9) —$CO_2H$,

(10) —$CO_2$—$C_{1-3}$alkyl,

(11) —$C(R^5)(R^6)$—OH, and

(12) —$C(R^5)(R^6)$—O—$C_{1-3}$alkyl.

3. A compound according to claim 2 wherein $R^2$ is selected from the group consisting of

(a) cyclohexyl, and

(b) mono- or di-substituted phenyl, and wherein the substituents are selected from the group consisting of

(1) hydrogen,

(2) halo,

(3) $C_{1-4}$alkoxy,

(4) $C_{1-4}$alkylthio,

(5) CN,

(6) $CF_3$,

(7) $C_{1-4}$alkyl,

(8) $N_3$, and

(9) —$C(R^5)(R^6)$—OH;

$R^5$ and $R^6$ are each independently selected from the group consisting of

(a) hydrogen,

(b) methyl or ethyl, or $R^5$ and $R^6$ together with the carbon to which they are attached form a saturated carbon ring of 4, 5 or 6 atoms.

4. A compound according to claim 3 wherein

$R^1$ is selected from the group consisting of

(a) $S(O)_2CH_3$,

(b) $S(O)_2NH_2$,

(c) $S(O)NHCH_3$, and

(d) $S(O)NHNH_2$;

$R^2$ is selected from the group consisting of mono or di-substituted phenyl wherein the substituents are selected from the group consisting of

(1) hydrogen,

(2) halo, selected from the group consisting of fluoro, chloro and bromo,

(3) $C_{1-3}$alkoxy,

(4) $C_{1-3}$alkylthio,

(5) CN, and

(6) $C_{1-3}$alkyl.

5. A compound according to claim 4 wherein $R^1$ is selected from the group consisting of

(a) $S(O)_2CH_3$,

(b) $S(O)_2NH_2$,

(c) $S(O)NHCH_3$, and

(d) $S(O)NHNH_2$,

$R^2$ is mono or di-substituted phenyl wherein the substitutents are selected from the group consisting of

(1) hydrogen,

(2) halo, selected from the group consisting of fluoro, chloro and bromo,

(3) methoxy, and

(4) methyl.

6. A compound according to claim 5 wherein $R^1$ is selected from the group consisting of

(a) $S(O)_2CH_3$, and

(b) $S(O)_2NH_2$,

$R^2$ is mono or di-substituted phenyl wherein the substitutents are selected from the group consisting of

(1) hydrogen,

(2) halo, selected from the group consisting of fluoro, chloro and bromo.

7. A compound according to claim 2 wherein $R^2$ is a mono- or di-substituted heteroaryl wherein heteroaryl is selected from the group consisting of

(1) furanyl,

(2) diazinyl, triazinyl, tetrazinyl,

(3) imidazolyl,

(4) isooxazolyl,

(5) isothiazolyl,

(6) oxadiazolyl,

(7) oxazolyl,

(8) pyrazolyl,

(9) pyrrolyl,

(10) thiadiazolyl,

(11) thiazolyl,

(12) thienyl,

(13) triazolyl, and

(14) tetrazolyl,

wherein the substitutents are selected from the group consisting of

(a) hydrogen,

(b) fluoro or chloro,

(c) $C_{1-3}$alkoxy,

(d) $C_{1-6}$alkylthio,

(e) CN,

(5) $CF_3$,

(6) $C_{1-3}$alkyl,

(7) —C($R^5$)($R^6$)—OH;

(8) —C($R^5$)($R^6$)—O—$C_{1-6}$alkyl.

