**CONFIDENTIAL -**
**OUTSIDE ATTORNEYS'**
**EYES ONLY**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PFIZER INC., | ) | |
| PHARMACIA CORP., | ) | |
| PHARMACIA & UPJOHN INC., | ) | |
| PHARMACIA & UPJOHN COMPANY, | ) | |
| G.D. SEARLE & CO., | ) | |
| G.D. SEARLE LLC, | ) | |
| SEARLE LLC (DELAWARE) and | ) | Civil Action No: 04-754 (JCL) |
| SEARLE LLC (NEVADA) | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## EXPERT REPORT OF DR. WILLIAM L. JORGENSEN

I submit this report pursuant to Fed. R. Civ. P. 26 to set forth the opinions I have

formed and may offer at trial of this action.

## I. BACKGROUND

*Education and Experience*

1. I am currently the Whitehead Professor of Chemistry at Yale University.

2. I received an A.B. in Chemistry in 1970 from Princeton University, and

was awarded a Ph.D. in Chemical Physics from Harvard University in 1975, during which time I

worked under the direction of Nobel Laureate E. J. Corey.

3. From 1975-1990, I was employed by Purdue University's Department of

Chemistry. I began my teaching career at Purdue in 1975 as an Assistant Professor, and in 1979

I was promoted to the position of Associate Professor. I was again promoted in 1982, to

Professor of Chemistry, a position I held until 1990. While at Purdue, I also served as the Head

of the Organic Chemistry Division from 1984-1987, and was the Herbert C. Brown Professor of

Chemistry from 1985-1990. In 1989 I taught at Harvard University as a Visiting Professor, and in 1990 I accepted the position at Yale University that I hold today.

4. I have studied pharmaceutical chemistry throughout my career. My research has concentrated on structure activity relationships (SAR) for numerous classes of drugs including COX-2 inhibitors. I also have experience synthesizing compounds and searching for new drugs. I have published more than 300 articles in refereed journals and numerous meeting abstracts on topics in organic and computational chemistry, many concerning the properties and reactivity of organic compounds, and drug design and discovery. My publications include papers dealing with SAR issues and selectivity of COX-2 inhibitors based on varying structures.

5. I have consulted regarding computational chemistry and drug design, often concerning problems with biological activity and pharmacological properties, for many pharmaceutical companies, including Pharmacia, Agouron, Parke Davis, Pfizer, Amgen and Johnson & Johnson. I have served on the Scientific Advisory Boards of five pharmaceutical companies.

6. I have developed software for the design of drugs. A key example is the program QikProp, which provides predictions of the chemical and physical properties of organic molecules, including drugs. It takes as input a structure of a molecule and it outputs predictions for properties including aqueous solubility, octanol/water partition coefficient (log $P_{ow}$), cell permeability, brain/blood partition coefficients, primary metabolites, etc. The software is licensed by more than 150 pharmaceutical and biotech companies.

7. I have presented over 500 invited lectures during my career. I was also a member of the NIH Medicinal Chemistry Study Section from 2001-2004, and I have consistently

received research support from institutions including the National Science Foundation and the National Institute of Health.

8. A copy of my Curriculum Vitae, including a list of my publications, is attached as Exhibit A.

*Compensation*

9. I am being compensated for my time as an expert witness at the rate of $250 per hour plus reasonable expenses. My compensation is unaffected by the outcome of this litigation.

*Prior Testimony*

10. In the past four years, I have testified as an expert in the following proceedings:

    a. G.D. Searle & Co. v. Unipharm Ltd., Patent Application
       No. 136532 (Israel).

## II. MATERIALS CONSIDERED

11. In forming my opinions and preparing this report, I have reviewed and relied upon the materials cited and listed in Exhibit B, attached to this report, and my many years of experience in pharmaceutical chemistry. This work is reflected in my publication list.

## III. SUBJECT MATTER ABOUT WHICH I EXPECT TO TESTIFY

12. I presently plan to give opinions and testify concerning:

    a. the history of NSAIDs and the search for a safer NSAIDs;

    b. a tutorial on medicinal chemistry;

    c. the disclosure of the patents-in-suit, the Merck '196 application
       and the Fujisawa references;

d.    one of ordinary skill in the art would not expect the genus of compounds disclosed in the Merck '196 application to be COX-2 selective or anti-inflammatory;

e.    the Teva Pharmacophore – the lack of support in the Merck '196 application and the lack of an expectation that the compounds within the Teva Pharmacophore would be COX-2 selective;

f.    the lack of a motivation to synthesize heterocycles not disclosed by the Merck '196 application;

g.    there is no basis for Teva's "twelve obvious compounds";

h.    the Fujisawa references are more relevant than the Merck '196 application and other references cited by Teva;

i.    celecoxib is closer in structure to SC-58125 than to example 29-3 of the '829 Fujisawa reference;

j.    rofecoxib (Vioxx®) is as close to celecoxib (Celebrex®) as any other compound within the Teva Pharmacophore; and

k.    meloxicam's structure is distinct from, and does not teach, celecoxib.

13.    I may address other matters in response to reports or other evidence offered by Teva. I reserve the right to supplement or amend my opinions in response to opinions expressed by defendant's experts, or in light of any additional evidence, testimony, discovery or other information relating to the aforementioned issues that may be provided to me after the date of this report. I further reserve the right to rely on any documents used by Teva's experts. In addition, I expect that I may be asked to consider and testify about issues that may be raised by defendant's experts in their reports or at trial. In connection with my testimony, I may rely upon certain graphic or demonstrative exhibits that have not yet been prepared.

## IV.    NSAIDS AND NSAID RESEARCH EFFORTS

14.    NSAIDs have been known for more than 100 years, since the discovery of aspirin.  NSAIDs have been used to treat arthritis and other inflammation related conditions, and have become one of the most widely used classes of drugs in the world.[1]  Despite their widespread acceptance and use, the mechanism of action of NSAIDs was largely unknown until 1971, when Sir John Vane reported that NSAIDs act by inhibiting prostaglandin synthesis.[2]  NSAIDs work by inhibiting the cyclooxygenase (COX) enzyme, which is the enzyme involved in the first step of prostaglandin synthesis.  Prostaglandins, however, are not involved solely in inflammation.  They are also involved in certain "housekeeping" functions, such as maintaining the mucosal lining in the stomach and platelet aggregation.  Since NSAIDs inhibit production of prostaglandins responsible for these housekeeping functions, the use of NSAIDs often results in undesirable side effects including gastrointestinal complications such as ulcers, internal bleeding and, in some cases, death.[3]

15.    As a result of these undesirable side effects, pharmaceutical companies spent considerable efforts over the decades to develop NSAIDs that had a superior safety profile.  In the early 1990's a second cyclooxygenase enzyme, encoded by a second COX gene, was identified.  This second enzyme (COX-2 or the "inducible cyclooxygenase enzyme") is responsible for the production of prostaglandins associated with inflammation, while a separate

---

[1]    *See*, *e.g.*, Lehmann & Beglinger, "Impact of COX-2 Inhibitors in Common Clinical Practice a Gastroenterologist's Perspective," *Current Topics in Medicinal Chemistry*, 2005, vol. 5, pp. 449-464, 449.  (PFC01591975-90).

[2]    *See*, *e.g.*, Lombardino, "Nonsteroidal Antiinflammatory Drugs," 1985, pp. 114-115 (PFC01548171-319).

[3]    *See*, *e.g.*, Robitaille, "Improved Nonsteroidal Anti-inflammatories," *The Canadian Journal of CME*, July 1998, pp. 85-95, 86. (PFC01578962-72).

cyclooxygenase enzyme (COX-1 or the "constitutive cyclooxygenase enzyme") is associated

with the prostaglandins involved in housekeeping functions such as maintaining the mucosal

lining. By the mid-1990's, many researchers believed that an NSAID that could inhibit the

COX-2 enzyme and not inhibit the COX-1 enzyme had the potential to provide anti-

inflammatory activity without the undesirable side effects.[4]

## V.       LEVEL OF ORDINARY SKILL IN THE ART

16.       A person of ordinary skill in the art to whom the patents-in-suit are

directed would be a medicinal chemist, who has likely received a B.S. or higher degree with a

focus on organic or pharmaceutical chemistry. The person of ordinary skill in the art would also

likely have several years of experience in the pharmaceutical industry. This experience would

also likely allow the person to become more knowledgeable about biological assays, animal

testing, and pharmacological issues including biolavailability and metabolism.

## VI.      BACKGROUND OF MEDICINAL CHEMISTRY

17.       A heterocycle is a ring structure made up of carbon atoms and one or more

of the following non-carbon atoms:  sulfur, nitrogen, and oxygen. The non-carbon atoms are

commonly referred to as the heteroatoms. For ease of reference, the positions of a heterocycle

are often numbered as shown below (with respect to a pyrazole). Positions on the heterocycle

are commonly referred to by their numbered positions, *i.e.*, 1-position, 2-position, etc.



18.       The structure of a

chemical compound can be referred to by

[4]       *See*, *e.g.*, Donnelley & Hawkey, "Review Article:  Cox-II inhibitors–a new generation of
safer NSAIDs?", *Aliment Pharmacol Ther,* 1997, vol. 11, pp. 227-236, 229
(PFC01602819-28).

words or a structural drawing with letters representing the components. For example, the chemical structure of celecoxib can be referred to as follows:

a.   4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl] benzenesulfonamide; or

b.



19.   Chemical structures are routinely drawn as two-dimensional representations for convenience. Chemical structures are, however, three-dimensional. Thus, although the two-dimensional drawings of two chemical structures may look similar to the untrained eye, the actual three-dimensional structures of the molecules could be very different.

20.   Drugs often work by binding to a particular molecular site, commonly referred to as the active site of the target, such as, an enzyme. The active site of an enzyme has a specific shape and only allows compounds of a complementary shape to bind, analogous to a lock and key.[5] Thus, even the slightest change to the three-dimensional chemical structure of a compound can result in a significant effect on its ability to bind to the active site. In 1993, neither the structures of the COX-1 and COX-2 enzymes, nor the structures of the active sites to which inhibitors of COX-1 and COX-2 would bind, were known.[6]

---

[5]   *See, e.g.* Korolkovas, "Essentials of Molecular Pharmacology," John Wiley & Sons, 1970, pp. 8-11, 41 (PFC01603261-67).

[6]   Picot, "The X-ray crystal structure of the membrane protein prostaglandin HS synthase-1," *Nature*, 1994, 367: 243-249 (COX-1) (PFC001198834-40); Kurumbail, "Structural basis for selective inhibition of cyclooxygenase-2 by anti-inflammatory agents," *Nature*, 1996, 384: 644-648 (COX-2) (PFC00238777-81).

21.    It is well known that small changes in chemical structure can lead to vast differences in a compound's chemical and pharmacological properties.[7] For example, water contains two hydrogen atoms and one oxygen atom ($H_2O$). As one is well aware, water is non-toxic and makes up much of the body. Simply adding a single oxygen atom to a water molecule will form hydrogen peroxide ($H_2O_2$), which is toxic if consumed.

22.    The process of determining the effects that small structural changes have on the activity of a molecule is referred to as the study of structure-activity relationships ("SAR"). In order to develop SAR on a single series of compounds built around a core structure such as a particular heterocycle, pharmaceutical companies routinely synthesize and analyze hundreds of compounds. As data is being generated, one looks at the data to determine if conclusions can be reached regarding the effect(s) that certain changes have on the activities and properties of the compounds. These conclusions then influence the decision on what compounds to try to make and test next. Conclusions based on SAR data are often subjective and will depend on the interpretation of the scientist reviewing the data. There is also normal statistical uncertainty in any measured quantities, and the assays yielding the SAR data are generally complicated, involving measuring responses of an *in vitro* or *in vivo* biological system. Thus, two scientists looking at a limited amount if data can come to different conclusions because of the complexity and unpredictability inherent in medicinal chemistry.

23.    A priori activity predictions are generally not possible because even the slightest changes to a molecule often produce significant differences in activity. Thus, even after

---

[7]    *See, e.g.,* Korolkovas, "Essentials of Molecular Pharmacology," John Wiley & Sons, 1970, pp. 8-11, 41 (PFC01603261-67); Song et al., "Synthesis, Structure-Activity Relationships, and In Vivo Evaluations of Substituted Di-*tert*-butylphenols as a Novel Class or Potent, Selective, and Orally Active Cyclooxygenase-2 Inhibitors. 2. 1,3,4- and ,2,4-Thiadiazole Series" *J. Med. Chem.*, 1999, 42:1161-1169, Table 1; Lombardino, "Nonsteroidal Antiinflammatory Drugs," 1985, pp. 114-115 (PFC01606510-653).

developing SAR conclusions, one does not know with any certainty what effect making a specific change will have on the activity of a molecule without making and testing it.

24. It should also be noted that there is a strong bias in reporting SAR data in the literature, particularly in patents, toward reporting successes rather than failures.

## VII. THE PATENTS-IN-SUIT

25. The patents-in-suit are directed to a genus of compounds that have anti-inflammatory properties and less harmful side effects.[8]

26. U.S. 5,466,823 (the "'823 patent"), entitled "Substituted Pyrazolyl Benzenesulfonamides," is directed to a genus of compounds that are taught to be useful "for treating inflammation and inflammation-related disorders."[9] The genus of claim 1 of the '823 patent, which includes celecoxib, is:

    a. the heterocycle must be a pyrazole;

    b. the substituent attached to the nitrogen at the 1-position of the pyrazole must be a phenyl ring which is substituted at the 4-position of the phenyl ring ($R_1$) with a sulfamyl substituent;

    c. the substituent at the 3-position of the pyrazole ($R_2$) is a haloalkyl;

    d. the substituent at the 4-position of the pyrazole ($R_3$) is a hydrogen or alkyl; and

    e. the substituent at the 5-position of the pyrazole ($R_4$) is a aryl, cycloalkyl, and cycloalkenyl and can be optionally substituted with one or more of the following: halo, alkylthio, alkylsulfinyl, alkyl, alkylsulfonyl, cyano, carboxyl, alkoxycarbonyl, amido, N-monoalkylamido, N-monoarylamido, N,N-dialkylamido, N-alkyl-N-arylamido, haloalkyl, hydroxyl, alkoxy, hydroxyalkyl, haloalkoxy, sulfamyl, N-alkylsulfamyl, amino, N-alkylamino, N,N-dialkylamino, heterocyclic, nitro and acylamino.

---

[8]     *See, e.g.,* '823 patent, col. 3, lns. 23-26 (DX-012).

[9]     '823 patent, col. 1, ln. 5-10 (DX-012).

27.     Claim 9 of the '823 patent specifically claims celecoxib.  The '823 patent includes 30 numbered examples and *in vivo* biological data from a rat carrageenan foot pad edema test for three compounds.

28.     U.S. 5,563,165 (the "'165 patent"), is entitled "Substituted Pyrazolyl Benzenesulfonamides For the Treatment of Inflammation," and is directed to the pharmaceutical compositions of a genus of compounds which are taught to be useful "for treating inflammation and inflammation-associated disorders."[10]  The genus of compounds in claim 1 is:

a.      the heterocycle must be a pyrazole;

b.      the substituent attached to the nitrogen at the 1-position of the pyrazole must be a phenyl ring which is substituted at the 4-position of the phenyl ring ($R_1$) with a sulfamyl, halo, alkyl, alkoxy, hydroxyl and haloalkyl;

c.      the substituent attached at the 3-position of the pyrazole ($R_2$) is hydrido, halo, haloalkyl, cyano, nitro, formyl, carboxyl, alkoxycarbonyl, carboxyalkyl, alkoxycarbonylalkyl, amidino, cyanoamidino, amido, alkoxy, amidoalkyl, N-monoalkylamido, N-monoarylamido, N,N-dialkylamido, N-alkyl-N-arylamido, alkylcarbonyl, alkylcarbonylalkyl, hydroxyalkyl, alkylthio, alkylsulfinyl, alkylsulfonyl, N-alkylsulfamyl, N-arylsulfamyl, arylsulfonyl, N,N-dialkylsulfamyl, N-alkyl-N-arylsulfamyl and heterocyclic;

d.      the substituent attached at the 4-position of the pyrazole ($R_3$) is hydrido, alkyl, halo, haloalkyl, cyano, nitro, formyl, carboxyl, alkoxycarbonyl, carboxyalkyl, alkoxycarbonylalkyl, amidino, cyanoamidino, amido, alkoxy, amidoalkyl, N-monoalkylamido, N-monoarylamido, N,N-dialkylamido, N-alkyl-N-arylamido, alkylcarbonyl, alkylcarbonylalkyl, hydroxyalkyl, alkylthio, alkylsulfinyl, alkylsulfonyl, N-alkylsulfamyl, N-arylsulfamyl, arylsulfonyl, N,N-dialkylsulfamyl, N-alkyl-N-arylsulfamyl, heterocyclic, heterocycloalkyl and aralkyl; and

e.      the 5-position of the pyrazole ring ($R_4$) is substituted with an aryl, cycloalkyl, cycloalkenyl or heterocyclic ring which can be optionally substituted with one or more of the following:  halo,

---

[10]     '165 patent, col. 1, ln. 10-15 (DX-033).

alkylthio, alkylsulfinyl, alkyl, alkylsulfonyl, cyano, carboxyl, alkoxycarbonyl, amido, N-monoalkylamido, N-monoarylamido, N,N-dialkylamido, N-alkyl-N-arylamido, haloalkyl, hydroxyl, alkoxy, hydroxyalkyl, haloalkoxy, sulfamyl, N-alkylsulfamyl, amino, N-alkylamino, N,N-dialkylamino, heterocyclic, nitro and acylamino; or wherein the substituents at the 3-position and 4-position of the pyrazole form:



wherein m is 1 to 3, inclusive; and wherein $R_5$ is one or more radicals selected from halo, alkylthio, alkylsulfinyl, alkylsulfonyl, cyano, carboxyl, alkoxycarbonyl, amido, N-monoalkylamido, N-monoarylamido, alkyl, N,N-dialkylamido, N-alkyl-N-arylamido, haloalkyl, hydrido, hydroxyl, alkoxy, hydroxyalkyl, haloalkoxy, sulfamyl, N-alkylsulfamyl, amino, alkylamino, heterocyclic, nitro and acylamino;

f. provided the substitents at $R_2$ and $R_3$ are not identical radicals selected from hydrido, carboxyl and ethoxycarbonyl; further provided that $R_2$ cannot be carboxyl when the $R_3$ is hydrido and $R_4$ is a phenyl; further provided $R_4$ is not unsubstituted thienyl when $R_2$ is trifluoromethyl; and further provided that $R_4$ is aryl substituted with sulfamyl, or $R_5$ is alkylsulfonyl or sulfamyl when $R_1$ is halo, alkyl, alkoxy, hydroxyl or haloalkyl.

29. Claim 17 of the '165 patent specifically claims celecoxib. The '165 patent includes 30 numbered examples and biological *in vivo* data from a rat carrageenan foot pad edema test for three compounds.

30. U.S. 5,760,068 (the "'068 patent"), is entitled "Substituted Pyrazolyl Benzenesulfonamides For the Treatment of Inflammation," and is directed to the method of treating "inflammation or an inflammation-associated disorder" by administering a compound from the genus of compounds claimed. The genus of claim 1 is as follows:

a. the heterocycle must be a pyrazole;

b.      the substituent attached to the nitrogen at the 1-position of the pyrazole must be a phenyl ring which is substituted ($R_1$) with one or more of the following: halo, $C_1$-$C_{10}$-alkyl, and sulfamyl;

c.      the substituent attached at the 3-position of the pyrazole ($R_2$) is selected from hydrido, $C_1$-$C_6$-haloalky, cyano, carboxy, $C_1$-$C_6$-carboxycarbonyl, $C_1$-$C_6$-alkoxy, $C_1$-$C_6$-alkylthio, aminocarbonyl. aminocarbonyl-$C_1$-$C_6$-alkyl, $C_1$-$C_6$-N-alkylaminocarbonyl, N-arylaminocarbonyl, $C_1$-$C_6$-N,N-dialkylaminocarbonyl,$C_1$-$C_6$-N-alkyl-N-aryl-aminocarbonyl, and $C_1$-$C_6$-hydroxyalkyl;

d.      the substituent attached at the 4-position of the pyrazole ($R_3$) is selected from hydrido, $C_1$-$C_{10}$-alkyl, halo, cyano, $C_1$-$C_6$-alkoxy, $C_1$-$C_6$-hydroxyalkyl, $C_1$-$C_6$-alkylthio, and $C_1$-$C_6$-alkylsulfonyl;

e.      the 5-position of the pyrazole ring ($R_4$) is selected from aryl-$C_2$-$C_6$-alkenyl, aryl, $C_3$-$C_7$-cycloalkyl, $C_3$-$C_7$-cycloalkenyl, and five to ten membered heterocycles, which are optionally substituted with one or more of the following: halo; $C_1$-$C_6$-alkyltho; $C_1$-$C_6$-alkylsulfinyl; $C_1$-$C_{10}$-alkyl; $C_1$-$C_6$-alkylsulfonyl; cyano; carboxyl; $C_1$-$C_6$-alkoxycarbonyl; aminocarbonyl; $C_1$-$C_6$-haloalkyl; sulfamyl; $C_1$-$C_6$-N-alkylaminocarbonyl; amino; $C_1$-$C_6$-N-alkylamino; $C_1$-$C_6$-N,N-dialkylamino; five or six membered heterocyclic; nitro; and

$$R^7\text{—}N\text{—}C(\text{=O})\text{—}CH_3$$

wherein $R^7$ is hydrido;

f.      The genus has the further limitations that aryl means means phenyl, naphthyl, tetrahydronaphthyl, indane, biphenyl, and provided $R^2$ and $R^3$ are not identical radicals selected from hydrido, carboxyl and ethoxycarbonyl; further provided that $R^2$ is not carboxyl or methyl when $R^3$ is hydrido and when $R^4$ is phenyl; further provided that $R^4$ is not triazolyl when $R^2$ is methyl; further provided that $R^4$ is not aralkenyl when $R_2$ is carboxyl, aminocarbonyl or ethoxycarbonyl; further provided that $R^4$ is not phenyl when $R^2$ is methyl and $R^3$ is carboxyl; further provided that $R^4$ is not 4-chlorophenyl when $R^2$ is methyl and $R^3$ is bromo; further provided that $R^4$ is not unsubstituted thienyl when $R^2$ is trifluoromethyl; and further provided that $R^4$ is aryl substituted

12

with sulfamyl when $R^1$ is phenyl not substituted with sulfamyl; and further provided the compound is not 4-[5-(3-fluro-4-methoxyphenyl)-3-(difluoromethyl)-1H-pyrazol-**lyl**]benzenesulfonamide; or a pharmaceutically-acceptable salt thereof.

31.     The '068 patent claims a method of using celecoxib in claim 4.

32.     The '068 patent sets forth 260 numbered examples.  The '068 patent states that there is a preference for COX-2 selective compounds:

> The present invention preferably includes compounds which selectively inhibit cyclooxygenase II over cyclooxygenase I. Preferably, the compounds have a cyclooxygenase II $IC_{50}$ of less than about 0.2 µM, and also have a selectivity ratio of cyclooxygenase II inhibition over cyclooxygenase I inhibition of at least 50, and more preferably of at least 100.  Even more preferably, the compounds have a cyclooxygenase I $IC_{50}$ of greater than about 1 µM, and more preferably of greater than 10 µM. Such preferred selectivity may indicate an ability to reduce the incidence of common NSAID-induced side effects.[11]

33.     The '068 patent includes:  (a) biological *in vivo* data from a rat carrageenan foot pad edema test for fifteen compounds[12]; (b) biological *in vivo* data from a rat carrageenan-induced analgesia test for seven compounds[13]; and (c) COX-1 and COX-2 *in vitro* data for 53 compounds[14].

## VIII.   THERE WAS NO MOTIVATION TO START WITH A "SUBSTITUTED DIPHENYL HETEROCYCLE PHARMACOPHORE"

34.     Each of Teva's medicinal chemistry experts conclude that, in 1993, one of ordinary skill in the art would begin (and end) their search for a safer NSAID with a single

---

[11]     '068 patent, col. 4, lines 57-67 (DX-008).

[12]     '068 patent, col. 94, ln. 20-col. 95, ln. 20 (DX-008).

[13]     '068 patent, col. 94, ln. 20-col. 95, ln.20 (DX-008).

[14]     '068 patent, col. 95, ln. 21-col.96, ln. 50 (DX-008) .

chemical class – a "substituted diphenyl heterocyle pharmacophore."[15]  I do not agree.  Teva's experts misrepresent the motivation of a person of ordinary skill in the art.  Such a person was looking for a new and improved NSAID that lacked the gastrointestinal toxicity associated with traditional NSAIDs.  COX-2 selectivity was one way to look for such a compound, but not the only way.[16]  If one of ordinary skill in the art were to read the Merck '196 application, as discussed below, I do not believe that he or she would have considered the Merck '196 application important because it does not provide *in vivo* data demonstrating that the compounds are anti-inflammatory.  Without such *in vivo* testing, one of ordinary skill in the art would not have had an expectation that even the specific compounds disclosed were anti-inflammatory in animals.

35.     Even if we assume that one of ordinary skill in the art was looking solely for a COX-2 selective inhibitor based on *in vitro* data to serve as a lead, I do not agree that such a search would have been limited to the Merck '196 application.  Published literature suggested that both DuP-697 and NS-398 were COX-2 selective.[17]   I agree with Dr. Galbraith that a search would have involved a review of literature and would have identified a number of compounds of distinct structural classes.[18]  I agree that there was no teaching or motivation to choose one structure (the "substituted diphenyl heterocycle[s]") over any of the other chemical structures that would have been identified.[19]

---

[15]     Trummlitz Rep. ¶¶80, 93-98; Baker Rep. ¶¶140-145; Cooperman Rep. ¶¶124-131.

[16]     *See*, *e.g.,* Galbraith Rep. ¶19; Seibert Rep. ¶¶15-31.

[17]     *See, e.g.,* Prasit, "Discovery of Vioxx (rofecoxib)", Ch. 3 in "Therapeutic Roles of Selective COX-2 Inhibitors," ed. by JR Vane (2001), pp 60-75, at 60 (PFC01604084-99).

[18]     Galbraith Reb. Rep. ¶¶6-7.

[19]     Galbraith Reb. Rep. ¶8.  Dr. Trummlitz, owing to his involvement in their development,

(continued...)

## IX.   THE MERCK '196 APPLICATION

### A.   The Genus of the Merck '196 Application[20]

36.   The genus set forth in the Merck '196 application is astoundingly broad.

For thiophenes alone, I estimate that coverage was sought for $10^{18}$ (a billion-billion) compounds.

The genus of the Merck '196 application comprises compounds with the generic formula:



wherein,

(a)   X-Y-Z-is selected from the group consisting of (depending on the placement of the double bond):
(1)      $-CH_2CH_2CH_2-$,
(2)      $-C(O)CH_2CH_2-$,
(3)      $-CH_2CH_2C(O)-$,
(4)      $-CR^5(R^5)-O-C(O)-$,
(5)      $-C(O)-O-CR^5(R^5)-$,
(6)      $-CH_2-NR^3-CH_2-$,
(7)      $-CR^5(R^5)-NR^3-C(O)-$,
(8)      $-CR^4=CR^4-S-$,
(9)      $-S-CR^4=CR^4-$,
(10)    $-S-N=CH-$,
(11)    $-CH=N-S-$,
(12)    $-N=CR^4-O-$,
(13)    $-O-CR^4=N-$

---

[19]       (...continued)
          particularly emphasizes oxicams as an alternative class of NSAIDs with improved gastrointestinal characteristics.  There was no teaching in the art to select oxicams over any other class.

[20]       "Merck '196 application" means Application No. 08/082,196 filed on June 24, 1993 (PFC01597359-456).

(14)  -N=CR$^4$-NH-;
(15)  -N=CR$^4$-S-, and
(16)  -S-CR$^4$=N-;
(17)  -C(O)-NR$^3$-CR$^5$(R$^5$)-;
(18)  -R$^3$N-CH=CH-  provided R$^1$≠-SO$_2$Me
(19)  -CH=CH-NR$^3$-  provided R$^1$≠-SO$_2$Me
(20)  =CH-O-CH=, and
(21)  =CH-NR$^3$-CH=,
(22)  =N-S-CH=,
(23)  =CH-S-N=,
(24)  =N-O-CH=,
(25)  =CH-O-N=,
(26)  =N-S-N=,
(27)  =N-O-N=,

(b)  R$^1$ is selected from the group consisting of
    (1)  S(O)$_2$CH$_3$,
    (2)  S(O)$_2$NH$_2$,
    (3)  S(O)$_2$NHC(O)CF$_3$,
    (4)  S(O)(NH)CH$_3$,
    (5)  S(O)(NH)NH$_2$,
    (6)  S(O)(NH)NHC(O)CF$_3$,
    (7)  P(O)(CH$_3$)OH, and
    (8)  P(O)(CH$_3$)NH$_2$,

(c)  R$^2$ is selected from the group consisting of
    (1)  C$_{1-6}$alkyl,
    (2)  C$_3$, C$_4$, C$_5$, C$_6$, and C$_7$, cycloalkyl,
    (3)  mono- or di-substituted phenyl wherein the substituent is selected from the group consisting of
        (i)  hydrogen,
        (ii)  halo,
        (iii)  C$_{1-6}$alkoxy,
        (iv)  C$_{1-6}$alkylthio,
        (v)  CN,
        (vi)  CF$_3$,
        (vii)  C$_{1-6}$alkyl,
        (viii)  N$_3$,
        (ix)  -CO$_2$H,
        (x)  -CO$_2$-C$_{1-4}$alkyl,
        (xi)  -C(R$^5$)(R$^6$)-OH,
        (xii)  -C(R$^5$)(R$^6$)-O-C$_{1-4}$alkyl, and
        (xiii)  -C$_{1-6}$alkyl-CO$_2$-R$^5$;
    (4)  mono- or di-substituted heteroaryl wherein the heteroaryl is a monocyclic aromatic ring of 5 atoms, said ring having one hetero atom which is S, O, or N, and optionally 1, 2, or 3 additionally N atoms; or

the heteroaryl is a monocyclic ring of 6 atoms, said ring having one hetero atom which is N, and optionally 1, 2, 3, or 4 additional N atoms; said substituents are selected from the group consisting of

(i)     hydrogen,

(ii)    halo, including fluoro, chloro, bromo and iodo,

(iii)   $C_{1-6}$alkyl,

(iv)   $C_{1-6}$alkoxy,

(v)    $C_{1-6}$alkylthio,

(vi)   CN,

(vii)  $CF_3$,

(viii) $N_3$,

(ix)   $-C(R^5)(R^6)-OH$, and

(x)    $-C(R^5)(R^6)-O-C_{1-4}$alkyl;

(d)    $R^3$ is selected from the group consisting of

(1)    hydrogen,

(2)    $CF_3$,

(3)    CN,

(4)    $C_{1-6}$alkyl,

(5)    hydroxy$C_{1-6}$alkyl,

(6)    $-C(O)-C_{1-6}$alkyl,

(7)    optionally substituted

       (i)     $-C_{1-5}$ alkyl-Q,

       (ii)    $-C_{1-3}$alkyl-O-$C_{1-3}$alkyl-Q,

       (iii)   $-C_{1-3}$alkyl-S-$C_{1-3}$alkyl-Q,

       (iv)   $-C_{1-5}$ alkyl-O-Q, or

       (v)    $-C_{1-5}$ alkyl-S-Q,

       wherein the substituent resides on the alkyl and the substituent is $C_{1-3}$alkyl;

(8)    -Q

(e)    $R^4$ and $R^{4'}$ are each independently selected from the group consisting of

(1)    hydrogen,

(2)    $CF_3$,

(3)    CN,

(4)    $C_{1-6}$alkyl,

(5)    -Q,

(6)    -O-Q;

(7)    -S-Q, and

(8)    optionally substituted

       (i)     $-C_{1-5}$alkyl-Q,

       (ii)    $-O-C_{1-5}$alkyl-Q,

       (iii)   $-S-C_{1-5}$alkyl-Q,

       (iv)   $-C_{1-3}$alkyl-O-$C_{1-3}$alkyl -Q,

       (v)    $-C_{1-3}$alkyl-S-$C_{1-3}$alkyl-Q,

       (vi)   $-C_{1-5}$ alkyl-O-Q,

(vii)    -$C_{1-5}$ alkyl-S-Q,
        wherein the substituent resides on the alkyl and the substituent is
        $C_{1-3}$alkyl, and

(f)    $R^5$, $R^{5'}$ and $R^6$ are each independently selected from the group consisting
       of
       (1)    hydrogen,
       (2)    $C_{1-6}$alkyl,
              or $R^5$ and $R^6$ together with the carbon to which they are attached
              form a saturated monocyclic carbon ring of 4, 5, 6 or 7 atoms;

(g)    Q is $CO_2H$, $CO_2$-$C_{1-4}$alkyl, tetrazolyl-5-yl, $C(R^5)(R^6)(OH)$, or
       $C(R^5)(R^6)(O$-$C_{1-4}$a1kyl);

## B.    The Examples of the Merck '196 Application

37.    The Merck '196 application has two Tables of examples.  Table I contains

14 compounds.[21]  For each of these compounds a synthetic method is listed and some COX-1

and COX-2 tabular data (in the form of percent inhibition) is provided.  Table II contains an

additional 57 compounds.[22]  Neither a synthetic method nor COX-1 and COX-2 tabular data is

provided for these compounds.

