| | | |
|---|---|---|
| PFIZER INC., | ) | **CONFIDENTIAL -** |
| PHARMACIA CORP., | ) | **OUTSIDE ATTORNEYS'** |
| PHARMACIA & UPJOHN INC., | ) | **EYES ONLY** |
| PHARMACIA & UPJOHN COMPANY, | ) | |
| G.D. SEARLE & CO., | ) | |
| G.D. SEARLE LLC, | ) | |
| SEARLE LLC (DELAWARE) and | ) | Civil Action No: 04-754 (JCL) |
| SEARLE LLC (NEVADA) | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## EXPERT REPORT OF DR. HENRY G. GRABOWSKI

I submit this report pursuant to Fed. R. Civ. P. 26 to set forth the opinions I have

formed and may offer at trial of this action.

### I. Background

*Education and Experience*

1.      I am currently a Professor of Economics and the Director of the Program

in Pharmaceuticals and Health Economics at Duke University.

2.      I received a B.S. in Engineering Physics from Lehigh University in 1962,

and an M.A. and Ph.D in Economics from Princeton University in 1964 and 1967, respectively.

3.      From 1967-1971, I was an Assistant Professor in the Economics

Department at Yale University.  From 1971-1972, I was employed as a Research Associate for

the National Bureau of Economic Research.  I was an Associate Professor in the Duke University

Economics Department, from 1972-1976, and I became a Professor in 1976, a position I currently hold.

4.      I have studied the economics of pharmaceuticals over much of my career. My academic and research specialties concern the Pharmaceutical Industry – Health Economics, Economics of Innovation, and Government Regulation of Business and Industrial Organizations. I have published at least 80 articles and several books on the pharmaceutical industry.

5.      Under a series of grants from the National Science Foundation, I examined the economics of pharmaceutical R&D and the effect of various government policy actions on drug innovation. I have testified several times before Congressional committees in the United States on pharmaceutical industry issues. For example, since 1994, I have testified before Congress on issues involving the Clinton Administration's health reform legislation, effective patent life and generic competition in pharmaceuticals, and the federal government's policy toward pediatric vaccines.

6.      I have been an advisor and consultant to the National Academy of Sciences, the Institute of Medicine, the Federal Trade Commission, the General Accounting Office and the Office of Technology Assessment. I have also held visiting scholar appointments at the International Institute of Management in Berlin, Germany, the Health Care Financing Administration in Washington, D.C., the Office of Health Economics in London and the Centre for Medicines Research in London. I have been a consultant to most of the major firms in the pharmaceutical industry. Until its acquisition by Gilead Sciences, Inc. in 2003, I served on the Board of Directors of Triangle Pharmaceuticals, Inc., a development stage company which has a number of products in clinical testing.

7.     I have significant experience in the economics of competition in the pharmaceutical industry and the market effects of drug product introductions.

8.     A copy of my Curriculum Vitae, containing a list of my publications is attached as Exhibit A.

*Compensation*

9.     I am being compensated for my time as an expert witness at the rate of $625 per hour plus reasonable expenses.   My compensation is unaffected by the outcome of this litigation.

*Prior Testimony*

10.     In the past four years, I have testified as an expert in the following proceedings:

a.     Testimony, Arbitration, *Amgen Inc. v. Ortho Pharmaceutical Corp.*, Chicago, Illinois, May 2002.

b.     Testimony, Arbitration, *NeoPharm, Inc. v. Pharmacia & Upjohn Co.*, Washington, D.C., December 2003.

c.     Deposition, *New River Pharms v. DSM Pharms,* U.S. District Court for the Eastern District of Tennessee, March 2004.

d.     Deposition, *Sanofi-Synthelabo et al. v. Apotex, Inc.*, U.S. District Court for the Southern District of New York, November 2004.

e.     Deposition, *In re Bristol-Myers Squibb Securities Litigation*, Civil Action No. 00-1990 (SRC), U.S. District Court for the District of New Jersey, January 2005.

f.     Deposition, *Wyeth v. Teva Pharmaceuticals*, Civil Action No. 03-1293 (KSH), U.S. District Court for the District of New Jersey, June 2005.

## II. Materials Considered

11.     In forming my opinions and preparing this report, I have reviewed and relied upon the materials cited and listed in Exhibit B, attached to this report, and my many years of study of economics and the pharmaceutical industry. This work is reflected in my publication list.

## III. Subject Matter About Which I Expect to Testify

12.     I presently plan to testify and give opinions concerning the commercial success and licensing of Celebrex®. Based on my analysis below, it is my opinion that Celebrex® has been commercially successful.

13.     I may address other matters in response to reports or other evidence offered by Teva. I reserve the right to supplement my report with additional IMS data for 2006. I reserve the right to supplement or amend my opinions in response to opinions expressed by defendant's experts, or in light of any additional evidence, testimony, discovery or other information relating to the aforementioned issues that may be provided to me after the date of this report. In addition, I expect that I may be asked to consider and testify about issues that may be raised by defendant's experts in their reports or at trial.

## IV. The NSAID Market (Non-Selective NSAIDs and COX-2 Selective NSAIDs)

14.     I understand that non-steroidal anti-inflammatory drugs ("NSAIDs") have been used for decades to treat inflammatory disorders such as arthritis and to ease pain. *See, e.g.,* Brooke, "Cox-2 Inhibitors: Big Market; Big Battle; Big Issues," *Morgan Stanley Dean Witter* (1998), p. 5; Chan, "Celecoxib Versus Diclofenac and Omeprazole in Reducing the Risk of Recurrent Ulcer Bleeding in Patients with Arthritis," *The New England Journal of Medicine,*

4

347, no. 26 (2002), pp. 2104-2110, 2104. I use the term NSAID to mean any non-steroidal anti-inflammatory drug.

15.     Despite their widespread use, I understand that NSAIDs have been associated with certain undesirable side effects. Most notably, NSAIDs can damage the gastrointestinal lining, resulting in problems ranging from discomfort to ulcers and, in the worst cases, blood loss and even death. *See, e.g.,* Brooke, p. 2; Chan, p. 2104. I further understand that a reason for these side effects is believed to be due to the fact that "conventional, nonselective NSAIDs" inhibited both the enzyme responsible for the anti-inflammatory response (commonly referred to as "cylcooxygenase 2" or "COX-2") and the enzyme responsible for protecting the gastrointestinal tract (commonly referred to as "cyclooxygenase 1" or "COX-1"). *See, e.g.,* Chan, p. 2104. For purposes of this report, I will refer to these "conventional" NSAIDs (*id.*) as Non-Selective NSAIDs. *Id.; see also* PFC01547622-25 (FDA website).

16.     I understand that pharmaceutical companies searched for safer NSAIDs, and one effort was the development of a new class of drugs that selectively inhibit the COX-2 enzyme more than the COX-1 enzyme. *See, e.g.,* Brooke, p. 2; Chan, p. 2104. Drugs in this class of NSAIDs are commonly referred to as COX-2 Selective NSAIDS. *See, e.g.,* PFC01547622-25 (FDA website).

17.     The COX-2 Selective NSAID market at one time comprised the first-in-class Celebrex® (Reuters, "Monsanto's 2d-Quarter Profit Beats Analysts' Expectations," *New York Times,* July 28, 1999), Vioxx®, and Bextra®. *See, e.g.,* PFC01547622-25; PFC01534663. Celebrex®, which I understand was developed by G.D. Searle & Co. ("Searle") and co-promoted with Pfizer (PFC01534897-937), was launched in January 1999 (1999 IMS data; PFC01534472-73), and is the only COX-2 Selective NSAID on the market today. (2005 IMS data). I understand

5

Vioxx® was developed and marketed by Merck and launched in May, 1999. (1999 IMS data; PFC01534472-73). I understand that Vioxx® was voluntarily removed from the market on September 30, 2004. (2004-2005 IMS data; PFC01535137). Bextra® was developed by Searle and was also co-promoted with Pfizer. (1999-2005 IMS data; PFC01534633). I understand Bextra® was launched in April, 2002 (2002 IMS data; PFC01534663) and was voluntarily removed from the market by Pfizer in April, 2005. (2005 IMS data; PFC01547622 (FDA website)).

18. Throughout this report, I will use the following market definitions:

a. "NSAID market" means the U.S. prescription drug market for all NSAIDs (Non-Selective NSAIDs and COX-2 Selective NSAIDs). *See* PFC01547622-25 (FDA website).

b. "COX-2 Selective NSAID market" means the U.S. prescription drug market comprising Celebrex®, Vioxx® and Bextra®. *See* PFC01547622-25 (FDA website).

c. "Non-Selective NSAID market" means the U.S. prescription drug market comprising all Non-Selective NSAIDS. *See* PFC01547622-25 (FDA website).

## V. Commercial Success Analysis

19. I understand that commercial success of a product can be used as a consideration in demonstrating the non-obviousness of the underlying patented invention. In evaluating commercial success of Celebrex® in the U.S. prescription drug market, I considered a number of factors, including U.S. sales and prescription volume, NSAID market expansion and penetration, U.S. market share growth and the present value of U.S. sales of Celebrex® and other NSAIDs discounted back to the year of launch, to support a finding of commercial success.

6

20.     Throughout my report, I rely on data from IMS, a third-party market research and consulting company that compiles pharmaceutical data regarding sales, prescription volume and prescription share, and makes the data available to pharmaceutical companies and other organizations by subscription.  IMS is recognized as the industry standard and is the most frequently used source of data in the pharmaceutical industry.  I have worked with IMS data in my research and consulting work for more than two decades.

**United States Sales and Prescription Volume of Celebrex®**

21.     An initial indication of the commercial success of a product is its sales, measured in terms of total dollars and total number of prescriptions.  Celebrex® proved to be the most successful drug introduction ever, with more than seven million prescriptions in the first six months.  *See* Reuters, July 28, 1999.  Celebrex® achieved $1.4 billion in U.S. sales in 1999.  *See, e.g.,* Figure 1).  From 1999, its first year on the market, through 2004, Celebrex® was among the top twelve drugs in terms of U.S. sales, and was within the top ten from 2000 through 2003. (PFC01534442; PFC01534499; PFC01534554; PFC01534607; PFC01535188; PFC01535068).

22.     Since its launch in 1999, Celebrex® has consistently led the COX-2 Selective NSAID market in U.S. sales and U.S. prescription volume – consistently exceeding both Vioxx® and Bextra® in those categories.  *See* Figure 2; Figure 4.  Today, as the only COX-2 Selective NSAID remaining on the market (*see* ¶17, *supra*), Celebrex® accounts for all U.S. sales and prescriptions in the COX-2 Selective NSAID market.

23.     Celebrex®'s U.S. sales in 1999 were also more than three times the U.S. sales of any Non-Selective NSAID on the market.  *See* Figure 1.  As illustrated in Figure 1, since its launch in 1999, the U.S. sales of Celebrex® have significantly exceeded the sales of the

leading Non-Selective NSAIDs.[1] *See* Figure 1. In 2005, Celebrex® accounted for roughly 44% of all U.S. sales in the NSAID market.

24.     Similarly, Celebrex® also became the market leader in the NSAID market (2000) in total number of U.S. prescriptions where it competes with less expensive generic NSAIDs in addition to other branded NSAIDs, a position it held until 2005. *See* Figure 3. With 14.3 million prescriptions in 2005, Celebrex® was second only to Ibuprofen in total number of U.S. prescriptions of all drugs in the NSAID market. *Id.*

**Market Expansion and Penetration**

25.     Another hallmark of a commercially successful product is that it substantially expands the size of its market. Celebrex® has not only substantially expanded the NSAID market, but, as the first COX-2 Selective NSAID (*see* Reuters, July 28, 1999), Celebrex® has established and led the COX-2 Selective NSAID market.