8. A compound according to claim 7 wherein $R^2$ is a mono- or di-substituted heteroaryl wherein heteroaryl is selected from the group consisting of

(1) 2-furanyl,

(2) 3-furanyl,

(3) 2-thienyl,

(4) 3-thienyl,

(5) 3-isoxazolyl,

(6) 4-isoxazolyl,

(7) 5-isoxazolyl,

(8) 3-isothiazolyl,

(9) 4-isothiazolyl,

(10) 5-isothiazolyl,

(11) 2-oxazolyl,

(12) 4-oxazolyl,

(13) 5-oxazolyl,

(14) 2-thiazolyl,

(15) 4-thiazolyl,

(16) 5-thiazolyl,

(17) 1,2,3-thiadiazol-4-yl,

(18) 1,2,3-thiadiazol-5-yl,

(19) 1,2,4-thiadiazol-3-yl,

(20) 1,2,4-thiadiazol-5-yl,

(21) 1,3,4-thiadiazol-2-yl,

(22) 1,2,5-thiadiazol-3-yl,

(23) 1,2,3-oxadiazol-4-yl,

(24) 1,2,3-oxadiazol-5-yl,

(25) 1,2,4-oxadiazol-3-yl,

(26) 1,2,4-oxadiazol-5-yl,

(27) 1,3,4-oxadiazol-2-yl,

(28) 1,2,5-oxadiazol-3-yl,

(29) pyrazol-4-yl,

(30) pyrazol-5-yl,

(31) 1,2,3-triazol-4-yl,

(32) 1,2,3-triazol-5-yl,

(33) 1,2,4-triazol-3-yl,

(34) 1,2,4-triazol-5-yl,

(35) 1,2-diazinyl,

(36) 1,3-diazinyl,

(37) 1,4-diazinyl,

(38) 1,2,3,4-tetrazin-5-yl,

(39) 1,2,4,5-tetrazin-4-yl,

(40) 1,3,4,5-tetrazin-2-yl, and

(41) 1,2,3,5-tetrazin-4-yl.

9. A compound according to claim 8 wherein the heteroaryl is selected from the group consisting of

(1) 3-isoxazolyl,

(2) 4-isoxazolyl,

(3) 5-isoxazolyl,

(4) 3-isothiazolyl,

(5) 4-isothiazolyl,

(6) 5-isothiazolyl,

(7) 2-oxazolyl,

(8) 4-oxazolyl,

(9) 5-oxazolyl,

(10) 2-thiazolyl,

(11) 4-thiazolyl,

(12) 5-thiazolyl,

(13) 1,2,3-thiadiazol-4-yl,

(14) 1,2,3-thiadiazol-5-yl,

(15) 1,2,4-thiadiazol-3-yl,

(16) 1,2,4-thiadiazol-5-yl,

(17) 1,3,4-thiadiazol-2-yl,

(18) 1,2,5-thiadiazol-3-yl,

(19) 1,2,3-oxadiazol-4-yl,

(20) 1,2,3-oxadiazol-5-yl,

(21) 1,2,4-oxadiazol-3-yl,

(22) 1,2,4-oxadiazol-5-yl,

(23) 1,3,4-oxadiazol-2-yl,

(24) 1,2,5-oxadiazol-3-yl,

(25) 1,2-diazinyl,

(26) 1,3-diazinyl, and

(27) 1,4-diazinyl,

10. A compound according to claim 9 wherein the heteroaryl is selected from the group consisting of

(1) 3-isothiazolyl,

(2) 4-isothiazolyl,

(3) 5-isothiazolyl,

(4) 2-oxazolyl,

(5) 4-oxazolyl,

(6) 5-oxazolyl,

(7) 2-thiazolyl,

(8) 4-thiazolyl,

(9) 5-thiazolyl,

(10) 1,2-diazinyl,

(11) 1,3-diazinyl, and

(12) 1,4-diazinyl, and

wherein the substituents are selected from the group consisting of

(1) hydrogen,

(2) fluoro or chloro,

(3) $C_{1-3}$alkoxy,

(4) $C_{1-3}$alkylthio,

(5) CN,

(6) $C_{1-3}$alkyl, and

(7) —C(R^5)(R^6)—OH,

wherein R^5 and R^6 are each independently hydrogen, methyl or ethyl.