## X.    ONE OF ORDINARY SKILL IN THE ART WOULD NOT HAVE A REASONABLE EXPECTATION THAT A COMPOUND IN THE MERCK '196 APPLICATION WOULD BE COX-2 SELECTIVE OR ANTI-INFLAMMATORY IN THE ABSENCE OF DATA FOR THAT COMPOUND

38.    It is my opinion that the Merck '196 application would not provide one of

ordinary skill in the art with a reasonable basis for expecting that the compounds within the

genus were COX-2 selective or anti-inflammatory because:  (a) the Merck '196 application

provides tabular data for only fourteen examples from an astronomical genus comprising $10^{18}$

compounds; (b) within such a diverse genus, one of ordinary skill in the art would have expected

the compounds to exhibit diverse activities; and (c) the Merck '196 application lacks *in vivo* data

---

[21]    Merck '196 application, pp 32-34 (PFC01597359-456).

[22]    Merck '196 application, pp 35-43 (PFC01597359-456).

demonstrating that any of the compounds would have anti-inflammatory activity in an animal. Overall, I find the data provided in the Merck '196 application does not teach that the genus of compounds are COX-2 selective or anti-inflammatory.

## A. The Merck '196 Application Provides Tabular Data for Only Fourteen Examples

39. Teva's experts each conclude that the search for a COX-2 selective NSAID would begin with the same reference – the Merck '196 application. It is my opinion that one of ordinary skill in the art would not have understood the Merck '196 application to teach that all members of the genus "would be expected to be COX-2 selective"[23] based on the tabular *in vitro* data for fourteen compounds.

40. Despite the disclosure of a genus covering more than $10^{18}$ distinct compounds, the specification of the Merck '196 application provides COX-1 and COX-2 percent inhibition data for only fourteen compounds. These fourteen compounds contain examples of only five heterocyclic cores (thiophene, thiazole, isothiazole, furan and furnanone) and a cyclopentanone.[24] Just one of these heterocyclic cores placed in a diaryl heterocyclic structure with substituents as listed in the application is broad enough to cover an astounding number of compounds, *e.g.*, $10^{18}$ for thiophenes. *In vitro* data from fourteen members of such a class provides no reasonable basis to generalize about the properties of all other members of the class.

41. Thus, it is no surprise to me that the patent examiner rejected the Merck '196 application for the same reason – the *in vitro* data for fourteen compounds does not support a finding that all of the compounds within the genus have similar activity:

---

[23]    Trummlitz Rep. ¶65.

[24]    Merck '196 application, pp. 32-34 (PFC01597359-456).

Relatively little is known regarding the activity of COX-2, and there is no predictability as to which compounds will inhibit COX-2. In such a field, the data found in the specification regarding the activity of the claimed compounds is not sufficient to enable the full scope of the invention as claimed. *Even within the limited set of compounds tested for activity, the variation of activity is so great that the data cannot be said to create the expectation that the multitude of compounds claimed will have the claimed activity.*[25]

42.     The patent examiner confirms my opinion that one of ordinary skill in the art would not have expected the compounds within the genus disclosed to be COX-2 selective.

**B.     It Was Well Known that Heterocycles Have Different Properties**

43.     The expected differences between heterocycles would have left one of ordinary skill in the art with no expectation that all compounds within the genus of the Merck '196 application were COX-2 selective. It was well known in the art in 1993 that different heterocycles possess different physical, chemical and biological properties. The key aspect of lead optimization in drug discovery is often the identification and selection of the choice of heterocycles and their substituents.

44.     Heterocycles have different hydrogen bonding patterns, basicity, polarity, and reactivity/stability, each of which can affect their ability to bind to the active site of the target. For example, hydrogen bonding donor and acceptor sites of an inhibitor normally require matching with complementary hydrogen bonding components of the receptor (protein) or water molecules. Similarly, hydrophobic patches on an inhibitor normally need to fit well against hydrophobic patches on the receptor. Heterocycles have other differences associated with, for example, metabolism and toxicity, which will affect a compound's ability to be used as a drug. Teva's experts provide no reference or data that one of ordinary skill in the art could rely upon to

---

[25]     Merck '196 application, 11/12/93 Office Action, p. 6 (emphasis added) (PFC01597359-456).

form a reasonable expectation that use of any heterocycle in a diphenyl heterocycle would yield a compound that inhibited COX-2. Fundamentally, for the above reasons, one of ordinary skill in the art would not have expected that heterocycles were interchangeable – contrary to what Teva's experts suggest the Merck '196 application teaches.

45. Because of the potentially significant differences in the activity of alternative heterocycles, the literature on heterocycle synthesis, properties, uses, and activities is massive. I entered the keyword "heterocycle" into the American Chemical Society's SciFinder system and 164,563 references to journal articles and abstracts were retrieved. For 2000-2005, 109 articles are retrieved for a search on "review of heterocycle chemistry." That would seem excessive if heterocycles were generally understood to be interchangeable.

46. Differences between heterocycles are routinely seen in pharmaceutical research. In my own research on non-nucleoside inhibitors of HIV-1 reverse transcriptase, changing heterocycles shows large effects on the activities of compounds.[26] We have spent much effort synthesizing and assaying series of thiazoles, pyridines, pyrimidines and triazenes; the general patterns here are that: (a) thiazoles and pyridines are not potent enough against HIV-1; (b) the pyrimidines are very potent, but show greater cell toxicity; and (c) the triazenes have intermediate potency, but much less cell toxicity. This is a typical dance that one participates in when performing drug development using heterocycles; heterocycles are not interchangeable.

47. The views expressed by the patent examiner reiterate the well-known fact that because different heterocycles possess different physical, chemical and biological properties,

---

[26]  Jorgensen et al., "Computer-aided design of non-nucleoside inhibitors of HIV-1 reverse transcriptase," *Bioorganic & Medicinal Chemistry Letters*, 2005, 16: 663-667 (PFC01603225-29). For related work, *see also*: Ludovici et al., "Evolution of Anti-HIV Drug Candidates. Part 3: Diarylpyrimidine (DAPY) Analogues," *Bioorganic & Medicinal Chemistry Letters*, 2001, 11(17):2235-2239, Table 1.

one of ordinary skill in the art would not have expected all of the compounds within the genus of the Merck '196 application to be COX-2 active and selective. The patent examiner acknowledged the differences between the heterocycles and rejected Merck's attempt to claim compounds containing each of the five-membered heterocycles disclosed in the application:

> [T]hese claims encompass species that are considered to be independent since they are unconnected in operation; one does not require the others for ultimate use and the specification does not disclose a dependent relationship between them. Moreover, *there are encompassed species that are considered to be distinct from others on the basis of their properties.*[27]

The examiner reasoned that allowing the claims "would warrant the ultimate [incorrect] conclusion that all species are patentably indistinct and a reference to one species would be considered a reference to all species."[28]

### C. The Merck '196 Application Lacks *in vivo* Data Demonstrating That The Compounds Have Anti-inflammatory Activity

48.     The lack of *in vivo* data would have precluded a conclusion that the compounds within the genus of the Merck '196 application were anti-inflammatory. One of ordinary skill would have been aware that *in vitro* data alone does not demonstrate that the compound will have activity in an animal. *In vitro* activity, the ability of the compound to inhibit the enzyme "in glass" (a test tube), is only the first step in developing a drug. It is often the case that compounds that are good enzyme inhibitors, and have the desired activity *in vitro*, fail to demonstrate that activity *in vivo* (in a living animal). One of ordinary skill in the art would have wanted to see *in vivo* data before concluding that a compound had certain activity in an animal.

---

[27]     Merck '196 application, 11/12/93 Office Action, p. 3 (emphasis added) (PFC01597359-456).

[28]     Merck '196 application, 11/12/93 Office Action, p. 4 (PFC01597359-456).

49.     The Merck '196 application does not contain any *in vivo* data demonstrating that the compounds possessed anti-inflammatory properties in an animal.  The Merck '196 application would not teach one of ordinary skill in the art that the broad genus of compounds disclosed were anti-inflammatory compounds, even though it asserts they are anti-inflammatory, because *in vitro* enzyme inhibitors do not necessarily exhibit similar activity *in vivo*.

50.     The Examiner confirmed my opinion and acknowledged that the lack of *in vivo* data showed that there was no evidence that the compounds had anti-inflammatory activity:

> In an informal interview Examiner Gabalin clarified that with regard to the compounds and their use as anti-inflammatory agents, she is concerned that there is insufficient proof that inhibition of COX-2 would translate to anti-inflammatory activity.[29]

In response to this concern, inventors of the Merck '196 application included *in vivo* data from a rat paw edema assay, "demonstrating that applicants [sic.] compounds are useful anti-inflammatory agents,"[30] in their next patent application.  I understand that the patent application containing the *in vivo* data was not filed until January 10, 1994.[31]

## XI.     TEVA'S CONSTRUCTION OF A PHARMACOPHORE IS NOT SUPPORTED BY THE MERCK '196 APPLICATION

51.     Even if, contrary to my opinion expressed above, one of ordinary skill in the art would have understood the Merck '196 application to have disclosed a genus of compounds where each member of the genus could reasonably be expected to be COX-2 selective, one of ordinary skill in the art would not have generated the pharmacophore set forth

---

[29]     Merck '196 application, 2/22/98 Express Abandonment, p. 2 (PFC01597359-456).

[30]     Merck '196 application, 2/22/98 Express Abandonment, p. 3 (PFC01597359-456).

[31]     Merck '196 application, 2/22/98 Express Abandonment, p. 1 (PFC01597359-456).

by Teva's experts. If, contrary to my opinion, one of ordinary skill in the art would have been motivated to create a pharmacophore (herein referred to as the "Teva Pharmacophore"), one of ordinary skill in the art would have relied primarily on the examples for which data was provided.

52.     The Teva Pharmacophore, which leaves many of the substituents undefined, would encompass another astronomical number of compounds. In order to generate the Teva Pharmacophore, Teva's experts make the following assumptions which, as discussed below, cannot be supported by the Merck '196 application or any other data available to one of ordinary skill in the art in 1993, and are at odds with actual data obtained by Searle:

   a.     "The identity of the five-membered ring . . . is not significant to the activity of the compound as a COX-2 selective anti-inflammatory"[32]

   b.     "[T]he position of the heteroatoms in the five-membered heterocycle is not significant to the activity of the compound as a COX-2 inhibitor"[33]

   c.     The aryl rings must be "phenyl groups" and can be in any position on the heterocycle ring as long as they attached to "adjacent atoms"[34]

   d.     "[T]he use of a sulfamyl or methylsulfonyl on phenyl 'A' is critical" to achieving COX-2 activity and selectivity"[35]

   e.     The sulfamyl and methyl sulfone (methylsulfonyl)substituents are interchangeable "for achieving COX-2 selectivity when used with any five-membered heterocycle[36]

---

[32]     Baker Rep. ¶132; *see also* Cooperman Rep. ¶62.

[33]     Baker Rep. ¶132; *see also* Cooperman Rep. ¶67.

[34]     Baker Rep. ¶133; *see also* Cooperman Rep. ¶¶57-59.

[35]     Baker Rep. ¶144.

[36]     Baker Rep. ¶134; *see also* Trummlitz Rep. ¶82.

f. The "optional" substituent on the heterocycle and the phenyl ring are not essential for potency or selectivity[37]

g. The "optional" substituents should be small[38]

53. As discussed below, one of ordinary skill in the art would not draw these conclusions. From the Merck '196 application, it is my opinion that if, contrary to my opinion expressed above, one of ordinary skill in the art would make generalizations as to the properties of compounds within a broad genus based on data from only fourteen compounds, one would conclude as follows:

**A. The Only Heterocycles That the Merck '196 Application Discloses As Potentially COX-2 Selective Are the Eight Heterocycles in Tables I and II**

54. The conclusion by Dr. Baker that the "identity of the five-membered ring heterocycle . . . is not significant to the activity of the compound as a COX-2 selective anti-inflammatory"[39] is not supported by the Merck '196 application. Table 1 of the Merck '196 application contains fourteen examples comprising five heterocycles (thiophene, furan, furanone, thiazole, and isothiazole) and cyclopentanone. Considering the examples in Table II (unsupported by tabular data) only adds three additional heterocycles (pyrrole, maleamide and a dihydropyrrole). Thus, even if one of ordinary skill in the art would have thought that tabular data for just fourteen compounds created an expectation that all diphenyl compounds containing the ring systems in the examples were COX-2 selective (which it does not), the extension of the pharmacophore beyond the nine rings in the examples (eight heterocycles and one cyclopentene) is unsupported.

---

[37] Cooperman Rep. ¶¶88-89.

[38] Baker Rep. ¶135.

[39] Baker Rep. ¶132; *see also* Cooperman Rep. ¶67.

55.     As discussed above, due to the known and expected differences between heterocycles, one of ordinary skill in the art would have expected that the identity of the five-membered heterocycle would affect COX-2 activity and selectivity.  In fact, switching the heterocycle can result in changes in COX-2 activity.  For example, Searle tested the four compounds below (each of which are within the Teva Pharmacophore).  The clear difference among these compounds is the identity of the five-membered heterocycle.  As shown below, although the thiazole (MCP-179074) was COX-2 selective, the pyrazole (SC-59494) and the triazole (SC-58043) did not have detectable COX-2 activity at concentrations as high as 100µM.

|  |  |  |
|---|---|---|
| **MCP-179074**[40] | **SC-59494**[41] | **SC-58043**[42] |
| COX-1 IC50:  >100µM | COX-1 IC50: >100µM | COX-1 IC50:  >100µM |
| COX-2 IC50:  0.116µM | COX-2 IC50: >100µM | COX-2 IC50:  >100µM |

Similarly, Searle tested SC-57126 (a pyrrole within the Teva Pharmacophore) and found the compound to be COX-2 selective.  However, after simply changing the heterocycle to a tetrazole (another five-membered heterocycle not disclosed by the Merck '196 application), the resulting compound, SC-57855, had no detectable COX-2 activity.

---

[40]     PFC01592069; PFC01552789; PFC01554299.

[41]     PFC01592210; PFC01230024; PFC01555722.

[42]     PFC01592109; PFC00668855; PFC01228682; PFC01554299.

|  |  |
| --- | --- |
| **SC-57126**[43] | **SC-57855**[44] |
| COX-1 IC50:  >100µM | COX-1 IC50:  >100µM |
| COX-2 IC50:  0.511µM | COX-2 IC50:  >100µM |

Additional compounds within the Teva Pharmacophore that demonstrate that the identify of the heterocycle can have a great effect on COX-2 activity are set forth in Exhibit 1.  One of ordinary skill in the art would have expected small changes could have a significant effect on activity.

**B.  Conclusions Drawn By Teva's Experts With Respect to the Heteroatoms Do Not Follow From the Merck '196 Application**

56.  Dr. Baker states that "the position of the heteroatoms . . . is not significant to the activity of the compound as a COX-2 selective anti-inflammatory" and "any heteroatom can appear at any position in the heterocycles."[45]  It is impossible to draw these conclusions based on the data from only fourteen compounds.  Furthermore, as shown below, these conclusions are often not correct.   Searle scientists tested several compounds that differed from compounds within the genus of the Merck '196 application by their attachment of a phenyl ring to the heteroatom.  Significantly, these compounds had no detectable COX-2 activity.

---

[43]     PFC01592078; PFC01228762; PFC01554299.

[44]     PFC01592095; PFC00316100; PFC01554299.

[45]     Baker Rep. ¶ 132.

| Compound Within Genus of the Merck '196 Application | Corresponding Compound Tested By Plaintiffs <span style="color:red">(Heteroatom in Red)</span> |
|---|---|
|  | <br>**SC-56975**[46]<br>COX-1 IC50: >100µM<br>COX-2 IC50: >100µM |
|  | <br>**SC-57484**[47]<br>COX-1 IC50: >100µM<br>COX-2 IC50: >100µM |
|  | <br>**SC-58740**[48]<br>COX-1 IC50: >100µM<br>COX-2 IC50: >100µM |

---

[46]    PFC01592078; PFC01228721; PFC01552763.

[47]    PFC01592083; PFC01228769; PFC01554299.

[48]    PFC01592158; PFC01228879; PFC01554690.

Additional compounds within the Teva Pharmacophore that demonstrate that the position of the heteroatom can have a significant effect on COX-2 activity are set forth in Exhibit 2. One of ordinary skill in the art would have expected small changes could have a significant effect on activity.

57. Neither the Merck '196 application nor Teva's experts explain when one would be correct in expecting COX-2 selectivity and when, as shown above, one would be wrong.

58. The genus of the Merck '196 application prohibits attaching the phenyl rings to a heteroatom. This is inconsistent with the claimed insignificance of the identity of the heterocycle and the position of the heteroatoms. Thus, one of ordinary skill in the art would have had no basis for concluding that the positions of the heteroatoms are not relevant to COX-2 activity. One of ordinary skill in the art would know that the nature of the heterocycles, including the specific positioning of the heteroatoms, modulates activities.

59. Additionally, in order to draw conclusions about how possible changes in the chemical structure of a compound will affect the compound's activity one of ordinary skill in the art would require an extensive amount of data which is absent from the Merck '196 application. Developing the SAR for a single heterocycle would require, at a minimum, synthesizing and measuring the activity of many compounds containing the heteroatom(s) in alternative locations and with different substituents on the ring. In our and others' anti-HIV-1 efforts it has been normal to synthesize and assay 20-50 compounds within a single heterocycle series.[49] It is straightforward to write down more than 50 aromatic five-membered heterocycles,

---

[49] Jorgensen et al., "Computer-aided design of non-nucleoside inhibitors of HIV-1 reverse transcriptase," *Bioorganic & Medicinal Chemistry Letters*, 2005, 16: 663-667 (PFC01603225-29).

plus another 50 non-aromatic ones, for the Teva Pharmacophore.  To make valid conclusions covering all five-membered heterocycles would require synthesizing and developing SAR for thousands or tens of thousands of compounds.  The data in the Merck '196 application are grossly inadequate to draw broad SAR conclusions covering all five-membered heterocycles as Teva's experts suggest.[50]

### C. The Merck '196 Application Teaches More Than Phenyl Rings and Limits the Location of the Rings

60.     Teva's experts state that the Merck '196 application teaches that the aryl rings must be phenyl and the phenyl groups can be attached at any position of the heterocycle, as long as they are on "adjacent atoms."[51]  I disagree.  First, in the Merck '196 application, an example of Table I (which contains the only examples for which there is tabular data) teaches that one ring could be replaced by a saturated cyclohexane ring.  Second, the examples of the Merck '196 application do not teach, and the genus set forth in the Merck '196 application prohibits,[52] attaching the phenyl  rings to a heteroatom.  Thus, at best, the Merck '196 application teaches attaching either a phenyl or a saturated cyclohexane ring to adjacent non-heteroatom positions of the heterocycle.  Importantly, based on this limitation, if one of ordinary skill in the art was trying to learn something from the Merck '196 application, he/she would not be motivated to make any of the compounds within the patents-in-suit that require that an aryl ring must be attached to the nitrogen at the 1-position of the pyrazole ring.

61.     The compounds from Searle's research program, set forth in Exhibit 3, demonstrate that the placement of adjacent phenyl rings on the heterocycle of compounds within

---

[50]     Trummlitz Rep. ¶¶71-75; Cooperman Rep. ¶¶62-66; *see also* Baker Rep. ¶¶144, 147.

[51]     Baker Rep. ¶133; Trummlitz Rep. ¶73; Cooperman Rep. ¶57.

[52]     Merck '196 application, p. 3 (PFC01597359-456).

the Teva Pharmacophore can have a significant effect on COX-2 activity. One or ordinary skill in the art would have expected that small changes could have a significant effect on activity.

**D.     There Is No Basis for Concluding that a Methyl Sulfone and a Sulfamyl Are "Critical" to COX-2 Activity**

62.     There is no support for Dr. Baker's statement that "a person of ordinary skill in the art would recognize that with regard to the pharmacophore taught in the Merck '196 application . . . the use of the sulfamyl or methyl sulfone on phenyl 'A' is critical."[53] As stated above, conclusions such as this require extensive SAR data, which is absent from the Merck '196 application. At the very least, a conclusion that the methyl sulfone and sulfamyl are critical for COX-2 activity and selectivity would require the synthesis and testing of numerous diverse compounds that possessed one of these substituents. It would also require synthesis and testing of many compounds that did not possess either substituent, and a demonstration that those compounds did not have COX-2 activity and selectivity. The data presented do not preclude the possibility that these groups make no contact with the COX enzymes in their complexes. Secondly, Table I also contains an example with an $SO_2NHC(O)CF_3$ group. Though the fate of this example compound in an *in vitro* assay is uncertain, it is neither a sulfamyl or a methyl sulfone group and the compound is active. This would suggest that these two substituents are not "critical."

**E.     The Merck '196 Application Does Not Teach that Methyl Sulfone and Sulfamyl Are Interchangeable for Achieving COX-2 Selectivity for Non-Disclosed Five-Membered Heterocycles**

63.     Based on the data in the Merck '196 application, one of ordinary skill in the art would not (and could not) conclude that the methyl sulfone and sulfamyl are interchangeable under any circumstances, let alone in any diphenyl heterocycle. As explained

---

[53]     Baker Rep. ¶144.

above, one cannot make conclusions about the activity that substituents may confer on a particular heterocycle-containing structure without synthesizing and testing representative compounds containing the heterocycle. At a minimum, in order to make this conclusion with respect to a single heterocycle, one would have to synthesize and test compounds containing the heterocycle, in combination with methyl sulfone, sulfamyl and other substituents. A change in the heterocycle can cause a shifting of the molecule in the inhibitor binding site, which can lead to variations in the effects of the substituents.

64.     The Merck '196 application falls far short of providing the data necessary to make this conclusion with respect to the heterocycles set forth in the examples, let alone those disclosed in the genus or, broader still, all five-membered heterocycles. Of the fourteen examples, there are only two examples of a single heterocycle (a furanone) that show compounds that are identical except for the methyl sulfone or sulfamyl.[54] Based on this very limited disclosure, one of ordinary skill in the art would not understand the Merck '196 application to teach that the methyl sulfone and sulfamyl are interchangeable among all furanones, and certainly not among any compounds containing other heterocyclic cores.

65.     Furthermore, one of ordinary skill in the art would not have thought that the methyl sulfone and sulfamyl substituents would result in compounds having the same COX-2 activity for at least the reasons below:

66.     First, the prior art in the Fujisawa references[55] taught away from the interchangeability of methyl sulfone and sulfamyl on a pyrazole. In 1991, Fujisawa filed the application leading to WO 91/19708, which claimed diphenyl thiophene compounds that were

---

[54]     *See* Merck '196 application, p. 33, examples 9 and 10 (PFC01597359-456).

[55]     The "Fujisawa references" means European Patent Applications 0 554 829A2 (DX-040) and 0 418 845 A1 (PFC01603002-72).

useful as anti-inflammatory agents.  The patent reference discloses a genus of compounds wherein one of the phenyl rings could be substituted by, among other things, a methyl sulfone or a sulfamyl.  In a later patent, EP0554829A2, the same inventors claimed anti-inflammatory diphenyl pyrazole compounds but listed only the methyl sulfone among the possible substituents that could be attached to the phenyl ring.  One of ordinary skill in the art would have been aware of both Fujisawa references and could easily have understood them to teach: (a) that the methyl sulfone and sulfamyl are not interchangeable with respect to heterocycles in general and pyrazoles in particular; and (b) that sulfamyl groups may have some unspecified liability.

67.     Second, methyl sulfone and sulfamyl were not known to be bioisosteres. Substituents are isosteres if they have the same number of valence electrons.[56]  Isosteres are generally not expected to have the same biological activity.  However, when isosteres are determined, based on testing, to have similar biological activity, they are referred to as bioisosteres with respect to that activity.[57]  Although I agree that, in 1993, one of ordinary skill in the art would have considered the methyl sulfone and sulfamyl substituents to be isosteres, they would not have considered them to be bioisosteres.[58]

---

[56]     Patani, "Bioisosterism:  A Rational Approach in Drug Design," *Chem. Rev.*, 1996, 96: 3147-3176, 3148 (PFC01606414-43); Korolkovas, "Essentials of Molecular Pharmacology,"  John Wiley & Sons, 1970, pp. 54-59 (PFC01603261-67); Foye et al, "Principles of Medicinal Chemistry," 4th Ed., 1995, pp. 40-49.

[57]     Patani, "Bioisosterism:  A Rational Approach in Drug Design," *Chem. Rev.*, 1996, 96: 3147-3176, 3148  (PFC01606414-43); Korolkovas, "Essentials of Molecular Pharmacology,"  John Wiley & Sons, 1970, pp. 54-59 (PFC01603261-67); Foye et al, "Principles of Medicinal Chemistry," 4th Ed., 1995, pp. 40-49.

[58]     Korolkovas, "Essentials of Medicinal Chemistry," Second Edition, John Wiley & Sons, 1988, pp. 78-83 (PFC01603261-67); Foye et al, "Principles of Medicinal Chemistry," 4th Ed., 1995, pp. 40-49.

68.     Third, methyl sulfone and sulfamyl have notably different hydrogen bonding patterns.  The methyl sulfone can only serve as a hydrogen-bond acceptor via its oxygen atoms, while a sulfamyl group is both a good hydrogen-bond acceptor and a strong hydrogen-bond donor (via its $NH_2$ group).  This difference is expected to affect a variety of properties, including binding to the enzyme and, for example, solubility.

## F.     There is No Basis For Concluding That the "Optional" Substituents Are Not "Critical" For Activity

69.     First, there is no basis in the Merck '196 application for concluding that the "optional" substituents that can be attached to the heterocycle and phenyl "B" are not critical for activity.  As stated above, there is simply not enough data on which to draw this conclusion.  In fact, one would not know whether or not they were, as Teva's experts say, "optional."[59]  As demonstrated in Exhibits 4 and 5, the identity, position and number of the "optional" heterocycle substituents and "optional" phenyl "B" substituent, respectively, have a great effect on COX-2 activity of compounds within the Teva Pharmacophore.

70.     Second, Teva's experts, having relied strictly on the examples in Tables I and II to limit the pharmacophore to *adjacent diphenyl rings* and a methyl sulfone or a sulfamyl (as opposed to the numerous other substituents permitted by the genus of the Merck '196 application), ignore the teachings of the examples in Tables I and II with respect to the "optional" substituents.

71.     With respect to the "optional" substituent on the heterocycle, the examples of Table I of the Merck '196 application teach that the heterocycles can either be unsubstituted or contain one of the following five substituents:

a.      hydroxyisopropyl (-C(CH$_3$)$_2$OH)

_____

[59]     Trummlitz Rep. ¶85; Cooperman Rep. ¶69; Baker Rep. ¶164.

   b.  isopropyl ($-CH(CH_3)_2$)
   c.  carboxylic acid ($-CO_2H$)
   d.  methyl ($-CH_3$)
   e.  *gem*-dimethyl ($-(CH_3)_2$)

  72.  Even if one of ordinary skill in the art would include the examples in

Table II, only one additional substituent is taught – a trifluoromethyl ($-CF_3$).  If the reasoning of

Teva's experts were applied consistently, one of ordinary skill in the art would understand that

the "optional" substituents that can be attached to the heterocycle should be limited to those

taught in the examples.

  73.  Similarly with respect to the "optional" substituent attached on phenyl

"B", there is no basis from which to conclude that the "optional" substituent does not affect

COX-2 activity, and in fact one of ordinary skill in the art, based on the examples in Table I for

which there are tabular data, may have concluded the opposite.  In Table I of the Merck '196

application, phenyl B has a para-fluoro substituent in 12 of the 13 substituted examples, and a

carboxylic acid in the other.  Following the logic that Teva's experts used to conclude the

sulfamyl and methyl sulfone were "critical", it could be that a para-fluoro or a carboxylate group

was "critical".   Furthermore, even considering all of the examples in Tables 1 and 2, one of

ordinary skill in the art would conclude that the "optional" phenyl "B" substituent should be

selected from one of the following nine substituents:

   a.  hydrogen (-H)
   b.  fluoro (-F)
   c.  chloro (-Cl)
   d.  bromo (-Br)
   e.  methoxy (-OMe)
   f.  carboxylic acid ($-CO_2H$)
   g.  acetic acid ($-CH_2CO_2H$)
   h.  hydroxyisopropyl ($-C(CH_3)_2OH$)
   i.  2-propionic acid ($-CH(CH_3)CO_2H$)

**G.** **No Conclusions Can Be Drawn Regarding the Size of the "Optional" Substituents**

74.    Dr. Baker's statement that these "optional substituents should be relatively small so as not to perturb the binding of the pharmacophore to the enzyme" is not supported by the Merck '196 application.[60]  There is no teaching in the Merck '196 application regarding the structure of the binding site of the COX-2 enzyme[61] or how the compounds disclosed bind to the COX-2 enzyme.  Thus, it is impossible to conclude from the Merck '196 application how the size or shape of the optional substituents would impact the ability of the compounds to bind to the enzyme and what effect that would have on the activity of the compound.