26.     By the time Celebrex® was launched in January, 1999, the NSAID market contained several branded and unbranded drugs. *See* 1999-2005 IMS data. In the years preceeding the launch of Celebrex®, the total U.S sales and total U.S. prescriptions of drugs in the NSAID market had been stagnant. *See* Figures 5 & 6. In 1998, the U.S sales and total U.S. prescriptions for the NSAID market were $2.24 billion and 79.5 million, respectively. *Id.*

27.     As illustrated in Figures 5 and 6, the NSAID market experienced a significant expansion in 1999 with the launch of Celebrex® followed by Vioxx®. In 1999, total U.S. sales in the NSAID market rose 62% to $3.65 billion and total U.S prescriptions rose 21% to 96.1 million. *Id.* This expansion in 1999 was due primarily to the introduction of COX-2

---

[1]     "Leading" Non-Selective NSAIDs means those Non-Selective NSAIDs that account for the largest percentage of U.S. sales and prescriptions since 1998.

Selective NSAIDs – largely the introduction of Celebrex® ($1.42 billion in U.S. sales and 17.5 million U.S. prescriptions). *Id.*

28.     By 2004, the NSAID market had expanded to $6.5 billion in U. S. sales and 113 million U.S. prescriptions, with Celebrex® and the other COX-2 Selective NSAIDs accounting for 83% (Celebrex®, 43%) of U.S. sales in the NSAID market and 45% (Celebrex, 21.2%) of U.S. prescriptions in the NSAID market. *See* Figures 5 & 6.

29.     Even though U.S. sales in the NSAID market declined in 2005 to approximately $3.6 billion in U.S. sales and 91.6 million total U.S. prescriptions, both numbers still exceeded the U.S. sales and prescription volume attained by the NSAID market in 1998 (before the launch of Celebrex® and the other COX-2 Selective NSAIDs).

30.     Further evidence of Celebrex®'s commercial success is the rapidity with which it was adopted by the marketplace. Celebrex® sales (both in terms of U.S. dollars and number of U.S. prescriptions) grew at a rapid rate from launch. *See* Figures 1-4. It was reported that, within 6 months, Celebrex® proved to be the most successful product launch ever. *See* Reuters, July 28, 1999.

**Market Share Growth**

31.     It is important from an economic perspective to look at the growth of share within the NSAID market. A commercially successful product will achieve significant market share within its therapeutic category.

32.     Celebrex® has consistently led the COX-2 Selective NSAID market in percent market share. Due to the withdrawal of Vioxx® (in September 2004), Celebrex® comprised 89% of the COX-2 Selective NSAID market share in 2005. With the withdrawal of Bextra® (in April 2005), Celebrex® now comprises 100% of the COX-2 Selective NSAID market

9

share. *See* Figure 8.

33.     Celebrex® achieved an 18.3% share of the NSAID market in its first year

(1999) and became the market leader in its second year after launch. *See* Figure 7. Celebrex®

has held market share in the range of roughly 15-24% of total U.S. prescriptions in the NSAID

market. *Id.* Furthermore, the group of Non-Selective NSAIDs experienced declining trends in

both U.S. prescriptions and U.S. market share after Celebrex® and the other COX-2 Selective

NSAIDs were introduced. *See* Figures 3 & 7.

34.     As detailed in Figure 7, within the first three years of launch, 1999 through

2001, the COX-2 Selective NSAIDs Celebrex® and Vioxx® captured U.S. prescription market

share from each of the leading Non-Selective NSAIDs (Relafen®, Daypro®, Arthrotec®,

Diclofenac Sodium, Ibuprofen, Naproxen, and Lodine XL®)[2]. *Id.* In each of the three years, the

market share of the leading Non-Selective NSAIDs decreased, while the market share of

Celebrex® and Vioxx® increased. *Id.*

35.     From 2002-2004, market shares of most leading Non-Selective NSAIDs

continued to decline, with only Diclofenac Sodium and Naproxen experiencing small market

share gains. *See* Figure 7. In 2005, Celebrex® still held 15.6% market share of the NSAID

market, second only to Ibuprofen. *Id.*

**Celebrex® Present Value**

36.     A further economic indication demonstrating Celebrex®'s commercial

success is the present value of the drug measured at the point of market launch. The present

value allows one to summarize the economic value of an entire revenue stream. The sales

---

[2]     Mobic® is not included because it was not launched until May, 2000 – after the launch of
        Celebrex® and Vioxx®.

incurred in future periods are discounted back to the date of market launch using an appropriate cost of capital.

37. As set forth in Figure 9, I have calculated the present value of the NSAIDs launched from 1999-2005 (COX-2 Selective NSAIDs, Celebrex®, Vioxx®, Bextra®; and the Non-Selective NSAID, Mobic®), cumulatively each year from launch. I have discounted each drug based on its year of launch. I have used a 10% cost of capital to calculate the discounted revenue which is within the accepted range of cost of capital utilized for the pharmaceutical industry. As detailed in Figure 9, Celebrex® has been significantly more valuable, in every time horizon, in every year since launch compared to Vioxx®, Bextra®, and Mobic®. From an economist's point of view, if a prospective buyer was offered each of these drugs from launch, based on the economic value of future revenue, Celebrex® would be the overwhelming choice. Celebrex®'s cumulative present value of $11.3 billion (discounted back to the year of launch), taking into account just the first 7 years of its U.S. sales, puts it in a category of the highest value drugs.

## VI. Licensing

38. I understand that licensing can also be used as a consideration for evaluating non-obviousness.

39. In February 1998, Searle and Pfizer entered into two co-promotion agreements – one covering the United States and a separate agreement covering the rest of the world.

40.

[REDACTED]

As discussed above, U.S. sales of Celebrex® more than tripled the goals set for these years. *See* Figure 1. U.S. sales of Celebrex® also exceeded analysts' expectations. In 1999, Morgan Stanley projected that the COX-2 Selective NSAID market in 2004 would reach $2.8 billion in U.S. sales. Brooke, p. 10. As shown in Figure 1, by 2004 Celebrex® alone, with roughly $2.8 billion in U.S. sales, met this projection.

41. [REDACTED]

42. Further evidence of non-obviousness of the inventions claimed by the patents-in-suit is the fact that Pfizer licensed another compound, deracoxib (marketed under the tradename Deramaxx®) to Novartis Animal Health, Inc. (PFC01534938-5010). I am informed that deracoxib is covered by the claims of the patents-in-suit. [REDACTED]

[REDACTED]

Dated: May 5, 2006

*Henry G. Grabowski*
Dr. Henry G. Grabowski

**EXHIBIT A**

VITA

Henry George Grabowski

| Office: | Department of Economics | Home: | 800 Cedar Falls Road |
| | Duke University | | Chapel Hill, N.C. 27514 |
| | 305 Social Sciences | | |
| | Box 90097 | | |
| | Durham, N.C. 27708-0097 | | |

| Telephone: | (919) 660-1839 | Telephone: | (919) 929-7023 |
| Fax: | (919) 684-8974 | | |
| E-mail: | grabow@econ.duke.edu | | |

Born:     September 20, 1940 in Scranton, Pennsylvania
          Married, three children

Education:

Lehigh University, B.S., Engineering Physics, 1962
Princeton University, M.A., Economics, 1964
Princeton University, Ph.D., Economics, 1967

Professional Career:

Assistant Professor in Economics Department, Yale University, 1967-1971
Research Associate, National Bureau of Economic Research, 1971-1972
Associate Professor in Economics Department, Duke University, 1972-1976
Professor in Economics Department, Duke University, 1976-
Research Fellow, International Institute of Management, Berlin, Germany, 1976
Visiting Scholar, Health Care Financing Administration, Office of Research,
    Washington, D.C. 1979-1980
Director, Program in Pharmaceuticals and Health Economics, Duke
    University, 1983-

Adjunct Scholar and Advisory Board Member for Health Policy Research,
   American Enterprise Institute for Public Policy Research
Board of Scientific Advisors, American Council on Science and Health
Associate Editor, The Quarterly Review of Economics and Finance
Associate Editor, Journal of Research in Pharmaceutical Economics

Major Fields of Interest:

| | |
|---|---|
| Industrial Organization | Government Regulation of Business |
| Economics of Innovation | Pharmaceutical Industry-Health |
| Economics | |

## Publications

Books and Monographs:

Drug Regulation and Innovation:  Empirical Evidence and Policy Options, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1976.

The Impact of Regulation on Industrial Innovation (with John Vernon) (National Academy of Sciences:  Washington, D.C.), 1979.

The Regulation of Pharmaceuticals: Balancing the Benefits and Risks (with John Vernon) (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1983.

Health Reform and Pharmaceutical Innovation (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1994.

The Search for New Vaccines:  The Effects of the Vaccines for Children Program, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1997.

Articles:

"A Graph-Oriented Model for Research Management," (with Oscar Morgenstern and R. W. Shepherd), in M. C. Yovits, D. M. Gilford, E. Staveley, and H. D. Lerner, eds., Research Program Effectiveness, (Gordon and Breach:  New York), 1966, pp. 187-216.

"The Determinants and Effects of Industrial Research and Development Expenditures," Journal of Political Economy, Vol. 76, No. 2, March/April, 1968, pp. 292-306; reprinted in K. S. Palda, ed., Readings in Managerial Economics, (Prentice-Hall), 1973; also reprinted in S. Yamey, ed., Economics of Industrial Structure: Selected Readings, (Penguin Modern Economics Series), 1973.

"Industrial Organization: The Role and Contribution of Econometrics," (with Dennis Mueller), American Economic Review, Vol. 60, No. 2, May 1970, pp. 100-104.

"Demand Shifting, Optimal Firm Growth, and Rule-of-Thumb Decision Making," Quarterly Journal of Economics, Vol. 84, May 1970, pp. 217-235.

"Non-Price Competition in the Cigarette Industry: A Comment," (with Dennis Mueller), Antitrust Bulletin, Vol. 40, Winter 1970, pp. 257-292.

"Imitative Advertising in the Cigarette Industry," (with Dennis C. Mueller), The Journal of American and Foreign Antitrust and Trade Regulation, Vol. 16, No. 2, Summer 1971, pp. 257-292.

"Determinants and Distributional Aspects of Enrollment in U.S. Higher Education," (with A. Corazzini and D. Dugan), Journal of Human Resources, Winter 1972, pp. 39-59.

"Managerial and Stockholder Welfare Models of Firm Expenditures," (with Dennis Mueller), Review of Economics and Statistics, Vol. 54, February 1972, pp. 9-24.

"Rivalry in Research and Development: An Empirical Study," (with Nevins D. Baxter), Journal of Industrial Economics, Vol. 21, No. 2, July 1973, pp. 209-235.

"Advertising and Resource Allocation: A Critique," in Salvatore F. Davita, ed., Advertising and the Public Interest, (American Marketing Association), 1974.

"Life Cycle Effects on Corporate Returns on Retentions," (with C. Dennis Mueller), Review of Economics and Statistics, Vol. 57, November 1975, pp. 400-409.

"Structural Effects of Regulation on Innovation in the Ethical Drug Industry," (with John Vernon), Chapter 10, in Robert T. Masson and P. David Qualls, eds., Essays on Industrial Organization in Honor of Joe S. Bain, (Ballinger Publishing Company: Cambridge), 1976, pp. 181-205.

"The Effects of Advertising on the Interindustry Distribution of Demand," in Occasional Papers of National Bureau of Economic Research, Explorations in Economic Research, Vol. 3, Winter 1976, pp. 21-75.

"The Effects of Regulatory Policy on the Incentives to Innovate: An International Comparative Analysis," (with John Vernon and Lacy Glenn Thomas), in Emery A. Link and Samuel Mitchell, eds., Impact of Public Policy on Drug Innovation and Pricing, (American University: Washington, D.C.), 1976, pp. 47-93.