11. A compound according to claim 10 wherein R^1 is selected from the group consisting of

(a) S(O)$_2$CH$_3$,

(b) S(O)$_2$NH$_2$,

(c) S(O)NHCH$_3$, and

(d) S(O)NHNH$_2$.

12. A compound according to claim 11 wherein the heterooaryl is selected from the group consisting of

(1) 3-isothiazolyl,

(2) 4-isothiazolyl,

(3) 5-isothiazolyl,

(4) 2-oxazolyl,

(5) 4-oxazolyl,

(6) 5-oxazolyl,

(7) 2-thiazolyl,

(8) 4-thiazolyl,

(9) 5-thiazolyl,

(10) 1,2-diazinyl,

(11) 1,3-diazinyl, and

(12) 1,4-diazinyl, and

wherein the substituents are selected from the group consisting of

(1) hydrogen,

(2) fluoro or chloro,

(3) methoxy,

(4) methylthio,

(5) CF$_3$,

(6) methyl.

13. A compound according to claim 1 selected from

(1) 3-(3-Fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(2) 3-(3,4-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(3) 3-(3,4-trichlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(4) 3-phenyl-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone.

14. A compound which is

3-(3,4-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(b) 3-phenyl-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone, or a pharmaceutically acceptable salt thereof.

15. A compound according to claim 1 selected from

(1) 3-(4-Fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(2) 3-(4-Fluorophenyl)-4-(4-(aminosulfonyl)phenyl)-2-(5H)-furanone,

(3) 3-(2,4-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(4) 3-(3,4-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(5) 3-(2,6-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(6) 3-(2,5-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(7) 3-(3,5-Difluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(8) 3-(4-Bromophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(9) 3-(4-Chlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(10) 3-(4-Methoxyphenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(11) 3-(Phenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(12) 3-(2-Chlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(13) 3-(2-Bromo-4-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)2-(5H)-furanone,

(14) 3-(2-Bromo-4-Chlorophenyl)-4-(4-(methylsulfonyl)phenyl)2-(5H)-furanone,

(15) 3-(4-Chloro-2-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)2-(5H)-furanone,

(16) 3-(3-Bromo-4-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)2-(5H)-furanone,

(17) 3-(3-Chlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(18) 3-(2-Chloro-4-fluorophenyl)-4-(4-(methylsulfonyl)phenyl)2-(5H)-furanone,

(19) 3-(2,4-Dichlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(20) 3-(3,4-Dichlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(21) 3-(2,6-Dichlorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-(5H)-furanone,

(22)    3-(3-Chloro-4-fluorophenyl)-4-(4-(methylsulfo-
nyl)phenyl)2-(5H)-furanone,

(23)    3-(4-Trifluoromethylphenyl)-4-(4-(methylsulfo-
nyl)phenyl)2-(5H)-furanone,

(24)    3-(3-Fluoro-4-methoxyphenyl)-4-(4-(methylsulfo-
nyl)phenyl)-2-(5H)-furanone,

(25)    3-(3-Chloro-4-methoxyphenyl)-4-(4-(methylsulfo-
nyl)phenyl)-2-(5H)-furanone,

(26)    3-(3-Fluoro-4-methoxyphenyl)-4-(4-(methylsulfo-
nyl)phenyl)-2-(5H)-furanone,

(27) 3-(2-Fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-
(5H)-furanone,

(28)    3-(4-Methylthiophenyl)-4-(4-(methylsulfonyl)phe-
nyl)-2(5H)-furanone,

(29) 3-(3-Fluorophenyl)-4-(4-(methylsulfonyl)phenyl)-2-
(5H)-furanone,

(30)    3-(2-Chloro-6-fluorophenyl)-4-(4-(methylsulfo-
nyl)phenyl)-2-(5H)-furanone,

(31)    3-(3-Bromo-4-fluorophenyl)-4-(4-(methylsulfo-
nyl)phenyl)2-(5H)-furanone,