75.    Moreover, as stated earlier, even small structural changes to a compound can produce differences in activity.

**H.** **The "Pharmacophore" Taught By the Examples of the Merck '196 Application**

76.    Thus, even if, contrary to my opinion, one were to: (a) imagine that all of the compounds within the genus were COX-2 selective; (b) attempt to create a pharmacophore; and (c) rely on the examples from both Tables I and II  from the Merck '196 application to create such a pharmacophore, the pharmacophore that a person of ordinary skill in the art would have created is as follows:

---

[60]    Baker Rep. ¶135.

[61]    The structure of the COX-2 enzyme was not known until 1996.  *See* Kurumbail et al., "Structural Basis for Selective Inhibition of Cyclooxygenase-2 by Anti-inflammatory Agents," *Nature*, 1996, 384: 644-648 (PFC00238777-81).



77.     This pharmacophore does not encompass celecoxib or any of the compounds claimed in the patents-in-suit.  Even if expanded to encompass all heterocycles and substituents taught by the entire genus of the Merck '196 application, the pharmacophore would not cover any of the compounds in the patents-in-suit because the Merck '196 application (a) does not teach a pyrazole and (b) teaches away from attaching a phenyl ring to the heteroatom.

## XII.   THERE IS NO EXPECTATION THAT COMPOUNDS OF THE TEVA PHARMACOPHORE WOULD BE COX-2 SELECTIVE

78.     Even assuming that the Merck '196 application actually disclosed the Teva Pharmacophore, one of ordinary skill in the art would not have had an expectation that all compounds within the Teva Pharmacophore had COX-2 activity.  Owing to the possibilities for heterocycles (>50) and optional small substituents on the phenyl group (ca. 30 x 3 (ortho, meta,

para) possibilities for mono-substituted; 30 x 30 x 6 possibilities for di-substituted; etc.), the pharmacophore set forth by Teva's experts encompasses millions of compounds.

79.     It would have been well-known in 1993 (as it is today) that even small changes in chemical structure can have a great effect on activity.[62]  Based on this knowledge, one of ordinary skill in the art would not have expected the millions of compounds encompassed by the Teva Pharmacophore to all be COX-2 selective.

80.     The fact that one of ordinary skill in the art would not reasonably expect compounds within the genus taught by the Merck '196 application to be COX-2 selective is borne out by SAR data from Searle.  Compounds containing other R-substituents disclosed in the Merck '196 application (-S(O)(NH)$CH_3$ and -P(O)($CH_3$)OH) with cyclopentenes (also disclosed in the Merck '196 application) resulted in compounds with no detectable COX-2 activity.  This demonstrates that one of ordinary skill in the art would not have understood the examples of the Merck '196 application to teach that the entire genus of the application was COX-2 selective.



| SC-58711[63] | SC-59306[64] |
|---|---|
| COX-1 IC50: >100µM | COX-1 IC50: >100µM |

[62]     *See, e.g.,* Korolkovas, "Essentials of Molecular Pharmacology,"  John Wiley & Sons, 1970, pp. 8-11, 41  (PFC01603261-67); Song et al., "Synthesis, Structure-Activity Relationships, and In Vivo Evaluations of Substituted Di-*tert*-butylphenols as a Novel Class or Potent, Selective, and Orally Active Cyclooxygenase-2 Inhibitors. 2. 1,3,4- and ,2,4-Thiadiazole Series" *J. Med. Chem.*, 1999, 42:1161-1169, Table 1.

[63]     PFC01592155; PFC01554656; PFC01554690; PFC01568079.

[64]     PFC01592195; PFC01563973; PFC01555654; PFC01554676.

| COX-2 IC50: >100μM | COX-2 IC50: >100μM |
| --- | --- |

81.     As demonstrated in Exhibit 6, if one ignores the requirement from the Merck '196 application that the phenyl rings not be attached to the heteroatom on the heterocycle, as Teva's experts do, one can find dozens of compounds within the Teva Pharmacophore, and containing the eight heterocycles disclosed in the examples of the Merck '196 application, that do not have detectable COX-2 activity at concentrations as high as 100μM in Searle's assays.  This data confirms and evidences what one of ordinary skill in the art would have already known – slight changes in chemical structure often have a significant and unpredictable impact on biological activity.

82.     When considering Searle's data on these compounds, it is important to keep in mind that Searle scientists were generally trying to find compounds that were COX-2 selective and therefore generally only tried to synthesize compounds that they expected to be COX-2 selective based on their large and growing body of SAR data.  Nevertheless, because of the trial-and-error nature of drug development, Searle ended up synthesizing numerous compounds that lacked detectable COX-2 activity.

## XIII.   THERE IS NO MOTIVATION TO SYNTHESIZE HETEROCYCLES NOT DISCLOSED BY THE MERCK '196 APPLICATION

83.     Acknowledging that the Merck '196 application does not disclose pyrazoles, Teva's experts nevertheless attempt to craft a motivation to make pyrazole compounds.  In order to do so, Teva's experts assume that one of ordinary skill in the art would have:

a.  "looked for components known in the art (as of November 30, 1993) that could be used to make new COX-2 selective compounds within the pharmacophore."[65]

b.  "started by looking for heterocycles that . . . are not taught in the Merck '196 application" in order to make compounds not "encompassed" by the Merck '196 application[66]

c.  been motivated to choose a pyrazole over all other non-disclosed five-membered heterocycles based on reviewing the literature.

d.  found the Fujisawa references and (i) been motivated to make pyrazole compounds that retained other features of the Teva Pharmacophore and (ii) expected the compounds to be COX-2 selective.

84.  As discussed below, these assumptions are not supported.  From my review of the relevant literature, I conclude:

**A.  There Is No Motivation to Synthesize Compounds Outside the Genus of the Merck '196 Application**

85.  There is no motivation in the Merck '196 application to synthesize compounds that do not fall within the genus of the application, nor is there the general expectation that, if one did so, the compounds would have COX-2 activity or selectivity.[67] Absent any motivation or reasonable expectation of success, Teva's experts nevertheless conclude that "a person of ordinary skill in the art would have looked for components known in the art (as of November 30, 1993) that could be used to make new COX-2 selective compounds

---

[65]  Baker Rep. ¶146.

[66]  Baker Rep. ¶¶147-148; *see also* Cooperman Rep. ¶¶91-93.

[67]  As stated above, the patent examiner explicitly found that, based on the examples in the Merck '196 application (PFC01597359-456), one of ordinary skill in the art would <u>not</u> have had a reasonable expectation that the genus of the application was COX-2 active and selective.  (Merck '196 application, 11/12/93 Office Action, p. 6.)  Not having this expectation for the genus, one would obviously not have any expectation that compounds outside the genus would have similar COX-2 activity.

within the pharmacophore."[68]  In so doing, Teva's experts opine that one of ordinary skill in the art "would have started by looking for heterocycles that . . . are not taught in the Merck '196 application" in order to make compounds not "encompassed" by the Merck '196 application.[69] Teva's theory that one of ordinary skill in the art would be motivated to avoid the genus of the Merck '196 application provides neither a motivation to make any particular compound nor a reasonable expectation that such compounds (not within the genus of the Merck '196 application) would be COX-2 selective.

**B.** **There Is No Teaching to "Evade" the Merck '196 Application by Changing the Heterocycle**

86.     Even assuming that one would be motivated to select compounds within the Teva Pharmacophore to create compounds that were not "encompassed" by the Merck '196 application, there is no suggestion in the application or anywhere else to make the selection described by Teva's experts.  To begin with, there is no reason given as to why varying the heterocycle should be selected as the way to avoid the Merck '196 application, as opposed to changing any other part of the pharmacophore.  One could have just as easily opted to change other substituents such as the phenyl rings, the position of the phenyl rings, or any of the substituents on the phenyl rings of the heterocycle.

87.     One of ordinary skill in the art could have chosen to change the R-substituent.  Teva's experts give no reason why one of ordinary skill in the art would understand from the Merck '196 application that they could use any heterocycle, including heterocycles not disclosed by the application, yet would never think that other substituents could be used in place of the sulfamyl or methyl sulfone.  Alternative sulfone and sulfonamide groups,

---

[68]     Baker Rep. ¶146.

[69]     Baker Rep. ¶¶147-148; *see also* Cooperman Rep. ¶¶91-93.

and amide, sulfoxide and tertiary alkyl groups would also be reasonable possibilities. Again, there is no data in the Merck '196 application demonstrating that the sulfamyl or methyl sulfone groups are essential.

88.     Substituting another substituent for the sulfamyl or methyl sulfone would have created compounds that retained one of the heterocycles disclosed in the Merck '196 application, but would not have been "encompassed" by the Merck '196 application because of the differing R-substituent. This would have fulfilled the criteria set forth by Teva's experts for "avoiding" the Merck '196 application; yet, inexplicably, they ignore this possibility. Nevertheless, with compounds containing different heterocycles, one of ordinary skill in the art would not have had any expectation that all diphenyl heterocycles with replacement of the sulfamyl and methyl sulfone would have COX-2 activity or selectivity.

89.     For example, since each of the three R-substituents in the examples of the Merck '196 application is a sulfonyl derivative, and the Merck '196 application does not teach that the sulfamyl or methyl sulfone are required for activity, it is just as likely one of ordinary skill in the art would have chosen to change of the R-substituent to an alternative sulfonamide group. This would have allowed them to get outside the genus of the Merck '196 application while staying close to the teaching of the sulfamyl and methyl sulfone. Since the examples specifically taught a primary sulfonamide (a sulfamyl, $SO_2NH_2$), one of ordinary skill in the art may have tried a secondary sulfonamide ($SO_2NH(CH_3)$) or a tertiary sulfonamide ($SO_2N(CH_3)_2$). As demonstrated in the table below, when attached to a pyrazole – the heterocyclic ring claimed in the patents-in-suit – neither of these substituents resulted in compounds with a detectable

COX-2 IC$_{50}$ value. This would have been unexpected and further demonstrates that very small changes can have drastic effects on a compound's COX-2 activity.[70]

|  |  |  |
|---|---|---|
| **SC-58500**[71] | **SC-58612**[72] | **SC-58613**[73] |
| COX-1 IC50: >20μM | COX-1 IC50: >100μM | COX-1 IC50: >100μM |
| COX-2 IC50: >0.041μM | COX-2 IC50: >100μM | COX-2 IC50: >100μM |

### C. There Was No Motivation to Exclude Other Non-Disclosed Five-Membered Heterocycles

90.    Even if the Merck '196 application had motivated one to change the heterocycle to another, undisclosed, five-membered heterocycle, there was no motivation in the Merck '196 application (or anywhere else) to choose a pyrazole rather than some other five-membered heterocycle not disclosed within the Merck '196 application.

91.    Furthermore, one of ordinary skill in the art would have had no expectation that the undisclosed heterocycles would result in compounds that were COX-2 active and selective. For example, as set forth above, Searle synthesized compounds within the Teva Pharmacophore containing two five-membered heterocycles that were not disclosed by the

---

[70]    Additional examples of sulfonamide and sulfone analogs from Searle's research program are set forth in Exhibits 7 and 8, respectively.

[71]    PFC01592140; PFC0288716; PFC01229614; PFC1554608; PFC01554631.

[72]    PFC01592149; PFC0288716; PFC01229626; PFC01554631.

[73]    PFC01592149; PFC0288716; PFC01229626; PFC01554631.

Merck '196 application – a triazole (SC-58043) and a tetrazole (SC-57855). Both compounds had no detectable COX-2 activity in plaintiffs' assay. This is consistent with the statement by the patent examiner who rejected the Merck '196 application that heterocycles "are considered to be distinct from others on the basis of their properties."[74]

### D. The Fujisawa References Provide Neither Motivation to Make a Pyrazole nor an Expectation of Success

92. There is no motivation in the Merck '196 application or the Fujisawa references to combine the pyrazole taught in the Fujisawa references with certain teachings of the Teva Pharmacophore (allegedly taught in the Merck '196 application) nor is there an expectation that the resulting compounds would be COX-2 active or selective. Even if one of ordinary skill in the art conducted a literature search for heterocycles not disclosed by the Merck '196 application and found the Fujisawa references, it is my opinion that the Fujisawa references teach away from using the pyrazole heterocycle in combination with the Merck '196 application in the particular way described by Teva's experts for the following reasons.

93. First, the Fujisawa references do not teach that the compounds they disclose are COX-2 active or selective. There is no suggestion in the Fujisawa references that the millions of compounds they disclose are COX-2 selective, nor is there a suggestion that the compounds are gastric sparing. Without such a teaching, one of ordinary skill in the art would not have (a) expected the compounds in the Fujisawa references to possess COX-2 activity or selectivity, (b) been motivated to use a single component of those compounds – the pyrazole – with the Teva Pharmacophore, or (c) had an expectation that the resulting compounds would be

---

[74] Merck '196 application, 11/12/93 Office Action, p. 3 (PFC01597359-456).

COX-2 selective or active. Moreover, as discussed above, Fujisawa's thiophene reference in conjunction with Fujisawa's pyrazole references teaches away from using a pyrazole.[75]

94. Second, the Fujisawa references teach that the compounds disclosed have COX-1 activity. It was well known in the art in 1993 that COX-1 was the cyclooxygenase enzyme responsible for the production of thromboxane in platelets.[76] Thus, if one were to inhibit thrombosis (the act of clotting mediated by platelet aggregation), it would be expected that one was inhibiting COX-1, not COX-2. The Fujisawa references expressly state that the compounds have "antithrombotic activities."[77] The '845 reference includes data demonstrating the antithrombotic activity of a compound by measuring "platelet aggregation."[78] Based on the express teachings of the Fujisawa references, one of ordinary skill in the art would have understood the compounds disclosed therein to have significant COX-1 activity and would not have considered them to be promising candidates for COX-2 selective inhibitors.[79]

95. Third, the Merck '196 application prohibits attaching either of the phenyl rings to a heteroatom of the heterocycle. Following this teaching, none of the examples in either

---

[75] See ¶66, supra.

[76] DeWitt, "Cox-2-Selective Inhibitors: The New Super Aspirins," *Molecular Pharmacology*, 1999, vol. 55, pp. 625-631; Meade, Smith and Dewitt, "The Differential Inhibition of Prostaglandin Endoperoxide Synthase (Cyclooxygenase) Isozymes by Aspirin and Other Non-Steroidal Anti-Inflammatory Drugs," *Journal of Biological Chemistry*, 1993, 268(9): 6610-6614 (PFC01603523-27).

[77] See, e.g., '829 reference (DX-040), p. 3, ln 3, 22; p. 16, ln. 37; '845 reference (PFC01603002-72), p. 2, ln. 3, 22.

[78] Fujisawa '845 reference, pp. 23-24 (PFC01603002-72).

[79] See, e.g., DeWitt, "Cox-2-Selective Inhibitors: The New Super Aspirins," *Molecular Pharmacology*, 1999, vol. 55, pp. 625-631; Meade, Smith and Dewitt, "The Differential Inhibition of Prostaglandin Endoperoxide Synthase (Cyclooxygenase) Isozymes by Aspirin and Other Non-Steroidal Anti-Inflammatory Drugs," *Journal of Biological Chemistry*, 1993, 268(9): 6610-6614 (PFC01603523-27).

Table I or Table II show either of the phenyl rings attached to a heteroatom. The Fujisawa references on the other hand, teach that one aryl ring must be bound to the heteroatom. Having relied on the Merck '196 application to develop the Teva Pharmacophore, one of ordinary skill in the art would have interpreted the Fujisawa references as teaching away from using the pyrazole.

96.     If, contrary to my opinion, one of ordinary skill in the art were motivated to try a pyrazole based on the Fujisawa references, the Fujisawa references teach a strong preference that the phenyl ring containing the methyl sulfone substituent should be attached to the 5-position of the pyrazole ring, not the nitrogen heteroatom at the 1-position of the pyrazole as is required by the patents-in-suit.[80] As demonstrated below, the position of the phenyl ring containing the methyl sulfone can have a significant effect on COX-2 activity.[81]



| SC-57019[82] | SC-56975[83] |
| --- | --- |
| COX-1 IC50: >100μM | COX-1 IC50: >100μM |

---

[80]     With respect to the '829 Fujisawa reference (DX-040), 74 out of 79 examples have a sulfur containing substituent attached to the 5-position of the pyrazole (with 43 of those containing a methyl sulfone). Of the five examples that teach the sulfur-containing substituent attached to the 1-position of the pyrazole, only two contain a methyl sulfone. With respect to the '845 (PFC01603002-72) Fujisawa reference, 218 of the 268 examples have a sulfur-containing substituent attached to the 5-position of the pyrazole (with 114 of those containing methyl sulfone). Of the six examples that have a sulfur-containing group attached to the 1-position of the pyrazole, only two contain a methyl sulfone.

[81]     *See also* Exhibit 3.

[82]     PFC00291120; PFC01592078; PFC01228796; PFC01552824.

[83]     PFC01592078; PFC01228721; PFC01552763.

| COX-2 IC50: 0.511µM | COX-2 IC50: >100µM |
| --- | --- |

Based on the teaching that the phenyl ring containing the methyl sulfone should be attached to a carbon atom (and, in particular, to the carbon at the 5-position), one of ordinary skill in the art would neither have been motivated to investigate compounds within claim 1 of the '823 patent nor had any expectation that they would be COX-2 active.[84]

97.     Fourth, Teva's own reasoning precludes synthesizing pyrazoles. Teva's experts state that one of ordinary skill in the art would have knowledge "about aspects of patent protection"[85] and, based on that knowledge, would have been motivated to synthesize compounds within the Teva Pharmacophore that contained heterocycles that were not disclosed in the Merck '196 application. Based on Teva's reasoning, it would be illogical for one of ordinary skill in the art to abandon the heterocycles in the Merck '196 application due to patent concerns, only to synthesize pyrazole compounds that one of ordinary skill in the art would know are covered by the Fujisawa reference or, at best, obvious (based on Teva's reasoning) in view of the Fujisawa references and in view of the claim that the Merck '196 application teaches that methyl sulfone and sulfamyl were interchangeable.

## XIV.    THERE IS NO BASIS FOR TEVA'S TWELVE "OBVIOUS" COMPOUNDS

98.     Combining the Merck '196 application with the Fujisawa references would have resulted in significantly more than twelve compounds. Teva's experts have made the following unfounded assumptions:

---

[84]     Although there is a single example in the '829 Fujisawa reference (DX-040) disclosing a compound where the methyl sulfone is attached to the phenyl at the 1-position of the heteroatom, all other examples including those for which data is provided teach the methyl sulfone substituent attached to the phenyl at the 5-position of the pyrazole ring.

[85]     Cooperman Rep. ¶16; Baker Rep. ¶112; *see also* Trummlitz Rep. ¶32.

a.　　There was motivation to select the sulfamyl over the methyl sulfone.

b.　　The optional substituent on the heterocycles would be limited to a CN or $CF_3$.

c.　　The optional substituent on the phenyl "B" ring would be limited to four substituents.

d.　　The phenyl rings could be attached to the heteroatom.

e.　　The heterocycle is limited to the pyrazole.[86]

99.　　Combining the Merck '196 application with the Fujisawa references would have resulted in far more than twelve compounds. As discussed below, the assumptions on which Teva's experts come up with twelve "obvious" compounds are not supported by any teaching in the Merck '196 application, the Fujisawa references or otherwise:

**A.　　There Is No Motivation to Select a Sulfamyl Over a Methyl Sulfone**

**(i)　　Decreasing Lipophilicity Does Not Guarantee Increased Oral Bioavailability**

100.　　Teva's experts opine that one of ordinary skill in the art would choose a sulfamyl over a methyl sulfone because: (a) it was known that a "sulfamyl substituent would reduce lipophilicity"; (b) "the lipophilicity of a diphenyl heterocycle is very high"; and (c) "reducing lipophilicity would increase the bioavailability."[87]

101.　　This incorrectly assumes that one of ordinary skill in the art would have been concerned that those compounds containing the methyl sulfone within the Teva Pharmacophore had poor biolavailability. There is no teaching in the Merck '196 application or otherwise to that effect. In fact, Merck invested many millions of dollars developing rofecoxib,

---

[86]　　For a discussion *see* XIII, *supra*.

[87]　　Baker Rep. ¶156.

a methyl sulfone disclosed in the Merck '196 application, into a drug that made billions of dollars in the marketplace. Without a concern for bioavailability, there would have been no motivation to select substituents on that basis. Furthermore, even if there were a concern about bioavailability, there would have been no motivation to pick the sulfamyl to improve bioavailability rather than to make another change at some other position of the molecule in order to improve bioavailability, *e.g.*, by adding an appropriate substituent on the heterocycle or other phenyl ring or by changing a phenyl ring to a heterocycle.

102. Moreover, even if there were a motivation to improve bioavailability and to pursue this end by changing a methyl sulfone to a sulfamyl substituent, there is no reasonable expectation that this change would improve the compound's bioavailability; in fact, as explained below, one of ordinary skill in the art could have concluded that the change could lead to poorer bioavailability.

103. Oral bioavailability depends heavily upon three components: solubility (the ability of the compound to dissolve from the crystalline state into solution), permeability (the ability of the compound to pass through the gastrointestinal tract and/or cell walls) and metabolism (the body's ability to breakdown the compound). Oral bioavailability is normally enhanced by improved solubility and permeability and reduced by increased metabolism, all else being constant. More lipophilic compounds tend to exhibit poorer solubility, but increased permeability. Thus, increasing lipophilicity or solubility, all else being equal, will likely increase a compound's oral bioavailability. However, decreasing lipophilicity generally increases solubility, but decreases permeability, so the net outcome on bioavailability can be unclear.

104. Prediction of cell permeability is relatively straightforward except when active transport is involved (some molecules are actively transported into cells by cell membrane

components and some are effluxed from cells by protein pumps). Prediction of solubility is complicated. Prediction of bioavailability is even less certain, owing to the solubility/permeability competition and the influence of metabolism. For the permeability component, changing from a methyl sulfone to a sulfamyl group should reduce lipophilicity and reduce bioavailability. For solubility, the outcome of a methyl sulfone to sulfamyl change in the present case is unclear. The methyl sulfone analog of celecoxib has no hydrogen-bond donating groups, so there can be no hydrogen bonding to stabilize the crystal. However, upon changing to the sulfamyl analog, there are now both hydrogen-bond donating ($NH_2$) and accepting ($SO_2$) sites, so hydrogen bonding is then expected in the crystal. Hydrogen bonding in the crystal stabilizes it, raises its melting point and may well lead to reduced solubility and bioavailability. Thus, even if one expected poor solubility for a methyl sulfone-containing compound, it is not clear that a change from a methyl sulfone to a sulfamyl would improve either solubility or bioavailability.

### (ii) Sulfa Allergies Were Well Known in the Art

105. Further, one of ordinary skill in the art would have avoided the methyl sulfone to sulfamyl replacement because it was well known in the art that sulfamyl-containing "sulfonamide drugs" are associated with a sulfa allergy that manifests itself as a severe skin reaction.[88] Thus, the well-known motivation to avoid drugs with potential to trigger allergic reactions would have taught away from the sulfamyl.

### (iii) DuP-697 and the Fujisawa References Teach Away from the Sulfamyl

---

[88] *See e.g.,* Reider, "Diagnosis of sulfonamide hypersensitivity reactions by in-vitro 'rechallenge' with hydroxylamine metabolites," *Ann. Intern. Med.*, 1989, 110: 286-289 (PFC01606456-60); Knowles, "Should Celecoxib Be Contraindicated in Patients Who Are Allergic to Sulfonamides?", *Drug Safety*, 2001, 24(4): 239-247; Celebrex® Product Insert (PFC01603247-55).

106.     Based on Teva's logic that the methyl sulfone is interchangeable with the sulfamyl, the prior art DuP-697 compound and the Fujisawa references would have taught a preference for the methyl sulfone.

**B.     There is No Teaching to Limit the Optional Substituent on the Heterocycle to CF$_3$ or CN**

**(i)     The Examples of the Merck '196 Application and the Fujisawa References Teach Numerous Potential "Optional" Heterocycle Substituents**

107.     Teva's experts opine that one of ordinary skill in the art would be motivated to use only the CF$_3$ or CN substituents based on the teachings of the Fujisawa references.  I disagree for the following reasons.

108.     First, there would have been no motivation to rely on the substituents taught by the Fujisawa references as opposed to those taught by the Merck '196 application, nor would there have been an expectation that the compounds would have COX-2 activity.  Such a position is inconsistent with the opinion of Teva's experts that one of ordinary skill in the art "would have stayed close to the pharmacophore taught in the Merck '196 application."[89]  Based on this reasoning (which is Teva's, not mine), one of ordinary skill in the art would have first looked to the Merck '196 application for potential substituents.  As demonstrated in the table below, the examples of Merck '196 application teach seven different possible "optional" substituents and do not teach the CN substituent.[90]

---

[89]     Cooperman Rep. ¶ 91.

[90]     To the extent that Teva's experts are arguing that one of ordinary skill in the art would have looked to the Fujisawa references because those patents cover pyrazoles, this is inconsistent with their position that one would have understood that heterocycles were interchangeable.

109.    Second, there is no teaching in the Fujisawa references to choose only the CF$_3$ or CN substituents.  The '829 reference teaches compounds containing eight possible substituents (the number of examples on which they appear are in parentheses):  trifluoromethyl (-CF$_3$) (30); difluoromethyl (CF$_2$H) (26); ester (9); carboxamide (5); carbonitrile (-CN) (5); bromo (-Br) (3); chloromethyl (-CH$_2$Cl) (2); and carboxylic acid (-CO$_2$H) (1).  One of ordinary skill in the art would not choose substituents based on the number of examples in which they appear, and even if they did, there are alternative substituents which are as prevalent as the CF$_3$ or CN options.  Similarly, the '845 reference teaches that the heterocycles can be unsubstituted or contain one of more than 20 possible substituents in all:

**"Optional" Heterocycle Substituents Taught In the Examples of Teva's References**

| Merck '196 Application | Fujisawa '829 reference | Fujisawa '845 reference |
|---|---|---|

| | | |
|---|---|---|
| hydroxyisopropyl (-C(CH$_3$)$_2$OH)<br>isopropyl (-CH(CH$_3$)$_2$)<br>carboxylic acid (-CO$_2$H)<br>methyl (-CH$_3$)<br>*gem*-dimethyl (-(CH$_3$)$_2$)<br>trifluoromethyl (-CF$_3$) | trifluoromethyl (-CF$_3$)<br>difluoromethyl (-CF$_2$H)<br>esters<br>carboxamide<br>carbonitrile (-CN)<br>bromo (-Br)<br>chloromethyl (-CH$_2$Cl)<br>carboxylic acid (-CO$_2$H) | esters<br>carboxylic acid (-CO$_2$H)<br>carboxamide<br>pyrrolidinylcarbonyl<br>4-methyl-1-piperazinylcarbonyl<br>pyrazolylcarbonyl<br>carbonitrile<br>carbonitrile hydrochloride<br>N,N-dimethylaminomethyl<br>trifluoromethyl (-CF$_3$)<br>acetyl<br>methoxyacetyl<br>fluoromethyl<br>difluoromethyl (-CF$_2$H)<br>hydrido (-H)<br>fluorophenyl<br>pyrazolylmethyl acetate<br>bromo (-Br)<br>carbonyl chloride<br>N- pyrazolyl acetamide<br>N- pyrazolyl carbamate<br>N- pyrazolyl<br>methanesulfonamide<br>pyrazolylmethylamine<br>chloromethyl (-CH$_2$Cl)<br>methylsulfonyl<br>5-tetrazolyl<br>methylthio (-SMe)<br>methylamine |

110.     Thus, even if one were to rely solely on the Merck '196 application and the Fujisawa references, and then only relied on the examples in those references, the list of possible substituents would be significantly longer than the two suggested by Merck's experts. If one were to consider all of the "optional" heterocycle substituents taught by the genus of each of the Merck '196 application and the Fujisawa references, the list would be longer still.

111.     Teva's experts ignore that the Merck '196 application does not specify the location of the "optional" heterocycle substituent, and the Fujisawa references teach that the optional substituent can appear on either the 3- or 4- position of the pyrazole.  Thus, there is no

motivation in the Merck '196 application or Fujisawa references to limit the position of the optional substituent on the heterocycle to the 3-position as Teva's experts suggest.

112. Furthermore, if (based on the reasoning of Teva's experts) one of ordinary skill in the art would have been motivated to combine the compounds in the Merck '196 application with other anti-inflammatory patents, then one of ordinary skill in the art would also have looked at all diphenyl anti-inflammatory references to generate a complete list of possible substituents. There is no basis to only selectively combine the references as Teva's experts have done or to limit the references to the Merck '196 application and the Fujisawa references, while ignoring the teaching of other diphenyl heterocycle patents.

### (ii) Adding a $CF_3$ Substituent Does Not Alter the Electron Configuration of a Pyrazole

113. Dr. Cooperman states that one of ordinary skill in the art "would have been motivated to select a pyrazole having a $CF_3$ substituent at the 3-position . . . because this structure is similar in electronic structure to the thiophene and pyrrole of the Merck '196 application."[91] Dr. Cooperman states that the pyrrole and thiophene rings have six shared electrons and the pyrazole ring has seven shared electrons.[92] Thus, Dr. Cooperman concludes, one of ordinary skill in the art would have chosen a $CF_3$ substituent, which is a good electron withdrawing group, to reduce the "shared electron density of the pyrazole ring."[93] Dr. Cooperman's analysis demonstrates a remarkable error in knowledge of basic organic chemistry, and it reveals how contrived the efforts of Teva's experts became in trying to invent a

---

[91]     Cooperman Rep. ¶108.

[92]     Cooperman Rep. ¶¶109-110.

[93]     Cooperman Rep. ¶110.

motivation to restrict the substituents and to come up with the absurd notion of the "twelve immediately obvious compounds."[94]

114.    In any elementary course in organic chemistry, students learn that a furan, thiophene, pyrrole, imidazole and pyrazole are all examples of aromatic heterocycles that are characterized by having six shared pi electrons (isoelectronic with the pi system of benzene); the correct electron assignments are shown below for pyrrole and pyrazole.[95]  Therefore, there is no basis to select a pyrazole over these other electronically similar heterocycles.



| **Pyrrole** | **Pyrazole** |

115.    The $CF_3$ substituent is irrelevant to the pi electron count, as illustrated by the diagram below.  So, by Dr. Cooperman's mistaken logic, since the $CF_3$ group "reduces the shared electron density of the pyrazole ring"[96], then a trifluoromethylpyrazole would not be similar in electronic structure to a thiophene or pyrrole, and one of ordinary skill in the art would presumably not pursue trifluoromethylpyrazoles.

---

[94]    Cooperman Rep. ¶121.

[95]    *See, e.g.,* Loudon, "Organic Chemistry," Second Edition, 1988, p.622-623 (PFC01603492-94).