"Consumer Protection Regulation in Ethical Drugs," (with John Vernon), American Economic Review, Vol. 67, February 1977, pp. 359-364.

"Estimating the Effects of Regulation on Innovation: An International Comparative Analysis of the Pharmaceutical Industry," (with John M. Vernon and Lacy Glenn Thomas), Journal of Law and Economics, Vol. 21, No. 1, April 1978, pp. 133-163.

"The Effects of Advertising on IntraIndustry Shifts on Demand," in Occasional Papers of National Bureau of Economic Research, Explorations in Economic Research, Vol. 4, No. 5, Fall 1978, pp. 675-701.

"Consumer Product Safety Regulation," (with John M. Vernon), American Economic Review, Vol. 68, May 1978, pp. 284-289.

"Industrial Research and Development, Intangible Capital Stocks, and Firm Profit Rates," (with Dennis Mueller), Bell Journal of Economics, Vol. 9, No. 2, Fall 1978, pp. 328-343.

"New Studies on Market Definition, Concentration, Theory of Supply, Entry and Promotion," (with John M. Vernon), in Robert I. Chien, ed., Issues in Pharmaceutical Economics, (Lexington Books: Lexington, Mass.), 1979, pp. 29-52.

"Regulation of the United States Pharmaceutical Industry: Current Problems and Policy Developments," in George Teeling-Smith, ed., Medicines for the Year 2000, (Office of Health Economics: London, England), 1979, pp. 57-74.

The Effects of Product Quality Regulation on Innovation in the U.S. Pharmaceutical Industry, Final Report for the National Science Foundation Grant PRA 75-19823 (National Technical Information Services, Washington, D.C.), 1979.

"The Impact of Regulation on Innovation," Food Drug Cosmetic Law Journal, Vol. 34, No. 10, October 1979, pp. 555-560.

"Substitution Laws and Innovation in the Pharmaceutical Industry," (with John Vernon), Law and Contemporary Problems, Winter/Spring Issue, 1979, pp. 43-66.

"Regulation and the International Diffusion of Pharmaceuticals," in Robert B. Helms, ed., The International Supply of Medicines, (American Enterprise Institute for Public Policy Research: Washington, D.C.), 1980, pp. 5-36.

"The Determinants of R&D Expenditures," (with John Vernon), in Robert B. Helms, ed., Drugs and Health, (American Enterprise Institute for Public Policy Research: Washington, D.C.), 1981, pp. 3-20.

"Regulation and Industrial Innovation," in Industrial Innovation and Public Policy Options: Background Papers for a Colloquium, (National Academy Press: Washington, D.C.), 1981, pp. 65-81.

"Auto Safety Regulation: An Analysis of Market Failure," (with Richard J. Arnould), The Bell Journal of Economics, Vol. 12, No. 1, Spring 1981, pp. 27-48.

"Public Policy and Innovation: The Case of Pharmaceuticals," Technovation, Vol. 1, 1982, pp. 157-189.

"A Sensitivity Analysis of Expected Profitability of Pharmaceutical Research and Development," (with John Vernon), Managerial and Decision Economics, Vol. 3, No. 1, March 1982, pp. 36-40.

"Public Policy and Pharmaceutical Innovation," Health Care Financing Review, Vol. 4, No. 1, September 1982, pp. 75-87.

"An Evaluation of the Maximum Allowable Cost Program," (with Jean P. Gagnon), in The Effectiveness of Medicines in Containing Health Care Costs, Proceedings of a Symposium of the National Pharmaceutical Council, Washington, D.C., 1982, pp. 81-113.

"The Pharmaceutical Industry," (with John M. Vernon), in Richard R. Nelson, ed., Government and Technical Progress - A Cross-Industry Analysis, (Pergamon Press: New York), 1982, pp. 283-360.

"Automobile Safety Regulation: A Review of the Evidence," (with Richard J. Arnould), in Richard O. Zerbe, ed., Research in Law and Economics, Vol. 5, 1983, pp. 233-267.

"The Impact of Patent and Regulatory Policies on Drug Innovation," Medical Marketing & Media, Vol. 18, No. 10, October 1983, pp. 42-63.

"A Computer Simulation Model of Pharmaceutical Innovation," (with John Vernon), in Bjorn Lindgren, ed., Pharmaceutical Economics, (Swedish Institute for Health Economics and Liber Forlag: Lund, Sweden), 1984, pp. 159-175.

Studies on Drug Substitution, <u>Patent Policy and Innovation in the Pharmaceutical Industry</u>, Final report to the National Science Foundation available from the National Technical Information Services, Number PB-85-109700, Washington, D.C., 1985.

"Organizational Capital and the Choice between Specialization and Diversification," (with Michael Gort and Robert McGuckin), <u>Managerial and Decision Economics</u>, Vol. 6, No. 1, March 1985, pp. 2-10.

"Economic Aspects of Vaccine Innovation and Manufacturing," (with Lawrence De Brock), Chapter 4, in <u>Vaccine Supply and Innovation</u>, (National Academy Press: Washington, D.C.), 1985, pp. 45-64.

"Longer Patents for Lower Imitation Barriers: The 1984 Drug Act," (with John Vernon), <u>The American Economic Review</u>, Vol. 76, May 1986, pp. 195-198.

"Health Care Cost Containment and Pharmaceutical Innovation," in <u>Proceedings of the Conferences on Health Care and the Elderly</u>, (Washington, D.C.), 1986, pp. 25-28.

"Pioneers, Imitators, and Generics--A Simulation Model of Schumpeterian Competition," (with John Vernon), <u>The Quarterly Journal of Economics</u>, August 1987, pp. 491-525.

"The Health/Economic Benefits of Drug Therapy: Efficacy, Low Risk, Cost Effectiveness, Patient Information and Emancipation," <u>Swiss Pharma</u>, Vol. 9, No. 3a, 1987, pp. 29-31.

"Impact of Patent and Regulatory Policies on Drug Innovation," <u>Proceedings of the Second Annual Shearson Lehman Hutton Conference on Legal and Regulatory Issues Affecting Biotechnology and Health Care</u>, (Shearson Lehman Hutton, Inc.: New York), October 1988, pp. 5-16.

"Medicaid Patients' Access to New Drugs," <u>Health Affairs</u>, Winter 1988, pp. 102-114.

"Price and Availability Tradeoffs of Automobile Insurance Regulation," (with W. Kip Viscusi and William N. Evans), <u>Journal of Risk and Insurance</u>, Vol. LVI, No. 2, June 1989, pp. 275-299.

"An Analysis of U.S. International Competitiveness in Pharmaceuticals," <u>Managerial and Decision Economics</u>, Special Issue, 1989, pp. 27-33.

"Economic Scales and Tests," (with Ronald W. Hansen), in B. Spilker, ed., <u>Quality of Life Assessments in Clinical Trials</u>, (Raven Press, Ltd.: New York), 1990, pp. 61-69.

"Innovation and International Competitiveness in Pharmaceuticals," in Arnold Heertje and Mark Perlman, eds., Evolving Technology and Market Structure: Studies in Schumpeterian Economics, (University of Michigan Press), 1990, pp. 167-185.

"A New Look at the Returns and Risks to Pharmaceutical R&D," (with John Vernon), Management Science, Vol. 36, No. 7, July 1990, pp. 804-821.

"The Changing Economics of Pharmaceutical Research and Development," in Annetine C. Gelijns and Ethan A. Halm, eds., The Changing Economics of Medical Technology, (National Academy Press: Washington, D.C.), 1991, pp. 35-52.

"Product Liability in the Pharmaceuticals: Comments on Chapters Eight and Nine," in Peter W. Huber and Robert E. Litan, eds., The Liability Maze: The Impact of Liability Law on Safety and Innovation, (Brookings Institution: Washington, D.C.), 1991, pp. 360-366.

"The Cost of Innovation in the Pharmaceutical Industry," (with Joseph DiMasi, Ronald Hansen and Louis Lasagna), Journal of Health Economics, Volume 10, 1991, pp. 107-142.

"Pharmaceutical Research and Development: Returns and Risk," Sixth Annual Centre for Medicines Research Lecture 1991, Centre for Medicines Research, Surrey, England, 1991.

"The Effect of Medicaid Formularies on the Availability of New Drugs," (with Stuart O. Schweitzer and S. Renee Shiota), PharmacoEconomics, Vol. 1 (Suppl. 1), 1992, pp. 32-40.

"The Costs and Returns to Pharmaceutical Research and Development," Rivista Internazionale di Scienze sociali, (International Social Studies Review), September 1992, pp. 347-358.

"Brand Loyalty, Entry and Price Competition in Pharmaceuticals After the 1984 Drug Act," (with John M. Vernon), Journal of Law and Economics, Vol. 35, No. 2, October 1992, pp. 331-350.

"Pharmaceuticals and Health Care Costs," Proceedings of the First International Health Care Forum, Health Care Policy and the Pharmaceutical Industry, Gotemba, Japan, 1993.

"Health Reform and Pharmaceutical Innovation," Seton Hall Law Review, Vol. 24, No. 3, 1994, pp. 1221-1259.

"Innovation and Structural Change in Pharmaceuticals and Biotechnology," (with John Vernon), Industrial and Corporate Change, Vol. 3, No. 2, 1994, pp. 435-449.

"Returns to R&D on New Drug Introductions in the 1980s," (with John Vernon), Journal of Health Economics, Vol. 13, 1994, pp. 383-406.

"Research and Development Costs for New Drugs by Therapeutic Category: A Study of the U.S. Pharmaceutical Industry," (with Joseph A. DiMasi, Ronald W. Hansen, and Louis Lasagna), PharmacoEconomics, Vol. 7, No. 2, 1995, pp. 152-169.

"Economic Evaluation of Drug Treatment for Psychiatric Disorders: The New Clinical Trial Protocol," (with Gary Zarkin, Josephine Mauskopf, Heather A. Bannerman, and Richard H. Weisler), Chapter 161, in Floyd E. Bloom and David J. Kupfer, eds., Psychopharmacology: The Fourth Generation of Progress, (Raven Press, Ltd.: NY), 1995, pp. 1897-1905.

"R&D Costs, Innovative Output and Firm Size in the Pharmaceutical Industry," (with Joseph A. DiMasi and John Vernon), International Journal of the Economics of Business, Vol. 2, No. 2, 1995, pp. 201-219, (special volume honoring Merton J. Peck of Yale University).

"Price and Profit Control, New Competitive Dynamics and the Economics of Innovation in the Pharmaceutical Industry," in Adrian Towse, ed., Industrial Policy and the Pharmaceutical Industry, (Office of Health Economics: London), 1995, pp. 77-91.

"Economic Scales and Tests," (with Ronald W. Hansen), in B. Spilker, ed., Quality of Life and Pharmacoeconomics in Clinical Trials, Second Edition, (Lippincott-Raven Press: Philadelphia), 1996, pp. 79-84.

"Returns to Pharmaceutical R&D: Prospects Under Health Care Reform," (with John Vernon), in Robert Helms, ed., Competitive Strategies in the Pharmaceutical Industry, (AEI Press: Washington, D.C.), 1996, pp. 194-207.

"Longer Patents for Increased Generic Competition: The Waxman-Hatch Act After One Decade," PharmacoEconomics, Vol. 10, Suppl. 2, 1996, pp. 110-123.

"The Effect of Pharmacoeconomics on Company Research and Development Decisions," Pharmacoeconomics Vol. 11, No. 5, May 1997, pp. 389-397.

"The Impact of Cost-Effectiveness on Public and Private Policies in Health Care: An International Perspective," (Edited Symposium Volume with Frank Sloan), in Social Science & Medicine, Vol 45, No. 4, August 1997.