(32)    3-(4-Bromo-2-fluorophenyl)-4-(4-(methylsulfo-
nyl)phenyl)2-(5H)-furanone,

(33)    3-(3,4-Dibromophenyl)-4-(4-(methylsulfonyl)phe-
nyl)-2(5H)-furanone,

(34)    3-(4-Chloro-3-fluorophenyl)-4-(4-(methylsulfo-
nyl)phenyl)2-(5H)-furanone,

(35)    3-(4-Bromo-3-fluorophenyl)-4-(4-(methylsulfo-
nyl)phenyl)2-(5H)-furanone, and

(36)    3-(4-Bromo-2-chlorophenyl)-4-(4-(methylsulfo-
nyl)phenyl)2-(5H)-furanone.

16. A compound according to claim 1 selected from

(1) 3-(3,4-Dichlorophenyl)-4-(4-(aminosulfonyl)phenyl)-
2-(5H)-furanone,

(2) 3-(3,4-Difluorophenyl)-4-(4-(aminosulfonyl)phenyl)-
2-(5H)-furanone,

(3)    3-(3-Chloro-4-methoxyphenyl)-4-(4-(aminosulfo-
nyl)phenyl)2-(5H)-furanone, and

(4)    3-(3-Bromo-4-methoxyphenyl)-4-(4-(aminosulfo-
nyl)phenyl)2-(5H)-furanone.

17. A compound which is 3-phenyl-4-(4-(methylsulfo-
nyl)phenyl)-2-(5H)-furanone, or a pharmaceutically accept-
able salt thereof.

18. A pharmaceutical composition for treating an inflam-
matory disease susceptable to treatment with an non-steroi-
dal anti-inflammatory agent comprising:

a non-toxic therapeutically effective amount of a com-
pound according to claim 1 and a pharmaceutically
acceptable carrier.

19. A pharmaceutical composition for treating cyclooxy-
genase mediated diseases advantageously treated by an
active agent that selectively inhibits COX-2 in preference to
COX-1 comprising:

a non-toxic therapeutically effective amount of a com-
pound according to claim 1 and a pharmaceutically
acceptable carrier.

20. A pharmaceutical composition for treating an inflam-
matory disease susceptable to treatment with an non-steroi-
dal a-ntiinflammatory agent comprising:

a non-toxic therapeutically effective amount of a com-
pound according to claim 17 and a pharmaceutically
acceptable carrier.

21. A pharmaceutical composition for treating cyclooxy-
genase mediated diseases advantageously treated by an
active agent that selectively inhibits COX-2 in preference to
COX-1 comprising:

a non-toxic therapeutically effective amount of a com-
pound according to claim 17 and a pharmaceutically
acceptable carrier.

22. A method of treating an inflammatory disease suscep-
table to treatment with a non-steroidal anti-inflammatory
agent comprising:

administration to a patient in need of such treatment of a
non-toxic therapeutically effective amount of a com-
pound according to claim 1 and a pharmaceutically
acceptable carder.

23. A method of treating cyclooxygenase mediated dis-
eases advantageously treated by an active agent that selec-
tively inhibits COX-2 in preference to COX-1 comprising:

administration to a patient in need of such treatment of a
non-toxic therapeutically effective amount of a com-
pound according to claim 1.

24. A method of treating an inflammatory disease suscep-
table to treatment with a non-steroidal anti-inflammatory
agent comprising:

administration to a patient in need of such treatment of a
non-toxic therapeutically effective amount of a com-
pound according to claim 17 and a pharmaceutically
acceptable carrier.

25. A method of treating cyclooxygenase mediated dis-
eases advantageously treated by an active agent that selec-
tively inhibits COX-2 in preference to COX-1 comprising:
administration to a patient in need of such treatment of a
non-toxic therapeutically effective amount of a compound
according to claim 17.

* * * * *