[96]    Cooperman Rep. ¶110.



| Pyrazole Without CF$_3$ | Pyrazole With CF$_3$ |
|:---:|:---:|

### (iii)    Adding a CF$_3$ Substituent Would Increase Lipophilicity

116.    The suggestion that one of ordinary skill in the art would chose a CF$_3$ substituent is inconsistent with the reasoning Teva's experts use to justify choosing the sulfamyl substituent: its ability to reduce lipophilicity.  As discussed above, Teva's experts state that one of ordinary skill in the art would choose a sulfamyl (over a methyl sulfone) in order to reduce the lipophilicity (and increase the bioavailability) of the diphenyl heterocycles, which were known in the art to be very lipophilic.  This reasoning by Teva's experts, if correct, would have taught one of ordinary skill in the art away from using a CF$_3$ substituent because it is well known that CF$_3$ substituents are very lipophilic.  For example, the octanol/water partition coefficients (log P$_{o/w}$) are known to be 2.13, 2.73 and 3.01 for benzene, toluene, and trifluoromethylbenzene, respectively.[97]

---

[97]    Hansch et al, "Exploring QSAR-Hydrophobic, Electronic, and Steric Constants," *Am. Chem. Society*, Washington, DC, 1995.

### (iv) Canadian Patent 1,130,808 Does Not Teach Using a $CF_3$ substituent with the Teva Pharmacophore

117. As an initial matter, Teva's experts admit that the '808 patent does not teach "the sulfamyl or methylsulfonyl substituent,"[98] the very substituents Teva's experts state are "critical" for COX-2 activity and selectivity.[99] Moreover, the '808 patent to teach that the compounds are COX-2 selective.

118. I also disagree that the '808 patent teaches "all of the [other] features of the pharmacophore of the Merck '196 application."[100] As set forth in the statement below, the inventors of the '808 patent were uncertain whether they had created 1,5-diphenyl pyrazoles (formula 1, wherein the rings are adjacent) or 3,5-diphenyl pyrazoles (formula 2, wherein the rings are not adjacent):

> The exact proportions of the isomers of formulae 1 and 2 which are obtained in this manner are not known, and it may well be that predominantly only the isomer of formula 1 is obtained in a given reaction, while predominantly only the isomer of formula 2 is obtained in another, and mixtures of varying proportions of isomers of formulae 1 and 2 are obtained in still another case. However, it should be noted that all the compounds prepared in this manner are characterized by their respective nmr spectra which confirm the presence of $CF_3$ and of the substituents $R_1$ and Ar on the pyrazole ring, but that nmr is not capable of distinguishing between any pair of isomeric compounds of formulae 1 and 2, although chromatography may permit separation of the two isomers.[101]

---

[98] Baker Rep. ¶198.

[99] Baker Rep. ¶144.

[100] Baker Rep. ¶198.

[101] '808 patent, page 3, lines 11-23. *See also* Example 1, page 8; Example 2, p. 8-9 (DX-037).

Since the Teva Pharmacophore requires that the phenyl rings be adjacent, it would have been unclear to one of ordinary skill in the art that the compounds disclosed possessed this required phenyl ring orientation. Such uncertainty would have taught away from relying on the '808 patent.

119. Thus, having failed to teach (a) the "required" methyl sulfone or sulfonamide, (b) adjacent phenyl rings and (c) COX-2 activity or selectivity, one of ordinary skill in the art seeking to make a COX-2 selective compound would not have been motivated to make the compounds in the '808 patent, and would certainly not have had an expectation that using a single substituent would confer COX-2 selectivity or activity on compounds within the Teva Pharmacophore.[102]

**C.** **There is No Teaching that the "Optional" Substituent on the Phenyl "B" Ring Should Be Limited to Four Substituents**

**(i)** **The Merck '196 Application and Fujisawa References Teach Numerous "Optional" Phenyl "B" Substituents**

120. First, as stated above with respect to the "optional" heterocycle substituents, assuming the reasoning of Teva's experts that one of ordinary skill in the art "would have stayed close to the pharmacophore taught in the Merck '196 application,"[103] they would have at a minimum looked to the examples of the Merck '196 application for potential substituents.[104] As demonstrated in the table below, the examples of the Merck '196 application

---

[102]    Moreover, if one of ordinary skill in the art were to rely on the '808 patent simply because it teaches a diphenyl heterocycle that is anti-inflammatory, then there are numerous other patents that one could have turned to in order to find possible substituents. There was no motivation to choose the '808 over any other patent (DX-037).

[103]    Cooperman Rep. ¶ 91.

[104]    Once again, even if one were motivated to make compounds within the Teva

(continued...)

teach that the phenyl "B" ring can be optionally substituted with up to two[105] of eight different substituents. Although fluoro appears in the most examples, there is no teaching in the Merck '196 application to only synthesize compounds with a fluoro substituent.

121.    Similarly, there was no teaching in the Fujisawa references to choose only the fluorine, methyl, methoxy and nitro substituents. The examples of the Fujisawa references teach dozens of potential optional substituents.

**"Optional" Phenyl "B" Substituents Taught In the Examples of Teva's References**

| Merck '196 Application | Fujisawa '829 reference | Fujisawa '845 reference |
|---|---|---|
| hydrogen (-H)<br>fluoro (-F)<br>chloro (-Cl)<br>bromo (-Br)<br>methoxy (-OMe)<br>carboxylic acid (-$CO_2H$)<br>acetic acid (-$CH_2CO_2H$)<br>hydroxyisopropyl (-$C(CH_3)_2OH$)<br>2-propionic acid (-$CH(CH_3)CO_2H$) | Methoxy<br>Methylthio<br>Methylsulfinyl<br>Cyano<br>Carboxy<br>Phenoxy<br>Carbamoyl<br>Acetyl<br>Ethoxycarbonyl<br>Hydroxymethyl<br>Hydroxy<br>Methoxy-methoxy<br>Ethoxy<br>Isopropoxy<br>Nitro<br>Hydrogen<br>Methylenedioxy | Fluoro<br>Methylthio<br>Tert-butyl<br>Hydroxy<br>Methoxy<br>Nitro<br>N-formyl-methylamino<br>Methyl<br>Acetyl<br>Chloro<br>Acetamido<br>Cyano<br>Methylamino<br>Methylsulfonyl-oxy<br>Amino<br>Dimethylamino<br>Methylsulfinyl<br>Ethylamino<br>Methylsulfonyl-amino<br>Formylamino |

If one were to consider all of the "optional" heterocycle substituents taught by the genus of the Merck '196 application and the Fujisawa references, the list would be much longer.

---

[104]    (...continued)
Pharmacophore that had optional phenyl "B" substituents from the Fujisawa references, there would be no expectation that those compounds would have COX-2 activity or selectivity.

[105]    Teva's selection of 12 "obvious" compounds ignores this teaching, which is also found in the Fujisawa references.

122.    Additionally, Teva's experts ignore other teachings of the Fujisawa references in order to artificially limit the number of compounds.  The Fujisawa references also teach that (a) there can be up to two substituents on the phenyl "B" ring and (b) the substituent can be attached to the 2-, 3-, or 4- position of the heterocycles.  This encompasses a large number of possibilities.

### (ii)    The Optional Substituent's Effect on Cox-2 Activity was Unknown

123.    Contrary to the assertions of Drs. Cooperman and Baker, the Merck '196 application and the Fujisawa references do not teach that the "optional" substituents "on phenyl 'B' are unimportant in the binding of the inhibitors to the enzyme active site."[106]  As explained above, there is no basis to make this conclusion.  The references do not state such a conclusion, nor do they contain the extensive SAR data required to support such a conclusion.  Further, based on the understanding that small changes can have significant effects on activity, one of ordinary skill in the art would not have expected all optional substituents to have similar activity.

### (iii)    There Was No Motivation to Replace the Fluorine Substituent

124.    Teva's experts opine that one of ordinary skill in the art would have replaced the fluorine substituent with a methyl or methoxy group in an effort to reduce half-life.[107]  No basis for doing so is disclosed in the Merck '196 application, the Fujisawa references or elsewhere.  In 1993 it was impossible to predict the half-life of a compound without making and testing it.  The same is true today.  Absent a suggestion in the Merck '196 application or the

---

[106]    Cooperman Rep. ¶¶88-89; Baker Rep. ¶164.

[107]    Trummlitz Rep. ¶¶88-91; Baker Rep. ¶¶165-166; Cooperman Rep. ¶¶119-120.

Fujisawa references that the compounds have a long half-life, one of ordinary skill in the art would not have been motivated to reduce half-life.[108]

125.    Moreover, even if there were a motivation to reduce half-life of the compounds within the Teva Pharmacophore, there was no motivation to do so by changing the substituent at the phenyl "B" position as opposed to any other substituent.  There are numerous ways that one could have tried to reduce the half-life.  For example, one of ordinary skill in the art could very well have left the fluoro and attached a methyl group to the heterocycle to incorporate an alternative site of potential metabolism.

126.    Finally, even if one of ordinary skill in the art would have been motivated to reduce the half-life of the compounds within the Teva Pharmacophore by installing a more easily metabolizable group in place of the fluorine, there would have been no expectation that making compounds within the Teva Pharmacophore with a methyl or methoxy attached to the phenyl "B" position would result in a compound with a desirable half-life.  Such a substitution may just as plausibly have resulted in a compound that had a half-life that was so short as to make the compound unusable.[109]

(iv)    **Nitro Did Not Have to be Avoided**

127.    I do not believe that one of ordinary skill in the art would have excluded the nitro ($-NO_2$) substituent at the early stages of drug discovery based on the fact that, in some

---

[108]    This suggestion demonstrates the hindsight used by Teva's experts to obtain the Teva Pharmacophore, and appears to be based on plaintiffs' experience with SC-58125, a compound containing a fluoro substituent.  Although SC-58125 exhibited good COX-2 activity and selectivity, it was nevertheless abandoned because of a long half-life.  *See* Galbraith Rep. ¶¶33-42.

[109]    Trummlitz Rep. ¶90.

cases, it "may lead to unwanted toxicity."[110]  Numerous commercial drugs, used to treat a variety

of medical conditions, contain nitro groups.  For example, nitro-containing compounds are sold

as at least calcium channel blockers[111], $H_2$ receptor antagonists[112], muscle relaxants[113], anti-cancer

drugs[114], and anti-protazoals[115].

**D.     The Merck '196 Application Teaches Away from Attaching a Phenyl to N1 of the Pyrazole**

128.    As explained above, the genus of the Merck '196 application prohibits

bonding the phenyl ring to the heteroatom of the heterocyclic ring.  Based on this teaching, one

of ordinary skill in the art would not have been motivated to attach the phenyl ring to the

nitrogen in the 1-position of the pyrazole ring and would not have had any expectation that such

an attachment would result in COX-2 selective compounds.

129.    Ignoring this express teaching in the Merck '196 application, Teva's

experts nevertheless opine that the Fujisawa references teach a phenyl group attached to the

heteroatom of the pyrazole.  Teva's experts, however, fail to suggest any motivation to choose

the teaching of the Fujisawa references over those of the Merck '196 application.  Doing so is

---

[110]    Trummlitz Rep. ¶87; Baker Rep. ¶163; Cooperman Rep. ¶116.

[111]    *E.g.,* Nimotop® (nimotidine), 2006 Physician's Desk Reference ("PDR"), p.774; Cardene® (nicardipine hydrochloride), 2006 PDR, p.1129; Sular® (nisoldipine), 2006 PDR, p.1163; Adalat® (nifedipine), 2006 PDR, p.2978 (PFC01606288-315).

[112]    *E.g.,* Zantac® (ranitidine hydrochloride), 2006 PDR, p.1597 (PFC01606288-315).

[113]    *E.g.,* Dantrium® (dantrolene sodium), 2006 PDR, p.2691 (PFC01606288-315).

[114]    *E.g.,* Eulexin® (flutamide), 2006 PDR, p.3023 (PFC01606288-315).

[115]    *E.g.,* Alinia® (nitazoxanide), 2006 PDR, p.2840; Tindamax® (tinidazole), 2006 PDR, p.2670 (PFC01606288-315).

inconsistent with their statement that one of ordinary skill in the art "would have stayed close to the pharmacophore taught in the Merck '196 application."[116]

130. Finally, if, as Teva's experts suggest, one of ordinary skill in the art would have relied on the Fujisawa references for the positions of the phenyl rings, then one of ordinary skill in the art would not have been motivated to synthesize compounds wherein the phenyl ring bearing the sulfamyl or methyl sulfone was attached to the nitrogen heteroatom at the 1-position of the pyrazole. As discussed above, examples in the Fujisawa references teach attaching the sulfur-containing substituent (and in particular the methyl sulfone) to the phenyl ring at the 5-position of the pyrazole.[117] Thus, one of ordinary skill in the art would have understood the Fujisawa references to teach away from celecoxib and the genus of the '196 patent which requires the sulfamyl phenyl to be attached to the nitrogen at the 1-position of the pyrazole.

## XV. THE REFERENCES CITED BY TEVA ARE NO MORE RELEVANT THAN THE REFERENCES THAT WERE BEFORE THE PATENT EXAMINER

131. The specification of the '823 patent sets forth numerous prior art references and structures which teach "[t]he use of 4-[3,4,5-trisubstituted-pyrazol-l-yl]benzene sulfonamides."[118] The specification states that Feid-Allah[119] teaches the compound (1) set forth below. The genus of claim 1 of the '823 patent includes compound (2) set forth below. The compound of the '823 patent (2) differs from the Feid-Allah compound (1) by only a single atom. Specifically, the Feid-Allah compound (1) has a methyl ($-CH_3$) whereas the compound of the '823 patent (2) has a fluoromethyl ($-CH_2F$) at the 3-position.

---

[116] Cooperman Rep. ¶91.

[117] See footnote 80, supra.

[118] '823 patent, col. 1, lns. 54-67 (DX-012).

[119] Pharmazie, 36, 754 (1981) (DX-280).

| | |
|---|---|
|  |  |
| **(1)**<br>**Feid-Allah Compound** | **(2)**<br>**Compound Within Claim 1 of the '823 Patent** |

132.    I understand that Teva alleges in its Interrogatory Responses that the patents-in-suit are obvious in light of a number of patent and literature references.[120]  Since the Feid-Allah compound (1) differs from the compound of the '823 patent (2) by a single atom, there is no compound that can be closer to the genus of the '823 patent.  For this reason and the reasons listed below, it is my opinion that none of the references cited by Teva are more relevant than the Feid-Allah reference and are at most cumulative.

**A.      References that Do Not Disclose Pyrazoles**

133.    Teva cites the following references that do not teach pyrazoles as required by the patent-in-suit.  As stated in detail above, due to the known and expected differences between heterocycles, the following references are less relevant than the Feid-Allah reference.

---

[120]    *See* Teva's Response to Pfizer's First Set of Interrogatories, Response to Interrogatory No. 3; Teva's Second Supplemental Response to Pfizer's First Set of Interrogatories, Supplemental Response to Interrogatory No. 3.  I understand that Teva's experts are not relying on the majority of these references.  Although I briefly discuss them herein, I reserve my right to address them in greater detail if Teva attempts to rely on them at trial.

### (i)     The Merck '196 Application

134.     As set forth in great detail above, the Merck '196 application discloses a broad genus of compounds that include diaryl heterocycle compounds that can be substituted with a methyl sulfone or sulfamyl.  The Merck '196 application does not teach pyrazole compounds.  For this and the numerous reasons listed above, the Merck '196 application is no more relevant than the Feid-Allah reference.

### (ii)     The DuP-697 References[121]

135.     The DuP-697 references disclose DuP-697, a 2,3-diphenyl thiophene wherein the 2-position phenyl is substituted with a fluorine, the 3-position phenyl is substituted with a methyl sulfone, and the thiophene is substituted with a bromine at the 5-position.  The DuP-697 references do not teach pyrazole compounds or the sulfamyl group.  With respect to celecoxib, the DuP-697 references do not teach the pyrazole, the trifluoromethyl heterocycle substituent at the 3-position and the 5-position phenyl substituted with a methyl group.

### (iii)     U.S. Patent 3,427,305 (the "'305 patent")

136.     The '305 patent is directed to a genus of diphenyl pyrrole compounds that may "reduce edema and granuloma-formation associated with the inflammatory response to tissue insult."[122]  The genus of compounds is defined as follows:  (a) a sulfamyl phenyl attached at the 1-position of the pyrrole; (2) carboxyalkyl group attached to the 2-position of the pyrrole; and (3) a phenyl substituted by a halogen at the 5-position of the pyrrole ring.  Because the '305

---

[121]     Gans *et. al.*, "Anti-Inflammatory and Safety Profile of Dup 697, a Novel Orally Effective Prostaglandin Synthesis Inhibitor," 254 *J. Pharm. and Exp. Ther.* 180 (1990) (PX-031), and/or slides entitled "DuP-697 as an Agent Which May Be a Selective Cyclooxygenase Inhibitor" presented by William Galbraith at the Keystone Prostaglandin Conference on January 11, 1992 (collectively "the DuP-697 references")

[122]     '305 patent, col. 1, lns 55-59 (DX-160).

patent neither discloses pyrazoles nor teaches combining the sulfamyl with a pyrazole, the '305 patent is no more relevant than the Feid-Allah reference.

137.    With respect to celecoxib, the '305 patent also does not teach:  (a) the pyrazole; (b) the phenyl at the 5-position substituted with a methyl group; or (c) the trifluoromethyl substituent at the 3-position of the pyrazole.

**B.    References that Disclose Diaryl Pyrazoles**

138.    Teva cites the following references which disclose pyrazole compounds but do not disclose the sulfamyl or methyl sulfone substituent.  For the reasons stated below, it is my opinion that these references are no more relevant than the Feid-Allah reference.

**(i)    U.S. Patent 4,146,721 (the "'721 patent")**

139.    The '721 patent teaches a genus of pyrazole compounds which includes diphenyl pyrazoles, non-phenyl pyrazoles and triphenyl pyrazoles (containing a phenyl ring at the 3-position of the pyrazole which is prohibited by each of the patents-in-suit).  The '721 patent does not teach diphenyl pyrazoles containing a methyl sulfone or sulfamyl substituent or a preference for any of the other substituents that may be attached to the phenyl ring at the 1-position of the pyrazole as set forth in the patent-in-suit.  Thus, it is my opinion that the '721 reference is no closer than the Feid-Allah reference.

140.    With respect to celecoxib, the '721 patent does not teach: (a) the phenyl substituted with a methyl group or (b) the trifluoromethyl substituent.

**(ii)    CA 1 130 808 (the "'808 patent")**

141.    As discussed above, the '808 patent does not disclose a sulfamyl substituent and, for this reason and all of the other reasons cited herein, the '808 patent is no more relevant than the Feid-Allah reference.

(iii)     **Makki**[123]

142.     Makki discloses 1,3,5-triphenyl pyrazoles.  The patents-in-suit preclude attaching an aryl group to the 3-position of the pyrazole.  Furthermore, Makki does not disclose the sulfamyl substituent.  For these reasons, Makki is no more relevant than the Feid-Allah reference.

**C.     References that Disclose Diaryl Pyrazoles and a Methyl Sulfone Substituent**

143.     The following references cited by Teva disclose a pyrazole compound and a methyl sulfone substituent on a phenyl ring attached to the pyrazole.  As discussed above, since there was no teaching that a methyl sulfone and sulfamyl are interchangeable, and these references do not disclose the sulfamyl group, it is my opinion that the references are no more pertinent than, and are at best cumulative of, the Feid-Allah reference that discloses both the pyrazole and the sulfamyl substituent.

**(i)     The Disclosed U.S. 5,134,142 (the "'142 patent")**

144.     The '142 patent , which was before the patent examiner[124], discloses a genus of 1,5-diaryl pyrazole compounds that can be optionally substituted with a trifluoromethyl or other substituent and wherein the aryl rings: (a) can be phenyl; (b) can be attached to the heteroatom; (c) must be adjacent; and (d) can be substituted with a methyl sulfone substituent, among other groups, at the para-position of one either phenyl rings.  However, the examples of the '142 patent teach a preference for attaching the methyl sulfone to the phenyl at the 5-position of the heterocycle.

---

[123]     Makki *et al.*, "Pyrazole derivatives.  Part I. Synthesis and Spectra of Trisubstituted Pyrazoline and Pyrazole Derivatives With Possible Hypoglycemic Activity," Heterocycles, vol. 121: 134017m (1994) (PFC01561149-50).

[124]     '823 patent, col. 1, lns. 38-32 (DX-012).

**(ii)     The Fujisawa References**

145.     The Fujisawa references teach a similar genus and, as discussed above, demonstrate through the examples a preference for attaching the methyl sulfone to the phenyl ring at the 5-position of the pyrazole.  As an initial matter, the Fujisawa references do not teach the sulfamyl substituent and are therefore no more relevant than the Feid-Allah reference.

146.     I understand that Mr. Smith states that the '829 Fujisawa reference is not cumulative of the '142 patent and the other references before the patent examiner because of a single example, example 23-3 (3), that is closer to a nitro containing compound of claim 11 (4) than any other compound in the '142 patent.[125]



| (3) '829 Patent, Example 29-3 | (4) '823 Patent, Claim 11 |
|---|---|

147.     While I agree that Example 29-3 (3) is closer to the nitro compound of claim 11 (4) than any compound in claim 11 of the '823 patent, compounds (3) and (4) are less close in structure than compounds (1) and (2), above.[126]  A -H to -F change is less significant than a $-CH_3$ to $-NH_2$ change in view of the substantial alteration of hydrogen bonding potential

---

[125]     Smith Rep. ¶163.

[126]     *See* ¶¶131-132, *supra*.

and acidity associated with the latter change.  Therefore, at best, the '829 Fujisawa reference is no more relevant than the Feid-Allah reference.

### (iii) U.S. Patent 5,051,518 (the "'518 patent")

148.    The '518 patent discloses a genus containing millions of compounds including 1,5- diphenyl compounds wherein a possible substitution pattern could result in a methyl sulfone being attached to the phenyl at the 1-position of the pyrazole.  There is no teaching to choose the methyl sulfone substituent to the exclusion of the numerous other substituents listed, and in fact the '518 patent teaches a preference for lower alkoxy, halo, hydrogen, trifluoromethyl, and lower alkyl substituents.[127]  The '518 patent does not teach diphenyl pyrazoles containing a sulfamyl substituent as set forth in the patents-in-suit.  Thus, the '518 patent is at best cumulative of the Feid-Allah reference.

149.    With respect to celecoxib, the '518 patent does not teach the trifluoromethyl  substituent.  Furthermore, though the '518 patent teaches that a phenyl can be substituted with a methyl, it does not teach choosing the methyl over the other the hundreds of other substituents that are claimed.

### D. References that Disclose Diaryl Pyrazoles and a Sulfamyl Substituent

150.    Finally, Teva cites several reference that disclose diaryl pyrazoles wherein one aryl ring can be substituted with a sulfamyl substituent.  For the reasons stated below, these references are at best cumulative of the Feid-Allah reference.

---

[127]    '518 patent, col. 4, lns. 47-51 (PFC01604055-75).

**El-Khawass[128]**

151.    The aim of the authors was to "synthesize compounds containing two pyrazole moieties directly attached to each other," with the hope that the compounds would be "a potent antipyretic, analgesic or anti-inflammatory agent."[129]  The article describes a 1,3-diphenyl pyrazole that is formed as an intermediate in the reaction, and teaches that the phenyl ring at the 1-position can be substituted with a sulfamyl.  Since the phenyl rings are not adjacent, El-Khawass is lacking an limitation of the patents-in-suit.  Furthermore, the patents-in-suit prohibit attaching a phenyl ring to the 3-position of the pyrazole.  Thus, this reference is no more relevant than the Feid-Allah reference.

(ii)       **Mokhtar I[130]**

152.    Mokhtar I discloses two diaryl pyrazole structures (11 and 12) and describes a substitution pattern that teaches attaching a sulfamyl to the phenyl at the 1-position of the pyrazole.  Both of these structures can be substituted, but require a methyl group at the 3-position.  The sulfamyl-containing compounds of structures 11 and 12 (set forth in Tables 10 and 11) are outside of the genus (in the specification and the claims) of the '823 and '165 patents.  The compounds would fall within the genus in the specification of the '068 patent, but not the genus of claim 1.  The sulfamyl containing compound of structure 12 is excluded by a proviso of claim 1 ("$R^4$ is not 4-chlorophenyl when $R^2$ is methyl and $R^3$ is bromo").  These compounds are

---

[128]    El-Khawass et al., "The Difference in the Behaviour of Hydrazine and p-Substituted Phenylhydrazines on Various 4-(3-Aryl-3-Oxopropenyl) Antipyrines," Journal of Chinese Chemical Society, vol. 37, pp. 605-609 (1990) (PFC01602829-33).

[129]    *Id.*, pp. 605-606.

[130]    Mokhtar, "Synthesis of Nitrogeneous Compounds from δ-Unsaturated 1,3-Dicarbonyl Esters.  Part I.  Substituted Pyrazoles, Isooxazolines and Oxyquinoxalines," J. Chem. Soc. Pak., vol. 10, no. 4, pp. 414-424 (1988) ("Mokhtar I") (DX-043)

no closer to the genus of the patents in suit than the Feid-Allah compound (1). Accordingly, Mokhtar I is at best cumulative of the Feid-Allah reference.

### (iii)   Mokhtar II[131]

153.    Mokhtar II discloses two groups of diaryl pyrazoles represented by structure 4 and structures 7, 8 and 10. First, with respect to structure 4, the compounds depicted do not disclose a sulfamyl and each compound has a methyl in the 3-position of the pyrazole, which, for the reasons stated above with respect to Mokhtar I, is not within the claims of the patents-in-suit. Second, the examples of structure 4 contain a nitro-group attached to the phenyl at the 1-position of the pyrazole, which is not within the genus for any of the patents-in-suit. Third, compound 4 is excluded from the genus (in the specification and claims) of the '068 patent by a proviso of claim 1 ("$R^4$ is not aralkenyl when $R_2$ is carboxyl").

154.    Each of the structures within the second group (structures 7,8 and 10) contain a spacer group at the 5-position of the pyrazole which prevents the phenyl ring from attaching directly to the heterocycle. This is prohibited by the genus of the '823 and '165 patents. Although such a spacer is covered by the genus in the specification of the '068 patent, it is excluded from the genus of claim 1 of the '068 patent by a proviso ("$R^4$ is not aralkenyl when $R_2$ is carboxyl, aminocarbonyl or ethoxycarbonyl"). For these reasons, Mokhtar II is no more relevant than the Feid-Allah reference.

---

[131]    Mokhtar, "Synthesis of Nitrogenous Compounds. Part II," Pak. J. Sci. Ind. Res. vol. 33, nos. 1-2, pp. 30-36 (Jan-Feb. 1990) ("Mokhtar II") (DX-042).

**(iv)    Solomon[132]**

155.    Soliman is directed to pyrazole compounds having a phenyl ring containing a sulfonylurea attached at the 1-position of the pyrazole and a phenyl ring indirectly attached to the 5-position of the pyrazole.  As a result of the requirement that these compounds have a sulfonylurea, the compounds are outside of the genus in each of the patents-in-suit.  The attachment of the 5-position phenyl to a spacer group also puts these compounds outside the genus of the '823 and '165 patents, and the genus of claim 1 of the '068 patent.  To the extent Teva argues that the experimental precursors, which are pyrazoles with sulfamyl substituents at the 1-position, each of these compounds has a spacer group between the 5-position of the pyrazole ring and the phenyl and, therefore, is outside the genus of the '068 patent.

## XVI.    CELECOXIB IS CLOSER IN STRUCTURE TO SC-58125 THAN TO EXAMPLE 29-3 OF THE '829 FUJISAWA REFERENCE

156.    I understand that Teva argues that Example 29-3 of the '829 Fujisawa reference is closer in structure to celecoxib than is SC-58125.  I disagree.  As shown below, SC-58125 and Example 29-3 differ only in the substituent on the phenyl at the 5-position of the pyrazole.  Celecoxib has a methyl substituent at that position.



| Example 29-3 | SC-58125 | Celecoxib |

---

[132]    Soliman *et al.*, "Synthesis and Antidiabetic Activity of Some Sulfonylurea Derivatives of 3, 5-Disubstituted Pyrazoles," Journal of Pharm. Sci., vol. 72, no. 9, pp. 999-1004 (Sept. 1983) (DX-041).

The fluorine (-F) substituent of SC-58125 is closer to the methyl (-CH$_3$) substituent of celecoxib than the nitro (-NO$_2$) substituent of Example 29-3 because: (a) the nitro substituent is viewed as more polar than the fluoro or methyl substituents; (b) the nitro substituent is pi-electron withdrawing on a benzene ring, while fluoro and methyl substituents are pi-electron donating[133]; and (c) the fluoro and methyl groups have similar size (each contains a single non-hydrogen atom), whereas the nitro substituent has three non-hydrogen atoms.[134]

## XVII. BASED ON THE REASONING OF TEVA'S EXPERTS, VIOXX® IS AS CLOSE TO CELEBREX® AS ANY OTHER COMPOUND IN THE TEVA PHARMACOPHORE

157.    The Teva Pharmacophore contains diphenyl, five-membered heterocycles where one phenyl ring contains a methyl sulfone or sulfamyl substituent, as set forth below:



158.    Teva's experts opine that one of ordinary skill in the art would have used the Teva Pharmacophore as the lead rather than using a lead compound,[135] and that all compounds within the Teva Pharmacophore would be expected to be COX-2 selective. This

---

[133]    This leads to the well-known facts that nitro groups are meta-directing, while fluoro and methyl groups are ortho, para-directing in electrophilic aromatic substitution reactions.

[134]    Furthermore, based on the reasoning of Teva's experts (not mine), one would not have considered this compound because of the toxicity associated with nitro group. (*See* Trummlitz Rep. ¶87; Baker Rep. ¶163; Cooperman Rep. ¶116).

[135]    Trummlitz Rep. ¶¶93-98; Baker Rep. ¶¶140-145; Cooperman Rep. ¶¶124-131.

pharmacophore is far too broad to have practical utility as a lead. For example, it is my opinion that Vioxx® (rofecoxib) is structurally distinct from Celebrex® (celecoxib). However, based on the reasoning of Teva's experts (with which I disagree) that: (a) five-membered heterocycles are interchangeable; (b) the sulfamyl and methyl sulfone are interchangeable; (c) the phenyl "B" ring and the heterocycles can be substituted or unsubstituted; and (d) the identities of the "optional" heterocycle and phenyl "B" substituents do not affect COX-2 activity, it is my opinion that Vioxx® (rofecoxib), is as close to celecoxib as any other compound within the Teva Pharmacophore.