"Pharmacy Benefit Management, Cost-Effectiveness Analysis and Drug Formulary Decisions," (with C. Daniel Mullins), Social Science & Medicine, Vol. 45, No. 4, August 1997, pp. 535-544.

"Public Policy and Innovation in Pharmaceuticals and Biotechnology," in Demetri

Kantarelis, editor, <u>Business and Economics for the 21st Century, Volume I</u>, Business and Economic Society International, Worcester, Mass., 1997, pp. 343-349.

"The Role of Cost-Effectiveness Analysis in Managed Care Decisions," <u>Pharmacoeconomics</u>, Vol. 14, suppl. 1, 1998, pp. 15-24.

"The Determinants of Pharmaceutical Research and Development Expenditures," (with John Vernon), <u>Journal of Evolutionary Economics</u>, Vol. 10, 2000, pp. 201-215.

"Effective Patent Life in Pharmaceuticals," (with John Vernon), <u>International Journal of Technology Management</u>, Vol. 19, Nos. 1/2, 2000, pp. 98-120.

"The Distribution of Sales from Pharmaceutical Innovation," (with John Vernon) <u>PharmacoEconomics</u>, Vol. 18, suppl. 1, 2000, pp. 21-32.

"Pressures from the Demand Side: Market Dynamics and Industrial Structures," (with John Vernon), in Hannah Kettler, ed., <u>Consolidation and Competition in the Pharmaceutical Industry</u>, Office of Health Economics, London, 2001, pp. 62-79.

"Returns on Research and Development for 1990s New Drug Introductions," (with John Vernon and Joe DiMasi). <u>PharmacoEconomics</u>, Vol. 20, Supplement 3, 2002.

"Patents, Innovation and Access to New Pharmaceuticals," <u>Journal of International Economics Law</u> Vol 5, No. 4, December 2002, pp 849-860.

"Patents and New Product Development in the Pharmaceuticals and Biotechnology Industries," in John Duca, ed., Science and Cents: the Economics of Biotechnology, <u>Federal Reserve Bank of Dallas</u>, 2003.

"The Price of Innovation: New Estimates of Drug Development Costs," (with Joseph DiMasi and Ronald Hansen). <u>Journal of Health Economics</u>, Vol. 22, 2003, pp.141-185.

"The Ripple Effects of a Restrictive Medicaid Formulary (editorial), <u>American Journal of Managed Care</u>, Vol. 9, No. 10, October 2003, pp. 648-649.

"Are the Economics of Pharmaceutical R&D Changing? Productivity, Patents and Political Pressures," <u>PharmcoEconomics</u>, Vol. 22, Suppl. 2, 2004, pp. 15-24.

"R&D Costs and Returns by Therapeutic Category" (with Joseph DiMasi and John Vernon), <u>Drug Information Journal</u>, Vol. 38, No. 3, 2004, pp. 211-223.

"Increasing R&D Incentives for Neglected Diseases: Lessons from the Orphan Drug Act," in Maskus KE and Reichman JH, eds., <u>International Public Goods, and Transfer of</u>

Technology Under a Globalized Intellectual Property Regime, Cambridge University Press, 2005, pp. 457-480.

"Encouraging the Development of New Vaccines," Health Affairs, Vol. 24, No. 3, 2005, pp. 697-704.

"Extraordinary Claims Require Extraordinary Evidence," and "Setting the Record Straight on Setting the Record Straight: Response to Light and Warburton's Rejoinder," (with Joseph DiMasi and Ronald Hansen) Journal of Health Economics, 2005 Vol. 24, No.5, pp. 1034 and 1049.

"Developing Drugs for Developing Countries," (with David Ridley and Jeffrey Moe) Health Affairs March/April 2006 Vol. 25 No. 2, pp 313-324. .

"Entry and Competition in Generic Biologics" (with David Ridley and Kevin Schulman), forthcoming in Managerial and Decision Economics, 2006.

"The Quantity and Quality of Worldwide New Drug Introductions 1982 – 2003" (with Richard Wang), Health Affairs, March/April 2006, Vol. 25 No. 2, pp. 452-460.

"Generic Competition in the U.S. Pharmaceutical Industry" (with Atanu Saha, Howard Birnbaum, Paul Greenberg, and Oded Bizan), forthcoming in International Journal of the Economics of Business, 2006.

"How Did the 2003 Prescription Drug Re-Importation Bill Pass the House?" (with Omar Gobcalasis, Mike Adams and Edward Tower), forthcoming in Economics and Politics, 2006.

"Spending on Post-approval Drug Safety" (with David Ridley, Judith Kramer, Hugh Tilson, and Kevin Schulman), in Health Affairs, March/April, 2006, Vol. 25 No. 2, pp. 429-436.


Papers Presented at Major Professional Conferences:
    (Selected Presentations since 1990)

"Brand Loyalty, Entry, and Price Competition after the 1984 Act," Applied Econometric Association Meetings, Ankara, Turkey, June, 1990; also, Second World Congress in Health Economics, Zurich, Switzerland, September 1990.

"First Mover Advantages, Price and Non-Price Competition in Pharmaceuticals," American Economic Association Meetings, December 1990.

"International Competition in Pharmaceutical R&D," National Science Board on Industrial

Support for R&D, U.S. National Science Foundation, Washington, D.C., January 1991.

"Research and Development in an Era of Global Competition," Conference on American Pharmaceuticals in the Global Village, U.S. Department of State, Washington, D.C., June 1991.

"Pharmaceutical Research and Development: Returns and Risk," Centre for Medicines Research Annual Lecture 1991, Royal College of Physicians, London, England, July 1991.

"The Effect of Medicaid Formularies on the Availability of New Drugs," Tufts University Conference, Cost Containment and Pharmaceuticals: Issues for Future Research, Talloires, France, July 1991.

"Innovative Structure and Performance of the Pharmaceutical Industry," Second International Conference on the Economics of Innovation, University of Milan, Piacenza, Italy, June 1992.

"Pharmaceuticals and Health Care Costs," International Health Care Forum on Health Care Policy and the Pharmaceutical Industry, Gotemba, Japan, October 1992.

"Innovation and Structural Change in Pharmaceuticals and Biotechnology," American Economic Association Meetings, Anaheim, California, January 1993.

"Pharmaceutical R&D Costs, Prices and Profits," Conference on Pharmaceutical Industry Research, Innovation and Public Policy, Harvard University, John F. Kennedy School of Government, February 1993.

"Pharmaceutical R&D Returns: Prospects Under Health Care Reform," American Enterprise Institute Conference on Competitive Strategies in the Pharmaceutical Industry, October 1993.

"Health Care Reform--Implications for Pharmaceutical Innovation," Drug Information Association Workshop on Health Economics, Lisbon, Portugal, November 1993.

"The Administration's Health Reform Plan--Implications for Pharmaceutical Innovation," testimony before Congressman Waxman's House Subcommittee on Health and the Environment, February 1994.

"Socially Optimal Reimbursement and Utilization Policies for Pharmaceuticals," Hungarian National Social Insurance Administration, Budapest, Hungary, April 1994.

"Pharmaceuticals and Quality of Life: An Economist's Perspective," Forum Engelberg, Engelberg, Switzerland, April 1994.

"Price and Profit Control, New Competitive Dynamics and the Economics of Innovation in the Pharmaceutical Industry," Office of Health Economics Symposium on Industrial Policy, London, England, June 1994.

"Health Reform and Pharmaceutical Innovation," American Enterprise Institute, Washington, D.C., July 1994.

"R&D Costs, Innovational Output and Firm Size," Yale University Festschrift Honoring Merton J. Peck, New Haven, Connecticut, September 1994.

"The Effects of Increased Government Purchases on Vaccine R&D," testimony before the Subcommittee on Health and the Environment on the Vaccines for Children's Program, June 1995.

"PharmacoEconomics and Pharmaceutical Innovation," to IFPMA Conference on PharmacoEconomics in the year 2000, Geneva, Switzerland, February 1995.

"Development of New Pharmaceuticals," to the Third Princeton Conference on Drug Discovery and Development, Princeton, New Jersey, May 1995.

"Longer Patents for Increased Generic Competition: The Waxman-Hatch Act After One Decade," Tufts University Conference on Cost Containment Health Care Reform and Pharmaceutical Innovation, Talloires, France, July 1995.

"The Roles of Government in the Drug Regulation Process: Lessons from Other Nations," presented to Conference on Health Financing and Health Economics, Beijing, China, October 1995.

"The Use of Cost-Effectiveness Analysis by Pharmaceutical Benefit Management Companies," to Duke University Conference on Cost-Effectiveness Analysis in Decision Making," November 1995.

"The Effects of the Waxman Hatch Act on Drug Innovation and Generic Competition," Testimony before the U.S. Senate Judiciary Committee, March 1996.

"International Patent Policies and Pharmaceutical Innovation," to University of Vienna, May 1996.

"Public Policies and Pharmaceutical Innovation" to Jagellion University, Krakow, Poland, May 1996.

"Financing Health Care in Pharmaceuticals and Biotechnology," to OECD Workshop,

Paris, July 1996.

"Health Care and Innovation" to Seminar on Approaches to Cost Containment in Health Care, Kasteel de Willenburg, The Hague, October 1996.

"Pharmaceutical Innovation, Cost-Effectiveness Research and Emerging Regulatory Issues," American Enterprise Institute, Washington, D.C., November 1996.

"The Role of Cost-Effectiveness Analysis in Managed Care," Tufts University Center for the Study of Drug Development Conference, Talloires, France, July 1997.

"Public Policy and Innovation in Pharmaceuticals and Biotechnology," Business and Economics Society International Conference, Athens, Greece, July 1997.

"The Determinants of Pharmaceutical Research and Development Expenditures," Schumpeterian Society Meetings, Vienna, Austria, June 1998.

"Effective Patent Life in Pharmaceuticals," U.S. House of Representatives Colloquium for House Staff Members, June 1999.

"The Distribution of Sales from Pharmaceutical Innovation," Schumpeterian Society Meetings, Manchester England, June, 2000.

"New Research on the Returns to Pharmaceutical R&D," American Enterprise Institute, Washington, D.C., October 2000.

"Patent Policy Issues in Pharmaceuticals" Robert Wood Johnson Foundation Colloquium on the Pharmaceutical Industry, Washington, D.C., March 2001.

"Returns to Pharmaceutical R&D in the 1990s" Tufts University Conference, Center for the Study of Drug Development, Talloires France, July, 2001.

"Patents, Innovation and Access to New Pharmaceuticals," American Association for the Advancement of Science, Annual Meetings, Boston, February 2002.

"Patents and the Development of New Pharmaceuticals in Pharmaceuticals and Biotechnology Industry," Federal Reserve Bank of Dallas, April 2002.

"Returns to Pharmaceutical R&D," American Economic Association Meetings, Washington, DC, January 2003.

"Increasing R&D Incentives for Neglected Diseases," Duke University Law School Conference, April 2003; St. Vincent's College, September 2003; Georgetown University,

October 2003, Columbia University, December 2003.

"Are the Economics of Pharmaceutical R&D Changing? Productivity, Patents, and Political Pressures," Tufts University Center for the Study of Drug Development Conference, Talloires, France, July 2003.

"Global Returns on R&D From New Drug Introductions," Keio University, Tokyo, Japan, September 2003.

"R&D Costs and Returns by Therapeutic Category," Southern Economic Association Meetings, San Antonio, Texas, November 2003.

"The Hatch-Waxman Act and Drug Innovation," Food and Drug Law Institute Conference, Washington, DC, December 2004.

"Developing Drugs for Developing Countries," American Economic Association Meetings, Philadelphia, PA, January 2005; also International Health Economics Congress, Barcelona, Spain, July 2005.