**Vioxx® (rofecoxib)**

## XVIII.        MELOXICAM DOES NOT TEACH CELECOXIB

159.    Dr. Trummlitz says that Boehringer Ingelheim's drug meloxicam "was the first compound launched as a selective COX-2 inhibitor." (Trummlitz Rep. ¶38). To the extent that Dr. Trummlitz cites meloxicam as a COX-2 selective NSAID that predates celecoxib, there is no suggestion in the structure of meloxicam (shown below), which is a not a diphenyl heterocycle, to create celecoxib (also shown below) or any of the compounds within the claimed genus.



| Meloxicam | Celecoxib |

Dated: June 23, 2006

_Dr. William L. Jorgensen_

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Expert Report of Dr. William L. Jorgensen to be served by electronic mail on the 23rd day of June 2006 on the counsel for the defendant as follows:

> Thomas L. Creel
> Keith A. Zullow
> GOODWIN PROCTER LLP
> 599 Lexington Avenue
> New York, NY 10022
> Fax: 212-355-3333

I hereby certify that I caused a true and correct copy of the foregoing Expert Report of Dr. William L. Jorgensen to be served by first class mail on the 26th day of June 2006 on the counsel for the defendant as follows:

> Thomas L. Creel
> Keith A. Zullow
> GOODWIN PROCTER LLP
> 599 Lexington Avenue
> New York, NY 10022
> Fax: 212-355-3333

Daniel Reisner

# Exhibit 1

EXHIBIT 1

*Identity of the Heterocycle*

| | | | | | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **SC-58844[136]** | **SC-57126[137]** | **MCP-175851[138]** | **SC-58229[139]** | **SC-59873[140]** | **SC58275[141]** |
| COX-1 IC50: >100µM | COX-1 IC50: >100µM | COX-1 IC50: >100µM | COX-1 IC50: >100µM | COX-1 IC50: >100µM | COX-1 IC50: >100µM |
| COX-2 IC50: 0.144µM | COX-2 IC50: 0.511µM | COX-2 IC50: 0.0363µM | COX-2 IC50: >100µM | COX-2 IC50: >100µM | COX-2 IC50: >100µM |

[136]     PFC01592163; PFC01571296; PFC01555218.

[137]     PFC01592078; PFC01228762; PFC01554299.

[138]     PFC01592063.

[139]     PFC01592124; PFC00306094; PFC01554353.

[140]     PFC01592236; PFC01575370-71; PFC01556248.

[141]     PFC01592126; PFC01554460.

| | |
|---|---|
|  |  |
| **SC-57666**[142] | **SC-57855**[143] |
| COX-1 IC50: >100µM | COX-1 IC50: >100µM |
| COX-2 IC50: 0.021µM | COX-2 IC50: >100µM |

| | |
|---|---|
|  |  |
| **SC-57019**[144] | **SC-65023**[145] |
| COX-1 IC50: >100µM | COX-1 IC50: >100µM |
| COX-2 IC50: 0.0620µM | COX-2 IC50: >100µM |

[142]    PFC01592088; PFC01576133; PFC01554299.

[143]    PFC01592095; PFC00316100; PFC01554299.

[144]    PFC01592078; PFC01228796; PFC01552824.

[145]    PFC01592423; PFC01235130; PFC01558387.

| | |
|---|---|
|  |  |
| **SC-67949**[146] | **SC-68173**[147] |
| COX-1 IC50: >100µM | COX-1 IC50: 117µM |
| COX-2 IC50: >100µM | COX-2 IC50: 0.00672µM |

[146]    PFC01592515; PFC01559557.

[147]    PFC01592520; PFC01231660; PFC01559737.

# Exhibit 2

# EXHIBIT 2

## *Position of the Heteroatom*

| | |
|---|---|
|  |  |
| **SC-59978[148]** | **SC-59494[149]** |
| COX-1 IC50: >100μM | COX-1 IC50: >100μM |
| COX-2 IC50: 4.24μM | COX-2 IC50: >100μM |

| | |
|---|---|
|  |  |
| **SC-58308[150]** | **SC-56975[151]** |
| COX-1 IC50: 22.8μM | COX-1 IC50: >100μM |
| COX-2 IC50: .100μM | COX-2 IC50: >100μM |

[148]    PFC01592240; PFC01575371; PFC01556248.

[149]    PFC01592210; PFC01230024; PFC01555722.

[150]    PFC01592128; PFC01554488.

[151]    PFC01592078; PFC01228721; PFC01552763.

# Exhibit 3

EXHIBIT 3

*Position of the Phenyl Rings*

| | | |
|---|---|---|
|  |  |  |
| **MCP-1785884[152]** | **MCP-179015[153]** | **MCP-175722[154]** |
| COX-1 IC50: >100µM | COX-1 IC50: >100µM | COX-1 IC50: 0.998µM |
| COX-1 IC50: 5.06µM | COX-2 IC50: >100µM | COX-2 IC50: 0.003µM |

| | |
|---|---|
|  |  |
| **SC-67779[155]** | **SC-67909[156]** |
| COX-1 IC50: >100µM | COX-1 IC50: >100µM |
| COX-2 IC50: 0.385µM | COX-2 IC50: >100µM |

---

[152]    PFC01592063.

[153]    PFC01592067; PFC01233290; PFC01552595.

[154]    PFC01592063; PFC00637981; PFC01554299.

[155]    PFC01592512.

[156]    PFC01592514; PFC01559557.

# Exhibit 4

EXHIBIT 4

*Identity, position, and number of the "optional" heterocyle substituent*

| | | |
|---|---|---|
|  |  |  |
| **MCP-178944**[157] | **MCP-178957**[158] | **MCP-178960**[159] |
| COX-1 IC50: >30µM | COX-1 IC50: >1000µM | COX-1 IC50: >1000µM |
| COX-2 IC50: >10µM | COX-2 IC50: 0.249µM | COX-2 IC50: >1000µM |

| | | |
|---|---|---|
|  |  |  |
| **SC-57019**[160] | **SC-58740**[161] | **SC-58442**[162] |
| COX-1 IC50: >100µM | COX-1 IC50: >100µM | COX-1 IC50: >100µM |
| COX-2 IC50: 0.062µM | COX-2 IC50: >100µM | COX-2 IC50: >100µM |

---

[157]    PFC01592066; PFC00636851; PFC01553027.

[158]    PFC01592066; PFC00636844; PFC01553027.

[159]    PFC01592067; PFC00636846; PFC01205908.

[160]    PFC01592078; PFC01228796; PFC01552824.

[161]    PFC01592158; PFC01228879; PFC01554690.

[162]    PFC01592137; PFC01234136; PFC01554541.

| **SC-67730**[163] | **SC-67779**[164] | **X-11173** |
|---|---|---|
| COX-1 IC50: >100μM | COX-1 IC50: >100μM | COX-1 IC50: >100μM |
| COX-2 IC50: >100μM | COX-2 IC50: 0.385μM | COX-2 IC50: >100μM |



| **SC-57385**[165] | **SC-57384**[166] | **SC-58285**[167] |
|---|---|---|
| COX-1 IC50: >500μM | COX-1 IC50: >500μM | COX-1 IC50: >100μM |
| COX-2 IC50: >500μM | COX-2 IC50: 0.0680μM | COX-2 IC50: >100μM |

---

[163]   PFC01592511; PFC01559334.

[164]   PFC01592512.

[165]   PFC01592082 PFC00637809.

[166]   PFC01592082; PFC00637809.

[167]   PFC01592127; PFC01554460.

| | |
|---|---|
|  |  |
| **MCP-183583**[168] | **MCP-183585**[169] |
| COX-1:IC50: >100 µM | COX-1:IC50: >100 µM |
| COX-2:IC50: >100 µM | COX-2:IC50: 0.0965 µM |

| | |
|---|---|
|  |  |
| **SC-57897**[170] | **SC-57898**[171] |
| COX-1:IC50: >100 µM | COX-1:IC50: >100 µM |
| COX-2:IC50: 1.58 µM | COX-2:IC50: >100 µM |

---

[168]   PFC01592075; PFC00637774; PFC01552964.

[169]   PFC01592076; PFC00637778; PFC01552964.

[170]   PFC01592099; PFC01228801; PFC01554223.

[171]   PFC01592099; PFC01228801; PFC01554223.



| SC-57126[172] | SC-56975[173] |
|---|---|
| COX-1 IC50: >100μM | COX-1 IC50: >100μM |
| COX-2 IC50: 0.511μM | COX-2 IC50: >100μM |

| MCP-179015[174] | MCP-178308[175] |
|---|---|
| COX-1 IC50: >100μM | COX-1 IC50: >1000μM |
| COX-2 IC50: >100μM | COX-2 IC50: 0.107μM |

[172]    PFC01592078; PFC01228762; PFC01554299.

[173]    PFC01592078; PFC01228721; PFC01552763.

[174]    PFC01592067; PFC01233290; PFC01552595.

[175]    PFC01592065; PFC01233248; PFC01552677.



| SC-58041[176] | SC-58042[177] |
|---|---|
| COX-1 IC50: >100μM | COX-1 IC50: >100μM |
| COX-2 IC50: 0.0169μM | COX-2 IC50: >100μM |

| SC-67817[178] | SC-67818[179] |
|---|---|
| COX-1 IC50: 1.7μM | COX-1 IC50: >1000μM |
| COX-2 IC50: 44.8μM | COX-2 IC50: 2.32μM |

---

[176]    PFC01592109; PFC00636939; PFC01554299.

[177]    PFC01592109; PFC00636940; PFC01554223.

[178]    PFC01592512; PFC01231648.

[179]    PFC01592513; PFC01231657; PFC01559557.

EXHIBIT 5

*Identity, position and number of the "optional" phenyl "B" substituent*

| | | |
|---|---|---|
|  |  |  |
| **SC-60753**[180] | **SC-60966**[181] | **SC-60937**[182] |
| COX-1 IC50: >100µM | COX-1 IC50: >100µM | COX-1 IC50: >100µM |
| COX-2 IC50: >100µM | COX-2 IC50: 0.125µM | COX-2 IC50: 0.451µM |

| | | |
|---|---|---|
|  |  |  |
| **SC-65777**[183] | **SC-65741**[184] | **SC-65848**[185] |
| COX-1 IC50: 5.96µM | COX-1 IC50: >100µM | COX-1 IC50: 0.42µM |
| COX-2 IC50: >100µM | COX-2 IC50: >100µM | COX-2 IC50: 0.014µM |

[180]  PFC01592291; PFC01577142; PFC01556559.

[181]  PFC01592304; PFC01577153; PFC01556649.

[182]  PFC01592302; PFC01577156; PFC01556629.

[183]  PFC01592448; PFC01235162; PFC01558633.

[184]  PFC01592445; PFC01235159; PFC01558633.

[185]  PFC01592452; PFC01235169.

# Exhibit 5

|  |  |
|:---:|:---:|
| **SC-64338**[186] | **SC-64539**[187] |
| COX-1 IC50: 34μM | COX-1 IC50: >100μM |
| COX-2 IC50: >100μM | COX-2 IC50: 0.370μM |

|  |  |
|:---:|:---:|
| **SC-59494**[188] | **SC-59495**[189] |
| COX-1 IC50: >100μM | COX-1 IC50: 12.1μM |
| COX-2 IC50: >100μM | COX-2 IC50: .231μM |

[186]   PFC01592399; PFC01557624.

[187]   PFC01592409; PFC01230195; PFC01552546.

[188]   PFC01592210; PFC01230024; PFC01555722.

[189]   PFC01592210; PFC01230042; PFC01555746.

|  |  |
|---|---|
| **SC-58898**[190] | **SC-58899**[191] |
| COX-1:IC50: 2.64 μM | COX-1:IC50: >100 μM |
| COX-2:IC50: >100 μM | COX-2:IC50: >100 μM |

[190]    PFC01592166; PFC01563963; PFC01555218.

[191]    PFC01592166; PFC01563964; PFC01555218.

**Exhibit 6**

EXHIBIT 6

| Compound Number | Reference |
|---|---|
| **MCP-178960** | PFC01592067; PFC00636846; PFC01205908 |
| **MCP-179015** | PFC01592967; PFC01233290; PFC01552595 |
| **MCP-179109** | PFC01592072; PFC01228721; PFC01552927 |
| **MCP-179115** | PFC01592074 |
| **SC-56975** | PFC01592078; PFC01228721; PFC01552763 |
| **SC-57484** | PFC01592083; PFC01228769; PFC01554299 |
| **SC-57604** | PFC01592085; PFC01228783; PFC01553874 |
| **SC-57605** | PFC01592086; PFC01228760; PFC01553874 |
| **SC-57853** | PFC01592095; PFC00637297; PFC01554113 |
| **SC-57854** | PFC01592095; PFC00637296; PFC01554113 |
| **SC-57877** | PFC01592096; PFC00304139; PFC01554192 |
| **SC-57896** | PFC01592098; PFC01228798; PFC01554223 |
| **SC-57898** | PFC01592099; PFC01228801; PFC01554223 |
| **SC-57931** | PFC01592103; PFC01573224; PFC01554192 |
| **SC-58042** | PFC01592109; PFC00636940; PFC01554223 |
| **SC-58056** | PFC01592110; PFC01227564; PFC01554223 |
| **SC-58088** | PFC01592114; PFC00637298; PFC01554299 |
| **SC-58093** | PFC01592115; PFC01236016; PFC01554299 |
| **SC-58104** | PFC01592115; PFC00637305; PFC01554299 |
| **SC-58144** | PFC01592117; PFC00637308; PFC01554299 |
| **SC-58159** | PFC01592119; PFC01236029-30; PFC01554299 |
| **SC-58190** | PFC01592121; PFC01236040; PFC01554370 |
| **SC-58229** | PFC01592124; PFC00306094; PFC01554353 |
| **SC-58235** | PFC01592125; PFC00637309; PFC01554353 |
| **SC-58264** | PFC01592126; PFC00304173; PFC01554393 |
| **SC-58324** | PFC01592129; PFC01554443; PFC01568040 |
| **SC-58325** | PFC01592130; PFC01554443; PFC01568047 |

| | |
|---|---|
| **SC-58375** | PFC01592131; PFC01234132; PFC01554488 |
| **SC-58387** | PFC01592133; PFC01226847; PFC01554488 |
| **SC-58442** | PFC01592137; PFC01234136; PFC01554541 |
| **SC-58466** | PFC01592138; PFC01234142; PFC01554541 |
| **SC-58572** | PFC01592146; PFC02229079; PFC01554576 |
| **SC-58573** | PFC01592146; PFC01229018; PFC01554576 |
| **SC-58583** | PFC01592147; PFC01234144; PFC01554576 |
| **SC-58740** | PFC01592158; PFC01228879; PFC01554690 |
| **SC-58921** | PFC01592168; PFC01577067; PFC01555246 |
| **SC-58969** | PFC01592173; PFC01576191; PFC01555246 |
| **SC-59184** | PFC01592185; PFC01229076; PFC01555314 |
| **SC-59494** | PFC01592210; PFC01230024; PFC01555722 |
| **SC-59582** | PFC01592212; PFC01555770 |
| **SC-59873** | PFC01592236; PFC01575370-71; PFC01556248 |
| **SC-60245** | PFC01592256; PFC01575383; PFC01556399 |
| **SC-60302** | PFC01592260; PFC01556399 |
| **SC-60459** | PFC01592273; PFC01575390; PFC01556495 |
| **SC-60484** | PFC01592275; PFC01575391; PFC01556495 |
| **SC-60559** | PFC01592278; PFC01575384; PFC01575271; PFC01556495 |
| **SC-60561** | PFC01592279; PFC01575393; PFC01556495 |
| **SC-60608** | PFC01592282; PFC01575396; PFC01556511 |
| **SC-60621** | PFC01592284; PFC01577133; PFC01556511 |
| **SC-60660** | PFC01592285; PFC01577139; PFC01556511 |
| **SC-60701** | PFC01592288; PFC01575400; PFC01556539 |
| **SC-60753** | PFC01592291; PFC01577142; PFC01556559 |
| **SC-60755** | PFC01592292; PFC01577143; PFC01556559 |
| **SC-60791** | PFC01592295; PFC01575392; PFC01575271; PFC01556559 |
| **SC-60792** | PFC01592295; PFC01575392; PFC01575271; PFC01556559 |
| **SC-60801** | PFC01592296; PFC01577144; PFC01556559 |

| | |
|---|---|
| **SC-61096** | PFC01592310; PFC01556697 |
| **SC-62919** | PFC01592329; PFC01557111 |
| **SC-62920** | PFC01592329; PFC01557111 |
| **SC-63434** | PFC01592355; PFC01557345 |
| **SC-63555** | PFC01592365; PFC01557389 |
| **SC-63558** | PFC01592365; PFC01557389 |
| **SC-63769** | PFC01592375; PFC01557499 |
| **SC-63815** | PFC01592378; PFC01557499 |
| **SC-64053** | PFC01592390; PFC01557551 |
| **SC-64273** | PFC01592397; PFC01557613 |
| **SC-64298** | PFC01592398; PFC01557613 |
| **SC-64338** | PFC01592399; PFC01557624 |
| **SC-64514** | PFC01592408; PFC01202523 |
| **SC-64916** | PFC01592419; PFC01202645 |
| **SC-65023** | PFC01592423; PFC01235130; PFC01558387 |
| **SC-65045** | PFC01592423; PFC01235134; PFC01558409 |
| **SC-65083** | PFC01592426; PFC01558423 |
| **SC-65182** | PFC01592429; PFC01558483 |
| **SC-65188** | PFC01592430; PFC00637532; PFC01558445 |
| **SC-65585** | PFC01592436; PFC01231241; PFC01558529 |
| **SC-65606** | PFC01592437; PFC01558529 |
| **SC-65607** | PFC01592437; PFC01558529 |
| **SC-65614** | PFC01592438; PFC01235152; PFC01558529 |
| **SC-65676** | PFC01592441; PFC01230761; PFC01558789 |
| **SC-65677** | PFC01592442; PFC01230759; PFC01558689 |
| **SC-65741** | PFC01592445; PFC01235159; PFC01558633 |
| **SC-65747** | PFC01592446; PFC01558667 |
| **SC-65767** | PFC01592447; PFC01230765; PFC01558689 |
| **SC-65777** | PFC01592448; PFC01235162; PFC01558633 |

| | |
|---|---|
| **SC-65828** | PFC01592452; PFC01558689 |
| **SC-66071** | PFC01592459; PFC01231299; PFC01558751 |
| **SC-66088** | PFC01592460; PFC01558811 |
| **SC-66676** | PFC01592487; PFC01231143; PFC01559038 |
| **SC-66678** | PFC01592487; PFC01231142; PFC01559038 |
| **SC-66967** | PFC01592498; PFC00637152; PFC01559136 |
| **SC-67274** | PFC01592503 |
| **SC-67442** | PFC01592506; PFC01559262 |
| **SC-67443** | PFC01592507; PFC01559262 |
| **SC-67561** | PFC01592508; PFC01231726; PFC01559287 |
| **SC-67730** | PFC01592511; PFC01559334 |
| **SC-67909** | PFC01592514; PFC01559557 |
| **SC-67949** | PFC01592515; PFC01559557 |
| **SC-68026** | PFC01592516; PFC01559567 |
| **X-11173** | PFC01592523; PFC01559557 |

**Exhibit 7**

# EXHIBIT 7

## *Sulfonamide Analogs*

| | |
|---|---|
|  |  |
| **SC-58928[192]** | **SC-58985[193]** |
| COX-1:IC50: >100 µM | COX-1:IC50: >100 µM |
| COX-2:IC50: >100 µM | COX-2:IC50: >100 µM |
|  |  |
| **SC-59078[194]** | **SC-59296[195]** |
| COX-1:IC50: >100 µM | COX-1:IC50: >100 µM |
| COX-2:IC50: >100 µM | COX-2:IC50: >100 µM |

---

[192]    PFC01592169; PFC00657096; PFC01555218.

[193]    PFC01592174.

[194]    PFC01592180; PFC00657096; PFC01555218.

[195]    PFC01592193.

**Exhibit 8**

EXHIBIT 8

*Sulfone Analogs*

|  |  |
|---|---|
| **SC-58263**[196] | **SC-58262**[197] |
| COX-1:IC50: >100 µM | COX-1:IC50: >100 µM |
| COX-2:IC50: 6µM | COX-2:IC50: >100µM |

---

[196]     PFC01592126; PFC00304172; PFC01554408.

[197]     PFC01592126; PFC00304172; PFC01554408.

# Exhibit A

# VITA OF WILLIAM L. JORGENSEN

| | |
|---|---|
| Address: | Department of Chemistry |
| | Yale University |
| | 225 Prospect Street |
| | New Haven, Connecticut 06520-8118 |
| | |
| Telephone: | (203) 432-6278 |
| | |
| Date of Birth: | October 5, 1949 |
| | |
| Place of Birth: | New York, New York |

## Education

A.B. in Chemistry, 1970:        Princeton University, Princeton, New Jersey

Ph.D. in Chemical Physics, 1975:     Harvard University, Cambridge, Massachusetts

## Employment

1968-1970     Research Assistant, Princeton University. Computational methods in molecular quantum mechanics (L. C. Allen).

1970-1975     Graduate student and briefly postdoctoral fellow, Harvard University.  Computer assisted synthetic analysis (E. J. Corey) and theoretical chemistry (W. Borden, L. Salem).

1975-1979     Assistant Professor, Department of Chemistry, Purdue University.

1979-1982     Associate Professor, Department of Chemistry, Purdue University.

1982-1990     Professor, Department of Chemistry, Purdue University.

1984-1987     Head, Organic Chemistry Division, Purdue University.

1985-1990     Herbert C. Brown Professor of Chemistry, Purdue University.

1989     Visiting Professor, Harvard University.

1990-     Whitehead Professor of Chemistry, Yale University.

## Honors

2004 Sato Memorial International Award - Pharmaceutical Society of Japan
2004 Award in Computational Biology – Intl. Society for Quantum Biology & Pharmacology
1998 Award for Computers in Chemical and Pharmaceutical Research – Amer. Chemical Soc.
1994 Fellow, American Association for the Advancement of Science
1990 Arthur C. Cope Scholar Award, American Chemical Society
Special Creativity Award, National Science Foundation, 1990-1992
Special Creativity Award, National Science Foundation, 1989-1991
1986 Annual Medal of the International Academy of Quantum Molecular Sciences
Camille and Henry Dreyfus Foundation Teacher-Scholar, 1978-1983
Alfred P. Sloan Foundation Fellow, 1979-1981
A.B. summa cum laude; McCay Prize (undergraduate)

## Editor

Encyclopedia of Computational Chemistry, 2001-2005
Journal of Computational Chemistry, 2002 –2003
Journal of Chemical Information and Computer Sciences (JCICS), 2004
Journal of Chemical Information and Modeling (formerly JCICS), 2005-
Journal of Chemical Theory and Computation, 2005-

## Member or Officer

National Institutes of Health, Medicinal Chemistry A Study Section, 2001-2004
American Chemical Society -
    Chairman-Elect, Computers in Chemistry Division, 2001; Chairman, 2002
International Society for Quantum Biology and Pharmacology -
    Vice President, 2000; President, 2001-2002

## Memberships on Advisory Boards

Analyst for Data Trace, Inc. (Chemtracts) 1986-98
Advisory Committee, NIH Regional NMR Center, 1986-90
Scientific Advisory Board, Evans & Sutherland Inc., 1987-92
Scientific Advisory Board, Ariad Pharmaceuticals Inc., 1991-
Scientific Advisory Board, CombiChem Inc., 1994-1999
Scientific Advisory Board, Schrödinger Inc., 1996-
Scientific Advisory Board & Founder, Rib-X Pharmaceutical Inc., 2001-
Current Consultant: Pfizer Global Research
Past Consultant: Agouron Pharmaceuticals, Parke-Davis, Pharmacia
W. Gibbs Medal Nominating Committee, 2001-2004
AAAS Electorate Nominating Committee, 2003-2006; Chair, 2004
World Association of Theoretical & Computational Chemists (WATOC), 2003-
ACS Executive Director's Committee, 2004-
ACS Assessing the IT Future Committee, 2006
J. Allyn Taylor International Prize in Medicine Committee, 2006

Editorial Advisory Boards:
Journal of the American Chemical Society, 1987-93
CRC Critical Reviews in Theoretical Chemistry and Biophysics, 1987-93
Journal of Physical Organic Chemistry, 1987-94
Journal of Computational Chemistry, 1989-2003
Theoretica Chimica Acta, 1990-94
Theoretical Chemistry Accounts, 1997-2002
Bioorganic and Medicinal Chemistry Letters, 1990-
Bioorganic and Medicinal Chemistry, 1992-
Journal of Computer Aided Molecular Design, 1992-
Supramolecular Chemistry, 1992-
Chemistry and Biology, 1994-2004
Accounts of Chemical Research, 2001-2004

## Memberships in Professional Societies

American Chemical Society
American Association for the Advancement of Science
International Society for Quantum Biology and Pharmacology
International AIDS Society
World Association of Theoretical & Computational Chemists
Connecticut Academy of Arts and Sciences

**Publications - W. L. Jorgensen**

1. Structural and Energetic Predictions for Simple Hydrocarbons from the NDDO and
    CNDO Semiempirical Molecular OrbitalMethods.
    R. B. Davidson, W. L. Jorgensen, and L. C. Allen
    J. Am. Chem. Soc., <u>92</u>, 749  (1970).

2. Charge Distribution Characteristics of Attractive Dominant Barriers.
    W. L. Jorgensen and L. C. Allen
    Chem. Phys. Letts., <u>7</u>, 483  (1970).

3. Charge Density Analysis of Rotational Barriers.
    W. L. Jorgensen and L. C. Allen
    J. Am. Chem. Soc., <u>93</u>, 567  (1971).

4. Chemical Consequences of Orbital Interactions in Hydrocarbons Containing
        Unsaturatively Bridged Small Rings.
    W. L. Jorgensen and W. T. Borden
    J. Am. Chem. Soc., <u>95</u>, 6649  (1973).

5. "The Organic Chemist's Book of Orbitals".
    W. L. Jorgensen and L. Salem
    Academic Press,  New York,  1973.

    In German,  "Orbitale Organischer Molekule", Verlag Chemie. Weinheim/Bergstr.,  1974.

6. Orbital Interactions in Molecules Containing Unsaturatively Bridged Cyclobutane and
    Bicyclobutane Rings.
    W. L. Jorgensen and W. T. Borden
    Tetrahedron Letters, 223  (1975).

7. Chemical Consequences of Orbital Interactions.  II.  Ethylene and Butadiene Bridged
    Polycyclic Hydrocarbons Contain Three- and Four-Membered Rings.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>97</u>, 3082  (1975).

8. Computer-Assisted Synthetic Analysis.  Synthetic Strategies Based on Appendages and
    the Use of Reconnective Transforms.
    E. J. Corey and W. L. Jorgensen
    J. Am. Chem. Soc., <u>98</u>, 189  (1976).

9. Computer-Assisted Synthetic Analysis.  Generation of Synthetic Sequences Involving Sequential Functional Group Interchanges.
    E. J. Corey and W. L. Jorgensen
    J. Am. Chem. Soc., <u>98</u>, 203  (1976).

10. The Energetic Impact of Monohomoaromaticity.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>98</u>, 6784  (1976).

11. The Behavior of Trishomocyclopropenyl Cations.
    W. L. Jorgensen
    Tetrahedron Letters, 3027  (1976).

12. The Structure and Stability of Coates' Cations.
    W. L. Jorgensen
    Tetrahedron Letters, 3033  (l976).

13. The Cyclic Structure of Monomeric Dilithioacetylene.
    Y. Apeloig, P. v. R. Schleyer, J. S. Binkley, J. A. Pople, and W. L. Jorgensen
    Tetrahedron Letters, 3923 (1976).

14. The Similarity of Solvent Effects on Carbocations.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>99</u>, 280  (1977).

15. The Influence of Increasing Solvation on the Relative Energies of Bisected and Bridged Ethyl Cations.
    W. L. Jorgensen and J. E. Munroe
    Tetrahedron Letters, 581  (1977).

16. The Importance of the Counter Ion.  The Structures and Relative Energies of Homocubyl Cations and Ion Pairs.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>99</u>, 4272  (1977).

17. Simple Prediction of Substituent Sensitivity for Carbocations.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>99</u>, 3840  (1977).

18. Cycloaddition Reactions of
1,2,5,6-Tetramethyl-3,4,7,8-tetramethylenetricyclo[3.3.0.0(2,6)]octane. Evidence for
Chemical Consequences of Orbital Interactions in Molecules Containing Unsaturatively
1,3-Bridged Cyclobutane Rings.
     W. T. Borden, A. Gold, and W. L. Jorgensen
      J. Org. Chem., <u>43</u>, 491 (1978).

19. Proton Affinity Correlations for Alkyl Chlorides.
     W. L. Jorgensen
      Chem. Phys. Letts., <u>53</u>, 525 (1978).

20. The Electronic Structure and Protonation of Alkyl Chlorides.
     W. L. Jorgensen
      J. Am. Chem. Soc., <u>100</u>, 1049 (1978).

21. Stereoelectronic Effects on the Protonation and Properties of 2-Norbornyl Chlorides.
     W. L. Jorgensen and J. E. Munroe
      J. Am. Chem. Soc., <u>100</u>, 1511 (1978).

22. Ab Initio Molecular Orbital Study of the Geometries, Properties and Protonation of Alkyl
Chlorides.
     W. L. Jorgensen
      J. Am. Chem. Soc., <u>100</u>, 1057 (1978).

23. MINDO/3 Calculation of the Potential Energy Surface for $C_3H_5^+ \rightarrow C_3H_3^+ + H_2$ as
Applied to Understanding Energy Partitioning Accompanying Fragmentation.
     D. A. Krause, R. J. Day, W. L. Jorgensen, and R. G. Cooks
      Int. J. Mass Spectrom. Ion Phys., <u>27</u>, 227 (1978).

24. An Intermolecular Potential Function for the HF Dimer from Ab Initio 6-3lG
Computations.
     W. L. Jorgensen and M. E. Cournoyer
      J. Am. Chem. Soc., <u>100</u>, 4942 (1978).

25. Ab Initio Molecular Orbital Study of the Geometries, Properties, and Protonation of
Simple Organofluorides.
     W. L. Jorgensen and M. E. Cournoyer
      J. Am. Chem. Soc., <u>100</u>, 5278 (1978).

26. The Photoelectron Spectra of the 1,2,5,6-Tetramethyl-3,4,7,8-tetramethylene Derivatives
of Tricyclo[3.3.0.0(2,6)]octane and Tricyclo[4.2.0.0(2,5)]octane.
     W. T. Borden, S. D. Young, D. C. Frost, N.P.C. Westwood, and W. L. Jorgensen
      J. Org. Chem., <u>44</u>, 737 (1979).

27. Monte Carlo Simulations of Liquid Hydrogen Fluoride.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>100</u>, 7824 (1978).

28. Deriving Intermolecular Potential Functions for the Water Dimer from Ab Initio
    Calculations.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>101</u>, 2011 (1979).

29. Minimal Basis Set Description of the Structure and Properties of Liquid Water.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>101</u>, 2016 (1979).

30. Basis Set Dependence in Monte Carlo Simulations of Liquid Hydrogen Fluoride.
    W. L. Jorgensen
    J. Chem. Phys., <u>70</u>, 5888 (1979).

31. Energy Partitioning Accompanying Fragmentation of Protonated Methanol.
    R. J. Day, D. A. Krause, W. L. Jorgensen, and R. G. Cooks
    Int. J. Mass Spectrom. Ion Phys., <u>30</u>, 83 (1979).

32. An Intermolecular Potential Function for the Methanol Dimer from Ab Initio
    Calculations.
    W. L. Jorgensen
    J. Chem. Phys., <u>71</u>, 5034 (1979).

33. The Structure and Properties of Liquid Methanol.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>102</u>, 543 (1980).

34. The Structure and Properties of Liquid Ammonia.
    W. L. Jorgensen and M. Ibrahim
    J. Am. Chem. Soc., <u>102</u>, 3309 (1980).

35. Monte Carlo Results for Hydrogen Bond Distributions in Liquid Water.
    W. L. Jorgensen
    Chem. Phys. Lett., <u>70</u>, 326 (1980).