"Generic Competition in Pharmaceuticals," International Conference on Pharmaceutical Innovation, Taipei, Taiwan, May 2005.

"Impact of Generic Competition on Pharmaceutical Markets," International Health Economics Congress, Barcelona, Spain, July 2005.

Research Grants and Government Projects:

Principal Investigator, National Science Foundation Grant to Yale University, "Collaborative Research on Determinants of Selected Firm Outlays," June 1969 - December 1970. ($9,800.00)

Principal Investigator, National Science Foundation Grant to NBER for research on "The Returns to Firm Investment Outlays, Plant and Equipment and Advertising Outlays," 1972-1974. ($47,900.00)

Principal Investigator, National Science Foundation Grant for Research on "The Effect of Product Quality Regulation on Innovation: The Case of the U.S. Ethical Pharmaceutical Industry," 1975-1978. ($111,700.00)

Consultant, Federal Trade Commission project on "The Effects of Repealing Anti-Substitution Laws on Drug Innovation," 1977-1978.

Study Rapporteur, National Academy of Sciences Committee on Technology and International Economic and Trade Issues, "The Impact of Government Regulation on Innovation," 1978-1979.

Principal Investigator, National Science Foundation Grant to Duke University for "Studies on Drug Substitution, Patent Policy and Innovation," 1979-1982. ($125,979.00)

Advisory Panel Member, Office of Technology Assessment, The Patent System and Its Assessment on New Technological Enterprises, 1982-1983.

Principal Investigator, Environmental Protection Agency Grant to Investigate the Effects of Regulation on Innovation in Pesticides, (with Kip Viscusi of the Fuqua School of Business), 1983-1984.

Member, Committee on Public-Private Sector Relations in Vaccine Innovation," Institute of Medicine, National Academy of Sciences, 1983-1985.

Principal Investigator, General Accounting Office, Research Project on the Effects of Different State Regulations on Automobile Insurance Premiums and Availability, 1984-1985.

Principal Investigator, Duke University, Program in Pharmaceuticals and Health Economics, Project on Cost Containment and Pharmaceutical Innovation, 1985-1991.

Principal Investigator, Duke University, Program in Pharmaceuticals and Health Economics, Project on Returns to Pharmaceutical R&D, 1990-1994.

Principal Investigator, Program in Pharmaceuticals and Health Economics, "Public Policy and Innovation in the Vaccine Industry," 1995-1997.

Principal Investigator, Program in Pharmaceuticals and Health Economics, "New Research on the Costs and Returns to R&D," 1998-2002.

Principal Investigator, "Increasing R&D Incentives for Neglected Diseases," 2002–2005.

## EXHIBIT B

All documents and references cited in this report.

"New FDA Labeling for Pfizer's Celebrex and All Other NSAIDs to Reflect Similar
Cardiovascular Profile."
(http://www.pfizer.com/pfizer/are/investors_releases/2005pr/mn_2005_0407.jsp)

US 5,466,823

US 5,760,068

US 5,563,165

The following documents from plaintiffs' production

| Bates First | Bates Last |
| --- | --- |
| PFC01236926 | PFC01236939 |
| PFC01236940 | PFC01236950 |
| PFC01239508 | PFC01239540 |
| PFC01534430 | PFC01534486 |
| PFC01534487 | PFC01534541 |
| PFC01534542 | PFC01534594 |
| PFC01534595 | PFC01534677 |
| PFC01534711 | PFC01534896 |
| PFC01534897 | PFC01534937 |
| PFC01534938 | PFC01534976 |
| PFC01534977 | PFC01535010 |
| PFC01535011 | PFC01535022 |
| PFC01535023 | PFC01535047 |
| PFC01535051 | PFC01535171 |
| PFC01535172 | PFC01535257 |
| PFC01547622 | PFC01547625 |
| PFC01578962 | PFC01578972 |

| Bates First | Bates Last |
| --- | --- |
| PFC01579924 | PFC01579942 |
| PFC01579968 | PFC01579973 |
| PFC01582058 | PFC01582065 |

Additional documents which I understand
are being Bates numbered and will be
identified.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Expert Report of Dr. Henry Grabowski to be served by electronic mail on the 5th day of May 2006 on the counsel for the defendant as follows:

> Thomas L. Creel
> Keith A. Zullow
> GOODWIN PROCTER LLP
> 599 Lexington Avenue
> New York, NY 10022
> Fax: 212-355-3333

I hereby certify that I caused a true and correct copy of the foregoing Expert Report of Dr. Henry Grabowski to be served by first class mail on the 5th day of May 2006 on the counsel for the defendant as follows:

> Thomas L. Creel
> Keith A. Zullow
> GOODWIN PROCTER LLP
> 599 Lexington Avenue
> New York, NY 10022
> Fax: 212-355-3333

> Michael E. Patunas
> LITE, DEPALMA, GREENBERG & RIVAS, LLC
> Two Gateway Center, 12[th] Floor
> Newark, NJ 07102
> Fax: 973-623-0858

Daniel Boglioli

VITA

Henry George Grabowski

| | | | |
|---|---|---|---|
| Office: | Department of Economics<br>Duke University<br>305 Social Sciences<br>Box 90097<br>Durham, N.C. 27708-0097 | Home: | 800 Cedar Falls Road<br>Chapel Hill, N.C. 27514 |
| Telephone:<br>Fax:<br>E-mail: | (919) 660-1839<br>(919) 684-8974<br>grabow@econ.duke.edu | Telephone: | (919) 929-7023 |

Born:     September 20, 1940 in Scranton, Pennsylvania
          Married, three children

Education:

        Lehigh University, B.S., Engineering Physics, 1962
        Princeton University, M.A., Economics, 1964
        Princeton University, Ph.D., Economics, 1967

Professional Career:

        Assistant Professor in Economics Department, Yale University, 1967-1971
        Research Associate, National Bureau of Economic Research, 1971-1972
        Associate Professor in Economics Department, Duke University, 1972-1976
        Professor in Economics Department, Duke University, 1976-
        Research Fellow, International Institute of Management, Berlin, Germany, 1976
        Visiting Scholar, Health Care Financing Administration, Office of Research,
           Washington, D.C. 1979-1980
        Director, Program in Pharmaceuticals and Health Economics, Duke
           University, 1983-

Adjunct Scholar and Advisory Board Member for Health Policy Research,
American Enterprise Institute for Public Policy Research
Board of Scientific Advisors, American Council on Science and Health
Associate Editor, The Quarterly Review of Economics and Finance
Associate Editor, Journal of Research in Pharmaceutical Economics

Major Fields of Interest:

| | |
|---|---|
| Industrial Organization | Government Regulation of Business |
| Economics of Innovation | Pharmaceutical Industry-Health |
| Economics | |

## Publications

Books and Monographs:

Drug Regulation and Innovation:  Empirical Evidence and Policy Options, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1976.

The Impact of Regulation on Industrial Innovation (with John Vernon) (National Academy of Sciences:  Washington, D.C.), 1979.

The Regulation of Pharmaceuticals:  Balancing the Benefits and Risks (with John Vernon) (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1983.

Health Reform and Pharmaceutical Innovation (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1994.

The Search for New Vaccines:  The Effects of the Vaccines for Children Program, (American Enterprise Institute for Public Policy Research:  Washington, D.C.), 1997.

Articles:

"A Graph-Oriented Model for Research Management," (with Oscar Morgenstern and R. W. Shepherd), in M. C. Yovits, D. M. Gilford, E. Staveley, and H. D. Lerner, eds., Research Program Effectiveness, (Gordon and Breach:  New York), 1966, pp. 187-216.

"The Determinants and Effects of Industrial Research and Development Expenditures," Journal of Political Economy, Vol. 76, No. 2, March/April, 1968, pp. 292-306; reprinted in K. S. Palda, ed., Readings in Managerial Economics, (Prentice-Hall), 1973; also reprinted in S. Yamey, ed., Economics of Industrial Structure: Selected Readings, (Penguin Modern Economics Series), 1973.

"Industrial Organization: The Role and Contribution of Econometrics," (with Dennis Mueller), American Economic Review, Vol. 60, No. 2, May 1970, pp. 100-104.

"Demand Shifting, Optimal Firm Growth, and Rule-of-Thumb Decision Making," Quarterly Journal of Economics, Vol. 84, May 1970, pp. 217-235.

"Non-Price Competition in the Cigarette Industry: A Comment," (with Dennis Mueller), Antitrust Bulletin, Vol. 40, Winter 1970, pp. 257-292.

"Imitative Advertising in the Cigarette Industry," (with Dennis C. Mueller), The Journal of American and Foreign Antitrust and Trade Regulation, Vol. 16, No. 2, Summer 1971, pp. 257-292.

"Determinants and Distributional Aspects of Enrollment in U.S. Higher Education," (with A. Corazzini and D. Dugan), Journal of Human Resources, Winter 1972, pp. 39-59.

"Managerial and Stockholder Welfare Models of Firm Expenditures," (with Dennis Mueller), Review of Economics and Statistics, Vol. 54, February 1972, pp. 9-24.

"Rivalry in Research and Development: An Empirical Study," (with Nevins D. Baxter), Journal of Industrial Economics, Vol. 21, No. 2, July 1973, pp. 209-235.

"Advertising and Resource Allocation: A Critique," in Salvatore F. Davita, ed., Advertising and the Public Interest, (American Marketing Association), 1974.

"Life Cycle Effects on Corporate Returns on Retentions," (with C. Dennis Mueller), Review of Economics and Statistics, Vol. 57, November 1975, pp. 400-409.

"Structural Effects of Regulation on Innovation in the Ethical Drug Industry," (with John Vernon), Chapter 10, in Robert T. Masson and P. David Qualls, eds., Essays on Industrial Organization in Honor of Joe S. Bain, (Ballinger Publishing Company: Cambridge), 1976, pp. 181-205.

"The Effects of Advertising on the Interindustry Distribution of Demand," in Occasional Papers of National Bureau of Economic Research, Explorations in Economic Research, Vol. 3, Winter 1976, pp. 21-75.

"The Effects of Regulatory Policy on the Incentives to Innovate: An International Comparative Analysis," (with John Vernon and Lacy Glenn Thomas), in Emery A. Link and Samuel Mitchell, eds., Impact of Public Policy on Drug Innovation and Pricing, (American University: Washington, D.C.), 1976, pp. 47-93.

"Consumer Protection Regulation in Ethical Drugs," (with John Vernon), American Economic Review, Vol. 67, February 1977, pp. 359-364.

"Estimating the Effects of Regulation on Innovation: An International Comparative Analysis of the Pharmaceutical Industry," (with John M. Vernon and Lacy Glenn Thomas), Journal of Law and Economics, Vol. 21, No. 1, April 1978, pp. 133-163.

"The Effects of Advertising on Intra Industry Shifts on Demand," in Occasional Papers of National Bureau of Economic Research, Explorations in Economic Research, Vol. 4, No. 5, Fall 1978, pp. 675-701.

"Consumer Product Safety Regulation," (with John M. Vernon), American Economic Review, Vol. 68, May 1978, pp. 284-289.

"Industrial Research and Development, Intangible Capital Stocks, and Firm Profit Rates," (with Dennis Mueller), Bell Journal of Economics, Vol. 9, No. 2, Fall 1978, pp. 328-343.

"New Studies on Market Definition, Concentration, Theory of Supply, Entry and Promotion," (with John M. Vernon), in Robert I. Chien, ed., Issues in Pharmaceutical Economics, (Lexington Books: Lexington, Mass.), 1979, pp. 29-52.

"Regulation of the United States Pharmaceutical Industry: Current Problems and Policy Developments," in George Teeling-Smith, ed., Medicines for the Year 2000, (Office of Health Economics: London, England), 1979, pp. 57-74.