36. Computer Assisted Mechanistic Evaluation of Organic Reactions, l. Overview.
    T. D. Salatin and W. L. Jorgensen
    J. Org. Chem., <u>45</u>, 2043 (1980).

37. Transferable Intermolecular Potential Functions for Water, Alcohols, and Ethers.
    Application to Liquid Water.

W. L. Jorgensen
J. Am. Chem. Soc., <u>103</u>, 335  (1981).

38.  Transferable Intermolecular Potential Functions.  Application to Liquid Methanol Including Internal Rotation.
W. L. Jorgensen
J. Am. Chem. Soc., <u>103</u>, 341  (1981).

39.  Simulation of Liquid Ethanol Including Internal Rotation.
W. L. Jorgensen
J. Am. Chem. Soc., <u>103</u>, 345  (1981).

40.  Computer Assisted Mechanistic Evaluation of Organic Reactions, 2.  Perception of Rings, Aromaticity, and Tautomers.
B. L. Roos-Kozel and W. L. Jorgensen
J. Chem. Info. Comp. Sci., <u>21</u>, l0l (1981).

41.  Ab Initio Studies of RO⁻...HOR' Complexes.  Solvent Effects on the Relative Acidities of Water and Methanol.
W. L. Jorgensen and M. Ibrahim
J. Comput. Chem., <u>2</u>, 7  (1981).

42.  On the Existence of Homoaromaticity and Bicycloaromaticity in Carbanions.
J. B. Grutzner and W. L. Jorgensen
J. Am. Chem. Soc., <u>103</u>, 1372  (1981).

43.  Internal Rotation in Liquid 1,2-Dichloroethane and <u>n</u>-Butane.
W. L. Jorgensen
J. Am. Chem. Soc., <u>103</u>, 677  (1981).

44.  Structures and Properties of  Organic Liquids: <u>n</u>-Butane and 1,2-Dichloroethane and Their Conformational Equilibria.
W. L. Jorgensen,  R. C. Binning, Jr., and B. Bigot
J. Am. Chem. Soc., <u>103</u>, 4393  (1981).

45.  Structures and Properties of Organic Liquids:  <u>n</u>-Alkyl Ethers and Their Conformational Equilibria.
W. L. Jorgensen and M. Ibrahim
J. Am. Chem. Soc., <u>103</u>, 3976  (1981).

46. Sampling Efficiency in Monte Carlo Simulations of n-Butane in Dilute Solution.
    B. Bigot and W. L. Jorgensen
    J. Chem. Phys., 75, l944 (1981).

47. Pressure Dependence of the Structure and Properties of Liquid n-Butane.
    W. L. Jorgensen
    J. Am. Chem. Soc., 103, 4721 (1981).

48. PULSAR: A Personalized Microcomputer-Based System for Keyword Search and
    Retrieval of Literature Information.
    S. F. Smith, W. L. Jorgensen, and P. L. Fuchs
    J. Chem. Info. Comput. Sci., 21, 209 (1981).

49. Computer-Assisted Mechanistic Evaluation of Organic Reactions, 3. Ylid Chemistry and
    the Organometallic Chemistry of Li, Mg, and Lithium Cuprates.
    T. D. Salatin, D. McLaughlin, and W. L. Jorgensen
    J. Org. Chem., 46, 5284 (1981).

50. Comment on Simulations of Liquid Ammonia Based on Quantum Mechanical Potential
    Functions.
    W. L. Jorgensen
    J. Chem. Phys., 75, 2026 (1981).

5l. Pressure Dependence of Hydrogen Bonding in Liquid Methanol.
    W. L. Jorgensen and M. Ibrahim
    J. Am. Chem. Soc., 104, 373 (l982).

52. The Nature of Dilute Solutions of Sodium and Methoxide Ions in Methanol.
    W. L. Jorgensen, B. Bigot, and J. Chandrasekhar
    J. Am. Chem. Soc., 104, 4584 (l982).

53. Pressure Dependence of the Mixing of Enantiomeric Liquids, l,2-Dichloropropane.
    W. L. Jorgensen and B. Bigot
    J. Phys. Chem., 86, 2867 (1982).

54. Ab Initio Study of Acid-Base Interactions. Proton, Lithium and Sodium Affinities of First
    and Second Row Bases.
    S. F. Smith, J. Chandrasekhar, and W. L. Jorgensen
    J. Phys. Chem., 86, 3308 (1982).

55. Fluoranthene: Synthesis and Biological Testing of Four Diol Epoxides.
    W. H. Rastetter, R. B. Nachbar, S. Russo-Rodriguez, R. V. Wattley, W. G. Thilly, B.
    M. Andon, W. L. Jorgensen, and M. Ibrahim
    J. Org. Chem., 47, 4873 (1982).

56. Revised TIPS for Simulations of Liquid Water and Aqueous Solutions.
    W. L. Jorgensen
    J. Chem. Phys., _77_, 4156 (1982).

57. Solvation and Conformation of Methanol in Water.
    W. L. Jorgensen and J. D. Madura
    J. Am. Chem. Soc., _105_, 1407 (1983).

58. Monte Carlo Simulations of Liquid Tetrahydrofuran Including Pseudorotation.
    J. Chandrasekhar and W. L. Jorgensen
    J. Chem. Phys., _77_, 5073 (1982).

59. The Nature of Dilute Solutions of Sodium Ion in Water, Methanol, and THF.
    J. Chandrasekhar and W. L. Jorgensen
    J. Chem. Phys., _77_, 5080 (1982).

60. Convergence of Monte Carlo Simulations of Liquid Water in the NPT Ensemble.
    W. L. Jorgensen
    Chem. Phys. Letts., _92_, 405 (1982).

61. Monte Carlo Simulation of _n_-Butane in Water.  Conformational Evidence for the Hydrophobic Effect.
    W. L. Jorgensen
    J. Chem. Phys., _77_, 5757 (1982).

62. Ab Initio Study of the Structures and Binding Energies of Aluminum Monocation Complexes.
    S. F. Smith, J. Chandrasekhar and W. L. Jorgensen
    J. Phys. Chem., _87_, 1898 (1983).

63. Computer-Assisted Mechanistic Evaluation of Organic Reactions. 4. Organosilicon Chemistry.
    C. E. Peishoff and W. L. Jorgensen
    J. Org. Chem., _48_, 1970 (1983).

64. The Origin and Consequences of Alkene Pyramidalization in Ground and Triplet Excited States.
    K. N. Houk, N. G. Rondan, F. Brown, J. D. Madura, D. C. Spellmeyer, and W. L. Jorgensen
    J. Am. Chem. Soc., _105_, 5980  (1983).

65. Comparison of Simple Potential Functions for Simulating Liquid Water.
    W. L. Jorgensen, J. Chandrasekhar,  J. D. Madura, R. W. Impey, and M. L. Klein

J. Chem. Phys., <u>79</u>, 926 (1983).

66. Energy Component Analysis for the Hydration of $Li^+$, $Na^+$, $F^-$, and $Cl^-$.
    J. Chandrasekhar, D. C. Spellmeyer, and W. L. Jorgensen
    J. Am. Chem. Soc., <u>106</u>, 903 (1984).

67. Computer Assisted Analysis of Organic Reactions.
    W. L. Jorgensen
    Kagaku, <u>38</u>, 483 (1983).

68. Computer Assisted Mechanistic Evaluation of Organic Reactions. 7. Six Electron Cycloadditions.
    J. A. Schmidt and W. L. Jorgensen
    J. Org. Chem., <u>48</u>, 3923 (1983).

69. Theoretical Studies of Medium Effects on Conformational Equilibria. (Feature Article)
    W. L. Jorgensen
    J. Phys. Chem., <u>87</u>, 5304 (1983).

70. An Improved Intermolecular Potential Function for Simulations of Liquid Hydrogen Fluoride.
    M. E. Cournoyer and W. L. Jorgensen
    Mol. Phys., <u>51</u>, 119 (1984).

71. Torsional Effects in the Baeyer-Villiger Oxidation.
    S. N. Suryawanshi, C. Swenson, W. L. Jorgensen, and P. L. Fuchs
    Tetrahedron Lett., <u>25</u>, 1859 (1984).

72. Solvent Effects on the Relative Energies of Carbonium Ions. Solvation and Internal Rotation of the Allyl Cation in Liquid Hydrogen Fluoride.
    M. E. Cournoyer and W. L. Jorgensen
    J. Am. Chem. Soc., <u>106</u>, 5104 (1984).

73. General Treatment of Periselectivity.
    J. S. Burnier and W. L. Jorgensen
    J. Org. Chem., <u>49</u>, 3001 (1984).

74. $S_N2$ Reaction Profiles in the Gas Phase and Aqueous Solution.
    J. Chandrasekhar, S. F. Smith, and W. L. Jorgensen
    J. Am. Chem. Soc., <u>106</u>, 3049 (1984).

75. Optimized Intermolecular Potential Functions for Liquid Hydrocarbons.
    W. L. Jorgensen, J. D. Madura, and C. J. Swenson
    J. Am. Chem. Soc., <u>106</u>, 6638 (1984).

76. Delta Plots - A New Way to Visualize Electronic Excitation.
    H. Morrison, W. L. Jorgensen, B. Bigot, D. Severance,
    Y. Munoz-Sola, R. Strommen, and B. Pandey
    J. Chem. Educ., <u>62</u>, 298 (1985).

77. Theoretical Examination of the $S_N2$ Reaction Involving Chloride Ion and Methyl Chloride
    in the Gas Phase and Aqueous Solution.
    J. Chandrasekhar, S. F. Smith, and W. L. Jorgensen
    J. Am. Chem. Soc., <u>107</u>, 154 (1985).

78. Optimized Intermolecular Potential Functions for Amides and Peptides. Structure and
    Properties of Liquid Amides.
    W. L. Jorgensen and C. J. Swenson
    J. Am. Chem. Soc., <u>107</u>, 569 (1985).

79. Computer-Assisted Mechanistic Evaluation of Organic Reactions, 9. Reactions of
    Unsaturated Electrophiles Including Nucleophilic Aromatic Substitution.
    C. E. Peishoff and W. L. Jorgensen
    J. Org. Chem., <u>50</u>, 1056 (1985).

80. Optimized Intermolecular Potential Functions for Amides and Peptides. Hydration of
    Amides.
    W. L. Jorgensen and C. J. Swenson
    J. Am. Chem. Soc., <u>107</u>, 1489, 5025 (l985).

81. Magnitude and Origin of the ß-Silicon Effect on Carbenium Ions.
    S. G. Wierschke, J. Chandrasekhar, and W. L. Jorgensen
    J. Am. Chem. Soc., <u>107</u>, 1496 (1985).

82. Computer-Assisted Mechanistic Evaluation of Organic Reactions,10. Stereochemistry.
    C. E. Peishoff and W. L. Jorgensen
    J. Org. Chem., <u>50</u>, 3174 (1985).

83. Energy Profile for a Non-Concerted $S_N2$ Reaction in Solution.
    J. Chandrasekhar and W. L. Jorgensen
    J. Am. Chem. Soc., <u>107</u>, 2974 (1985).

84. Monte Carlo Simulations of Alkanes in Water: Hydration Numbers and the Hydrophobic
    Effect.
    W. L. Jorgensen, J. Gao, and C. Ravimohan
    J. Phys. Chem., <u>89</u>, 3470 (1985).

85. Computer-Assisted Mechanistic Evaluation of Organic Reactions, 11. Electrophilic

Aromatic Substitution.
   M. G. Bures, B. L. Roos-Kozel, and W. L. Jorgensen
   J. Org. Chem., <u>50</u>, 4490 (1985).

86. Monte Carlo Simulation of Differences in Free Energies of Hydration.
   W. L. Jorgensen and C. Ravimohan
   J. Chem. Phys., <u>83</u>, 3050 (1985).

87. Temperature and Size Dependence for Monte Carlo Simulations of TIP4P Water.
   W. L. Jorgensen and J. D. Madura
   Mol. Phys, <u>56</u>, 1381 (1985).

88. Monte Carlo Simulations of the Hydration of Ammonium and Carboxylate Ions.
   W. L. Jorgensen and J. Gao
   J. Phys. Chem., <u>90</u>, 2174 (1986).

89. Optimized Intermolecular Potential Functions for Liquid Alcohols.
   W. L. Jorgensen
   J. Phys. Chem., <u>90</u>, 1276 (1986).

90. Ab Initio and Monte Carlo Calculations for a Nucleophilic Addition Reaction in the Gas Phase and in Aqueous Solution.
   J. D. Madura and W. L. Jorgensen
   J. Am. Chem. Soc., <u>l08</u>, 2517 (l986).

9l. Computer Simulations of Organic Reactions in Solution.
   W. L. Jorgensen, J. Chandrasekhar, J. K. Buckner, and  J. D. Madura
   Ann. N. Y. Acad. Sci., <u>482</u>, 198 (l986).

92. Computer-Assisted Mechanistic Evaluation of Organic Reactions, l2. $pK_a$ Predictions for Organic Compounds in DMSO.
   A. J. Gushurst and W. L. Jorgensen
   J. Org. Chem., <u>5l</u>, 3513 (l986).

93. Effect of Hydration on the Structure of an $S_N2$ Transition State.
   W. L. Jorgensen and J. K. Buckner
   J. Phys. Chem., <u>90</u>, 4651 (l986).

94. Ab Initio Study of the Structures and Binding Energies of Anion-Water Complexes.
   J. Gao, D. S. Garner, and W. L. Jorgensen
   J. Am. Chem. Soc., <u>108</u>, 4784 (1986).

95. Intermolecular Potential Functions and Monte Carlo Simulations for Liquid Sulfur Compounds.

W. L. Jorgensen
J. Phys. Chem., $\underline{90}$, 6379 (l986).

96. Computer Simulation of Chemical and Biomolecular Systems.
D. L. Beveridge and W. L. Jorgensen, Eds.
Annals of the New York Academy of Sciences, Vol. 482 (1986).

97. Ab Initio Study of the $S_N2$ Reactions of OH- and OOH- with CH$_3$Cl.
J. D. Evanseck, J. F. Blake, and W. L. Jorgensen
J. Am. Chem. Soc., $\underline{109}$, 2349 (l987).

98. Network Topology in Simulated Water.
R. J. Speedy, J. D. Madura, and W. L. Jorgensen
J. Phys. Chem., $\underline{91}$, 909 (1987).

99. Energy Profiles for (CH$_3$)$_3$CCl Ion Pairs in Aqueous Solution.
W. L. Jorgensen, J. K. Buckner, S. E. Huston, and P. J. Rossky
J. Am. Chem. Soc., $\underline{109}$, 1891 (1987).

100. Ab Initio Study of the Displacement Reactions of Chloride Ion with Formyl and Acetyl Chloride.
J. F. Blake and W. L. Jorgensen
J. Am. Chem. Soc., $\underline{109}$, 3856 (1987).

101. A General Treatment of Nucleophilic Chemistry.
P. Metivier, A. J. Gushurst, and W. L. Jorgensen
J. Org. Chem., $\underline{52}$, 3724 (1987).

102. Computational Investigations of Organic Reaction Mechanisms: Nucleophilic Reactions of Carbonyl Compounds.
W. L. Jorgensen, J. F. Blake, J. D. Madura, and S. G. Wierschke
ACS Symposium Ser., $\underline{353}$, 200 (1987).

103. A Priori Calculations of pK$_a$'s for Organic Compounds in Water. The pK$_a$ of Ethane.
W. L. Jorgensen, J. M. Briggs, and J. Gao
J. Am. Chem. Soc., $\underline{109}$, 6857 (1987).

104. Use of Statistical Perturbation Theory for Computing Solvent Effects on Molecular Conformation. Butane in Water.
W. L. Jorgensen and J. K. Buckner
J. Phys. Chem., $\underline{91}$, 6083 (1987).

105. Energy Profiles for Organic Reactions in Solution.
W. L. Jorgensen

Adv. Chem. Phys., Part II, <u>70</u> 469 (1988).

106. The OPLS Force Field for Proteins. Energy Minimizations for Crystals of Cyclic
     Peptides and Crambin.
       W. L. Jorgensen and J. Tirado-Rives
       J. Am. Chem. Soc., <u>110</u>, 1657 (1988).

107. Monte Carlo Simulations of Liquid Acetonitrile with a Three-Site Model.
       W. L. Jorgensen and J. M. Briggs
       Molec. Phys., <u>63</u>, 547 (1988).

108. Modeling Molecular Transformations in Solution.
       W. L. Jorgensen, J. K. Buckner, and J. Gao
       In "Chemical Reactivity in Liquids", M. Moreau and P. Turq, Eds.; Plenum Press:
       New York (1988); p 253-263.

109. Computer-Assisted Mechanistic Evaluation of Organic Reactions, 14. Reactions of
     Sulfur and Phosphorus Ylides, Iminophosphoranes, and P=X-Activated Anions.
       A. J. Gushurst and W. L. Jorgensen
       J. Org. Chem., <u>53</u>, 3397 (1988).

110. Computer-Assisted Mechanistic Evaluation of Organic Reactions, 15. Heterocycle
     Synthesis.
       M. G. Bures and W. L. Jorgensen
       J. Org. Chem., <u>53</u>, 2504 (1988).

111. Cis/Trans Energy Difference for the Peptide Bond in the Gas Phase and Aqueous
     Solution.
       W. L. Jorgensen and J. Gao
       J. Am. Chem. Soc., <u>110</u>, 4212 (1988).

112. Theoretical Examination of Hexanol-Water Interfaces.
       J. Gao and W. L. Jorgensen
       J. Phys. Chem., <u>92</u>, 5813 (1988).

113. Efficient Computation of Absolute Free Energies of Binding by Computer Simulations.
     Application to the Methane Dimer in Water.
       W. L. Jorgensen, J. K. Buckner, S. Boudon and J. Tirado-Rives
       J. Chem. Phys., <u>89</u>, 3742 (1988).

114. Free Energy of TIP4P Water and the Free Energies of Hydration of $CH_4$ and Cl- from
     Statistical Perturbation Theory.
       W. L. Jorgensen, J. F. Blake and J. K. Buckner
       Chem. Phys., <u>129</u>, 193 (1989).

115. Computer-Assisted Evaluation of Oxidation Reactions.
    G. D. Paderes and W. L. Jorgensen
     J. Org. Chem., $\underline{54}$, 2058 (1989).

116. Ab Initio Investigation of the ß-Silicon Effect on Alkyl and Cyclopropyl Carbenium Ions
    and Radicals.
    M. R. Ibrahim and W. L. Jorgensen
    J. Am. Chem. Soc., $\underline{111}$, 819 (1989).

117. Free Energies in Solution - The Aqua Vitae of Computer Simulations.
    W. L. Jorgensen
    In "Computer Simulation of Biomolecular Systems: Theoretical and Experimental
    Applications", W. F. van Gunsteren and P. Weiner, Eds.; Escom Science Publishers:
    Leiden (1989), p 60.

118. Energetics and Hydration of the Constituent Ion Pairs of Tetramethylammonium
    Chloride.
    J. K. Buckner and W. L. Jorgensen
    J. Am. Chem. Soc., $\underline{111}$, 2507 (1989).

119. Variational Transition State for the Reaction of $Cl_2C$: with Ethylene and the
    Thermodynamics of Carbene Additions.
    J. F. Blake, S. G. Wierschke and W. L. Jorgensen
    J. Am. Chem. Soc., $\underline{111}$, 1919 (1989).

120. A Priori $pK_a$ Calculations and the Hydration of Organic Anions.
    W. L. Jorgensen and J. M. Briggs
    J. Am. Chem. Soc., $\underline{111}$, 4190 (1989).

121. Structure and Binding for Rebek's Diacid in Chloroform. A Demure Host for Pyrazine.
    W. L. Jorgensen, S. Boudon, and T. B. Nguyen
    J. Am. Chem. Soc., $\underline{111}$,  755 (1989).

122. Substituent Effects and Transition Structures for Diels-Alder Reactions of Butadiene
    and Cyclopentadiene with Cyanoalkenes.
    K. N. Houk, R. J. Loncharich, J. F. Blake, and W. L. Jorgensen
    J. Am. Chem. Soc., $\underline{111}$, 9172 (1989).

123. Molecular Dynamics Simulation of the Third Domain of Silver Pheasant Ovomucoid in
    Water.
    W. L. Jorgensen and J. Tirado-Rives
    In "Proceedings of the l988 Nobel Symposium", Chem. Scripta, $\underline{29A}$, 191 (1989).

124. Free Energy Calculations, A Breakthrough for Modeling Organic Chemistry in Solution.
    W. L. Jorgensen
    Acc. Chem. Res., <u>22</u>, 184 (l989).

125. Interactions Between Amides in Solution and the Thermodynamics of Weak Binding.
    W. L. Jorgensen
    J. Am. Chem. Soc., <u>111</u>, 3770 (1989).

126. Molecular Dynamics of Proteins with the OPLS Potential Functions. Simulation of the Third Domain of Silver Pheasant Ovomucoid in Water
    J. Tirado-Rives and W. L. Jorgensen
    J. Am. Chem. Soc., <u>112</u>, 2773 (1990).

127. Computer-Assisted Mechanistic Evaluation of Organic Reactions, 17. Free Radical Chain Reactions.
    E. R. Laird and W. L. Jorgensen
    J. Org. Chem., <u>55</u>, 9 (1990).

128. Relative Partition Coefficients for Organic Solutes from Fluid Simulations.
    W. L. Jorgensen, J. M. Briggs, and M. L. Contreras
    J. Phys. Chem., <u>94</u>, 1683 (1990).

129. Structure and Basicity of Silyl Ethers: A Crystallographic and Ab Initio Inquiry into the Mode of Silicon-Oxygen Interactions.
    S. Shambayati, J. F. Blake, S. G. Wierschke, W. L. Jorgensen, and S. L. Schreiber
    J. Am. Chem. Soc., <u>112</u>, 697 (1990).

130. The Importance of Secondary Interactions in Triply Hydrogen-Bonded Complexes: Guanine-Cytosine vs. Uracil-Diaminopyridine.
    W. L. Jorgensen and J. Pranata
    J. Am. Chem. Soc., <u>112</u>, 2008 (1990).

131. Aromatic-Aromatic Interactions: Free Energy Profiles for the Benzene Dimer in Water, Chloroform, and Liquid Benzene.
    W. L. Jorgensen and D. L. Severance
    J. Am. Chem. Soc., <u>112</u>, 4768 (1990).

132. Monte Carlo Simulations of Liquid Alkyl Ethers with the OPLS Potential Functions.
    J. M. Briggs, T. Matsui, and W. L. Jorgensen
    J. Comput. Chem., <u>11</u>, 958 (1990).

133. Origin of the Strong Binding of Adenine to a Molecular Tweezer.
    J. F. Blake and W. L. Jorgensen
    J. Am. Chem. Soc., <u>112</u>, 7269 (1990).

134. Computer Assisted Analysis of Reactions Involving Organic Free Radicals and Diradicals.
     E. R. Laird and W. L. Jorgensen
     J. Chem. Info. Comput. Sci., 30, 458 (1990).

135. CAMEO: A Program for the Logical Prediction of the Products of Organic Reactions.
     W. L. Jorgensen, E. R. Laird, A. J. Gushurst, J. M. Fleischer, S. A. Gothe, H. E. Helson, G. D. Paderes, and S. Sinclair
     Pure Appl. Chem., 62, 1921 (1990).

136. OPLS Potential Functions for Nucleotide Bases. Relative Association Constants of Hydrogen-Bonded Base Pairs in Chloroform.
     J. Pranata, S. G. Wierschke, and W. L. Jorgensen
     J. Am. Chem. Soc., 113, 2810 (1991).

137. Monte Carlo Simulations of Liquid Acetic Acid and Methyl Acetate with the OPLS Potential Functions.
     J. M. Briggs, T. B. Nguyen, and W. L. Jorgensen
     J. Phys. Chem., 95, 3315 (1991).

138. Chemical Chameleons: Hydrogen Bonding with Imides and Lactams in Chloroform.
     W. L. Jorgensen and D. L. Severance
     J. Am. Chem. Soc., 113, 209 (1991).

139. Molecular Dynamics Simulations of the Unfolding of an $\alpha$-Helical Analog of Ribonuclease-A S-Peptide in Water.
     J. Tirado-Rives and W. L. Jorgensen
     Biochemistry, 30, 3864 (1991).

140. Monte Carlo Simulations Yield Absolute Free Energies of Binding for Guanine-Cytosine and Adenine-Uracil Base Pairs in Chloroform.
     J. Pranata and W. L. Jorgensen
     Tetrahedron, 47, 2491 (1991).

141. Computer-Assisted Mechanistic Evaluation of Organic Reactions. 19. Reductions with Hydrides.
     G. D. Paderes, P. Metivier, and W. L. Jorgensen
     J. Org. Chem., 56, 4718 (1991).

142. Proton Affinities and Gas-phase Basicities of Alkyl and Silyl Ethers.
     J. F. Blake and W. L. Jorgensen
     J. Org. Chem., 56, 6052 (1991).

143. Computational Insights on Intermolecular Interactions and Binding in Solution.
    W. L. Jorgensen
    Chemtracts - Organic Chemistry, <u>4</u>, 91-119 (1991). (Feature article.)

144. Computational Studies of FK506: Conformational Search and Molecular Dynamics Simulation in Water.
    J. Pranata and W. L. Jorgensen
    J. Am. Chem. Soc., <u>113</u>, 9483 (1991).

145. Solvent Effects on a Diels-Alder Reaction from Computer Simulations.
    J. F. Blake and W. L. Jorgensen
    J. Am. Chem. Soc., <u>113</u>, 7430 (1991).

146. Rusting of the Lock and Key Model of Protein-Ligand Binding.
    W. L. Jorgensen
    Science, <u>254</u>, 954 (1991).

147. Computer-Assisted Mechanistic Analysis of Organic Reactions. 20. Ene and Retro-ene Chemistry.
    G. D. Paderes and W. L. Jorgensen
    J. Org. Chem., <u>57</u>, 1904 (1992).

148. Free Energy Profiles for Na$^+$ Adsorption on a Metal Electrode.
    T. Matsui and W. L. Jorgensen
    J. Am. Chem. Soc., <u>114</u>, 3220 (1992).

149. Structure and Binding for Cyclophane-Arene Complexes in Water from Monte Carlo Simulations.
    W. L. Jorgensen and T. B. Nguyen
    NATO ASI Series C, <u>371</u>, 383 (1992).

150. Enhanced View of Structure and Binding for Cyclophane-Arene Complexes through Joint Theoretical and Experimental Study.
    W. L. Jorgensen, T. B. Nguyen, E. M. Sanford, I. Chao, K. N. Houk, and F. Diederich
    J. Am. Chem. Soc., <u>114</u>, 4003 (1992).

151. Solvent Effects on the Barrier to Isomerization for a Tertiary Amide from Ab Initio and Monte Carlo Calculations.
    E. M. Duffy, D. L. Severance, and W. L. Jorgensen
    J. Am. Chem. Soc., <u>114</u>, 7535 (1992).

152. Effects of Hydration on the Claisen Rearrangement of Allyl Vinyl Ether from Computer Simulations.
    D. L. Severance and W. L. Jorgensen

J. Am. Chem. Soc., <u>114</u>, 10966 (1992).

153. Solvent Effects on the Diels-Alder Reaction of Methyl Vinyl Ketone and Cyclopentadiene from Computer Simulations.
W. L. Jorgensen, D. Lim, and J. F. Blake
in Elementary Reaction Steps in Heterogeneous Catalysis, R. W. Joyner and R. A. van Santen (eds.), Kluwer Academic Publishers (1993), p 377-387.

154. Monte Carlo Simulations of the Hydration of Substituted Benzenes with OPLS Potential Functions.
W. L. Jorgensen and T. B. Nguyen
J. Comput. Chem., <u>13</u>, 195 (1993).

155. Monte Carlo Simulations of Pure Liquid Substituted Benzenes with OPLS Potential Functions.
W. L. Jorgensen, E. R. Laird, T. B. Nguyen, amd J. Tirado-Rives
J. Comput. Chem., <u>13</u>, 206 (1993).

156. Modeling the Complexation of Substituted Benzenes by a Cyclophane Host in Water.
W. L. Jorgensen and T. B. Nguyen
Proc. Nat. Acad. Sci. USA, <u>90</u>, 1194 (1993).

157. Ab Initio Study of Diels-Alder Reactions of Cyclopentadiene with Ethylene, Isoprene, Cyclopentadiene, Acrylonitrile, and Methyl Vinyl Ketone.
W. L. Jorgensen, D. Lim, and J. F. Blake
J. Am. Chem. Soc., <u>115</u>, 2936 (1993).

158. Molecular Dynamics Simulations of the Unfolding of Apomyoglobin in Water.
J. Tirado-Rives and W. L. Jorgensen
Biochemistry, <u>32</u>, 4175 (1993).

159. Supramolecular Chemistry. (Invited editorial.)
W. L. Jorgensen
Proc. Nat. Acad. Sci. USA, <u>90</u>, 1635 (1993).

160. Urea: Potential Functions, log P, and Free Energy of Hydration.
E. M. Duffy, D. L. Severance, and W. L. Jorgensen
Isr. J. Chem., <u>33</u>, 323 (1993). (Pople issue.)

161. Limited Effects of Polarization for $Cl^-(H_2O)_n$ and $Na^+(H_2O)_n$ Clusters.
W. L. Jorgensen and D. L. Severance
J. Chem. Phys., <u>99</u>, 4233 (1993).

162. Accuracy of Free Energies of Hydration for Organic Molecules from 6-31G$^*$ Derived

Partial Charges.
    H. A. Carlson, T. B. Nguyen, M. Orozco, and W. L. Jorgensen
    J. Comput. Chem., <u>14</u>, 1240 (1993).

163. Molecular Dynamics and Monte Carlo Simulations Favor the α-Helical Form for Alanine-based Peptides in Water.
    J. Tirado-Rives, D. S. Maxwell, and W. L. Jorgensen
    J. Am. Chem. Soc., <u>115</u>, 11590 (1993).

164. Computer Assisted Mechanistic Evaluation of Organic Reactions. 22. The Generation and Use of Three-Dimensional Structures.
    S. A. Gothe, H. E. Helson, I. Houdaverdis, I. Lagerstedt, S. Sinclair, and W. L. Jorgensen
    J. Org. Chem., <u>58</u>, 5081 (1993).

165. Comparison of 6-31G* Based MST/SCRF and FEP Evaluations of the Free Energies of Hydration for Small Neutral Molecules.
    M. Orozco, W. L. Jorgensen, and F. J. Luque
    J. Comput. Chem., <u>14</u>, 1498 (1993).

166. Computational Investigations of Protein Denaturation: Apomyoglobin and Chaotrope-Arene Interactions.
    W. L. Jorgensen, E. M. Duffy, and J. Tirado-Rives
    Phil. Trans. Roy. Soc. London A, <u>345</u>, 87-96 (1993).

167. Mechanism for the Rotamase Activity of FK506 Binding Protein from Molecular Dynamics Simulations.
    M. Orozco, J. Tirado-Rives, and W. L. Jorgensen
    Biochemistry, <u>32</u>, 12864 (1993).

168. Quantification of Solvent Effects on the Acidities of Z and E Esters from Fluid Simulations.
    J. D. Evanseck, K. N. Houk, J. M. Briggs, and W. L. Jorgensen
    J. Am. Chem. Soc., <u>116</u>, 10630-10638 (1994).