The Effects of Product Quality Regulation on Innovation in the U.S. Pharmaceutical Industry, Final Report for the National Science Foundation Grant PRA 75-19823 (National Technical Information Services, Washington, D.C.), 1979.

"The Impact of Regulation on Innovation," Food Drug Cosmetic Law Journal, Vol. 34, No. 10, October 1979, pp. 555-560.

"Substitution Laws and Innovation in the Pharmaceutical Industry," (with John Vernon), Law and Contemporary Problems, Winter/Spring Issue, 1979, pp. 43-66.

"Regulation and the International Diffusion of Pharmaceuticals," in Robert B. Helms, ed., The International Supply of Medicines, (American Enterprise Institute for Public Policy Research: Washington, D.C.), 1980, pp. 5-36.

"The Determinants of R&D Expenditures," (with John Vernon), in Robert B. Helms, ed., Drugs and Health, (American Enterprise Institute for Public Policy Research: Washington, D.C.), 1981, pp. 3-20.

"Regulation and Industrial Innovation," in Industrial Innovation and Public Policy Options: Background Papers for a Colloquium, (National Academy Press: Washington, D.C.), 1981, pp. 65-81.

"Auto Safety Regulation: An Analysis of Market Failure," (with Richard J. Arnould), The Bell Journal of Economics, Vol. 12, No. 1, Spring 1981, pp. 27-48.

"Public Policy and Innovation: The Case of Pharmaceuticals," Technovation, Vol. 1, 1982, pp. 157-189.

"A Sensitivity Analysis of Expected Profitability of Pharmaceutical Research and Development," (with John Vernon), Managerial and Decision Economics, Vol. 3, No. 1, March 1982, pp. 36-40.

"Public Policy and Pharmaceutical Innovation," Health Care Financing Review, Vol. 4, No. 1, September 1982, pp. 75-87.

"An Evaluation of the Maximum Allowable Cost Program," (with Jean P. Gagnon), in The Effectiveness of Medicines in Containing Health Care Costs, Proceedings of a Symposium of the National Pharmaceutical Council, Washington, D.C., 1982, pp. 81-113.

"The Pharmaceutical Industry," (with John M. Vernon), in Richard R. Nelson, ed., Government and Technical Progress - A Cross-Industry Analysis, (Pergamon Press: New York), 1982, pp. 283-360.

"Automobile Safety Regulation: A Review of the Evidence," (with Richard J. Arnould), in Richard O. Zerbe, ed., Research in Law and Economics, Vol. 5, 1983, pp. 233-267.

"The Impact of Patent and Regulatory Policies on Drug Innovation," Medical Marketing & Media, Vol. 18, No. 10, October 1983, pp. 42-63.

"A Computer Simulation Model of Pharmaceutical Innovation," (with John Vernon), in Bjorn Lindgren, ed., Pharmaceutical Economics, (Swedish Institute for Health Economics and Liber Forlag: Lund, Sweden), 1984, pp. 159-175.

5

Studies on Drug Substitution, <u>Patent Policy and Innovation in the Pharmaceutical Industry</u>, Final report to the National Science Foundation available from the National Technical Information Services, Number PB-85-109700, Washington, D.C., 1985.

"Organizational Capital and the Choice between Specialization and Diversification," (with Michael Gort and Robert McGuckin), <u>Managerial and Decision Economics</u>, Vol. 6, No. 1, March 1985, pp. 2-10.

"Economic Aspects of Vaccine Innovation and Manufacturing," (with Lawrence De Brock), Chapter 4, in <u>Vaccine Supply and Innovation</u>, (National Academy Press: Washington, D.C.), 1985, pp. 45-64.

"Longer Patents for Lower Imitation Barriers: The 1984 Drug Act," (with John Vernon), <u>The American Economic Review</u>, Vol. 76, May 1986, pp. 195-198.

"Health Care Cost Containment and Pharmaceutical Innovation," in <u>Proceedings of the Conferences on Health Care and the Elderly</u>, (Washington, D.C.), 1986, pp. 25-28.

"Pioneers, Imitators, and Generics--A Simulation Model of Schumpeterian Competition," (with John Vernon), <u>The Quarterly Journal of Economics</u>, August 1987, pp. 491-525.

"The Health/Economic Benefits of Drug Therapy: Efficacy, Low Risk, Cost Effectiveness, Patient Information and Emancipation," <u>Swiss Pharma</u>, Vol. 9, No. 3a, 1987, pp. 29-31.

"Impact of Patent and Regulatory Policies on Drug Innovation," <u>Proceedings of the Second Annual Shearson Lehman Hutton Conference on Legal and Regulatory Issues Affecting Biotechnology and Health Care</u>, (Shearson Lehman Hutton, Inc.: New York), October 1988, pp. 5-16.

"Medicaid Patients' Access to New Drugs," <u>Health Affairs</u>, Winter 1988, pp. 102-114.

"Price and Availability Tradeoffs of Automobile Insurance Regulation," (with W. Kip Viscusi and William N. Evans), <u>Journal of Risk and Insurance</u>, Vol. LVI, No. 2, June 1989, pp. 275-299.

"An Analysis of U.S. International Competitiveness in Pharmaceuticals," <u>Managerial and Decision Economics</u>, Special Issue, 1989, pp. 27-33.

"Economic Scales and Tests," (with Ronald W. Hansen), in B. Spilker, ed., <u>Quality of Life Assessments in Clinical Trials</u>, (Raven Press, Ltd.: New York), 1990, pp. 61-69.

"Innovation and International Competitiveness in Pharmaceuticals," in Arnold Heertje and Mark Perlman, eds., Evolving Technology and Market Structure: Studies in Schumpeterian Economics, (University of Michigan Press), 1990, pp. 167-185.

"A New Look at the Returns and Risks to Pharmaceutical R&D," (with John Vernon), Management Science, Vol. 36, No. 7, July 1990, pp. 804-821.

"The Changing Economics of Pharmaceutical Research and Development," in Annetine C. Gelijns and Ethan A. Halm, eds., The Changing Economics of Medical Technology, (National Academy Press: Washington, D.C.), 1991, pp. 35-52.

"Product Liability in the Pharmaceuticals: Comments on Chapters Eight and Nine," in Peter W. Huber and Robert E. Litan, eds., The Liability Maze: The Impact of Liability Law on Safety and Innovation, (Brookings Institution: Washington, D.C.), 1991, pp. 360-366.

"The Cost of Innovation in the Pharmaceutical Industry," (with Joseph DiMasi, Ronald Hansen and Louis Lasagna), Journal of Health Economics, Volume 10, 1991, pp. 107-142.

"Pharmaceutical Research and Development: Returns and Risk," Sixth Annual Centre for Medicines Research Lecture 1991, Centre for Medicines Research, Surrey, England, 1991.

"The Effect of Medicaid Formularies on the Availability of New Drugs," (with Stuart O. Schweitzer and S. Renee Shiota), PharmacoEconomics, Vol. 1 (Suppl. 1), 1992, pp. 32-40.

"The Costs and Returns to Pharmaceutical Research and Development," Rivista Internazionale di Scienze sociali, (International Social Studies Review), September 1992, pp. 347-358.

"Brand Loyalty, Entry and Price Competition in Pharmaceuticals After the 1984 Drug Act," (with John M. Vernon), Journal of Law and Economics, Vol. 35, No. 2, October 1992, pp. 331-350.

"Pharmaceuticals and Health Care Costs," Proceedings of the First International Health Care Forum, Health Care Policy and the Pharmaceutical Industry, Gotemba, Japan, 1993.

"Health Reform and Pharmaceutical Innovation," Seton Hall Law Review, Vol. 24, No. 3, 1994, pp. 1221-1259.

"Innovation and Structural Change in Pharmaceuticals and Biotechnology," (with John Vernon), Industrial and Corporate Change, Vol. 3, No. 2, 1994, pp. 435-449.

"Returns to R&D on New Drug Introductions in the 1980s," (with John Vernon), Journal of Health Economics, Vol. 13, 1994, pp. 383-406.

"Research and Development Costs for New Drugs by Therapeutic Category: A Study of the U.S. Pharmaceutical Industry," (with Joseph A. DiMasi, Ronald W. Hansen, and Louis Lasagna), PharmacoEconomics, Vol. 7, No. 2, 1995, pp. 152-169.

"Economic Evaluation of Drug Treatment for Psychiatric Disorders: The New Clinical Trial Protocol," (with Gary Zarkin, Josephine Mauskopf, Heather A. Bannerman, and Richard H. Weisler), Chapter 161, in Floyd E. Bloom and David J. Kupfer, eds., Psychopharmacology: The Fourth Generation of Progress, (Raven Press, Ltd.: NY), 1995, pp. 1897-1905.

"R&D Costs, Innovative Output and Firm Size in the Pharmaceutical Industry," (with Joseph A. DiMasi and John Vernon), International Journal of the Economics of Business, Vol. 2, No. 2, 1995, pp. 201-219, (special volume honoring Merton J. Peck of Yale University).

"Price and Profit Control, New Competitive Dynamics and the Economics of Innovation in the Pharmaceutical Industry," in Adrian Towse, ed., Industrial Policy and the Pharmaceutical Industry, (Office of Health Economics: London), 1995, pp. 77-91.

"Economic Scales and Tests," (with Ronald W. Hansen), in B. Spilker, ed., Quality of Life and Pharmacoeconomics in Clinical Trials, Second Edition, (Lippincott-Raven Press: Philadelphia), 1996, pp. 79-84.

"Returns to Pharmaceutical R&D: Prospects Under Health Care Reform," (with John Vernon), in Robert Helms, ed., Competitive Strategies in the Pharmaceutical Industry, (AEI Press: Washington, D.C.), 1996, pp. 194-207.

"Longer Patents for Increased Generic Competition: The Waxman-Hatch Act After One Decade," PharmacoEconomics, Vol. 10, Suppl. 2, 1996, pp. 110-123.

"The Effect of Pharmacoeconomics on Company Research and Development Decisions," Pharmacoeconomics Vol. 11, No. 5, May 1997, pp. 389-397.

"The Impact of Cost-Effectiveness on Public and Private Policies in Health Care: An International Perspective," (Edited Symposium Volume with Frank Sloan), in Social Science & Medicine, Vol 45, No. 4, August 1997.

"Pharmacy Benefit Management, Cost-Effectiveness Analysis and Drug Formulary Decisions," (with C. Daniel Mullins), Social Science & Medicine, Vol. 45, No. 4, August 1997, pp. 535-544.

"Public Policy and Innovation in Pharmaceuticals and Biotechnology," in Demetri

Kantarelis, editor, <u>Business and Economics for the 21st Century, Volume I</u>, Business and Economic Society International, Worcester, Mass., 1997, pp. 343-349.

"The Role of Cost-Effectiveness Analysis in Managed Care Decisions," <u>Pharmacoeconomics</u>, Vol. 14, suppl. 1, 1998, pp. 15-24.

"The Determinants of Pharmaceutical Research and Development Expenditures," (with John Vernon), <u>Journal of Evolutionary Economics</u>, Vol. 10, 2000, pp. 201-215.

"Effective Patent Life in Pharmaceuticals," (with John Vernon), <u>International Journal of Technology Management</u>, Vol. 19, Nos. 1/2, 2000, pp. 98-120.

"The Distribution of Sales from Pharmaceutical Innovation," (with John Vernon) <u>PharmacoEconomics</u>, Vol. 18, suppl. 1, 2000, pp. 21-32.

"Pressures from the Demand Side: Market Dynamics and Industrial Structures," (with John Vernon), in Hannah Kettler, ed., <u>Consolidation and Competition in the Pharmaceutical Industry</u>, Office of Health Economics, London, 2001, pp. 62-79.

"Returns on Research and Development for 1990s New Drug Introductions," (with John Vernon and Joe DiMasi). <u>PharmacoEconomics</u>, Vol. 20, Supplement 3, 2002.