169. Do Denaturants Interact with Aromatic Hydrocarbons in Water?
    E. M. Duffy, P. J. Kowalczyk, and W. L. Jorgensen
    J. Am. Chem. Soc., <u>115</u>, 9271 (1993).

170. Enhanced Hydrogen Bonding of Water to Diels-Alder Transition States - Ab Initio Evidence.
    J. F. Blake, D. Lim, and W. L. Jorgensen
    J. Org. Chem., <u>59</u>, 803-805 (1994).

171. Synthesis and Investigations of Enetetraynes.
     D. Elbaum, T. B. Nguyen, W. L. Jorgensen, and S. L. Schreiber
     Tetrahedron, <u>50</u>, 1503-1518 (1994).

172. Modeling Interactions with Benzene: Aryl-Aryl, Cation-π, and Chaotrope-π.
     W. L. Jorgensen, D. L. Severance, and E. M. Duffy
     in Computational Approaches in Supramolecular Chemistry,
     G. Wipff (ed.), Kluwer Academic Publishers (1994), p 161-173.

173. Solvent Effects on the Ring Opening of Cyclopropanones to Oxyallyls - A Combined Ab Initio and Monte Carlo Study.
     D. Lim, D. A. Hrovat, W. T. Borden, and W. L. Jorgensen
     J. Am. Chem. Soc., <u>116</u>, 3494-3499 (1994).

174. Computer Assisted Mechanistic Evaluation of Organic Reactions. 23. Dissolving Metal Reductions with Lithium in Liquid Ammonia Including the Birch Reduction.
     S. Sinclair and W. L. Jorgensen
     J. Org. Chem., <u>59</u>, 762-772 (1994).

175. Investigation of Solvent Effects on Pericyclic Reactions by Computer Simulations.
     W. L. Jorgensen, J. F. Blake, D. Lim, and D. L. Severance
     Trans. Faraday Soc., <u>90</u>, 1727-1732 (1994).

176. Monte Carlo Results for the Effect of Solvation on the Anomeric Equilibrium for 2-Methoxytetrahydropyran.
     W. L. Jorgensen, P. I. Morales de Tirado, and D. L. Severance
     J. Am. Chem. Soc. <u>116</u>, 2199-2200 (1994).

177. Computer Assisted Mechanistic Evaluation of Organic Reactions, 24. Carbene Chemistry.
     H. E. Helson and W. L. Jorgensen
     J. Org. Chem., <u>59</u>, 3841-3856 (1994).

178. Computer Assisted Mechanistic Evaluation of Organic Reactions, 25. Structure Diagram Positioning.
     H. E. Helson and W. L. Jorgensen
     J. Chem. Info. Comput. Sci., <u>34</u>, 962-971 (1994).

179. Effects of Hydration and Multiple Reactant Conformers on the Claisen Rearrangement of Allyl Vinyl Ether from Computer Simulations.
     D. L. Severance and W. L. Jorgensen
     ACS Symposium Ser., <u>568</u>, 243-259 (1994).

180. Structure and Binding for Complexes of Rebek's Acridine Diacid with Pyrazine,

Quinoxaline, and Pyridine from Monte Carlo Simulations with an All-Atom Force Field.
E. M. Duffy and W. L. Jorgensen
J. Am. Chem. Soc., <u>116</u>, 6337-6343 (1994).

181. Free Energies of Hydration and Pure Liquid Properties of Hydrocarbons from the OPLS All-Atom Model.
G. Kaminski, E. M. Duffy, T. Matsui, and W. L. Jorgensen
J. Phys. Chem., <u>98</u>, 13077-13081 (1994).

182. Generalized Alteration of Structure and Parameters (GASP); a New Method for Free Energy Perturbations in Systems Containing Flexible and/or Fixed Degrees of Freedom.
D. L. Severance, J. W. Essex, and W. L. Jorgensen
J. Comput. Chem., <u>16</u>, 311-327 (1995).

183. An Empirical Boundary Potential for Water Droplet Simulations.
J. W. Essex and W. L. Jorgensen
J. Comput. Chem., <u>16</u>, 951-972 (1995).

184. A Comprehensive Study of the Rotational Profiles of Some Organic Systems by Ab Initio MO Theory, Forming a Basis for Peptide Torsional Parameters.
D. S. Maxwell, J. Tirado-Rives, and W. L. Jorgensen
J. Comput. Chem., <u>16</u>, 984-1010 (1995).

185. Investigations into the Stereochemistry of Steroid-Cyclophane Complexes via Monte Carlo Simulations.
H. A. Carlson and W. L. Jorgensen
Tetrahedron (Symposium in Print), <u>51</u>, 449-472 (1995).

186. Computer Assisted Mechanistic Evaluation of Organic Reactions, 26. Diastereoselective Additions: Cram's Rule.
J. M. Fleischer, A. J. Gushurst, and W. L. Jorgensen
J. Org. Chem., <u>60</u>, 490-498 (1995).

187. The Energy Difference Between the Classical and the Nonclassical 2-Norbornyl Cation in Solution. A Combined Ab Initio - Monte Carlo Study. P. R. Schreiner, D. L. Severance,   W. L. Jorgensen, P. v.R. Schleyer, and H. F. Schaefer III
J. Am. Chem. Soc., <u>117</u>, 2663-2664 (1995).

188. An Extended Linear Response Method for Determining Free Energies of Hydration.
H. A. Carlson and W. L. Jorgensen,
 J. Phys. Chem., <u>99</u>, 10667-10673 (1995).

189. Free Energies of Hydration for Organic Molecules from Monte Carlo Simulations.
W. L. Jorgensen and J. Tirado-Rives,

Perspectives in Drug Discovery and Design, <u>3</u>, 123-138(1995).

190. Elucidation of Transition States and Solvent Effects for the Mislow-Evans
     Rearrangement of Allylic Sulfoxides.
        D. K. Jones-Hertzog and W. L. Jorgensen,
        J. Am. Chem. Soc., <u>117</u>, 9077-9078 (1995).

191. Dielectric Constants of Formamide and Dimethylformamide via Computer Simulations.
        J. W. Essex and W. L. Jorgensen,
        J. Phys. Chem., <u>99</u>, 17956-17962 (1995).

192. Regioselective Synthesis of Allylic Alcohols Using the Mislow-Evans Rearrangement: A
     Theoretical Rationalization.
        D. K. Jones-Hertzog and W. L. Jorgensen,
        J. Org. Chem., <u>60</u>, 6682-6683 (1995).

193. The Importance of Polarization for Dipolar Solutes in Low-Dielectric Media: 1,2-
     Dichloroethane and Water in Cyclohexane.
        W. L. Jorgensen, N. A. McDonald, M. Selmi, and P. R. Rablen,
        J. Am. Chem. Soc., <u>117</u>, 11809-11810 (1995).

194. SCRF/Monte Carlo Study of Solvent Effects on a Polar [2 + 2] Cycloaddition.
        D. Lim and W. L. Jorgensen,
        J. Phys. Chem., <u>100</u>, 17490-17500 (1996).

195. Molecular Recognition of Carbohydrates: Interaction of Diols with Acetate Ion.
        W. L. Jorgensen, W. Damm, A. Frontera, and M. L. Lamb,
        NATO ASI Ser., Ser. C, <u>485</u>, 115-126 (1996).

196. Monte Carlo vs. Molecular Dynamics for Conformational Sampling.
        W. L. Jorgensen and J. Tirado-Rives,
        J. Phys. Chem., <u>100</u>, 14508-14513 (1996).

197. The Origin of Self-Assembling Ternary Complex Stabilities and Template Ratios in
     Carceplex Formation.
        K. Nakamura, C. Sheu, A. E. Constable, K. N. Houk, J. C. Sherman, R. G. Chapman,
        and W. L. Jorgensen,
        J. Am. Chem. Soc., <u>119</u>, 4321-4322 (1997).

198. Viability of Molecular Modeling with Pentium-Based PC's.
        J. Tirado-Rives and W. L. Jorgensen,
        J. Comput. Chem., <u>17</u>, 1385-1386 (1996).

199. Monte Carlo Investigations of Solvent Effects on the Chorismate to Prephenate

Rearrangement.
    H. A. Carlson and W. L. Jorgensen,
    J. Am. Chem. Soc., <u>118</u>, 8475-8484 (1996).

200. Development and Testing of the OPLS All-Atom Force Field on Conformational
    Energetics and Properties of Organic Liquids.
    W. L. Jorgensen, D. S. Maxwell, and J. Tirado-Rives,
    J. Am. Chem. Soc., <u>118</u>, 11225-11236 (1996).

201. Performance of the AMBER94, MMFF94, and OPLS-AA Force Fields for Modeling
    Organic Liquids.
    G. Kaminski and W. L. Jorgensen,
    J. Phys. Chem., <u>100</u>, 18010-18013 (1996).

202. Binding Affinities for Sulfonamide Inhibitors with HumanThrombin using Monte Carlo
    Simulations with a Linear Response Method.
    D. K. Jones-Hertzog and W. L. Jorgensen,
    J. Med. Chem., <u>40</u>, 1539-1549 (1997).

203. Energetics of Cation-Olefin Addition in the Gas Phase and in Solution.
    C. Jenson and W. L. Jorgensen,
    Synlett,  518-520 (1997). (E. J. Corey Issue)

204. Free Energies of Solvation in Chloroform and Water from a Linear Response Approach.
    N. A. McDonald, H. A. Carlson, and W. L. Jorgensen
    J. Phys. Org. Chem., <u>10</u>, 563-576 (1997). (F. G. Bordwell Issue)

205. Approaches to Protein-Ligand Binding from Computer Simulations.
    W. L. Jorgensen, E. M. Duffy, J. W. Essex, D. L. Severance, J. F. Blake, D. K. Jones-
    Hertzog, M. L. Lamb, and J. Tirado-Rives
    NATO ASI Ser., Ser. E, <u>342</u>, 21-34 (1997).

206. Computational Binding Studies of Orthogonal Cyclosporin-Cyclophilin Pairs.
    A. C. Pierce and W. L. Jorgensen
    Angew. Chem., <u>109</u>, 1595-1598 (1997).
    Angew. Chem. Int. Ed. Engl., <u>36</u>, 1466-1469 (1997).

207. Molecular Dynamics of the Unfolding of Barnase in Water and 8M Aqueous Urea.
    J. Tirado-Rives, M. Orozco, and W. L. Jorgensen
    Biochemistry, <u>36</u>, 7313-7329 (1997).

208. The OPLS All-Atom Force Field for Carbohydrates.
    W. Damm, A. Frontera, J. Tirado-Rives, and W. L. Jorgensen
    J. Comput. Chem., <u>18</u> , 1955-1970 (1997).

209. Development of an All-Atom Force Field for Heterocycles. Properties of Liquid Pyridine and Diazenes.
W. L. Jorgensen and N. A. McDonald
J. Mol. Struct. (Theochem.), <u>424</u>, 145-155 (1998). (L. Salem Issue.)

210. Monte Carlo Simulations for Proteins: Binding Affinities for Trypsin-Benzamidine Complexes via Free Energy Perturbations.
J. W. Essex, D. L. Severance, J. Tirado-Rives, and W. L. Jorgensen,
J. Phys. Chem., <u>101</u>, 9663-9669 (1997).

211. Computational Investigations of Carbenium Ion Reactions Relevant to Sterol Biosynthesis.
C. Jenson and W. L. Jorgensen,
J. Am. Chem. Soc., <u>118</u>, 10846-10854 (1997).

212. Elucidation of Transition Structures and Solvent Effects for Epoxidations by Dimethyldioxirane.
C. Jenson, J. Liu, K. N. Houk, and W. L. Jorgensen,
J. Am. Chem. Soc., <u>119</u>, 12982-12983 (1997).

213. Computational Approaches to Molecular Recognition.
M. L. Lamb and W. L. Jorgensen,
Curr. Opinion Chem. Biol., <u>1</u>, 449-457 (1997).

214. BOSS - Biochemical and Organic Simulation System.
W. L. Jorgensen,
Encyclopedia of Computational Chemistry, P. v.R. Schleyer, Ed.;
Wiley: New York, 1998; Vol. 5, p 3281-3285.

215. ChemEdit - An Interactive Editor for Chemists.
D. Lim and W. L. Jorgensen,
Encyclopedia of Computational Chemistry, P. v.R. Schleyer, Ed.;
Wiley: New York, 1998; Vol. 5, p 3295-3302.

216. OPLS Force Fields.
W. L. Jorgensen,
Encyclopedia of Computational Chemistry, P. v.R. Schleyer, Ed.;
Wiley: New York, 1998; Vol. 3, p 1986-1989.

217. Monte Carlo Simulations of Liquids.
W. L. Jorgensen,
Encyclopedia of Computational Chemistry, P. v.R. Schleyer, Ed.;
Wiley: New York, 1998; Vol. 3, p 1754-1763.

218. Temperature Dependence of TIP3P, SPC, and TIP4P Water from NPT Monte Carlo Simulations: Seeking a Temperature of Maximum Density.
   W. L. Jorgensen and C. Jenson,
   J. Comput. Chem., <u>19</u>, 1179-1186 (1998). (N. L. Allinger Issue.)

219. Computation of Free Energy Changes in Solution.
   W. L. Jorgensen,
   Encyclopedia of Computational Chemistry, P. v.R. Schleyer, Ed.;
   Wiley: New York, 1998; Vol. 2, p 1061-1070.

220. A QM/MM Method Based on CM1A Charges: Applications to Solvent Effects on Organic Equilibria and Reactions.
   G. A. Kaminski and W. L. Jorgensen,
   J. Phys. Chem. B, <u>102</u>, 1787-1796 (1998).

221. Preorganized Metallomacrocycles: Improved Binding and Selectivity of Ammonia over Primary Amines.
   F. C. J. M. van Veggel, H. G. Noorlander-Bunt, W. L. Jorgensen and D. N. Reinhoudt,
   J. Org. Chem., <u>63</u>, 3554-3559 (1998).

222. Ab Initio Calculations on Hydrogen-Bonded Complexes of Small Organic Molecules with Water.
   P. R. Rablen, J. W. Lockman, and W. L. Jorgensen,
   J. Phys. Chem. A, <u>102</u>, 3782-3797 (1998).

223. Monte Carlo Investigations of Selective Anion Complexation by a Bis(phenylurea)-*p-tert*-Butylcalix[4]arene.
   N. A. McDonald, E. M. Duffy, and W. L. Jorgensen,
   J. Am. Chem. Soc., <u>120</u>, 5104-5111 (1998).

224. Investigations of Neurotrophic Inhibitors of FK506 Binding Protein via Monte Carlo Simulations.
   M. L. Lamb and W. L. Jorgensen,
   J. Med. Chem., <u>41</u>, 3928-3939 (1998).

225. Conformational Complexity of Succinic Acid and Its Monoanion in the Gas Phase and in Solution: Ab Initio Calculations and Monte Carlo Simulations.
   D. J. Price, J. D. Roberts, and W. L. Jorgensen,
   J. Am. Chem. Soc., <u>120</u>, 9672-9679 (1998).

226. Development of an All-Atom Force Field for Heterocycles. Properties of Liquid Pyrrole, Furan, Diazoles, and Oxazoles.
   W. L. Jorgensen and N. A. McDonald,

J. Phys. Chem. B, <u>102</u>, 8049-8059 (1998).

227. Ab Initio and Monte Carlo Study of Solvent Effects on a 1,3-Dipolar Cycloaddition.
    M. P. Repasky and W. L. Jorgensen,
    J. Chem. Soc., Faraday Discuss., <u>110</u>, 379-389 (1998).

228. Prediction of Binding Affinities for TIBO Inhibitors of HIV-1 Reverse Transcriptase Using Monte Carlo Simulations in a Linear Response Method.
    R. H. Smith, Jr., W. L. Jorgensen, J. Tirado-Rives, M. L. Lamb, P. A. Janssen, C. J. Michejda, and M. B. Kroeger Smith,
    J. Med. Chem., <u>41</u>, 5272-5286 (1998).

229. Solvent as Catalyst - Computational Studies of Organic Chemistry in Solution.
    D. Lim, C. Jenson, M. P. Repasky, and W. L. Jorgensen,
    In *Transition State Modeling for Catalysis*, D. Truhlar and K. Morokuma, Eds.,
    ACS Symposium Ser., <u>721</u>, 74-85 (1999).

230. Computational Studies of Molecular Recognition from Alkane Dimers to Protein-Ligand Binding.
    W. L. Jorgensen, E. M. Duffy, J. W. Essex, D. L. Severance, J. F. Blake, N. A. McDonald, and J. Tirado-Rives,
    In "*Crystal Engineering*", K. R. Seddon & M. Zaworotko, Eds.; Kluwer: Amsterdam, 1999; p 113-125.

231. Estimation of the Binding Affinities of FKBP12 Inhibitors Using a Linear Response Method.
    M. L. Lamb, J. Tirado-Rives, and W. L. Jorgensen,
    Bioorg. Med. Chem., <u>7</u>, 851-860 (1999). (D. Barton memorial.)

232. Computational Studies of the Molecular Recognition of Halide Anions by Calix[4]Aromatics.
    N. A. McDonald, W. P. van Hoorn, E. M. Duffy, and W. L. Jorgensen,
    NATO ASI Ser., Ser. C, <u>527</u>, 147-156 (1999).

233. OPLS All-Atom Model for Amines: Resolution of the Amine Hydration Problem.
    R. C. Rizzo and W. L. Jorgensen,
    J. Am. Chem. Soc., <u>121</u>, 4827-4836 (1999).

234. Selective Anion Complexation by a Calix[4]pyrrole Investigated by Monte Carlo Simulations.
    W. P. van Hoorn and W. L. Jorgensen,
    J. Org. Chem., <u>64</u>, 7439-7444 (1999).

235. Host-Guest Chemistry of Rotaxanes and Catenanes: Application of a Polarizable All-

Atom Force Field to Cyclobis(paraquat-*p*-phenylene) Complexes with Disubstituted Benzenes and Biphenyls.
G. A. Kaminski and W. L. Jorgensen,
Perkin Trans. 2, 2365-2376 (1999). (R. Squires memorial.)

236. Perspective on "Equation of State Calculations by Fast Computing Machines".
W. L. Jorgensen
Theor. Chem. Acc., <u>103</u>, 225-227 (2000). (New Century Issue)

237. Developing a Dynamic Pharmacaphore Model for HIV-1 Integrase.
H. A. Carlson, K. M. Masukawa, K. Rubins, F. D. Bushman, W. L. Jorgensen, R. D. Lins, J. M. Briggs, and J. A. McCammon,
J. Med. Chem., <u>43</u>, 2100-2114 (2000).

238. Prediction of Properties from Simulations: Free Energies of Solvation in Hexadecane, Octanol, and Water.
E. M. Duffy and W. L. Jorgensen,
J. Am. Chem. Soc., <u>122</u>, 2878-2888 (2000).

239. Monte Carlo Calculations on HIV-1 Reverse Transcriptase Complexed with the Nonnucleoside Inhibitor 8-Cl TIBO: Contribution of the L100I and Y181C Variants to Protein Stability and Biological Activity.
M. B. Kroeger Smith, M. L. Lamb, J. Tirado-Rives, W. L. Jorgensen, C. J. Michejda, S. K. Ruby, and R. H. Smith, Jr.,
Protein Engin., <u>13</u>, 413-421 (2000).

240. A five-site model for liquid water and the reproduction of the density anomaly by rigid, non-polarizable models.
M. W. Mahoney and W. L. Jorgensen,
J. Chem. Phys., <u>112</u>, 8910-8922 (2000).

241. Origin of the Inversion of the Acidity Order for Haloacetic Acids on Going from the Gas Phase to Solution.
K. B. Wiberg, S. Clifford, W. L. Jorgensen, and M. J. Frisch,
J. Phys. Chem. A, <u>104</u>, 7625-7628 (2000).

242. Prediction of Drug Solubility from Monte Carlo Simulations.
W. L. Jorgensen and E. M. Duffy,
Bioorg. Med. Chem. Lett., <u>10</u>, 1155-1158 (2000).

243. Analysis of Binding Affinities for Celecoxib Analogs with COX-1 and COX-2 from Docking and Monte Carlo Simulations and Insight into COX-2/COX-1 Selectivity.
M. L. Plount Price and W. L. Jorgensen,
J. Am. Chem. Soc., <u>122</u>, 9455-9466 (2000).

244. Computational Binding Studies of Human pp60$^{c-src}$ SH2 Domain with a Series of Nonpeptide, Phosphophenyl-Containing Ligands.
    Daniel J. Price and W. L. Jorgensen,
    Bioorg. Med. Chem. Lett., <u>10</u>, 2067-2070 (2000).

245. Validation of a Model for the Complex of HIV-1 Reverse Transcriptase with Sustiva through Computation of Resistance Profiles.
    R. C. Rizzo, De-Ping Wang, J. Tirado-Rives, and W. L. Jorgensen,
    J. Am. Chem. Soc., <u>122</u>, 12898-12900 (2000).

246. Estimation of Binding Affinities for HEPT and Nevirapine Analogs with HIV-1 Reverse Transcriptase via Monte Carlo Simulations.
    R. C. Rizzo, J. Tirado-Rives, and W. L. Jorgensen,
    J. Med. Chem., <u>44</u>, 145-154 (2001).

247. Diffusion constant of the TIP5P model of liquid water.
    M. W. Mahoney and W. L. Jorgensen,
    J. Chem. Phys., <u>114</u>, 363-366 (2001).

248. Rapid Estimation of Electronic Degrees of Freedom in Monte Carlo Calculations for Polarizable Models of Liquid Water.
    M. W. Mahoney and W. L. Jorgensen,
    J. Chem. Phys., <u>114</u>, 9337-9349 (2001).

249. Rationale for the Observed COX-2/COX-1 Selectivity of Celecoxib from Monte Carlo Simulations.
    M. L. P. Price and W. L. Jorgensen,
    Bioorg. Med. Chem. Lett., <u>11</u>, 1541-1544 (2001).

250. Efficient Exploration of Conformational Space Using the Stochastic Search Method: Application to β-Peptide Oligomers.
    J. Chandrasekhar, M. Saunders, and W. L. Jorgensen,
    J. Comput. Chem., <u>22</u>, 1646-1654 (2001).

251. Gas-Phase and Liquid-State Properties of Esters, Nitriles, and Nitro Compounds with the OPLS-AA Force Field.
    M. L. P. Price, D. Ostrovsky, and W. L. Jorgensen,
    J. Comput. Chem., <u>22</u>, 1340-1352 (2001).

252. Improved Convergence of Binding Affinities with Free Energy Perturbation: Application to Nonpeptide Ligands with pp60$^{src}$ SH2 Domain.
    D. L. Price and W. L. Jorgensen,
    J. Comp. Aided Mol. Design, <u>15</u>, 681-695 (2001).

253. Estimation of Binding Affinities for Selective Thrombin Inhibitors via Monte Carlo Simulations.
　　A. C. Pierce and W. L. Jorgensen,
　　J. Med. Chem., 44, 1043-1050 (2001).

254. Evaluation and Reparameterization of the OPLS-AA Force Field for Proteins via Comparison with Accurate Quantum Chemical Calculations on Peptides.
　　G. Kaminski, R. A. Friesner, J. Tirado-Rives and W. L. Jorgensen,
　　J. Phys. Chem. B, 105, 6474-6487 (2001).

255. Protein Structure Calculation Based on NMR Data: An Enhanced Monte Carlo Approach.
　　A. C. Pierce and W. L. Jorgensen,
　　J. Biomol. NMR, 00, 0000-0000 (2001). Submitted.

256. Perfluoroalkanes: Conformational Analysis and Liquid-State Properties from Ab Initio and Monte Carlo Calculations.
　　E. K. Watkins and W. L. Jorgensen,
　　J. Phys. Chem. A, 105, 4118-4125 (2001).

257. COX-2, Src SH2 Domain, HIV Reverse Transcriptase, and Thrombin: Computational Approaches to Drug Design.
　　W. L. Jorgensen, M. L. P. Price, D. J. Price, R. C. Rizzo, D. Wang, A. C. Pierce, and J. Tirado-Rives,
　　In *Free Energy Calculations in Rational Drug Design,* M. R. Reddy and M. D. Elion, Eds.; Kluwer: New York, 2001; p 299-316.

258. New Linear Interaction Method for Binding Affinity Calculations Using a Continuum Solvent Model.
　　R. Zhou, R. A. Friesner, A. Ghosh, R. C. Rizzo, W. L. Jorgensen, and R. M. Levy,
　　J. Phys. Chem. B, 105, 10388-10397 (2001).

259. Antiviral Drug Design: Computational Analyses of the Effects of the L100I Mutation for HIV-RT on the Binding of NNRTIs.
　　D.-P. Wang, R. C. Rizzo, J. Tirado-Rives, and W. L. Jorgensen,
　　Bioorg. Med. Chem. Lett., 11, 2799-2802 (2001).

260. Quantum, intramolecular flexibility, and polarizability effects on the reproduction of the density anomaly of liquid water by simple potential functions.
　　M. W. Mahoney and W. L. Jorgensen,
　　J. Chem. Phys., 115, 10758-10768 (2001).

261. Improved Semiempirical Heats of Formation through the Use of Bond and Group

Equivalents.
M. P. Repasky, J. Chandrasekhar, and W. L. Jorgensen,
J. Comput. Chem., <u>23</u>, 498-510 (2002).

262. Prediction of Drug Solubility from Structure.
W. L. Jorgensen and E. M. Duffy,
Adv. Drug Delivery Reviews, <u>54</u>, 355-366 (2002).

263. Three- vs. Four-Coordinate Phosphorus in the Gas Phase and in Solution: Treacherous Relative Energies for Phosphine Oxide and Phosphinous Acid.
S. S. Wesolowski, N. R. Brinkmann, E. F. Valeev, H. F. Schaefer III, M. P. Repasky, and W. L. Jorgensen,
J. Chem. Phys., <u>116</u>, 112-122 (2002).

264. QM/MM Simulations of Cycloaddition Reactions in Water: Contribution of Enhanced Hydrogen Bonding at the Transition State to the Solvent Effects.
J. Chandrasekhar, S. Shariffskul, and W. L. Jorgensen,
J. Phys. Chem. B, <u>106</u>, 8078-8085 (2002). (Tully Issue)

265. Estimation of Binding Affinities for Celecoxib Analogues with COX-2 via Monte Carlo – Extended Linear Response.
S. S. Wesolowski and W. L. Jorgensen,
Bioorg. Med. Chem. Lett., <u>12</u>, 267-270 (2002).

266. Prediction of Activity for Non-nucleoside Inhibitors with HIV Reverse Transcriptase Based on Monte Carlo Simulations.
R. C. Rizzo, M. Udier Blagovic, D.-P. Wang, E. K. Watkins, M. B. Kroeger Smith, R. H. Smith, Jr., J. Tirado-Rives, and W. L. Jorgensen,
J. Med. Chem., <u>45</u>, 2970-2987 (2002).

267. PDDG/PM3 and PDDG/MNDO: Improved Semiempirical Methods.
M. P. Repasky, J. Chandrasekhar, and W. L. Jorgensen,
*J. Comput. Chem*., **23**, 1601-1622 (2002).

268. Molecular Modeling Calculations of HIV-1 Reverse Transcriptase Nonnucleoside Inhibitors: Correlation of Binding Energy with Biological Activity for Novel 2-Aryl-Substituted Benzimidazole Analogs.
Kroeger Smith, M. B.; Hose, B. M.; Hawkins, A.; Lipchock, J.; Farnsworth, D. W.; Rizzo, R. C.; Tirado-Rives, J.; Arnold, A.; Zhang, W.; Hughes, S. H.; Jorgensen, W. L.; Michejda, C. J.; and Smith, R. H., Jr., *J. Med. Chem.* **2003**, *46*, 1940-1947.

269. Monte Carlo backbone sampling for polypeptides with variable bond angles and dihedral angles using concerted rotations and a Gaussian bias.
Ulmschneider, J.; Jorgensen, W. L. *J. Chem. Phys.* **2003,** *118*, 4261-4271.

270. Investigation of Solvent Effects for the Claisen Rearrangement of Chorismate to Prephenate: Mechanistic Interpretation via Near Attack Conformations.
Repasky, M. P.; Guimaraes, C. R. W.; Chandrasekhar, J.; Tirado-Rives, J.; Jorgensen, W. L. *J. Am. Chem. Soc*. **2003**, *125*, 6663-6672.  DOI: 10.1021/ja021423z

271. Contributions of Conformational Compression and Preferential Transition State Stabilization to the Rate Enhancement by Chorismate Mutase.
Guimaraes, C. R. W.; Repasky, M. P.; Chandrasekhar, J.; Tirado-Rives, J.; Jorgensen, W. L. *J. Am. Chem. Soc*. **2003**, *125*, 6892-6899.  DOI: 10.1021/ja021424r

272. Activity Predictions for Efavirenz Analogues with the K103N Mutant of HIV Reverse Transcriptase.
Blagović, M. U.; Watkins, E. K.; Tirado-Rives, J.; Jorgensen, W. L., *Bioorg. Med. Chem. Lett*. **2003**, *13*, 3337-3340.

273. Validation of a Model for the Complex of HIV-1 Reverse Transcriptase with the Novel Non-nucleoside Inhibitor TMC125.
Blagović, M. U.; Tirado-Rives, J.; Jorgensen, W. L., *J. Am. Chem. Soc*. **2003**, *125*, 6016-6017. DOI: 10.1021/ja034308c

274. Analyses of Activity for Factor Xa Inhibitors Based on Monte Carlo Simulations.
Ostrovsky, D.; Blagović, M. U.; Jorgensen, W. L., *J. Med. Chem.* **2003,** *46*, 5691-5699.

275. Extension of the PDDG/PM3 and PDDG/MNDO Semiempirical Molecular Orbital Methods to the Halogens.
Tubert-Brohman, I.; Guimaraes, C. R. W; Repasky, M. P.; Jorgensen, W. L., *J. Comput. Chem.* **2004**, *25*, 138-150.

276. Structural and Energetic Analyses for the Effects of the K103N Mutation of HIV-1 Reverse Transcriptase on Efavirenz Analogs.
Blagović, M. U.; Tirado-Rives, J.; Jorgensen, W. L., *J. Med. Chem.* **2004,** *46*, 2389-2392.

277. Steric Retardation of $S_N2$ Reactions in the Gas Phase and Solution.
Vayner, G.; Houk, K. N.; Jorgensen, W. L.; Brauman, J. I., *J. Am. Chem. Soc.* **2004**, *126*, 9054-9058. DOI: 10.1021/ja049070m

278. Polypeptide Folding using Monte Carlo Sampling, Concerted Rotation, and Continuum Solvation.
Ulmschneider, J. P.; Jorgensen, W. L., *J. Am. Chem. Soc*. **2004**, *126*, 1849-1857.
DOI: 10.1021/ja0378862

279.  General Model for Estimation of the Inhibition of Protein Kinases Using Monte Carlo Simulations.
      Tominaga, Y. & Jorgensen, W. L., *J. Med. Chem.* **2004**, *47*, 2534-2549.