"Patents, Innovation and Access to New Pharmaceuticals," <u>Journal of International Economics Law</u> Vol 5, No. 4, December 2002, pp 849-860.

"Patents and New Product Development in the Pharmaceuticals and Biotechnology Industries," in John Duca, ed., Science and Cents: the Economics of Biotechnology, <u>Federal Reserve Bank of Dallas</u>, 2003.

"The Price of Innovation: New Estimates of Drug Development Costs," (with Joseph DiMasi and Ronald Hansen). <u>Journal of Health Economics</u>, Vol. 22, 2003, pp.141-185.

"The Ripple Effects of a Restrictive Medicaid Formulary (editorial), <u>American Journal of Managed Care</u>, Vol. 9, No. 10, October 2003, pp. 648-649.

"Are the Economics of Pharmaceutical R&D Changing? Productivity, Patents and Political Pressures," <u>PharmcoEconomics</u>, Vol. 22, Suppl. 2, 2004, pp. 15-24.

"R&D Costs and Returns by Therapeutic Category" (with Joseph DiMasi and John Vernon), <u>Drug Information Journal</u>, Vol. 38, No. 3, 2004, pp. 211-223.

"Increasing R&D Incentives for Neglected Diseases: Lessons from the Orphan Drug Act," in Maskus KE and Reichman JH, eds., <u>International Public Goods, and Transfer of</u>

Technology Under a Globalized Intellectual Property Regime, Cambridge University Press, 2005, pp. 457-480.

"Encouraging the Development of New Vaccines," Health Affairs, Vol. 24, No. 3, 2005, pp. 697-704.

"Extraordinary Claims Require Extraordinary Evidence," and "Setting the Record Straight on Setting the Record Straight: Response to Light and Warburton's Rejoinder," (with Joseph DiMasi and Ronald Hansen) Journal of Health Economics, 2005 Vol. 24, No.5, pp. 1034 and 1049.

"Developing Drugs for Developing Countries," (with David Ridley and Jeffrey Moe) Health Affairs March/April 2006 Vol. 25 No. 2, pp 313-324. .

"Entry and Competition in Generic Biologics" (with David Ridley and Kevin Schulman), forthcoming in Managerial and Decision Economics, 2006.

"The Quantity and Quality of Worldwide New Drug Introductions 1982 – 2003" (with Richard Wang), Health Affairs, March/April 2006, Vol. 25 No. 2, pp. 452-460.

"Generic Competition in the U.S. Pharmaceutical Industry" (with Atanu Saha, Howard Birnbaum, Paul Greenberg, and Oded Bizan), forthcoming in International Journal of the Economics of Business, 2006.

"How Did the 2003 Prescription Drug Re-Importation Bill Pass the House?" (with Omar Gobcalasis, Mike Adams and Edward Tower), forthcoming in Economics and Politics, 2006.

"Spending on Post-approval Drug Safety" (with David Ridley, Judith Kramer, Hugh Tilson, and Kevin Schulman), in Health Affairs, March/April, 2006, Vol. 25 No. 2, pp. 429-436.


Papers Presented at Major Professional Conferences:
        (Selected Presentations since 1990)

"Brand Loyalty, Entry, and Price Competition after the 1984 Act," Applied Econometric Association Meetings, Ankara, Turkey, June, 1990; also, Second World Congress in Health Economics, Zurich, Switzerland, September 1990.

"First Mover Advantages, Price and Non-Price Competition in Pharmaceuticals," American Economic Association Meetings, December 1990.

"International Competition in Pharmaceutical R&D," National Science Board on Industrial

Support for R&D, U.S. National Science Foundation, Washington, D.C., January 1991.

"Research and Development in an Era of Global Competition," Conference on American Pharmaceuticals in the Global Village, U.S. Department of State, Washington, D.C., June 1991.

"Pharmaceutical Research and Development: Returns and Risk," Centre for Medicines Research Annual Lecture 1991, Royal College of Physicians, London, England, July 1991.

"The Effect of Medicaid Formularies on the Availability of New Drugs," Tufts University Conference, Cost Containment and Pharmaceuticals: Issues for Future Research, Talloires, France, July 1991.

"Innovative Structure and Performance of the Pharmaceutical Industry," Second International Conference on the Economics of Innovation, University of Milan, Piacenza, Italy, June 1992.

"Pharmaceuticals and Health Care Costs," International Health Care Forum on Health Care Policy and the Pharmaceutical Industry, Gotemba, Japan, October 1992.

"Innovation and Structural Change in Pharmaceuticals and Biotechnology," American Economic Association Meetings, Anaheim, California, January 1993.

"Pharmaceutical R&D Costs, Prices and Profits," Conference on Pharmaceutical Industry Research, Innovation and Public Policy, Harvard University, John F. Kennedy School of Government, February 1993.

"Pharmaceutical R&D Returns: Prospects Under Health Care Reform," American Enterprise Institute Conference on Competitive Strategies in the Pharmaceutical Industry, October 1993.

"Health Care Reform--Implications for Pharmaceutical Innovation," Drug Information Association Workshop on Health Economics, Lisbon, Portugal, November 1993.

"The Administration's Health Reform Plan--Implications for Pharmaceutical Innovation," testimony before Congressman Waxman's House Subcommittee on Health and the Environment, February 1994.

"Socially Optimal Reimbursement and Utilization Policies for Pharmaceuticals," Hungarian National Social Insurance Administration, Budapest, Hungary, April 1994.

"Pharmaceuticals and Quality of Life: An Economist's Perspective," Forum Engelberg, Engelberg, Switzerland, April 1994.

"Price and Profit Control, New Competitive Dynamics and the Economics of Innovation in the Pharmaceutical Industry," Office of Health Economics Symposium on Industrial Policy, London, England, June 1994.

"Health Reform and Pharmaceutical Innovation," American Enterprise Institute, Washington, D.C., July 1994.

"R&D Costs, Innovational Output and Firm Size," Yale University Festschrift Honoring Merton J. Peck, New Haven, Connecticut, September 1994.

"The Effects of Increased Government Purchases on Vaccine R&D," testimony before the Subcommittee on Health and the Environment on the Vaccines for Children's Program, June 1995.

"PharmacoEconomics and Pharmaceutical Innovation," to IFPMA Conference on PharmacoEconomics in the year 2000, Geneva, Switzerland, February 1995.

"Development of New Pharmaceuticals," to the Third Princeton Conference on Drug Discovery and Development, Princeton, New Jersey, May 1995.

"Longer Patents for Increased Generic Competition: The Waxman-Hatch Act After One Decade," Tufts University Conference on Cost Containment Health Care Reform and Pharmaceutical Innovation, Talloires, France, July 1995.

"The Roles of Government in the Drug Regulation Process: Lessons from Other Nations," presented to Conference on Health Financing and Health Economics, Beijing, China, October 1995.

"The Use of Cost-Effectiveness Analysis by Pharmaceutical Benefit Management Companies," to Duke University Conference on Cost-Effectiveness Analysis in Decision Making," November 1995.

"The Effects of the Waxman Hatch Act on Drug Innovation and Generic Competition," Testimony before the U.S. Senate Judiciary Committee, March 1996.

"International Patent Policies and Pharmaceutical Innovation," to University of Vienna, May 1996.

"Public Policies and Pharmaceutical Innovation" to Jagellion University, Krakow, Poland, May 1996.

"Financing Health Care in Pharmaceuticals and Biotechnology," to OECD Workshop,

Paris, July 1996.

"Health Care and Innovation" to Seminar on Approaches to Cost Containment in Health Care, Kasteel de Willenburg, The Hague, October 1996.

"Pharmaceutical Innovation, Cost-Effectiveness Research and Emerging Regulatory Issues," American Enterprise Institute, Washington, D.C., November 1996.

"The Role of Cost-Effectiveness Analysis in Managed Care," Tufts University Center for the Study of Drug Development Conference, Talloires, France, July 1997.

"Public Policy and Innovation in Pharmaceuticals and Biotechnology," Business and Economics Society International Conference, Athens, Greece, July 1997.

"The Determinants of Pharmaceutical Research and Development Expenditures," Schumpeterian Society Meetings, Vienna, Austria, June 1998.

"Effective Patent Life in Pharmaceuticals," U.S. House of Representatives Colloquium for House Staff Members, June 1999.

"The Distribution of Sales from Pharmaceutical Innovation," Schumpeterian Society Meetings, Manchester England, June, 2000.

"New Research on the Returns to Pharmaceutical R&D," American Enterprise Institute, Washington, D.C., October 2000.

"Patent Policy Issues in Pharmaceuticals" Robert Wood Johnson Foundation Colloquium on the Pharmaceutical Industry, Washington, D.C., March 2001.

"Returns to Pharmaceutical R&D in the 1990s" Tufts University Conference, Center for the Study of Drug Development, Talloires France, July, 2001.

"Patents, Innovation and Access to New Pharmaceuticals," American Association for the Advancement of Science, Annual Meetings, Boston, February 2002.

"Patents and the Development of New Pharmaceuticals in Pharmaceuticals and Biotechnology Industry," Federal Reserve Bank of Dallas, April 2002.

"Returns to Pharmaceutical R&D," American Economic Association Meetings, Washington, DC, January 2003.

"Increasing R&D Incentives for Neglected Diseases," Duke University Law School Conference, April 2003; St. Vincent's College, September 2003; Georgetown University,

October 2003, Columbia University, December 2003.

"Are the Economics of Pharmaceutical R&D Changing? Productivity, Patents, and Political Pressures," Tufts University Center for the Study of Drug Development Conference, Talloires, France, July 2003.

"Global Returns on R&D From New Drug Introductions," Keio University, Tokyo, Japan, September 2003.

"R&D Costs and Returns by Therapeutic Category," Southern Economic Association Meetings, San Antonio, Texas, November 2003.

"The Hatch-Waxman Act and Drug Innovation," Food and Drug Law Institute Conference, Washington, DC, December 2004.

"Developing Drugs for Developing Countries," American Economic Association Meetings, Philadelphia, PA, January 2005; also International Health Economics Congress, Barcelona, Spain, July 2005.

"Generic Competition in Pharmaceuticals," International Conference on Pharmaceutical Innovation, Taipei, Taiwan, May 2005.

"Impact of Generic Competition on Pharmaceutical Markets," International Health Economics Congress, Barcelona, Spain, July 2005.

Research Grants and Government Projects:

Principal Investigator, National Science Foundation Grant to Yale University, "Collaborative Research on Determinants of Selected Firm Outlays," June 1969 - December 1970. ($9,800.00)

Principal Investigator, National Science Foundation Grant to NBER for research on "The Returns to Firm Investment Outlays, Plant and Equipment and Advertising Outlays," 1972-1974. ($47,900.00)

Principal Investigator, National Science Foundation Grant for Research on "The Effect of Product Quality Regulation on Innovation: The Case of the U.S. Ethical Pharmaceutical Industry," 1975-1978. ($111,700.00)

Consultant, Federal Trade Commission project on "The Effects of Repealing Anti-Substitution Laws on Drug Innovation," 1977-1978.

Study Rapporteur, National Academy of Sciences Committee on Technology and International Economic and Trade Issues, "The Impact of Government Regulation on Innovation," 1978-1979.

Principal Investigator, National Science Foundation Grant to Duke University for "Studies on Drug Substitution, Patent Policy and Innovation," 1979-1982. ($125,979.00)

Advisory Panel Member, Office of Technology Assessment, The Patent System and Its Assessment on New Technological Enterprises, 1982-1983.

Principal Investigator, Environmental Protection Agency Grant to Investigate the Effects of Regulation on Innovation in Pesticides, (with Kip Viscusi of the Fuqua School of Business), 1983-1984.