280.  Accuracy of Free Energies of Hydration from CM1 and CM3 Atomic Charges.
      Blagović, M. U.; Morales de Tirado, P.; Pearlman, S. A.; Jorgensen, W. L., *J. Comput. Chem.* **2004,** *25*, 1322-1332.

281.  HIV-1 Reverse Transcriptase Variants: Molecular Modeling of Y181C, V106A, L100I, and K103N Mutations with Non-Nucleoside Inhibitors.
      Marilyn B. Kroeger Smith, Sandra Ruby, Stanislav Horouzhenko, Bryan Buckingham, Julia Richardson, Ina Puleri, Emily Potts, William L. Jorgensen, Edward Arnold, Wanyi Zhang, Stephen H. Hughes, Christopher J. Michejda, and Richard H. Smith, Jr. *Drug  Design Disc.* **2003**, *18*, 151-163

282.  The Many Roles of Computation in Drug Discovery.
      Jorgensen, W. L., *Science* **2004**, *303*, 1813-1818.

283.  Free Energies of Hydration from a Generalized Born Model and an All-Atom Force Field.
      Jorgensen, W. L.; Ulmschneider, J. P.; Tirado-Rives, J.  *J. Phys. Chem. B*  **2004**, *108*, 16264-16270.

284.  Energetic Preferences for α, β- versus β, γ-Unsaturation.
      Lee, P. S.; Du, W.; Boger, D. L.; Jorgensen, W. L.  *J. Org. Chem.*  **2004**, *69*, 5448-5453.

285.  Solvent Effects and Mechanism for a Nucleophilic Aromatic Substitution from QM/MM Simulations.
      Acevedo, O.;  Jorgensen, W. L. *Org. Lett.*  **2004**, *6*, 2881-2884.

286.  Monte Carlo Backbone Sampling for Nucleic Acids using Concerted Rotations including Variable Bond Angles.
      Ulmschneider, J. P.; Jorgensen, W. L.  *J. Phys. Chem. B*  **2004**, *108*, 16883-16892.

287.  Relationship between side chain structure and 14-helix stability of $\beta^3$-peptides in water.
      Kritzer, J. A.; Tirado-Rives, J.; Hart, S. A.; Lear, J. D.; Jorgensen, W. L.; Schepartz, A. *J. Am. Chem. Soc.* **2005**, *127*, 167-178. DOI: 10.1021/ja0459375

288.  Discovery of a Potent, Selective, and Efficacious Class of Reversible α-Ketoheterocycle Inhibitors of Fatty Acid Amide Hydrolase Effective as Analgesics.
      Boger, D. L.; Miyauchi, H.; Du, W.; Hardouin, C.; Fecik, R. A.; Cheng, H.; Hwang, I.; Hedrick, M. P.; Leung, D.; Acevedo, O.; Guimaraes, C. R. W.; Jorgensen, W. L.; Cravatt, B. F. *J. Med. Chem.* **2005**, *48*, 1849-1856.

289. Macrophomate Synthase: QM/MM Simulations Address the Diels-Alder versus Michael-Aldol Reaction Mechanism.
 Guimarães, C. R. W ; Blagović, M. U.; Jorgensen, W. L., *J. Am. Chem. Soc.* **2005,** *127*, 3577-3588. DOI: 10.1021/ja043905b

290. Potential energy functions for atomic-level simulations of water, and organic and biomolecular systems.
 Jorgensen, W. L.; Tirado-Rives, J. *Proc. Nat. Acad. Sci. USA* **2005**, *102*, 6665-6670.

291. Molecular Modeling of Organic and Biomolecular Systems Using BOSS and MCPRO.
 Jorgensen, W. L.; Tirado-Rives, J. *J. Comput. Chem.* **2005**, *26*, 1689-1700.

292. Extension of the PDDG/PM3 semiempirical molecular orbital method to sulfur, silicon, and phosphorus.
 Tubert-Brohman, I.; Guimarães, C. R. W; Jorgensen, W. L.,
 *J. Chem. Theory Comput.* **2005**, *1*, 817-823.

293.  Influence of Inter- and Intramolecular Hydrogen Bonding on Kemp Decarboxylations from QM/MM Simulations.
     O. Acevedo, W. L. Jorgensen, *J. Am. Chem. Soc.* **2005**, *127*, 8829-8834.

294.  Effects of Arg90 Neutralization on the Enzyme-Catalyzed Rearrangement of Chorismate to Prephenate.
     Guimarães, C. R. W ; Blagović, M. U.; Tubert-Brohman, I.; Jorgensen, W. L., *J. Chem. Theory Comput.* **2005,** *1*, 617-625.

295.  Assault on Resistance: The Use of Computational Chemistry in the Development of Anti-HIV Drugs.
     Kroeger Smith, M. B.; Smith, R. H., Jr.; Jorgensen, W. L., *Perspec. Drug Disc. Design* 2005, 00, 0000-0000. Accepted.

296.  NO-MNDO: Reintroduction of the Overlap Matrix into MNDO.
     Sattelmeyer, K. W.; Tubert-Brohman, I.; Jorgensen, W. L.,
     *J. Chem. Theory Comput.* **2006**, *2*, 413-419.

297.  Elucidation of Fatty Acid Amide Hydrolase Inhibition by Potent α-Ketoheterocycle Derivatives from Monte Carlo Simulations.
     Guimarães, C. R. W ; Boger, D. L.; Jorgensen, W. L., *J. Am. Chem. Soc.* **2005,** *127*, 17377-17384. DOI: 10.1021/ja055438j

298.  Computer-Aided Design of Non-Nucleoside Inhibitors of HIV-1 Reverse Transcriptase.
     Jorgensen, W. L.; Ruiz-Caro, J.; Tirado-Rives, J.; Basavapathruni, A.; Anderson, K. S.; Hamilton, A. D. *Bioorg. Med. Chem. Lett.* **2006**, *16*, 663-667.

399.  Optimization of Diarylamines as Non-Nucleoside Inhibitors of HIV-1 Reverse Transcriptase.
     Ruiz-Caro, J.; Basavapathruni, A.; Kim, J. T.; Wang, L.; Bailey, C. M.; Anderson, K. S.; Hamilton, A. D.; Jorgensen, W. L. *Bioorg. Med. Chem. Lett.* **2006**, *16*, 668-671.

300.  Solvent Effects on the Rates of Organic Reactions from QM/MM Simulations.
     Acevedo, O.; Jorgensen, W. L. *Ann. Rep. Comput. Chem.* **2006**, *2*, 0000-0000.

301.  Cope Elimination: Elucidation of Solvent Effects from QM/MM Simulations.
     Acevedo, O.; Jorgensen, W. L. *J. Am. Chem. Soc.* **2006**, *128*, 6141-6146.

302.  Computation of Accurate Activation Barriers for Methyl Transfer Reactions of Sulfonium and Ammonium Salts in Aqueous Solution.
     Gunaydin, H.; Acevedo, O.; Jorgensen, W. L.; Houk, K. N. *J. Chem. Theory Comput.* **2006**, *2*, 0000-0000. Accepted.

303. Medium Effects on the Decarboxylation of a Biotin Model in Pure and Mixed Solvents from QM/MM Simulations.
Acevedo, O.;  Jorgensen, W. L. *J. Org. Chem.*  **2006**, *00*, 0000-0000. Accepted.

304. Elucidation of Rate Variations for a Diels-Alder Reaction in Ionic Liquids from QM/MM Simulations.
Acevedo, O.;  Jorgensen, W. L.; Evanseck, J. D. *J. Am. Chem. Soc.* **2006**, *00*, 0000-0000. Submitted.

**Invited Lectures**

Dr. Jorgensen has presented more than 500 invited lectures including such distinguished lectureships as   7th Marvel Symposium, 15th   Leermakers Symposium, 1988 Nobel Symposium, Organic Synthesis Distinguished Lecturer,  Syntex Syposium (U. Colorado), 6th W. S. Johnson Lectures, Steiglitz Memorial Lecturer, Drew U. Research Scholar Lecturer, Royal Society Faraday and Perkin Lectures, Visiting Lecturer - ETH Zürich, 34th National Organic Symposium, Tetrahedron Symposium, Tanabe Lecturer - Scripps, Hirschmann Lecturer - Oberlin, Gunning Lecturer - University of Alberta, H. C. Brown Lecturer – Purdue, Schleyer Lecturer - U. Georgia, ISQBP Plenary Lecturer, BMS Lecturer - Scripps, 3eme Cycle Lecturer – Switzerland.

## Recent Invited Lectures (1998-)

<u>1998</u>
Faraday Discussion on Chemical Reaction Theory - St. Andrews, Scotland
15th H. C. Brown Lectures - Purdue University
NATO ARW on Supramolecular Science - Lerici, Italy
Novartis Workshop on Structure-Based Drug Design - Summit, NJ
National ACS Meeting - Computers in Chem. & Pharm. Research Award - Dallas
National ACS Meeting - Symposium on Transition State Modeling - Dallas
Frederick Cancer R & D Center – Frederick, MD
University of Maryland
Glaxo-Wellcome, RTP, NC
Wyeth-Ayerst, Princeton
Agouron Pharmaceuticals - La Jolla, CA
Chemistry & Biology Symposium - Yale University
Parke-Davis Pharmaceutical Co. - Ann Arbor, MI
National ACS Meeting - Symposium on Polymers in Aq. Media - Boston
National ACS Meeting - Symposium on Force Fields - Boston
Yale Cancer Center
Wesleyan University

<u>1999</u>
11th Argentinian Conference on Physical Organic Chemistry - Sante Fe
WATOC-99 – London
National ACS Meeting - Symposium on Water in Chemistry & Biology - New Orleans
National ACS Meeting - Symposium on Docking & Scoring - New Orleans
University of Georgia
Schrödinger Inc.
UC San Francisco - DOCK User's Group Meeting
CombiChem Inc.
Vertex Pharmaceuticals Inc.
Gordon Conference on QSAR
Western Maryland College – Building Dedication

Pharmacopeia Inc.
8th Conf. on Trends in Computational Chemistry, Vicksburg, MS
Parke-Davis Pharmaceuticals
Pharmacia and Upjohn, Inc.

2000
National ACS Meeting - Symposium on Potential Energy Surfaces - San Francisco
National ACS Meeting – Computational Chemistry Award Symposium - San Francisco
National ACS Meeting – Symposium on Drug Design - San Francisco
Computational Chemistry  Symposium Honoring P. Schleyer – Hong Kong
Computational Biophysics 2000 – Nice, France
Sanibel Conference – St. Augustine
Texas Christian University
Southern Methodist University
University of Pennsylvania
Beilstein Workshop on Chemical Data Analysis (Bozon)
CECAM Meeting on Challenges for Free Energy Calculations (Lyon)
National ACS Meeting – Frontiers in Biophysical Theory Symposium – Washington DC
IBM – Blue Gene Group – Yorktown Heights
Columbia University
Pharmacia/Upjohn – Kalamazoo
Pharmacia/Searle – Skokie, IL
Pharmacia/Monsanto – St. Louis
Gordon Conference on Computational Chemistry (Oxford)
ACS Short Course on Frontiers in Organic Chemistry, Washington DC

2001
Computational Structural Biology Symposium – Florida State U.
Retrometabolism Drug Design Conference – Amelia Is.
Gordon Conference on Physical Organic Chemistry (Holderness)
Gordon Conference on Biological Molecules in the Gas Phase (CT College)
Molecular Quantum Mechanics Conference Honoring E. Davidson – Seattle
International Conference on Cancer Research (Albany)
10th Conf. on Trends in Computational Chemistry, Jackson, MS
New York University
National ACS Meeting – Libraries for Drug Discovery Symposium - San Diego
Nemethy Symposium, Mt. Sinai School of Medicine
Schrödinger, Inc., New York
Int'l Meeting of the Molecular Graphics & Modeling Society – Erlangen (cancelled, 9/11)
NCI Fluid Properties Symposium
Annual Meeting -Society for Biomolecular Screening, ADME Symposium, Baltimore
Cornell Theory Center Symposium on Protein Structure Prediction
Workshop on Polarizability for Biomolecular Simulations, Snowbird, Utah

2002
Aventis Pharmaceuticals, Bridgewater, NJ
Mesilla Conference on Asymmetric Catalysis
Biophysical Society – Symposium on Molecular Simulations in Biology – San Francisco
National ACS Meeting – Symposium on Drug Design - Orlando
National ACS Meeting – Kollman Memorial Symposium - Orlando
Beilstein Workshop on Molecular Informatics
ISQBP President's Meeting – organizer
ACS Short Course - Philadelphia
WATOC Meeting – Lugano
SPECS Conference on New Chemistries, Delft
Volkswagen Symposium, Ulm
Gordon Conference on Computational Chemistry
University of Delaware

2003
National ACS Meeting – Comp. Chem. Award Symposium for K. N. Houk
Sigma Xi - Connecticut
Cambridge Healthtech Symposium on Drug Design – Philadelphia
AstraZeneca – Wilmington, DE
Locus Development - Philadelphia
Duquesne University
CT Quantum Chemistry Group
Schleyer Lecturer – Univ. of Georgia
UCLA
ACS Short Course – Boston
Celera Genomics
National ACS Meeting, NYC – Symposium on Drug Design
aaiPharma – Wilmington, NC
Schering-Plough – Kenilworth, NJ
DuPont – Newark, DE
US, Polish, Czech Workshop on Biomolecular Interactions - Prague

2004
National ACS Meeting – Symposium on Drug Design - Anaheim
National ACS Meeting – 1st Dewar Symposium – Anaheim
National ACS Meeting – COMP Award Symposium for G. Richards
Bristol-Myers Squibb Lecturer - Scripps Research Institute
ISQBP President's Meeting, Plenary – Como, Italy
Symposium on Computational Chemical Dynamics – U. Minn.
Computational Chemistry Symposium, Plenary – Gyeongju, Korea
3eme Cycle Lecturer – Switzerland :
         University of  Basel (3 lectures)
         University of Bern

University of Lausanne
Tetrahedron Symposium on Chemistry and Drug Discovery, New York City
Neurocrine Biosciences – San Diego, CA
Hoffmann La Roche – Nutley, NJ
Rutgers University
Merck – West Point, PA
Yale - Parallel Computing Workshop
D. E. Shaw & Co.
National ACS Meeting- Phila. – Protein Docking & Scoring Symposium
National ACS Meeting- Phila. – Skolnik Award Symposium for A. P. Johnson
MGMS Symposium on Biomolecular Recognition and Reactivity -  Manchester UK
University of Arizona – Pharmacology
University of Pennsylvania – Symposium on Structure-Based Drug Design
Schrodinger Users Group – Boston
University of New Haven – Medicinal Chemistry Symposium
Johnson & Johnson – Spring House, PA
Yale - Center for Structural Biology
Soc. Royale de Chimie Belge – Medicinal Chemistry Symposium, Ghent
Wyeth-Ayerst - Cambridge

<u>2005</u>
WATOC Conference – Cape Town
University of Tennessee
Penn State University
Pharmaceutical Society of Japan - Tokyo - Sato Award Presentation
National ACS Meeting- San Diego – J. A. Pople Memorial Symposium
National ACS Meeting- San Diego – Drug Design Symposium
Novartis (Cambridge)
Structural Biology Sympoium - UT Medical Branch (Galveston, TX)
International AIDS Society (Rio)
Univ. Federal do Rio de Janeiro
NIH Docking Workshop
Pfizer (Groton)
ACS Prospectives Symposium on Drug Design
Pacifichem 2005 – Honolulu - Classical and QSM Solvation Symposium
Pacifichem 2005 – Honolulu - Structure, Dynamics, Function of Biomolecules Symposium

2006

Molecular Graphics & Modeling Society (Southampton, UK)
XIIth International Congress of Quantum Chemistry (Kyoto)
Biomolecular Simulation Symposium (Heraeus Found., Bad Honnef)
Texas A&M - IUCCP Pharma Symposium
Johnson & Johnson – La Jolla, CA
National ACS Meeting- Atlanta - Virtual Screening Symposium
PharmaDiscovery 2006 (Bethesda, MD)
CHI Symposium on Structure-Based Drug Design (Boston)
Ohio State University
University of Michigan
City College of New York
Schrodinger Global Users Group Meting (New York City)
Pfizer - Ann Arbor
Boehringer-Ingelheim (Ridgefield)
Oxford University (UK) - G. Richards Symposium
Medicinal Chemistry Symposium (Swedish Chemical Society) - Umeå, Sweden

2007

Pulay Conference - Budapest
European Symposium on Organic Reactivity - Faro, Portugal
AACR/ACS Symposium - Chemistry in Cancer Research (San Diego)
National ACS Meeting- Chicago - Rational Drug Design Symposium
Sanibel Conference

**Research Support**

Dr. Jorgensen has had uninterrupted research support from the National Science Foundation since 1977 and from the National Institutes of Health since 1980. He currently has research grants from the NSF, the National Institute of General Medical Sciences, the National Institute of Allergy and Infectious Diseases, National Foundation for Cancer Research, and DARPA. Dr. Jorgensen is also part of the Biophysical Training Grant at Yale. Postdoctoral fellows in his laboratory are often supported by national and industrial fellowships - recently, NIH, EMBO, Roche Research Foundation, Bayer Pharmaceuticals, and the governments of Spain and Brazil. A NATO travel grant was shared by Dr. Jorgensen and Dr. F. van Veggel at the University of Twente.

**Current Co-workers**

Dr. Julian Tirado-Rives (Assoc. Res. Scientist, 1985-)
Patricia Morales (Res. Asst., 1990-)
Prof. J. Chandrasekhar (V.P., 1999-)
Prof. Richard Smith (V. P., 1999-)
Dr. Marilyn Kroeger-Smith (1999-)
Ivan Tubert-Brohman (Ph.D., 2006)
Theresa Lyons (Ph.D., 2007)
Siegfried Leund (Ph. D., 2008)
Sara Nichols (Ph.D., 2008)
Laura Thomas (Ph.D., 2009)
Dr. Patrick S. Lee (P.D., 2003-)
Dr. Orlando Acevedo (P.D., 2003-)
Dr. Kurt Sattelmeyer (P.D., 2004-)
Dr. Kasper Jensen (P.D., 2005-)
Dr. Anastassia Alexandrova (P.D., 2005-)
Dr. Joseph Kim (P.D., 2005-)
Dr. Vinay Thakhur (P.D., 2005-)

**Past Co-workers**

| | |
|---|---|
| John E. Munroe (M. S., 1977) | Dean Jaegels (B. S., 1981) |
| Timothy D. Salatin (Ph.D., 1980) | Robert C. Binning (P.D., 1980) |
| David Yang (B. S., 1981) | Bernard Bigot (V.P., 1980-81) |
| Mustafa Ibrahim (Ph.D., 1981) | Barbara Roos-Kozel (Ph.D., 1982) |
| David Spellmeyer (B.S., 1983) | David McLaughlin (Ph.D., 1983) |
| Michael E. Cournoyer (Ph.D.,1983) | Scott Smith (B. S., 1983) |
| Julia A. Schmidt (Ph.D., 1984) | J. Chandrasekhar (V.P., 1980-84) |
| Carol Swenson (M.S., 1984) | Catherine Peishoff (Ph.D., 1985) |
| Debra S. Garner (B.S., l985) | Jeffry D. Madura (Ph.D., l985) |
| Dr. C. Ravimohan (P.D., 1984-5) | Jeffrey Evanseck (B. S., 1986) |
| Dr. Roberto Rozas (V.P., 1985-6) | Dr. M. Leonor Contreras (V. P., l985-6) |

Dr. Pascal Metivier (P.D., 1985-6)          Jiali Gao (Ph.D., 1987)
Mark Bures (Ph.D., 1987)                    Dr. Mustafa Ibrahim (Vis. Prof., 1987-8)
Alan Gushurst (Ph.D., 1988)                 Cynthia MacMahon (M.S., 1989)
Stephane Boudon (1987-9)                    J. Kathleen Buckner (Ph.D., 1988)
Kathleen A. Novak (M.S., 1989)              Ralph T. Mosley (M.S., 1989)
Weiya Yun (M.S., 1990)                      James Briggs (Ph.D., 1990)
Scott G. Wierschke (M.S., 1990)             Dr. James F. Blake (Ph.D., 1990; P.D., 90-91)
Dr. Julianto Pranata (P.D., 1988-91)        Tooru Matsui (P.D., 1989-91)
Dr. Scott A. Gothe (P.D., 1989-92)          Dr. Genevieve Paderes (Ph.D., 1988; P.D., 88-91)
Harold Helson (Ph.D., l993)                 Dr. Ellen R. Laird (Ph.D., 1990; P.D., 90-92)
Toan Nguyen (Ph.D., 1993)                   Prof. Modesto Orozco (V.P., 1991-93)
Jan M. Fleischer (Ph.D., 1994)              Shenna Sinclair (Ph.D., 1994)
Daniel L. Severance (Ph.D., 1993)           Erin M. Duffy (Ph.D., 1994)
David Maxwell (Ph.D., 1995)                 Jonathan Essex (P.D., 1992-4)
Ingvar Lagerstedt (P.D., 1992-4)            Daqing Gao (M. S., 1995)
Dr. Arshad Khan (Visiting Prof., 1996)      Heather Carlson (Ph.D., 1996)
Vickie Tsu (B.S., 1997)                     Wendy Schaeffer (B.S., 1997)
Rong Liu (Ph.D., 1996)                      Dr. Antonio Frontera (P.D., 1995-6)
Dr. Deborah Jones-Hertzog (P.D., 1994-6)    George Kaminski (Ph.D., 1997)
Dr. Wolfgang Damm (P.D., 1995-7)            Nora McDonald (Ph.D., 1998)
Michelle Lamb (Ph.D., 1997)                 Corky Jenson (M.S.., 1999)
Iordanis Houdaverdis (Ph.D., 1998)          Melissa Plount (Ph.D., 2000)
Dr. Dongchul Lim (P.D., 1996-98)            Daniel Price (Ph.D., 2000)
Dr. Willem P. van Hoorn (P.D., 1997-99)     Michael Mahoney (Ph.D., 2000)
Albert C. Pierce (Ph. D., 2000)             Shane Shariffskul (B.S., 2001)
Dr. DePing Wang (P.D., 1999-2001)           Dr. Steven S. Wesolowski (P.D., 2000-3)
Dr. Edward Watkins (Assoc. Res. Scientist, 1999-2001)
Robert C. Rizzo (Ph.D., 2000)              Matthew P. Repasky (Ph.D., 2001)
Dennis Ostrovsky (Ph.D., 2003)             Shoshannah Pearlman (M.S.,2001)
Dr. Yukio Tominaga (P.D., 2001-3)          Marina Udier-Blagovic (Ph.D., 2004)
Jakob Ulmschneider (Ph.D., 2004)           Dr. Juliana Ruiz-Caro (P.D., 2004-5)
Dr. Cristiano Guimaraes (P.D., 2001-5)
Dr. Gabriela Barriero (P.D., 2004-5)

# Exhibit B

**Exhibit B**
**Documents Reviewed**

Production Documents:

| | | |
|---|---|---|
| PFC00198834 - PFC00198840 | PFC00238777 - PFC00238781 | PFC00270564 - PFC00270571 |
| PFC00288702 - PFC00288800 | PFC00290243 - PFC00290279 | PFC00291097 - PFC00291132 |
| PFC00303984 - PFC00304198 | PFC00305952 - PFC00306167 | PFC00636900 - PFC00636960 |
| PFC00637069 - PFC00637230 | PFC00650443 - PFC00650474 | PFC00655886 - PFC00655907 |
| PFC00668843 - PFC00668877 | PFC00670295 - PFC00670296 | PFC01226795 - PFC01226867 |
| PFC01227415 - PFC01227624 | PFC01228292 - PFC01228501 | PFC01228982 - PFC01229162 |
| PFC01230011 - PFC01230223 | PFC01230638 - PFC01230843 | PFC01235082 - PFC01235285 |
| PFC01499618 - PFC01499624 | PFC01499637 - PFC01499647 | PFC01499771 - PFC01499791 |
| PFC01548171 - PFC01548319 | PFC01552538 - PFC01552641 | PFC01552746 - PFC01552849 |
| PFC01552850 - PFC01552954 | PFC01552955 - PFC01553058 | PFC01553824 - PFC01553930 |
| PFC01554035 - PFC01554138 | PFC01554165 - PFC01554268 | PFC01554269 - PFC01554374 |
| PFC01554269 - PFC01554374 | PFC01554375 - PFC01554480 | PFC01554904 - PFC01555110 |
| PFC01555519 - PFC01555722 | PFC01555723 - PFC01555926 | PFC01556367 - PFC01556571 |
| PFC01556572 - PFC01556775 | PFC01557023 - PFC01557227 | PFC01557228 - PFC01557431 |
| PFC01557432 - PFC01557635 | PFC01558352 - PFC01558557 | PFC01558558 - PFC01558763 |
| PFC01558786 - PFC01558993 | PFC01558994 - PFC01559200 | PFC01559201 - PFC01559339 |
| PFC01559544 - PFC01559751 | PFC01561149 - PFC01561150 | PFC01573045 - PFC01573259 |
| PFC01575268 - PFC01575472 | PFC01576104 - PFC01576316 | PFC01577040 - PFC01577246 |
| PFC01578962 - PFC01578972 | PFC01591975 - PFC01591990 | PFC01592062 - PFC01593450 |
| PFC01597359 - PFC01597456 | PFC01602500 - PFC01602503 | PFC01602504 - PFC01602516 |
| PFC01602524 - PFC01602534 | PFC01602680 - PFC01602688 | PFC01602707 - PFC01602717 |
| PFC01602718 - PFC01602726 | PFC01602727 - PFC01602746 | PFC01602750 - PFC01602800 |
| PFC01602814 - PFC01602818 | PFC01602819 - PFC01602828 | PFC01602829 - PFC01602833 |
| PFC01602834 - PFC01602841 | PFC01602842 - PFC01602879 | PFC01602961 - PFC01602963 |
| PFC01602964 - PFC01602976 | PFC01602977 - PFC01602985 | PFC01602986 - PFC01602996 |
| PFC01602997 - PFC01603001 | PFC01603002 - PFC01603072 | PFC01603073 - PFC01603076 |
| PFC01603077 - PFC01603082 | PFC01603083 - PFC01603084 | PFC01603117 - PFC01603184 |
| PFC01603225 - PFC01603229 | PFC01603239 - PFC01603246 | PFC01603247 - PFC01603255 |
| PFC01603261 - PFC01603267 | PFC01603277 - PFC01603284 | PFC01603406 - PFC01603415 |
| PFC01603485 - PFC01603491 | PFC01603492 - PFC01603494 | PFC01603511 - PFC01603517 |
| PFC01603518 - PFC01603522 | PFC01603523 - PFC01603527 | PFC01603528 - PFC01603533 |
| PFC01603534 - PFC01603538 | PFC01603547 - PFC01603580 | PFC01603582 - PFC01603659 |
| PFC01603667 - PFC01603671 | PFC01603672 - PFC01603675 | PFC01603676 - PFC01603680 |
| PFC01604040 - PFC01604048 | PFC01604055 - PFC01604075 | PFC01604076 - PFC01604083 |
| PFC01604084 - PFC01604099 | PFC01604108 - PFC01604115 | PFC01604116 - PFC01604120 |
| PFC01604130 - PFC01604138 | PFC01604183 - PFC01604187 | PFC01604219 - PFC01604257 |
| PFC01604304 - PFC01604314 | PFC01604322 - PFC01604325 | PFC01604326 - PFC01604329 |
| PFC01604330 - PFC01604341 | PFC01604397 - PFC01604437 | PFC01605061 - PFC01605065 |
| PFC01605092 - PFC01605095 | PFC01605120 - PFC01605129 | PFC01605130 - PFC01605137 |
| PFC01605619 - PFC01605629 | PFC01605630 - PFC01605638 | PFC01605639 - PFC01605649 |
| PFC01605696 - PFC01605700 | PFC01606288 - PFC01606315 | PFC01606363 - PFC01606377 |

Deposition Exhibits:

| DX 003 | DX 008 | DX 012 |
|--------|--------|--------|
| DX 012A | DX 026 | DX 029 |
| DX 033 | DX 037 | DX 038 |
| DX 040 | DX 041 | DX 042 |
| DX 043 | DX 046 | DX 049 |
| DX 051 | DX 052 | DX 063 |
| DX 068 | DX 123 | DX 125 |
| DX 138 | DX 146 | DX 150 |
| DX 151 | DX 152 | DX 160 |
| DX 186 | DX 187 | DX 201 |
| DX 202 | DX 203 | DX 204 |
| DX 205 | DX 209 | DX 211 |
| DX 234A | DX 241 | DX 244 |
| DX 255 | PX 031 | PX 047 |

Deposition Transcripts:

| Bulock | 1/27/2006 |
|--------|-----------|
| Bulock | 2/15/2006 |
| Carter | 11/8/2005 |
| Collins | 12/7/2005 |
| Docter | 10/6/2005 |
| Graneto | 11/10/2005 |
| Khanna | 11/30/2005 |
| Koboldt | 1/13/2006 |
| Miyashiro | 11/3/2005 |
| Penning | 11/4/2005 |
| Talley | 1/24/2006 |
| Talley | 1/25/2006 |

Expert Reports:

| | |
|---|---|
| Baker | 5/5/2006 |
| Cooperman | 5/5/2006 |
| Galbraith | 5/5/2006 |
| Galbraith | 6/23/2006 |
| Seibert | 6/23/2006 |
| Tummlitz | 5/5/2006 |

Case Documents:

| Pfizer's Responses to Defendant Teva Pharmaceutical USA, Inc.'s Third Set of Requests for Admissions | 2/9/2006 |
|---|---|

Other:

| Foye et al, "Principles of Medicinal Chemistry," 4th Ed., pp. 40-49 (1995). |
|---|
| Ludovici et al, "Evolution of Anti-HIV Drug Candidates.  Part 3: Diarylpyrimidine (DAPY) Analogues," Bioorganic & Medicinal Chemistry Letters, 11(17):2235-2239, Table 1 (2001). |
| Song et al, "Synthesis, Structure-Activity Relationships, and In Vivo Evaluations of Substituted Di-tert-butylphenols as a Novel Class or Potent, Selective, and Orally Active Cyclooxygenase-2 Inhibitors. 2. 1,3,4- and ,2,4-Thiadiazole Series" J. Med. Chem., 42:1161-1169, Table 1 (1999). |
| Streitwieser et al, "Introduction to Organic Chemistry, Fourth Edition" 1992. Chapter 26, Section 26.5 on Sulfur, Phosphorus, and Silicon Compounds. Pages 826-827. (1992). |
| Thawani et al, "Nimesulide: The Current Controversy," Indian J. of Pharmacol. 35:121-122 (2003). |
| Tsuji et al, "Studies on Anti-inflammatory Agents. IV. Synthesis and Pharmacological Properties of 1,5-Diarylpyrazoles and Related Derivatives," Chem. Pharm. Bull., Vol. 45(6), pp. 987-995 (1997). |
| U.S. Patent  5,292,758 |
| U.S. Patent  5,362,881 |
| U.S. Patent  5,523,464 |
| U.S. Patent 4,870,107 |
| U.S. Patent 4,929,643 |
| U.S. Patent 5,143,937 |
| U.S. Patent 5,276,179 |
| U.S. Patent 5,281,626 |