Member, Committee on Public-Private Sector Relations in Vaccine Innovation," Institute of Medicine, National Academy of Sciences, 1983-1985.

Principal Investigator, General Accounting Office, Research Project on the Effects of Different State Regulations on Automobile Insurance Premiums and Availability, 1984-1985.

Principal Investigator, Duke University, Program in Pharmaceuticals and Health Economics, Project on Cost Containment and Pharmaceutical Innovation, 1985-1991.

Principal Investigator, Duke University, Program in Pharmaceuticals and Health Economics, Project on Returns to Pharmaceutical R&D, 1990-1994.

Principal Investigator, Program in Pharmaceuticals and Health Economics, "Public Policy and Innovation in the Vaccine Industry," 1995-1997.

Principal Investigator, Program in Pharmaceuticals and Health Economics, "New Research on the Costs and Returns to R&D," 1998-2002.

Principal Investigator, "Increasing R&D Incentives for Neglected Diseases," 2002–2005.

Figure 1: U.S. Sales of COX-2 Selective NSAIDs and Leading Non-Selective NSAIDs

| Drugs | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| Celebrex® | | 1,418 | 2,167 | 2,549 | 2,586 | 2,600 | 2,787 | 1,598 |
| Bextra® | | | | | 453 | 940 | 1,255 | 174 |
| Vioxx® | | 373 | 1,526 | 2,049 | 1,838 | 1,821 | 1,351 | 0 |
| Relafen®/Nabumetone | 531 | 447 | 343 | 303 | 146 | 103 | 100 | 140 |
| Daypro®/Oxaprozin | 370 | 284 | 169 | 79 | 33 | 20 | 17 | 20 |
| Arthrotec® | 200 | 236 | 157 | 154 | 152 | 155 | 143 | 196 |
| Naproxen | 300 | 228 | 197 | 122 | 109 | 88 | 81 | 69 |
| Diclofenac Sodium | 260 | 210 | 152 | 87 | 71 | 62 | 68 | 67 |
| Lodine XL® | 146 | 128 | 69 | 21 | 12 | 7 | 3 | 1 |
| Ibuprofen | 69 | 80 | 76 | 64 | 66 | 61 | 61 | 67 |
| Mobic® | | | 38 | 157 | 230 | 310 | 505 | 1,095 |
| All Other | 367 | 242 | 176 | 156 | 154 | 140 | 135 | 173 |
| Total | 2,244 | 3,646 | 5,071 | 5,740 | 5,849 | 6,305 | 6,505 | 3,600 |

Generic nabumetone and oxaprozin are introduced in 2001.
Vioxx® was launched in May 1999.
Bextra® was launched in January 2002.
Mobic® was launched in May 2000.

*1999-2005 IMS Data, "National Sales Perspectives"; PFC01534472-73

Figure 2: U.S. Sales of COX-2 Selective NSAIDs (Celebrex®, Vioxx® and Bextra®)

| Drugs | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| Celebrex® | | 1,418 | 2,167 | 2,549 | 2,586 | 2,600 | 2,787 | 1,598 |
| Vioxx® | | 373 | 1,526 | 2,049 | 1,838 | 1,821 | 1,351 | 0 |
| Bextra® | | | | | 453 | 940 | 1,255 | 174 |

Vioxx® was launched in May 1999.
Bextra® was launched in January 2002.

*1999-2005 IMS data, "National Sales Perspectives."

Figure 3: U.S. Prescriptions of COX-2 Selective NSAIDs and Leading Non-Selective NSAIDs

| Drugs | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|
| Celebrex® | | 17.5 | 24.9 | 27.1 | 26.0 | 23.7 | 23.9 | 14.3 |
| Bextra® | | | | | 5.2 | 10.4 | 12.8 | 1.8 |
| Vioxx® | | 4.8 | 20.6 | 25.4 | 22.0 | 19.8 | 13.9 | 0.0 |
| Relafen®/Nabumetone | 8.7 | 7.1 | 5.1 | 4.1 | 3.5 | 3.3 | 3.5 | 5.1 |
| Daypro®/Oxaprozin | 5.7 | 4.0 | 2.1 | 1.4 | 1.1 | 1.0 | 1.0 | 1.3 |
| Arthrotec® | 2.9 | 3.2 | 2.0 | 1.8 | 1.7 | 1.6 | 1.4 | 1.8 |
| Naproxen | 16.2 | 15.7 | 14.7 | 14.0 | 13.8 | 13.8 | 14.6 | 13.9 |
| Diclofenac Sodium | 5.6 | 4.9 | 4.0 | 3.7 | 3.6 | 3.7 | 4.2 | 5.9 |
| Lodine XL® | 2.4 | 2.0 | 1.0 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 |
| Ibuprofen | 22.6 | 23.7 | 22.9 | 22.8 | 23.2 | 23.2 | 23.3 | 26.4 |
| Mobic® | | | 0.5 | 2.3 | 2.9 | 3.3 | 4.6 | 9.2 |
| All Other | 15.5 | 13.0 | 11.0 | 10.2 | 9.6 | 9.2 | 9.5 | 11.9 |
| Total | 79.5 | 96.1 | 108.8 | 112.8 | 112.8 | 112.9 | 112.7 | 91.5 |

Generic nabumetone and oxaprozin are introduced in 2001.
Vioxx® was launched in May 1999.
Bextra® was launched in January 2002.
Mobic® was launched in May 2000.

*1999-2005 IMS data, "National Prescription Audit", PFC0153447Z-73.

Figure 4: U.S. Prescriptions of COX-2 Selective NSAIDs (Celebrex®, Vioxx® and Bextra®)

| Drugs | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|-------|------|------|------|------|------|------|------|------|
| Celebrex® | | 17.5 | 24.9 | 27.1 | 26.0 | 23.7 | 23.9 | 14.3 |
| Vioxx® | | 4.8 | 20.6 | 25.4 | 22.0 | 19.8 | 13.9 | 0.0 |
| Bextra® | | | | | 5.2 | 10.4 | 12.8 | 1.8 |

Vioxx® was launched in May 1999.
Bextra® was launched in January 2002.

*1999-2005 IMS data, "National Prescription Audit."

Figure 5: U.S. Sales of NSAIDs Pre and Post Celebrex® Launch

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| All NSAIDS (Non-Selective and COX-2 Selective) | | | | 3,646 | 5,071 | 5,740 | 5,849 | 6,305 | 6,505 | 3,600 |
| All Non-Selective NSAIDs & Celebrex® | | | | 3,273 | 3,545 | 3,691 | 3,558 | 3,544 | 3,899 | 3,426 |
| All Non-Selective NSAIDs | 2,162 | 1,875 | 2,244 | 1,855 | 1,378 | 1,142 | 972 | 944 | 1,112 | 1,828 |

*1999-2005 IMS data, "National Sales Perspectives"; PFC01534472-73; 1997 & 1998 U.S. Market Performance & Promotion Summary.

Figure 6: Total U.S. Prescriptions of NSAIDs Pre and Post Celebrex® Launch

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| All NSAIDS (Non-Selective and COX-2 Selective) | | | | 96.1 | 108.8 | 112.8 | 112.8 | 112.9 | 112.7 | 91.5 |
| All Non-Selective NSAIDs & Celebrex® | | | | 91.3 | 88.2 | 87.4 | 85.6 | 82.7 | 86.0 | 89.7 |
| All Non-Selective NSAIDs | 78.3 | 76.4 | 79.5 | 73.8 | 63.3 | 60.3 | 59.6 | 59.0 | 62.1 | 75.4 |

1999-2005 IMS data, "National Prescription Audit", PFC01534472-73; 1997 & 1998 U.S. Market Performance & Promotion Summary.

Figure 7: NSAID Market Share From 1999-2005

| Drugs | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|
| Celebrex® | 18.3 | 22.9 | 24.0 | 23.1 | 20.9 | 21.2 | 15.6 |
| Vioxx® | 5.0 | 19.0 | 22.5 | 19.5 | 17.6 | 12.3 | 0.0 |
| Bextra® | 0 | 0 | 0 | 4.6 | 9.2 | 11.4 | 1.9 |
| Relafen®/Nabumetone | 7.4 | 4.7 | 3.6 | 3.1 | 2.9 | 3.1 | 5.6 |
| Daypro®/Oxaprozin | 4.1 | 1.9 | 1.3 | 1.0 | 0.9 | 0.9 | 1.4 |
| Arthrotec® | 3.4 | 1.8 | 1.6 | 1.5 | 1.4 | 1.2 | 1.9 |
| Naproxen | 15.8 | 13.3 | 12.2 | 12.1 | 12.1 | 12.9 | 15.1 |
| Diclofenac Sodium | 3.6 | 3.1 | 3.0 | 3.1 | 3.2 | 3.7 | 6.3 |
| Lodine XL® | 2.1 | 0.9 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 |
| Ibuprofen | 24.0 | 20.6 | 19.9 | 20.3 | 20.4 | 20.6 | 28.7 |
| Mobic® | 0.0 | 0.5 | 2.0 | 2.3 | 2.9 | 4.1 | 10.0 |
| All Others | 16.3 | 11.3 | 9.7 | 9.3 | 8.4 | 8.6 | 13.5 |

Vioxx® was launched in May 1999.
Bextra® was launched in January 2002.
Mobic® was launched in May 2000.

*1999-2005 IMS data, "National Prescription Audit."

Figure 8: COX-2 Selective NSAID Market Share

| Drugs | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|-------|------|------|------|------|------|------|------|
| Celebrex® | 78% | 55% | 52% | 49% | 44% | 47% | 89% |
| Vioxx® | 22% | 45% | 48% | 41% | 37% | 27% | 0% |
| Bextra® | | | | 10% | 19% | 25% | 11% |

*1999-2005 IMS data, "National Prescription Audit."

Figure 9: Cumulative Present Value of U.S. Sales Discounted Back to the Year of Launch By Year
Through 2005 of Four NSAIDs Launched From 1999-2005

| Drugs | Cumulative By Year in Year 1 Dollars | | | | | | |
|---|---|---|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 |
| Celebrex® | 1,352 | 3,230 | 5,239 | 7,091 | 8,785 | 10,435 | 11,295 |
| Vioxx® | 736 | 2,270 | 3,894 | 5,162 | 6,350 | 6,800 | 6,800 |
| Bextra® | 432 | 1,247 | 2,236 | 2,360 | | | |
| Mobic® | 70 | 240 | 432 | 678 | 1,158 | 1,597 | |

Discount Rate = 10% applied to discount all dollars to present value as of year 1 (launch)

Vioxx® was launched in May 1999.  Sales in year 7 include May-December 2005 only.
Bextra® was launched in January 2002.
Mobic® was launched in May 2000.  Sales in year 6 include May-December 2005 only.

*1999-2005 IMS data, "National Sales Perspectives."



Figure 1: U.S. Sales of COX-2 Selective NSAIDs and Leading Non-Selective NSAIDS

Figure 2: U.S. Sales of COX-2 Selective NSAIDs (Celebrex®, Vioxx® and Bextra®)



Figure 3: U.S. Prescriptions of COX-2 Selective NSAIDs and Leading Non-Selective NSAIDS



Figure 4: U.S. Prescriptions of COX-2 Selective NSAIDs (Celebrex®, Vioxx® and Bextra®)



Figure 5: U.S. Sales of NSAIDs Pre and Post Celebrex® Launch



Figure 6: U.S. Prescriptions of NSAIDs Pre and Post Celebrex® Launch



Figure 7: NSAID Market Share from 1999-2005

Figure 8: COX-2 Selective NSAID Market Share



Figure 9: Cumulative Present Value of U.S. Sales Discounted Back to the Year of Launch By Year Through 2005 of Four NSAIDs Launched From 1999-2005