| | |
|---|---|
| PFIZER INC.,<br>PHARMACIA CORP.,<br>PHARMACIA & UPJOHN INC.,<br>PHARMACIA & UPJOHN COMPANY,<br>G.D. SEARLE & CO.,<br>G.D. SEARLE LLC,<br>SEARLE LLC (DELAWARE) and<br>SEARLE LLC (NEVADA)<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>　　　　　　　　　　　Defendant. | ) **CONFIDENTIAL -**<br>) **OUTSIDE ATTORNEYS'**<br>) **EYES ONLY**<br>)<br>)<br>) Civil Action No: 04-754 (JCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## EXPERT REPORT OF TIMOTHY CRAGIN WANG, M.D.

I, Timothy Cragin Wang M.D., submit this report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on behalf of plaintiffs, Pfizer Inc., Pharmacia Corp., Pharmacia & Upjohn Inc., Pharmacia & Upjohn Co., G.D. Searle & Co., G.D. Searle LLC, Searle LLC (Delaware), and Searle LLC (Nevada) ("Pfizer") to set forth the opinions I have formed and may offer at trial of this action and in rebuttal to certain positions advanced by the reports submitted on behalf of Teva Pharmaceuticals USA, Inc. ("Teva") by Dr. Michael Wolfe and Dr. Simon Helfgott.

## I.　Background

*Education and Experience*

1.　I am a practicing gastroenterologist and am currently the Chief of Digestive and Liver Diseases at Columbia University Medical Center.

2.　I am board certified in both Internal Medicine and Gastroenterology.

3.      I received my Bachelor of Arts in Chemistry *summa cum laude* in 1979 from Williams College in Williamstown, Massachusetts and my Doctor of Medicine Degree in 1983 from Columbia College of Physicians and Surgeons, New York, New York.  I performed my internship and residency training in Internal Medicine from 1983 through 1986 at Barnes Hospital, Washington University School of Medicine, St. Louis, Missouri.  From 1986 through 1989 I was a Research Fellow in Medicine at Harvard Medical School and a Clinical and Research Fellow in Medicine at Massachusetts General Hospital, both in Boston, Massachusetts.

4.      I have been a practicing gastroenterologist for over 15 years.  From 1991 to 1999 I was an Attending Physician at Massachusetts General Hospital in Boston, Massachusetts.  From 2000 through 2004 I was an Attending Physician at UMass Medial Center in Worcester, Massachusetts.  Since 2004 I have been an Attending Physician at New York Presbyterian Hospital.  At all times during my career, a portion of my practice has been providing consult for treatment of patients with NSAID-related gastrointestinal side effects.  I have performed endoscopic procedures on patients and supervised residents performing endoscopic procedures.  In my current position, I presently consult and treat patients on an in-patient basis two months per year where I see dozens of patients with NSAID-related gastrointestinal side-effects and complications.

5.      I am also a professor in medicine and have been a guest lecturer and invited speaker at numerous universities and medical centers.  Beginning in 1989, I was an Instructor of Medicine at Harvard Medical School, where I was promoted to Assistant Professor of Medicine in 1993 and promoted to Associate Professor of Medicine in 1998.  In 1999, I joined the University of Massachusetts Medical School as a tenured Professor of Medicine where I was

a member of the Endoscopy Working Committee in 2003. In 2004, I joined the faculty at Columbia University College of Physicians & Surgeons where I am currently the Dorothy L. and Daniel H. Silberberg Professor of Medicine. I have also been a Visiting Professor at various universities including Yale University in New Haven, Connecticut, the University of Pennsylvania in Philadelphia, Pennsylvania, and Humboldt University in Berlin, Germany. I regularly give lectures to students, residents, fellows, and other physicians, including talks regarding NSAID-related gastrointestinal toxicity.

6.     As a researcher I have conducted research in the area of gastrin biology, and continue to explore the role of gastrin peptides in diverse diseases including peptic ulcer disease, gastric cancer, and colorectal cancer. Currently my research program encompasses three major funded projects: (1) *Helicobacter pylori* pathogenesis, (2) function and regulation of gastrin, and (3) regulation of histidine decarboxylase gene expression.

7.     From 1996 through 2001 I was an Associate Editor for the professional journal, *Gastroenterology*, and resumed that position on June 1, 2006. Since 2003 I have been an Associate Editor for the *American Journal of Physiology* (Gastrointestinal Liver Physiology). I have also reviewed for numerous professional journals, including: *New England Journal of Medicine*, *Proceedings for the National Academy of Science*, *Gut*, *Gastroenterology*, *American Journal of Gastroenterology*, *Digestive Diseases and Sciences*, *Digestion* and the *Journal of Clinical Investigation*. As an editor and reviewer for many years, including the period during which COX-2 selective NSAIDs were researched and developed, I have enjoyed many opportunities to review articles including historical reviews of NSAID development and write-ups of clinical trials and epidemiological studies relating to NSAIDs.

8.      Since 1986, I have been an active member of the American Gastroenterology Association (AGA) where I have served on numerous committees within the association, including the AGA Education Committee and the AGA Research Committee.  I also belong to other professional societies including the American Board of Internal Medicine (ABIM), the Amercian College of Physicians (ACP), the American Society for Clinical Investigation (ASCI), and the New York Society of Gastrointestinal Endoscopy (NYSGE).  I am also a member of Phi Beta Kappa and Alpha Omega Alpha, the Honor Medical Society.

9.      A copy of my *Curriculum Vitae* and a list of my publications is attached as Exhibit A.

*Compensation*

10.      I am being compensated at my usual rate of $500 per hour  in connection with this proceeding.  My compensation is in no way dependent on the opinions I express or on the outcome of the case.

*Prior Testimony*

11.      I have not testified as an expert witness in the past four years.

## II.      Materials Considered

12.      In forming my opinions and preparing this report, I have reviewed and relied upon the materials cited and listed in this report, as well as the material listed in Exhibit B. I have considered the opinions of Dr. Wolfe and Dr. Helfgott set forth in their respective reports.

I have also relied on my extensive knowledge, training and experience as a gastroenterologist in forming the opinions set forth in this expert report and in rebuttal.

## III.    Subject Matter About Which I Expect to Testify

13.    I understand that this is a patent infringement action instituted by Pfizer for infringement of United States Patent Nos. 5, 466,823 ("the '823 patent"), 5,563,165 ("the '165 patent") and 5,760,068 ("the '068 patent") due to Teva's filing of an abbreviated new drug application ("ANDA") for a generic version of Celebrex®, which contains celecoxib as an active ingredient.

14.    I presently plan to testify and give opinions concerning:

(a)    gastrointestinal toxicity and intolerability of traditional NSAIDs;

(b)    clinical assessment of gastrointestinal disorders;

(c)    relevant factors to a physician in evaluating a drug's safety and efficacy for patient use;

(e)    trials and studies concerning Celebrex® and/or other NSAIDs, including various endoscopic trials, the long-term open label trial for celecoxib, CLASS, SUCCESS-I and various epidemiology studies;

(f)    the association of Celebrex® with fewer endoscopic ulcers, fewer symptomatic ulcers, fewer complicated ulcers, and better overall gastrointestinal safety and tolerability compared to other NSAIDs; and,

(g)    relevant information included in the various product inserts for Celebrex®.

15.    For decades before Celebrex® was approved for the U.S. market, doctors recognized that nonsteroidal anti-inflammatory drugs (NSAIDs) are associated with

gastrointestinal side effects including peptic ulcers, ulcer complications and tolerability issues (such as nausea, abdominal pain and dyspepsia). The medical community, therefore, realized that there was a need for new NSAIDs with improved gastrointestinal safety and tolerability compared the NSAIDs available to their patients.

      16.     With that background in mind, Celebrex® was developed and subsequently approved for marketing in the United States in December 1998.[1] Numerous endoscopic studies, outcome studies and epidemiologic studies show that treatment with Celebrex® is associated with fewer gastrointestinal side effects and has better GI tolerability compared to "traditional" or "non-selective" nonsteroidal anti-inflammatory drugs (NSAIDs) on the market in the United States.[2] These studies, as a whole, lead to the conclusion that

---

[1]      On December 31, 1998, the FDA approved Celebrex® -- the first Cox-2 selective NSAID to be approved in the United States -- for treatment of patients with rheumatoid arthritis and osteoarthritis. The FDA found that Celebrex® was an effective arthritis treatment in placebo and active-controlled clinical trials and demonstrated a substantially lower risk of ulcers detected by endoscopy. *See* Dec. 31, 1998 FDA Talk Paper, "FDA Approves Celebrex for Arthritis" (PFC00227690-91); Dec. 1, 1998 Approval Letter and Product Label (PFC00756196-217). *See also, e.g.*, NDA 20-998 Witter Medical Officer Review (PFC01607407-605, also produced at PFC00245915-PFC00246017); NDA 20-998 Goldkind Medical Officer's Consult Review (PFC00246038-89); NDA 20-998 Lu Statistical Review and Evaluation (PFC01597509-543); NDA 20-998 Gao Statistical Review and Evaluation (PFC01597469-508). Subsequently, the FDA approved Celebrex® to reduce the number of colorectal polyps in familial adenomatous polyps (FAP), for the treatment of acute pain and primary dysmennorhea, and for the relief of signs and symptoms of ankylosing spondylitis. *See* Celebrex® Product Labels PFC00769765-89, PFC00814061-84 and PFC01591934-61.

[2]      The United States Food and Drug Administration ("the FDA") has categorized Celebrex®, Vioxx® and Bextra® as Cox-2 selective NSAIDS and other drugs such as etodolac, meloxicam, nabemutone and diclofenac as non-selective NSAIDs. Celebrex® is the only Cox-2 selective inhibitor on the U.S. market today. *See* April 7, 2005 FDA Public Health Advisory (PFC01547622-25). I use the FDA's nomenclature for this report.

Celebrex® has a gastrointestinal safety benefit and that reduced risk in comparison to other NSAIDs is the driving force behind doctors' decisions to prescribe Celebrex® for patients in need of NSAID therapy.

17.    I may address other matters in response to reports or other evidence offered by Teva.  I reserve the right to supplement or amend my opinions in response to opinions expressed by defendant's experts, or in light of any additional evidence, testimony, discovery or other information relating to the aforementioned issues that may be provided to me after the date of this report.  In addition, I expect that I may be asked to consider and testify about issues that may be raised by defendant's experts in their reports or at trial.  I reserve the right to rely on any documents that Teva's experts use.  In connection with my testimony, I may rely upon certain graphic or demonstrative exhibits that have not yet been prepared.

## IV.    <u>Gastrointestinal Toxicity and Intolerability of Traditional NSAIDs</u>

18.    Nonsteroidal anti-inflammatory drugs are one of the most commonly used classes of medications worldwide, with more than 111 million prescriptions written in the United States between September 1999 and August 2000.[3]  In addition, more than 30 billion over-the-counter NSAID tablets are purchased annually.  NSAID use is common in all age groups, with the most frequent use among the elderly, of whom nearly 70% take NSAIDs at least weekly.  Many of these patients take NSAIDs for treatment of pain and inflammation associated with osteoarthritis and rheumatoid arthritis.

---

[3]    *See, e.g.,* Laine L., "Approaches to Nonsteroidal Anti-inflammatory Drug Use in the High-risk Patient." *Gastroenterology* 2001; 120:594-606 (PFC01603347-59).

19.     While many patients take NSAIDs without problem or incident, the drugs do have significant gastrointestinal damage toxicity.  NSAID use is associated with a wide array of alterations in gastrointestinal integrity and function.[4]  NSAIDs can cause mucosal injury to almost every portion of the gastrointestinal tract.  Gastric erosions are the most common but tend to heal within a few days.  Somewhat less common but much more serious are peptic ulcers, which occur both in the stomach and in the duodenum.  Ulcers are generally defined endoscopically as visible breaks in the mucosa of ≥ 3mm in diameter and extends into the submucosa.[5]  Approximately 15% to 30% of patients taking NSAIDs regularly develop ulcers which are of greater clinical significance than erosions because of their chronicity and the potential for perforation and bleeding.[6]  NSAID-related ulcers are most commonly found in the gastric antrum but duodenal ulcers can also be induced by NSAIDs.

20.     Severe complications associated with peptic ulcer disease are often associated with new and recent NSAID consumption.  Other risk factors associated with developing NSAID-related peptic ulcer disease include:  age > 60 years, a history of previous ulcers or GI bleeding, concomitant use of anticoagulants or glucocorticoids, use of multiple NSAIDs, high dose NSAID therapy, and the severity of an underlying disease being treated.  Overall, NSAID users have approximately a 2- to 3- fold increased risk of GI bleeding, 8-fold

---

[4]     Wallace J., "Nonsteroidal Anti-inflammatory Drugs and Gastroenteropathy:  The Second Hundred Years", *Gastroenterology* 1997 Mar;112(3):1000-16 (PFC01605066-82).

[5]     An endoscope is a thin, flexible, lighted tube that transmits an image of the inside of the esophagus, stomach, and duodenum allowing a physician to visually examine the lining of these organs for erosions, ulcers, bleeding, etc.

[6]     Laine L., "Approaches to Nonsteroidal Anti-inflammatory Drug Use in the High-risk Patient." *Gastroenterology* 2001; 120:594-606 (PFC01603347-59).

increased risk of GI surgery, and a 5-fold increased risk of GI-related mortality.[7]  In patients

receiving NSAIDs for 1 year, GI complications occur in approximately 1% to 2%.[8]  Individuals

with four or more of the risk factors detailed above, have a high risk of major ulcer complication

at approximately 9%.  The mortality rate from NSAID-induced GI toxicity is 0.22% per year in

arthritis patients, and it has been suggested that complications from prescription strength

NSAIDs represents the fifteenth most common cause of death in the United States.[9]

21.    Based on the acknowledged risk for upper gastrointestinal side effects

associated with NSAID use, the FDA has required that approved labeling for prescription

NSAIDs include a standard paragraph explaining "that upper GI ulcers, gross bleeding or

perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6

months, and in about 2-4% of patients treated for one year."[10]

---

[7]     Lewis *et al.*, "Hospitalization and Mortality Rates From Peptic Ulcer Disease and GI
        Bleeding in the 1990's:  Relationship to Sales of Nonsteroidal Anti-Inflammatory Drugs
        and Acid Suppression Medications", *Am. J. Gastroenterol.* 2002; 97:2540-254
        (PFC01603454-67).

[8]     *See, e.g.*, Singh G. and Ramey D., "NSAID Induced Gastrointestinal Complications:  The
        Aramis Perspective - 1997", *J. of Rheumatology* 1998; 25 (suppl) 51:8-16 ; *see also* NDA
        20-998 Goldkind Medical Officer's Consult Review (PFC00246038-89) at p. 4.

[9]     *See* Lewis *et al.*, "Hospitalization and Mortality Rates From Peptic Ulcer Disease and GI
        Bleeding in the 1990's:  Relationship to Sales of Nonsteroidal Anti-Inflammatory Drugs
        and Acid Suppression Medications", *Am. J. Gastroenterol.* 2002; 97:2540-254
        (PFC01603454-67);  *see also* Singh G. and Triadafilopoulos, G., "Epidemiology of
        NSAID-induced GI Complications," *J. Rheumatol.* 1999; 26(suppl), pp. 18-24
        (PFC01604200-06).

[10]    *See* Paulus, H. "FDA Arthritis Advisory Committee Meeting: Serious Gastrointestinal
        Toxicity of Nonsteroidal Antiiflammatory Drugs; Drug -Containing Renal and Bilary
        Stones; Diclofenac and Carprofen Approved,"  *Arthritis and Rheumatism*, 1988; 31:1450-
        (continued...)

22.     In addition to NSAID-related upper gastrointestinal ulcers, there has been increasing recognition over the past several decades of the ability of NSAIDs to damage more distal regions of the small intestine and the large intestine.[11] This includes inflammation, changes in permeability, erosions and ulcerations. In many cases, occult bleeding from the small intestine caused by NSAIDs may contribute significantly to anemia. Video capsule endoscopy has confirmed the more frequent finding of small bowel lesions in patients on NSAIDs and also that certain NSAIDs may induce these lesions less frequently than others.[12] Data shows that lower GI events were responsible for 13% of GI hospitalizations in patients with rheumatoid arthritis and 32% of GI hospitalizations in patients with osteoarthritis.[13]

23.     In addition, there is dyspepsia, or upper abdominal pain or discomfort, occasionally accompanied by nausea or indigestion, that occurs in up to 40% of chronic NSAID

---

51 (PFC00808441-42); *see also* NDA 20-998/S-009 Witter Medical Officer Review, pp. 5-6; 2005 FDA Prescription NSAID Label Template.

[11]    Wallace J., "Nonsteroidal Anti-inflammatory Drugs and Gastroenteropathy: The Second Hundred Years", *Gastroenterology* 1997 Mar;112(3):1000-16 (PFC01605066-82); Bjarnason I. *et al.*, "Side Effects of Nonsteroidal Anti-inflammatory Drugs on the Small and Large Intestine in Humans," *Gastroenterology* 1993; 104:1832-1847 (PFC01602589-605); Allison M. *et al.*, "Gastrointestinal Damage Associated With the Use of Nonsteroidal Aniinflammatory Drugs," *NEJM* 1992; 327:749-54 (PFC00011581-86); *see also* Singh G. *et al.*, "Epidemiology of NSAID-induced GI Complications," *J. Rheumatol.* 1999; 26(suppl), pp. 18-24 (PFC01604200-06).

[12]    Goldstein *et al.*, "Video Capsule Endoscopy to Prospectively Assess Small Bowel Injury With Celecoxib, Naproxen plus Omeprazole, and Placebo," *Clin Gastroenterol Hepatol.* 2005 Feb;3(2):133-4 (PFC01603099-107).

[13]    Laine L., "Approaches to Nonsteroidal Anti-inflammatory Drug Use in the High-risk Patient." *Gastroenterology* 2001; 120:594-606 (PFC01603347-59); Singh G. and Ramey D., "NSAID Induced Gastrointestinal Complications: The Aramis Perspective - 1997", *J. of Rheumatology* 1998; 25 (suppl) 51:8-16.

users as a conservative estimate; the cause of these symptoms is unclear, but the development of these symptoms leads to cessation or change in medication in approximately 10% of users. These symptoms limit the use of NSAIDs, affect a patient's quality of life, and may necessitate more expensive medical co-therapy that also has potential side-effects. Patients may avoid the adverse events associated with their prescribed drug by choosing a different medication that has fewer adverse events but is also less effective for that individual. Thus, an NSAID that is efficacious and has better gastrointestinal tolerability (which causes fewer adverse events such as dyspepsia and nausea) represents an advantage over other NSAIDs.[14]

24.     The health and economic implications of these gastrointestinal side effects are enormous. In 1999, it was reported in that serious gastrointestinal complications relating to NSAID use results in approximately 103,000 hospitalizations per year in the United States at an estimated cost of $15,000 to $20,000 per hospitalization, for a total estimated annual cost of over $2 billion. It also was estimated that approximately 16,500 NSAID-related deaths occurred per year in the U.S. in the 1990's.[15] These figures apparently do not account for the health and economic implications resulting from thousands of office visits due to patient complaints relating to the gastrointestinal tolerability of NSAIDs with symptoms serious enough to warrant physician intervention.

---

[14]     Laine, L. "The Gastrointestinal Effects of Nonselective NSAIDs and COX-2-Selective Inhibitors," *Semin Arthritis Rheum.* 2002 Dec; 32(3 Suppl 1):25-32 (PFC01603360-68).

[15]     Singh G. and Triadafilopoulos, G., "Epidemiology of NSAID-induced GI Complications," *J. Rheumatol.* 1999; 26(suppl), pp. 18-24 (PFC01604200-06).

25.     Given the scope of this problem, it seems clear that any reduction in NSAID-related GI toxicity could lead to a marked reduction in morbidity and mortality from NSAIDs. Yet previous solutions, such as enteric coating and slow-release formulations, have not effectively reduced clinically significant adverse effects.[16] Similarly, traditional NSAIDs such as etodolac (Lodine®), diclofenac (Voltaren®), naproxen (Naprosyn®), nabumetone (Relafen®) and ibuprofen (Motrin®) had been on the market for years prior to these stark findings discussed above, indicating that these drugs had not offered a solution to the problem either.[17]

26.     NSAIDs cause damage by weakening the normal defense mechanisms of the stomach. Protective mechanisms include a mucous layer at the topic; a pH gradient such that the pH rises as one moves from the lumen to the epithelium; bicarbonate secretion which contributes to the pH gradient; glutathione; cell membrane hydrophobicity, and mucosal blood flow to counter the build up in acidity. All of these components are regulated in some fashion by prostaglandins, which function as paracrine signals and coordinate a variety of these defenses against gastric damage. Therefore, NSAIDs reduce mucosal defense at least in part through inhibition of prostaglandin synthesis, which is a systemic effect.

27.     In general, the ability of an NSAID to cause gastric damage correlates well with the ability to suppress gastric prostaglandin synthesis. While some NSAIDs (*e.g.* aspirin) also have topical irritant properties (acid trapping, reduced hydrophobicity of mucous

---

[16]     Wallace J., "Nonsteroidal Anti-inflammatory Drugs and Gastroenteropathy: The Second Hundred Years", *Gastroenterology* 1997 Mar;112(3):1000-16 (PFC01605066-82).

[17]     Wallace J., "Nonsteroidal Anti-inflammatory Drugs and Gastroenteropathy: The Second Hundred Years", *Gastroenterology* 1997 Mar;112(3):1000-16 (PFC01605066-82).

gel), the major effect of NSAIDs on the stomach are related to a systemic effect that is prostaglandin dependent. Prostaglandin depletion leads to increased acid secretion, and decreases in secretion of mucin, bicarbonate, surface active phospholipids, and decreased epithelial proliferation. Other NSAID effects that are important include direct toxicity due to ion trapping and enterohepatic circulation, neutrophil activation, and endothelial effects. The combination of these effects renders the mucosa vulnerable to gastric acid. It is clear, though, that other factors are involved, since the majority of people taking NSAIDs do not develop gastric ulcers, despite the fact that prostaglandin synthesis is being profoundly suppressed in the stomach.

28.     The anti-inflammatory, as well as toxic effects, of NSAIDs are related to inhibition of the enzymes involved in prostaglandin synthesis. These enzymes have been called prostaglandin synthase H1 (PSH1) or cyclooxygenase (COX). Two forms of COX were confirmed by the cloning of the genes. COX-1 is believed to be the constitutive form of COX, expressed in the stomach, kidney, endothelium and platelets, and is thought to be the housekeeping form of cyclooxygenase. COX-2, on the other hand, is an inducible isoform that is expressed in low levels in most tissues, but that is rapidly induced at high levels at sites of inflammation.

29.     The COX-2 hypothesis has suggested that inhibition of COX-1 is thought to be the major factor in NSAID gastropathy. The hypothesis states that a drug that specifically inhibits the COX-2 isoform at therapeutic doses will have equal anti-inflammatory and analgesic activity as traditional, non-selective NSAIDs with fewer gastrointestinal side effects because the drug will not inhibit gastroprotective COX-1 activity. While recent studies have indicated that

the story is more complicated than this – COX-2 is upregulated in the setting of inflammation and injury and likely plays some role in healing – the hypothesis has been well supported by clinical studies, including studies where effects on the GI tract are monitored by endoscopy.

## V.     Evaluating A Drug's Efficacy And Safety For Patient Use

30.     Physicians are well-educated and highly trained in their specialty.  When comparing a drug's safety to that of other medications available to treat the same disease state, a competent doctor will consider all the relevant information from a multitude of sources before making his prescribing choice.  A physician generally relies on information contained in the product label insert, which is also available in professional references such as the *Physician's Desk Reference*.  In addition, a physician will consider his own prior experience with prescribing a particular drug to his patients as well as his colleagues' experience with the drug.  Other sources of information include professional seminars, medical conferences and Grand Rounds, as well as numerous professional journals pertaining to the general medicine and relevant specialties.

31.     While marketing and promotion of drugs by pharmaceutical companies does play a role in alerting doctors to new medications, much of the information provided relates to safety and efficacy of the drug as demonstrated by clinical studies and other relevant scientific information that a physician could obtain on his own from various professional journals.  Skilled doctors may use marketing representatives as a source for this information but will rely on the totality of his own knowledge in treating his patient.  Within the specialized field in which a drug is primarily prescribed, the qualities of that drug become well-known and if a drug is not

effective, or does not offer a benefit over other treatment options, its use will not be widespread and/or the medical community will discontinue its use over a period of time.

32. A drug's safety is supported by results in both clinical trials and patient use. Safety information is most valuable when consistent results are gathered and replicated. It is valuable to see consistent results, as those seen with Celebrex®, in different types of studies including observational studies, endoscopic studies and outcome based studies.

33. In opining on the safety of Celebrex® here, Dr. Wolfe and Dr. Helfgott apparently do not consider the various sources of information that are available to a physician. Instead, each focuses primarily on one study of the safety of Celebrex® in isolation -- the CLASS study (*see* Wolfe ¶¶ 38-47; Helfgott ¶¶ 48-54) -- and in my opinion, both Dr. Wolfe and Dr. Helgott mischaracterize the results of the CLASS Study and what those results mean. There is no sound basis to ignore other studies of Celebrex®, and a clinician would be remiss if he failed to consider a robust body of reported trials (including data in the product label) to reach a conclusion regarding drug safety.

## VI.   Celebrex® Has Consistently Shown Improved GI Safety and Tolerability

34. Based upon my experience in the field and review of relevant information, there is much evidence that shows treatment with Celebrex® results in fewer endoscopic ulcers, fewer symptomatic ulcers, fewer complicated ulcers and is associated with better overall gastrointestinal safety and tolerability than other NSAIDs. These conclusions are based on clinical trials and epidemiological studies as well as my own experience and the experience of colleagues. Therefore, I disagree with Dr. Wolfe's conclusions that these advantages are "not

supported by evidence" and are "derived principally from reliance on the predictive value of Cox-2 selectivity rather than actual data." (Wolfe ¶¶48-52).

A.     **Endoscopic Studies**

35.     The hypothesis tested by the clinical trials submitted in the original New Drug Application (NDA) for Celebrex® was that it would possess anti-inflammatory and analgesic effects through Cox-2 inhibition but without the gastrointestinal side effects of NSAIDs attributed to Cox-1 inhibition. The studies submitted in the original NDA focused on two primary outcomes in assessing gastrointestinal toxicity: development of gastroduodenal ulcers and erosions as measured by endoscopy and the occurrence of clinically significant upper gastrointestinal events (CSUGI). In four studies (Studies -021, -022, -062 and -071), a baseline endoscopy was performed and patients with a gastric or duodenal ulcer were excluded from study participation. In Study -041, baseline endoscopy was not performed, thus, mimicking real-life conditions where patients may have a preexisting gastrointestinal ulcer that is undetected at the beginning of NSAID therapy.[18]

36.     Endoscopically-defined ulcers were the surrogate of choice for the NDA in assessing gastrointestinal safety. Endoscopic studies of NSAIDs have been acknowledged as predictive of clinically significant GI events and endoscopic ulcers have been accepted as reliable surrogate markers for clinically significant upper gastrointestinal (CSUGI) events (*i.e.*, complicated ulcers including perforations, obstructions and bleeding or "POBs"). Many in the

---

[18]     NDA 20-998 Witter Medical Officer Review at pp. 67-77 (PFC01607407-605); Dec. 1, 1998 Briefing Document for Celebrex® Capsules at pp. 87-101 (PFC00751457-646 at PFC00751522-66).

field, including the FDA, have cited the MUCOSA study -- the first prospective, randomized, controlled investigation concerning NSAIDs and gastrointestinal side effects -- and another study with misoprostol as support that endoscopic ulcer rates generally correlate to the incidence of complicated ulcers. Those two studies revealed a risk reduction of approximately 40-50% in both endoscopic ulcer risk and complicated ulcer risk.[19]

       37.     The fact that a direct correlation between endoscopic ulcers and complicated ulcers has not been proven with *numerical certainty* is primarily due to the fact that if a patient develops an ulcer which is detected by endoscopy, that individual will receive treatment to prevent the ulcer from progressing to complication and, in the setting of a GI outcomes clinical trial, normally will be withdrawn from the trial. Thus, there is no way to determine the absolute correlation or percentage of ulcers detected by endoscopy that will progress to a complicated ulcer if a patient remains on a particular NSAID therapy. However, for a complicated ulcer to develop, an individual must first develop an ulcer that would be detectable by endoscopy (a gastroduodenal ulcer may become a complicated ulcer by virtue of its size and location) and a relationship between the two clinical endpoints does exist. The FDA

---

[19]     NDA 20-998 Goldkind Medical Officer's Consult Review (PFC00246038-89) at p. 4 citing to Silverstein, F. *et al.*, "Misoprostol Reduces Serious Gastrointestinal Complications in Patients with Rheumatoid Arthritis Receiving Nonsteroidal Anti-inflammatory Drugs," *Ann Intern Med.* 1995; 123:241-249 (PFC01604188-97) and Raskin, J. e*t al.* "Misoprostol Dosage in Prevention of Nonsteroidal Anti-inflammatory drug-induced Gastric and Duodenal Ulcers: A Comparison of Three Regimens," Ann. Intern. Med. 1995; 123:344-350 (PFC01604100-107). *See also* CLASS Goldkind Advisory Committee Briefing Document, p. 42; Cryer, B, "Cox-2 Specific Inhibitor or Proton Pump Inhibitor Plus Traditional NSAID: Is Either Approach Sufficient for Patients at High Risk of NSAID-Induced Ulcers?", *Gastroenterology* 2004; 127:1256-62.

Medical Officer acknowledged that "certainly no better surrogate exists for the more clinically relevant endpoints of bleeding, perforation, obstruction and death."[20]

38.    To directly assess the ulceration rate associated with Celebrex® at differing doses versus placebo and non-selective NSAIDs, upper gastrointestinal (UGI) endoscopy was performed in approximately 4,500 patients in five, randomized controlled trials (RCTs).[21]   The results of these studies demonstrate that Celebrex® is associated with fewer ulcers than the non-selective NSAID comparators ibuprofen, naproxen and diclofenac.  The FDA found that the studies "convincingly" showed the Celebrex® was associated with a statistically lower incidence of gastroduodenal ulcers compared to naproxen and provided "robust support" for Celebrex® compared to ibuprofen.  Celebrex® also showed "superiority" over diclofenac in one endoscopic study.  With respect to concomitant aspirin use, the FDA concluded that there is a lower risk associated with use of Celebrex® and aspirin than use of naproxen or ibuprofen.[22]

---

[20]    NDA 20-998 Goldkind Medical Officer's Consult Review (PFC00246038-89) at p. 4; NDA 21-042 and 21-052, Goldkind Medical Officer Review at p. 104 ("Endoscopic ulcers represent an important endpoint in testing the hypothesized safety of COX-2 selective agents.") (PFC01597565-677).

[21]    An additional seven day pilot study comparing Celebrex® versus naproxen and placebo in healthy subjects was also submitted with the NDA and showed a significantly reduced risk in subjects taking Celebrex® (0 ulcers; same as placebo) as compared to naproxen (6 ulcers).  NDA 20-998 Witter Medical Officer Review at pp. 67-69 (PFC01607407-605); NDA 20-998 Goldkind Medical Officer's Consult Review at p. 12 (PFC00246038-89).

[22]    NDA 20-998 Witter Medical Officer Review at pp. 69-77 (PFC01607407-605); NDA 20-998 Goldkind Medical Officer's Consult Review (PFC00246038-89); *see also* NDA 20-998 Gao Statistical Review (PFC01597469-508); NDA 20-998 Lu Statistical Review (PFC01597509-543).

39.     Study -021 was a double-blind, placebo-controlled, multi-center, parallel

group study that compared the efficacy and gastrointestinal safety of Celebrex® (50 mg BID

(N=258), 100 mg BID (N=239), 200 mg BID (N=237)) versus placebo (N=247) and naproxen

(500 mg BID (N=233)) in patients with osteoarthritis for 12 weeks.  The cumulative ulcer

incidence for gastroduodenal ulcers at the study endpoint was 4% for placebo patients and only

5% for patients receiving Celebrex® 50 mg BID or 100 mg BID and 9% for patients receiving

Celebrex® 200 mg BID.  By comparison, patients receiving naproxen had a greater incidence of

gastroduodenal ulcers at 23%.  Thus Celebrex® was shown to have significantly fewer

gastrointestinal side effects compared to the NSAID naproxen by reducing the rate of ulcer

incidence by approximately 2- to 4-fold.[23]

40.     Study -022 was a double-blind, placebo-controlled, multi-center parallel

group study comparing the efficacy and UGI safety of Celebrex® (100 mg BID (N=240), 200 mg

BID (N=235), 400 mg BID (N=217)) versus placebo (N=231) and naproxen (500 mg BID

(N=225)) in patients with rheumatoid arthritis for 12 weeks.  The cumulative incidence of

gastroduodenal ulcers was significantly higher for naproxen (26%) than with the three doses of

---

[23]     NDA 20-998 Witter Medical Officer Review at pp. 67-69 (*see* Table 22 for Cumulative
Ulcer Incidence as well as the breakdown between gastroduodenal, gastric, and duodenal
ulcer incidence for all endoscopic studies)(PFC01607407-605); NDA 20-998 Goldkind
Medical Officer's Consult Review at pp. 12-21 (PFC00246038-89); NDA 20-998 Gao
Statistical Review and Evaluation at pp. 17-23, 38 (PFC01597469-508);  *see also* Simon
L *et al*. "Anti-inflammatory and Upper Gastrointestinal Effects of Celecoxib in
Rheumatoid Arthritis: A Randomized Controlled Trial," *JAMA* 1999; 282:1921-1928
(PFC00794626-33).

Celebrex® (4% to 6%).  Celebrex® did not reveal any dose-related rise in ulcer rates and showed a clinically meaningful lower ulcer incidence compared to naproxen.[24]

      41.    Study -041 was a randomized, double-blind, multi-center, parallel trial designed to evaluate the efficacy and UGI safety of Celebrex® (200 mg BID (N=326)) versus diclofenac SR (75 mg BID (N=329)) in patients with rheumatoid arthritis for 6 months.  This study was the longest controlled endoscopic study submitted with the NDA.  The cumulative ulcer incidence for gastroduodenal ulcers at the study endpoint was 4% for patients receiving Celebrex® compared to 15% for diclofenac.  Furthermore, two clinically significant upper gastrointestinal events occurred in the diclofenac group compared to zero events in the Celebrex® group.[25]

      42.    Study -062 was a randomized, double-blind, multi-center, parallel trial designed to compare the incidence of gastroduodenal ulcers in patients with rheumatoid arthritis or osteoarthritis treated with Celebrex® (200 mg BID (N=269)) versus patients treated with naproxen (500 mg (N=267)) during a 12 week period.  The cumulative ulcer incidence for

---

[24]    NDA 20-998 Witter Medical Officer Review at pp. 67-69 (PFC01607407-605); NDA 20-998 Goldkind Medical Officer's Consult Review at pp. 21-26 (PFC00246038-89); NDA 20-998 Lu Statistical Review and Evaluation at pp. 9-11, 31-32 (PFC01597509-543).

[25]    NDA 20-998 Witter Medical Officer Review at pp. 67-69 (PFC01607407-605); NDA 20-998 Goldkind Medical Officer's Consult Review at pp. 40-45 (PFC00246038-89); NDA 20-998 Lu Statistical Review and Evaluation at pp. 11-12, 33 (PFC01597990-8028).

gastroduodenal ulcers at the study endpoint was 9% for patients receiving Celebrex® compared to 41% for naproxen.[26]

43.    Study -071 was a randomized, double-blind, multi-center, parallel trial designed to evaluate the cumulative incidence of gastroduodenal ulcers in patients with rheumatoid arthritis or osteoarthritis treated with Celebrex® (200 mg BID (N=365)) versus patients treated with diclofenac (75 mg BID (N=387)) or ibuprofen (800 mg TID (N=345)) for 12 weeks.  The cumulative ulcer incidence for gastroduodenal ulcers at the study endpoint was 9% for patients receiving Celebrex® compared to 12% for diclofenac and 28% for ibuprofen. The study revealed a statistically significant lower ulcer incidence in patients treated with Celebrex® as compared to ibuprofen.  While the comparison of gastroduodenal ulcers of Celebrex® to diclofenac did not rise to *statistical* significance (a mathematical exercise) with respect to gastroduodenal ulcers, the -071 study should not lead to the conclusion that Celebrex® is not associated with fewer gastrointestinal side effects in comparison to diclofenac.  Important differences were demonstrated including a higher risk of duodenal ulcers in the diclofenac group (1% for Celebrex® versus 5% for diclofenac) and, as the FDA acknowledged, the gastroduodenal ulcer data demonstrates a trend favoring the lower risk of ulcers using Celebrex®.[27]

---

[26]    NDA 20-998 Witter Medical Officer Review at pp. 67-69 (PFC01607407-605); NDA 20-998 Goldkind Medical Officer's Consult Review at pp. 35-40 (PFC00246038-89); NDA 20-998 Gao Statistical Review and Evaluation at pp. 23-26, 38 (PFC01597469-508).

[27]    NDA 20-998 Witter Medical Officer Review at pp. 67-69 (PFC01607407-605); NDA 20-998 Goldkind Medical Officer's Consult Review at pp. 26-35 (PFC00246038-89) ; NDA 20-998 Gao Statistical Review and Evaluation at pp. 26-31, 39 (PFC01597469-508);  *see also* Dec. 1, 1998 Hearing Transcript, Goldkind Tr. at 124-125 ("In study 71...there was
(continued...)

21

44.     The occurrence of clinically significant upper gastrointestinal (CSUGI) events (defined as UGI bleeding, perforation or gastric outlet obstruction) was also determined through a monitoring program of 15 clinical trials submitted in the NDA (14 randomized controlled trials plus the long-term open label trial (discussed below)) which identified potential events associated with Celebrex® and the non-selective comparator NSAIDs.  Potential events were reviewed and adjudicated by an independent Gastrointestinal Consultants Committee and each committee member was blinded as to which treatment patients had received and in which study patients were enrolled.  In the RCT's, the annualized incidence of clinically significant upper gastrointestinal events were 0.2% for Celebrex®, 2.1% for naproxen, 1.3% for diclofenac and 1.6% for ibuprofen.  Upper gastrointestinal complications occurred in 0.03% of Celebrex® patients (2/6,376) and 0.33% of patients receiving an NSAID (9/2768) corresponding to an annual incidence of 0.20% for Celebrex® and 1.68% for NSAIDs.  This translates into an eight-fold lower risk for clinically significantly upper gastrointestinal events with Celebrex® than NSAIDs.[28]

45.     In my opinion, the endoscopic studies and analysis of clinically significant upper gastrointestinal events during the randomized controlled trials demonstrate that Celebrex® is associated with fewer gastrointestinal side effects than non-specific NSAIDs.  Information

---

no statistically significant difference between each group [Celebrex® versus diclofenac], although the percentages themselves do indicate a trend.") (PFC01605701-6042).

[28]     NDA 20-998 Witter Medical Officer Review at pp. 70-77 (PFC01607407-605); Dec. 1, 1998 Briefing Document for Celebrex® Capsules at pp. 98-101 (PFC00751457-646 at PFC00751563-66); Goldstein, J. *et al.* "Reduced Risk of Upper Gastrointestinal Ulcer Complications With Celecoxib, A Novel COX-2 Inhibitor," *Am. J. Gastroenterol.* 2000; 95:1681-1690 (PFC01603089-98).

derived from the endoscopic studies comparing Celebrex® to naproxen, diclofenac and ibuprofen was (and is) contained in the product insert. Information includes the incidence rate for endoscopic ulcer and the incidence of gastrointestinal adverse events, such as abdominal pain and dyspepsia, for each medication.[29] In my opinion, this is clinically meaningful information that helps a physician to compare various NSAID treatment options, and, the fact that the information is included in the product label insert, highlights the importance of the results and also indicates that the FDA wanted the information to be readily available to physicians.

**B.    The North American Long-Term Open Arthritis Label Study**

46.    The North American Long-Term Open Label Arthritis Study (Study -024) was designed to evaluate the long-term GI safety of treatment with Celebrex®, and provides valuable information on approximately 7000 patient-years of Celebrex® use. All study patients had previously participated in one of the randomized, controlled trials and were eligible for either 1 year or 2 years of enrollment in the long-term study depending on which RCT the patient had completed. The study enrolled 5,155 patients: 2,443 patients participated for 1 year or more and over one hundred patients participated for two years or more. All patients received Celebrex® at doses of 100 mg BID to 400 mg BID, and investigators were allowed to escalate the dose in patients.[30]

---

[29]    *See* Celebrex® Product Label Inserts: PFC00756486-508; PFC00859866-89; PFC01591934-61. I note that the current product insert label contains endoscopic ulcer rate information for naproxen and diclofenac SR, but not for ibuprofen.

[30]    Dec. 1, 1998 Briefing Document for Celebrex® Capsules at pp. 98-101 (PFC00751457-646 at PFC00751563-66); NDA 20-998 Witter Medical Officer Review at pp. 73-77

(continued...)

47.     As reported to the FDA prior to approval of Celebrex® in 1998, there was an annualized incidence of 0.26% for upper GI complications (7 events, 2672 patient-years) based on events recorded at the time of the NDA submission, and a rate of 0.18 % for upper GI complications (9 events, 5002 patient-years) based on the 120-day Safety Update.  This data is consistent with the results for ulcer complications seen in the randomized controlled trials discussed above.[31]

48.     By the time the CLASS Study (discussed below) was submitted in 2001, information from the Long-Term Open Label Arthritis Study showed that the overall incidence of ulcer complications was 0.23 per 100 patient-years (16 events, 6865.3 patient-years).  In comparison to the CLASS Study, the Long-Term study included over 1000 more patients treated with Celebrex®, and provided over 4600 patient-years more data than CLASS with respect to complicated ulcers.[32]  The results from the Long-Term Open Label Arthritis Study provide additional evidence that Celebrex® is associated with fewer gastrointestinal side effects, and in my opinion, is important evidence because of the large number of patients treated and the length of the study.

---

(PFC01607407-605); Goldstein, J. *et al*. "Reduced Risk of Upper Gastrointestinal Ulcer Complications With Celecoxib, A Novel COX-2 Inhibitor," *Am. J. Gastroenterol.* 2000; 95:1681-1690 (PFC01603089-98).

[31]     Dec. 1, 1998 Briefing Document for Celebrex®Capsules at pp. 98-101 (PFC00751457-646 at PFC00751563-66); NDA 20-998 Witter Medical Officer Review at pp. 73-77 (PFC01607407-605); Goldstein, J. *et al*. "Reduced Risk of Upper Gastrointestinal Ulcer Complications With Celecoxib, A Novel COX-2 Inhibitor," *Am. J. Gastroenterol.* 2000; 95:1681-1690 (PFC01603089-98).

[32]     Feb. 7, 2001 Briefing Document for CLASS at pp. 61-64 (DX-339 at PFC01227230-33).

## C.  Outcome Studies

### 1.  The Celecoxib Long-Term Arthritis Safety Study (CLASS)

49.  The CLASS study and its protocols were developed with much input from the FDA.  The study was comprised of two trials, and the prespecified intent was to combine the two Celebrex® groups and compare them to the composite of both NSAID comparator groups and subsequently to each NSAID individually.  Endoscopies were preformed for cause, prompted by GI complaints or symptoms of possible injury.  The primary end point for the study was complicated ulcers (referred to as "CSUGIEs" or "POBs" including bleeding, perforation or gastric obstruction).  However, if a patient developed an ulcer documented by endoscopy at any point during the study period, the patient was withdrawn from the study for treatment even if that ulcer was not a complicated ulcer.  Other prespecified information to be gathered included the development of symptomatic ulcers ("gastroduodenal ulcers" or "GDUs"), the effect of aspirin use, and the analysis of changes in hematocrit and hemoglobin.[33]

50.  Ultimately, the FDA also reviewed a combined endpoint of complicated ulcers and symptomatic ulcers recognizing that "PUBs" are a clinically relevant endpoint to physicians and the FDA itself.  The FDA GI label warning included in the package insert for all prescription NSAIDs includes information concerning rates of PUBs and represents a clinically meaningful outcome because that patient will have experienced symptoms serious enough to

---

[33]  NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 5-22; NDA 20-998/S-009, CLASS Goldkind Advisory Committee Briefing Document, pp. 5-13, 21-23 and Appendix I, pp. 70-91 (PFC01597685-777).

necessitate physician intervention. Moreover, symptomatic ulcers are a more common gastrointestinal problem than complicated ulcers for patients taking NSAIDs.[34]

51.     In the CLASS study, patients were randomly assigned to Celebrex® (400 mg BID), diclofenac (75mg BID, Study N49-98-02-102) or ibuprofen (800 mg TID, Study N49-98-02-035), and aspirin use for cardiovascular prophylaxis ($\leq$ 325 mg per day) was permitted. Each protocol consisted of at least 26-weeks of treatment, with a maximum potential treatment of 1 year (Study -102) or 65 weeks (Study -035). As agreed upon with the FDA, the two protocols were originally planned to continue until each patient had the opportunity to remain in the study for at least 6 months and at least 20 complicated ulcers occurred in each protocol, or a maximum of 45 complicated ulcers occurred in the two protocols combined. However, during the study, the actual rate of complicated ulcers was slower than predicted and inexplicably stopped occurring in the NSAID comparator groups. Thus, without the target number of events being reached, the protocols were terminated after consultation with the FDA and after notice to the clinical investigators.[35]

a.     **CLASS Demonstrates that Celebrex® Has Improved GI Safety**

52.     I understand that individuals, including Dr. Wolfe and Dr. Helfgott, rely on CLASS to conclude that Celebrex® does not have a proven GI safety advantage because the study did not result in a statistically significant decrease in complicated ulcers in Celebrex®

---

[34]     CLASS Goldkind Advisory Committee Briefing Document, pp. 21-22 (PFC01597685-777).

[35]     NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 8-10; NDA 20-998/S-009, CLASS Goldkind Advisory Committee Briefing Document, pp. 5-13 and Appendix I, pp. 70-91 (PFC01597685-777).

users.  I disagree with that conclusion as do others in the field.[36]  As previously stated, its GI safety should be evaluated in light of all the studies which indicate that Celebrex® is associated with lower incidence of ulcers and other symptoms of GI toxicity.  It is imprudent to ignore data that support conclusions with regards to risk reductions or meaningful trends in data merely because those reductions do not meet "statistical significance."  Numerical reductions in risk as well as trends in risk-reduction provide meaningful information to a doctor in assessing the GI safety of Celebrex® given the existence of other data that is statistically significant.[37]

53.  Based on the 6-month data, which represents the minimum treatment time for the CLASS protocol, the FDA review shows that Celebrex® is associated with fewer gastrointestinal side effects, including for example:

---

[36]  *See, e.g.*, James M. and Hawkey C., "Assessment of non-steroidal anti-inflammatory drug (NSAID) damage in the human gastrointestinal tract", *Br. J. Clin. Pharmacol*. 2003; 56:146-155. ("Some have concluded that [CLASS] showed that Cox-2 inhibitors do not reduce clinically significant outcomes but this seems an unreasonable conclusion in view of a wealth of other endoscopic trial and epidemiological data to the contrary.  Rather, CLASS was a badly designed, underpowered study that failed to deliver a clear message. An *ad hoc* analysis of patients not taking aspirin did show a reduction whilst those taking aspirin appeared to have a similar event rate on celecoxib and nonselective NSAIDs.") (PFC01603207-17).

[37]  *See*, for example, Laine, L. "Gastrointestinal Safety of Coxibs and Outcome Studies: What's the Verdict?", *J Pain Symptom Manage*. 2002 Apr 23:S5-10, which reports that the full analysis of the CLASS trial shows a 23% risk reduction in complicated ulcers and a 34% risk reduction in complicated plus symptomatic ulcers, respectively, for patients treated with Celebrex® (including those on concomitant aspirin) compared to patients taking NSAIDs.  When the confounding factor of aspirin use is removed from the analysis, there was a 45% risk reduction in complicated ulcers and a 47% risk reduction in complicated plus symptomatic ulcers, respectively, for patients treated with Celebrex® (PFC01603369-74).

- a numerical trend toward a decrease of complicated ulcers in Celebrex® users compared to all pooled NSAID users combined and diclofenac (38% risk reduction) and ibuprofen (49% risk reduction) based on crude ulcer rates;[38]

- a statistically significant decrease in the incidence of complicated ulcers in the non-aspirin using group taking Celebrex® compared to the pooled NSAID group and individuals taking ibuprofen, and a trend toward a decrease in incidence of complicated ulcers compared to diclofenac (38% risk reduction) based on crude ulcer rates;[39]

- a statistically significant reduction in complicated and symptomatic ulcers in Celebrex® users compared to the pooled NSAIDs and ibuprofen, and a trend toward a decrease in incidence of complicated ulcers compared to diclofenac (25% risk reduction) based on crude ulcer rates;[40] and

- a statistically significant reduction in GI adverse events including dyspepsia, abdominal pain, diarrhea and nausea compared to diclofenac.[41]

54. Likewise, the FDA review of data from the entire CLASS study period

also shows that Celebrex® is associated with fewer gastrointestinal side effects including:

- a numerical trend toward a decrease of complicated ulcers in Celebrex® users compared to ibuprofen (22% risk reduction) and diclofenac (14% risk reduction) based on crude ulcer rates;[42]

---

[38]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 34, 47, Table 13.  For example, the risk reduction associated with Celebrex® over diclofenac is based on the change in adverse crude rates:  (0.45%-0.28%)/(0.45%) = 38% risk reduction.  A similar calculation can be based on incidence per 100 patient years, for example, for diclofenac: (1.27-0.76)/1.27= 40% risk reduction.

[39]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 34, 47, Table 13.

[40]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 42-43, Table 26.

[41]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 63-64, Table 48.

[42]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, p. 35, Table 14; CLASS Goldkind Advisory Committee Briefing Document, p. 41 and Table 8.f (PFC01597685-777).  For example, the risk reduction associated with Celebrex® over diclofenac is based on the change in adverse crude rates:  (0.50%-0.43%)/(0.50%) = 14% risk reduction.  A

(continued...)

- a statistically significant decrease of complicated ulcers in the non-aspirin using group taking Celebrex® compared to individuals taking ibuprofen (58% risk reduction) based on crude ulcer rate;[43]

- a statistically significant decrease of complicated and symptomatic ulcers in Celebrex® users compared to ibuprofen (40% risk reduction, p<.017) and both NSAIDS combined (p<0.04), a numerical trend toward a decrease of complicated and symptomatic ulcers compared to diclofenac (24% risk reduction);[44]

- a statistically significant decrease of complicated and symptomatic ulcers in the non-aspirin using group taking Celebrex® compared to ibuprofen (60% risk reduction, p<.001) and both NSAIDS combined (p<0.02);[45] and

- a statistically significant reduction in GI adverse events including dyspepsia, abdominal pain, diarrhea and nausea compared to diclofenac.[46]

55.     That Celebrex® did not show a statistically significant reduction of ulcer complications in CLASS when compared to the pooled NSAIDS or an individual comparator does not refute that there is indeed such a benefit associated with the drug. CLASS did show a numerical trend toward a decrease of complicated ulcers in Celebrex® users compared to the pooled NSAIDs.

---

similar calculation can be based on incidence per 100 patient years, for example, for diclofenac:  (0.93-0.73)/0.93= 21% risk reduction.

[43]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, p. 35, Table 14; CLASS Goldkind Advisory Committee Briefing Document, p. 38, Table 8.f (PFC01597685-777).

[44]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 45-46, Table 30 ; CLASS Goldkind Advisory Committee Briefing Document, p. 43, Table 8.k (PFC01597685-777).

[45]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 45-46, Table 30; CLASS Goldkind Advisory Committee Briefing Document, p. 43, Table 8.k (PFC01597685-777).

[46]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 63-64, Table 48.

56.     As others in the field have acknowledged, the increased rate of ulcer complication seen in CLASS for the entire patient population (0.76%) as compared to the earlier RCTs and Long-Term Open Label Study (approximately 0.2%) most likely is due to the larger portion of patients taking concurrent low-dosage aspirin (≤ 325 mg per day) for cardiovascular prophylaxis in CLASS versus the earlier endoscopic studies (20.6% vs. 11%).[47]  The FDA encouraged the inclusion of aspirin users even though they expected that low-dose aspirin would "confound the outcome in those subjects".[48]

57.     Among non-aspirin users, the incidence rate of complicated ulcers was significantly lower for Celebrex® users than for ibuprofen users, and supports a lower risk compared to historical rates seen in traditional NSAIDs.[49]  In CLASS there was no statistical difference in complicated ulcers with diclofenac users, but the diclofenac rate may be related to the fact that significantly more patients withdrew from the diclofenac group due to adverse events and GI adverse events ("informative censoring").  These patients may represent a loss of patients who were at risk for developing clinically significant upper gastrointestinal events while taking diclofenac.  As the FDA reviewer acknowledged, almost all patients withdrawing due to adverse events did so within in the first six months of beginning the study.[50]  Therefore, there

---

[47]     Laine, L. "Gastrointestinal Safety of Coxibs and Outcome Studies: What's the Verdict?", *J. Pain Symptom Manage*. 2002; 23:S5-S10 (PFC01603369-74).

[48]     CLASS Goldkind Advisory Committee Briefing Document, p. 41 (PFC01597685-777).

[49]     NDA 20-998/S-009, CLASS Witter Medical Officer Review, p. 35, Table 14.

[50]     NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 23-25, 38-39, Tables 3-4 and 21; *see also* NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 63-65, Tables 48 and 49.

may not have been a reasonable amount of susceptible patients left in the diclofenac group to develop complications as seen in the Celebrex® group (especially after 6 months), and meaningful comparisons with respect to complicated ulcers and complicated and symptomatic ulcers cannot be made.[51]

58.     Apart from the results that focus on toxicity in the upper gastrointestinal tract, as discussed above, there has been recognition that NSAIDs may damage more distal regions of the small intestine and the large intestine. The FDA requested that the CLASS investigators monitor changes in hematocrit and hemoglobin for each patient enrolled in the study. Significantly more patients receiving therapeutic doses of ibuprofen or diclofenac had decreases in hematocrit ($\geq$10%) and/or decreases in hemoglobin ($\geq$ 2 g/dL) compared to patients receiving 400 mg BID of Celebrex®. The difference is clinically meaningful and the trend suggests that the resulting anemia was due to occult blood loss in the lower gastrointestinal tract.[52]

---

[51]    *See* Searle CLASS Briefing Document, DX-339 at pp. 41-44; *see also* Deeks *et al.*, Letters, BMJ 2003; 326:335-36 (PFC01602811-13); Silverstein *et al.*, Reply, *JAMA* 2001; 286:2398-9 (PFC01603194-99).

[52]    CLASS Goldkind Advisory Committee Briefing Document, pp. 64, 69 (PFC01597685-777); NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 61-62, Table 46 ("diclofenac or ibuprofen patients who had the specified decreases in hematocrit and/or hemoglobin were two- to three-fold higher than patients receiving celecoxib"); *see also* Goldstein *et al.*, "Video Capsule Endoscopy to Prospectively Assess Small Bowel Injury With Celecoxib, Naproxen plus Omeprazole, and Placebo," *Clin Gastroenterol Hepatol.* 2005 Feb;3(2):133-4 (PFC01603099-107).

### b. The Basic Conclusions Reported In *JAMA* Were Consistent With The CLASS Data for The Entire Study

59.     I disagree with Dr. Wolfe's conclusions that the data presented by the FDA during the CLASS review "demonstrated markedly different results" that "contradicted the conclusions published in the *JAMA* article." (Wolfe ¶45).  Likewise, I disagree with Dr. Wolfe's statement that the FDA review and the 6-month data used in the *JAMA* article resulted in "diametrically opposed conclusions."(Wolfe ¶46).  To the contrary, the overall conclusions of the *JAMA* authors were consistent with the general conclusions reached by the FDA reviewers: the primary endpoint for complicated ulcers was not met; however, there were statistically significantly fewer complicated and symptomatic ulcers as compared to the pooled NSAID comparators and there were statistically significantly fewer complicated and symptomatic ulcers in non-aspirin users as compared to the pooled NSAID comparators.[53]

60.     In discussing the primary endpoint of ulcer complications, the *JAMA* authors explicitly stated that "the rate for ulcer complications did not differ" between patients taking Celebrex® compared to patients taking NSAIDs.[54]  This is the same conclusion the FDA reported in its review of the full data set.  Thus, I do not understand Dr. Helfgott's assertion that

---

[53]     NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 4, 48-49, 82 **[ADD]**; Silverstein *et al.*, "Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal Anit-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis, The CLASS Study: A Randomized Controlled Trial," *JAMA* 2000; 284:1247-1255 (Figure 2) (DX-342); *see also* Silverstein *et al.*, Reply, *JAMA* 2001; 286:2398-9 (PFC01603194-99).

[54]     Silverstein *et al.*, "Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal Anit-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis, The CLASS Study: A Randomized Controlled Trial," *JAMA* 2000; 284:1247-1255 (DX-342); *see also* Lichtenstein D. and Wolfe M., "Cox-2 Selective NSAIDs New and Improved?", *JAMA* 2000; 284:1297-1299 (PFC01603465-67).

the *JAMA* authors somehow impermissibly suggested that Celebrex® made a "clean sweep" of the multiple endpoints studied in CLASS (Helgott ¶51). Not only did the *JAMA* article expressly state that the primary endpoint was not met, but the accompanying editorial also pointed out that fact.[55] Therefore, I do not understand how Dr. Helgott "felt misled" by the *JAMA* article (Helfgott ¶54).[56]

        61.     Dr. Helfgott also insinuates that the data analysis in *JAMA* was not reported in a "truthful fashion" because the authors annualized 6-month data (Helfgott ¶52; *see also* Wolfe ¶40). The *JAMA* authors reported an annualized ulcer complication rate of 0.44% in non-aspirin users taking Celebrex®, which is the exact same rate found by the FDA review of the entire study period. Likewise, the *JAMA* authors reported an annualized ulcer complication rate of 0.76% in all patients taking Celebrex®, which was actually higher than the 0.73% rate found by the FDA review of the entire study period [57] With respect to combined complicated and symptomatic ulcers in the entire population of users, the annualized incidence was 1.85% in the FDA review of Celebrex® compared to 2.08% reported by the *JAMA* article. Likewise, in non-

---

[55]    Lichtenstein D. and Wolfe M., "Cox-2 Selective NSAIDs New and Improved?", *JAMA* 2000; 284:1297-1299 (PFC01603465-67).

[56]    I also note that the *JAMA* authors did not equate "upper GI toxic effects" with "complicated ulcers" as Dr. Helfgott states in ¶50 of his report - the article is misquoted.

[57]    *Compare* Silverstein *et al.*, "Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal Anit-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis, The CLASS Study: A Randomized Controlled Trial," *JAMA* 2000; 284:1247-1255 (DX-342) *with* NDA 20-998/S-009, CLASS Witter Medical Officer Review, p. 35, Table 14 (0.44 no. per 100 pt-yrs, 0.73 no. per 100 pt-yrs).

aspirin users, the FDA review showed a 1.16% annualized incidence compared to 1.40% for

complicated and symptomatic ulcers combined.[58]

      62.     In my opinion, the real meaning of the data generated by the CLASS study

past 6 months is difficult to ascertain.  By design, the study only required that patients complete

6 months of treatment to participate.  Only 34.8 % of ibuprofen users completed the entire study

duration while 52.8% completed 6 months.  Likewise, only 44.6% of Celebrex users and 47.0%

of diclofenac users completed the entire study duration as compared to 59.6% and 57.5%,

respectively, who completed 6 months.[59]  The much smaller patient pool after 6 months may

have affected analysis of the data.  By comparison, 70% of the two groups in the VIGOR study

completed entire study period providing a more meaningful patient base to analyze over the

duration of the entire study there.[60]

      63.     The meaning of the data past six months is further confounded because, as

discussed above, the high withdrawal rate among diclofenac users for adverse events affects the

comparison due to informative censoring and may bias the results against Celebrex®.[61]  One

would have expected the ulcer complications in the diclofenac and ibuprofen group to continue

---

[58]    *Compare* Silverstein *et al.*, "Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal
Anit-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis, The CLASS
Study: A Randomized Controlled Trial," *JAMA* 2000; 284:1247-1255 (DX-342) *with*
NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 45-46, Table 30.

[59]    NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 23-24**.**

[60]    Laine L., "Gastrointestinal Safety of Coxibs and Outcome Studies: What's the Verdict?",
*J. Pain Symptom Manage*. 2002; 23:S5-S10 (PFC01603369-74).

[61]    *See also* Deeks *et al*., Letters, BMJ 2003; 326:335-36 (PFC01602811-13); Silverstein *et
al.*, Reply, *JAMA* 2001; 286:2398-9 (PFC01603194-99).

at some rate other than zero given the previously reported risk rates associated with both diclofenac and high doses of ibuprofen and the fact that naproxen continued to have events for the entire study period of VIGOR.[62]  In addition, the zero-rate reported for ibuprofen after six months in CLASS is lower than the expected background rate for individuals not taking any NSAID.  Thus, the failure of any patient in the diclofenac group to experience an ulcer complication past approximately Day 250 and the failure of any patient in the ibuprofen group to develop a complicated ulcer past Day 160 indicates that the data is not reliable.

64.     Moreover, a comparison of the rates of endoscopic ulcers and complicated ulcers seen in the earlier randomized, controlled trials and the Long-Term Open label study as compared to the CLASS Study, again undermines the reliability of the data generated from 6-to-12 months.

### c.     VIGOR and CLASS Have Different Study Designs

65.     In my opinion, based on the differences in study design between the CLASS and VIGOR studies, it is not sound to make generalized statements about the comparative gastrointestinal safety of Vioxx® and Celebrex® as Dr. Wolfe and Dr. Helfgott make. (Wolfe ¶¶52-53 and Helfgott ¶55).[63]  The VIGOR protocol was not designed with many of the real-life factors that the CLASS protocol allowed.  For example, Merck excluded

---

[62]     *See* VIGOR Goldkind Advisory Committee GI Briefing Document, p. 17, Figures 4 and 5 (PFC01597815-71).

[63]     *See also*, Mamdani *et al*., "Observational Study of Upper Gastrointestinal Haemorrage in Elderly Patients Given Selective Cyclo-Oxygenase-2 Inhibitors or Conventional Non-Steroidal Anti-Inflammatory Drugs", *BMJ* 2002; 325:624, (PFC01579968-73) (explaining why the two studies should not be compared).

concomitant aspirin use from the VIGOR study, and certain high risk patients including those with a history of cardiovascular disease were not allowed in the study. Patients enrolled in the VIGOR trial had a median age of 58 years (only approximately 24% in VIGOR were ≥ 65 years old, approximately 5% were ≥ 75 years old) versus 61 years for the CLASS study (over 40% of patients in CLASS were ≥ 65 years old, 10% were ≥ 75 years old). It is widely recognized that patients >60 years-old have a higher risk for GI complications. Furthermore, the comparator drug used in VIGOR, naproxen, is widely regarded as a drug with substantially more gastrointestinal toxicity than the comparator drugs ibuprofen and diclofenac used in the CLASS study.[64]

66. It also appears that some of the consultants advising the FDA with respect to both CLASS and VIGOR appreciated that these differences may have influenced the analysis and respective performance of the study drugs in these trials.[65]

67. Dr. Wolfe and Dr. Helfgott state that the FDA allowed Merck to change the Vioxx® product label to indicate a superior gastrointestinal safety profile when compared to "traditional, non-selective NSAIDs" (Wolfe ¶ 54, Helfgott ¶ 55). That is not correct. The FDA allowed a statement with respect to naproxen *only* -- not a safety claim with respect to non-selective NSAIDs as a group -- apparently because there was only one comparator drug that

---

[64]  *Compare* VIGOR Goldkind Advisory Committee GI Briefing Document, pp. 9-13, 35-38 (PFC01597815-71) *with* NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 7-9, 26-27.

[65]  *See, e.g.*, February 8, 2001 Arthritis Advisory Committee Hearing Transcript, NDA 21-042/S-007 (PFC01606043-287).

could not be generalized to the class of non-selective NSAIDs as a whole.[66]  Merck received a Warning Letter from the FDA for implying that the results from VIGOR with respect to naproxen are applicable to the entire class of non-selective NSAIDs.[67]  Moreover, the FDA ruled that the standard gastrointestinal NSAID template would remain in the Vioxx® product label despite the additional modifying language regarding the VIGOR study that was allowed.[68]

68.     Finally I should note that the Celebrex® label includes favorable data from the CLASS trial, breaking out the data for patients on Celebrex® alone separately from data for patients on Celebrex® plus aspirin – and thus permitting the prescribing physician to appreciate the Celebrex® rate unconfounded by aspirin.  The label sets forth the data at 9 months both in terms of complicated ulcers alone (0.32 percent for Celebrex®; 1.12 for Celebrex® plus aspirin) and the combined endpoint of complicated and symptomatic ulcers (0.78 percent for Celebrex®; 2.19 for Celebrex® plus aspirin).  The label also includes data with respect to the incidences of clinically significant decreases in hemoglobin associated with Celebrex® compared to traditional NSAIDs (Celebrex® 0.5%; diclofenac 1.3%; ibuprofen 1.9%).  The GI black box applicable to all prescription NSAIDs is on the Celebrex® label, but the standard GI warning has been

---

[66]     *See, e.g.*, February 8, 2001 Arthritis Advisory Committee Hearing Transcript, NDA 21-042/S-007(PFC01606043-287); *see also* VIGOR Goldkind Advisory Committee Briefing Document, p. 8 (PFC01597815-871).

[67]     Sept. 17, 2001 FDA Warning Letter to Merck (PFC01598034-41).

[68]     *See, e.g.*, April 11, 2002 FDA Talk Paper, "FDA Approves New Indication and Label Changes for the Arthritis Drug, Vioxx" (PFC01598207-8) April 11, 2002 Approval Letter with Vioxx® Product Label (PFC01598207-8).

modified to use the lower rate from CLASS rather than the rates set forth in the GI warning of nonselective NSAIDs.[69]

## 2.     The Successive Celecoxib Efficacy and Safety Study (SUCCESS-I)

69.     A second outcome study presents a much clearer picture.  The SUCCESS-I study was performed to evaluate the overall efficacy, GI safety, and GI tolerability of Celebrex® as compared to traditional NSAIDs.  The study was a prospective, multi-center, randomized, double-blind trial.  A total of 13, 274 patients were randomized to receive Celebrex® (100 mg BID (N=4393), 200 mg BID (N=4407)), naproxen (500 mg BID (N=905)) or diclofenac (50 mg BID (N=3489)).  Potential serious upper gastrointestinal events (perforations, ulcer bleeding, obstructions and symptomatic ulcers) were reviewed and adjudicated to consensus by two independent committees that were blinded to patient randomization.[70]

70.     SUCCESS-I shows a significant reduction in serious upper gastrointestinal events for patients treated with Celebrex® compared with patients on naproxen or diclofenac. The first committee found significantly more ulcer complications occurred in the combined NSAID group compared with Celebrex® at a rate of 0.80 per 100 patient-years versus 0.1 per 100 patient years, respectively.  The second committee, using a slightly different method for adjudicating events, also found significantly more ulcer complications in the combined NSAID group compared with Celebrex® at a rate of 1.0 per 100 patient-years versus 0.2 per 100 patient

---

[69]     *See* Celebrex® Product Label Inserts:  PFC00859866-89; PFC01591934-61.

[70]     Singh G. *et al*. "Celecoxib Versus Naproxen and Diclofenac in Osteoarthritis patients: SUCESS-I Study," *Am. J Med.* 2006; 119:255-266 (PFC01604207-18).

years, respectively.  The results of both committees, which were blinded to study medication, found a statistically significant difference favoring Celebrex in terms of the combined endpoint of complicated and symptomatic ulcers.

71.     A *post hoc* comparison of Celebrex® to each of the individual NSAIDs showed that patients on Celebrex® had numerically fewer clinically significant events (2 events; 0.1 per 100 patient-years) than diclofenac (3 events; 0.41 per 100 patient-years) or naproxen (4 events; 1.83 per 100 patient years).

72.     The rate of complicated ulcers seen in SUCCESS is consistent with the results from the randomized, controlled studies and the Long-Term Study (discussed above) lends support to the argument that the lack of a statistically significant difference for complicated ulcers in CLASS is an anomaly due to the increased use of concomitant aspirin and the high rate of withdrawal for patients in the NSAID comparator groups.  Furthermore, Celebrex® showed greater GI tolerability in SUCCESS than the non-selective NSAIDs with statistically fewer adverse events, including fewer incidents of abdominal pain, nausea and vomiting.

**D.     Epidemiology Studies**

73.     The weight of evidence determining the relationship of traditional NSAIDs with respect to clinically significant upper gastrointestinal events generally has been

derived from epidemiological data from hospitalized populations.[71]  These types of studies also

provide useful information with respect to Celebrex®.

74.  A population-based case-control study by Nørgård *et al*. in Denmark was

performed from January 2000 through December 2002 that analyzed 780 cases of high risk

patients with 2906 control patients using non-aspirin NSAIDs, Vioxx® or Celebrex®.  The risk

for upper gastrointestinal bleeding reported as odds ratios was 3.3 for non-aspirin NSAIDs users,

2.1 for Vioxx® users and 1.3 for Celebrex® users.  These results demonstrate that Celebrex® is

associated with a lower risk of upper gastrointestinal bleeding in patients with previous

gastrointestinal diseases or diseases that predispose the patient to gastrointestinal bleeding.[72]

75.  In another study by Mamdani *et al*., rate ratios of hospital admissions in

groups taking non-selective NSAIDs (N=5391), diclofenac plus misoprostol (N=5087), Vioxx®

(N=14,583) and Celebrex® (N=18,908) versus a control group (N=100,000) showed that

---

[71]  *See, e.g.*, Henry *et al.*, "Variability in Risk of Gastrointestinal Complications With Individual Non-Steroidal Anti-Inflammatory Drugs: Results of A Collaborative Meta-Analysis", *BMJ* 1996; 312:1563-66 (PFC01603185-88); *see also* Garcia Rodriguez L. and Jick H., "Risk of Upper Gastrointestinal Bleeding and Perforation Associated With Individual Non-Steroidal Anti-inflammatory Drugs", *Lancet* 1994; 343: 769-72 (PFC01603085-88); Armstrong, C. and Blower A., "Non-Steroidal Anti-Inflammatory Drugs And Life Threatening Complications of Peptic Ulceration", *Gut* 1987; 28: 527-532 (PFC01602517-23); Singh G. and Ramey D., "NSAID Induced Gastrointestinal Complications:  The Aramis Perspective - 1997", *J. of Rheumatology* 1998; 25 (suppl) 51:8-16 (PFC01607241-50).

[72]  Nørgård *et al.*, "Cox-2 Selective Inhibitors and the Risk of Upper Gastrointestinal Bleeding in High-Risk Patients With Previous Upper Gastrointestinal Diseases: A Population-Based Case-Control Study", *Aliment. Pharmacol. Ther.* 2004; 19:817-825, (PFC01579974-83).

Celebrex® had the lowest risk for upper gastrointestinal bleeding.[73] The risk ratios associated for non-selective NSAIDs (4.0), diclofenac plus misoprostol (3.0) and Vioxx® (1.9) was significantly higher than that for Celebrex® (1.0) which was the same as the control group. I also note that the demonstrated GI safety advantage of Celebrex® in this study over diclofenac plus misoprostol (which is expected to be more GI sparing than diclofenac alone), again, calls into question the reliability of data relating to diclofenac in the CLASS study.

76.     A recent hospital based, case-controlled study conducted in Spain by Lanas *et al.* analyzed admissions for GI bleeding between 2001 and 2004.[74] In total, 2,777 patients with GI bleeding and 5,532 control patients were included in the analysis. The adjusted relative risk estimate for Celebrex® was 1.0 compared to 2.1 relative risk for Vioxx®. The relative risk of upper GI bleeds for users of the pooled traditional NSAIDs was 4.4 compared to the pooled coxibs.

77.     A study Goldstein *et al.* used an insurance claims database to compare the risk of outpatient medical claims for upper gastrointestinal symptoms (including dyspepsia, abdominal pain and nausea or vomiting) among new users of Celebrex® as compared to

---

[73]     Mamdani *et al*., "Observational Study of Upper Gastrointestinal Haemorrage in Elderly Patients Given Selective Cyclo-Oxygenase-2 Inhibitors or Conventional Non-Steroidal Anti-Inflammatory Drugs", *BMJ* 2002; 325:624, (PFC01579968-73).

[74]     Lanas *et al.*, "Risk of Upper Gastrointestinal Ulcer Bleeding Associated With Selective Cox-2 Inhibitors, Traditional Non-Aspirin NSAIDs, Aspirin, and Combinations", *Gut* May 10, 2006 (published online as 10.1136/gut.2005.080754) (PFC01603375-98).

ibuprofen and naproxen.[75]  Celebrex® users had higher risk being older (mean age= 63.38 years),

were more likely to have a history of upper gastrointestinal or cardiovascular conditions, and had

a longer duration of use (127 days) compared to users in the ibuprofen and naproxen groups.

The incidence rate for any upper gastrointestinal symptom was 0.46 per 1,000 patient days for

Celebrex®, 0.70 per 1,000 patient days for ibuprofen and 0.62 per 1,000 patient days for

naproxen.  Ibuprofen users were 1.49 times more likely to have an outpatient physician claim for

abdominal pain or dyspepsia ($p < 0.001$) and naproxen patients were 1.40 times more likely ($p <$

$0.001$) as Celebrex® patients.  For any abdominal pain, dyspepsia and naseau/vomiting,

ibuprofen treated patients were 1.48 times more likely to experience these symptoms ($p < 0.001$)

and naproxen patients were 1.40 times more likely ($p < 0.001$) more likely than Celebrex®

patients to experience symptoms.

## VII.    Celebrex® Alone Is As Good or Better Than NSAID Plus PPIs

78.    One way physicians have tried to offset the gastrointestinal toxicity of

traditional NSAIDs is to use proton-pump inhibitor (PPI) co-therapy.  This option is used most

often in high risk patients, especially individuals with a history of ulcer bleeding, but requires a

patient to take multiple medications and may be limited by lack of patient adherence.  PPI co-

---

[75]    Goldstein *et al*., "Incidence of Outpatient Physician Claims for Upper Gastrointestinal Symptoms Among New Users of Celecoxib, Ibuprofen, and Naproxen in an Insured Population in the United States", *Am. J. Gastroenterol.* 2003; 98:2627-2634, (PFC01579960-67).

therapy also does not protect the lower gastrointestinal tract.[76] Celebrex® alone, however, has demonstrated that it reduces the likelihood of recurrent bleeding in the upper and lower gastrointestinal tract.

79.     In a study by Chan *et al.* with patients that had one or more risk factors, such as old age and co-existing medical conditions (including renal diseases, diabetic nephropathy, and heart failure) in addition to a recent history of ulcer bleeding, the probability of recurrent ulcer bleeding during a six-month treatment period was 4.9% for Celebrex® compared to 6.4% for patients who received diclofenac plus omeprazole.[77] The probability of recurrent endoscopic ulcers (without bleeding) in six-months was 18.7% in the Celebrex® group and 25.6% for the diclofenac plus omeprazole group. Using a combined endpoint of bleeding ulcers plus endoscopic ulcers, the probability was 24.1% for Celebrex® compared to 32.3% for the diclofenac plus omeprazole group.[78]

---

[76]     *See, e.g.*, Goldstein *et al.*, "Video Capsule Endoscopy to Prospectively Assess Small Bowel Injury With Celecoxib, Naproxen plus Omeprazole, and Placebo," *Clin. Gastroenterol. Hepatol.* 2005 Feb;3(2):133-4 (PFC01603099-107).

[77]     Chan *et al.*, "Celecoxib Versus Diclofenac and Omeprazole In Reducing The Risk of Recurrent Ulcer Bleeding In Patients With Arthritis", *NEJM* 2002; 347:2104-10. Significantly, Chan *et al.* observed that prescribing a nonselective NSAID to this population would be unethical, noting that a prior study they conducted found "that about 19 percent of patients with a recent episode of ulcer bleeding who took a nonselective NSAID had recurrent bleeding within six months." *Id.* (PX-048).

[78]     Chan *et al.*, "Celecoxib Versus Diclofenac and Omeprazole In High-Risk Arthritis Patients: Results of a Randomized Double-Blind Trial", *Gastroenterology* 2004; 127:1038-1043 (PFC01602689-96).

80.     Lai *et al.* conducted prospective open-labeled, randomized trial to study the prevention of ulcer relapse in patients with a history of NSAID-related ulcers.[79]  Patients received either 200 mg Celebrex® per day or 250 mg TID naproxen plus 30 mg lansoprazole per day.  The cumulative incidence of recurrent gastroduodenal ulcers and ulcer complications at 24 weeks was 3.7% in the Celebrex® group and 6.3% in the naproxen plus lansoprazole group.  In addition, no patient in the Celebrex® group developed lower GI complications compared to 3 patients in the naproxen plus lansoprazole group.  The cumulative incidence of lower GI complications was 0% for Celebrex® and 2.7% for the naproxen plus lansoprazole group.

## VIII.   Doctors Prescribe Celebrex® Because of Its Proven Reduction In GI Side Effects

81.     Physicians prescribe Celebrex® in part because the drug is demonstrably shown to result in fewer endoscopic ulcers, fewer symptomatic ulcers, fewer complicated ulcers and is associated with better overall gastrointestinal safety and tolerability.[80]  Traditional NSAIDs that were on the U.S. market prior to Celebrex®'s introduction in 1999 do not have that proven GI safety advantage and their use resulted in stark statistics with respect to gastrointestinal injury.

82.     Dr. Wolfe refers to studies that purportedly have shown that salsalate, nabumetone, meloxicam and etodolac "incite fewer peptic ulcers" (Wolfe ¶15); however, I am

---

[79]     Lai *et al.*, "Celecoxib Compared With Lansoprazole and Naproxen to Prevent Gastrointestinal Ulcer Complications", *Am. J. Med.* 2005; 118:1271-78 (PFC01603339-46).

[80]     I say "in part" because if the drug was not efficacious as well it would not be widely prescribed.

not aware of any studies that compare the gastrointestinal safety of salsalate, nabumetone or etodolac to Celebrex®, let alone studies that show these compounds have equal or superior GI safety profiles when compared to Celebrex®.

83.     Studies that analyzed both Celebrex® and meloxicam determined that Celebrex® was associated with a lower incidence of gastrointestinal bleeding. MacDonald *et al.* determined that meloxicam was associated with a higher incidence of gastrointestinal bleeding (1.11 unadjusted relative risk; 0.84 adjusted relative risk) than a pooled group of Celebrex® and Vioxx® users (0.56 unadjusted relative risk; 0.46 adjusted relative risk, p<0.043).[81] Subsequently, Lanas *et al.* reported that meloxicam had a similar relative risk rate for upper GI bleeding compared to traditional NSAIDs and a greater relative risk compared to Celebrex®.[82] Furthermore, the FDA found that even the clinically accepted dose of meloxicam at 15 mg per day is associated with an increased GI toxicity compared to 7.5 mg and the risk increases at higher doses[83], whereas Celebrex® has not shown a dose-related rise in gastrointestinal ulcer risk at doses up to 400 mg BID (four times the recommended dose for osteoarthritis, the most common indication, and twice the recommended dose for rheumatoid arthritis).

---

[81]     MacDonald *et al*. "Channeling Bias and The Incidence of Gastrointestinal Haemorrhage in Users of Meloxicam, Coxibs, and Older, Non-Specific Non-Steroidal Anti-inflammatory Drugs", *Gut* 2003; 52:1265-1270 (PFC01603495-500).

[82]     Lanas *et al.*, "Risk of Upper Gastrointestinal Ulcer Bleeding Associated With Selective Cox-2 Inhibitors, Traditional Non-Aspirin NSAIDs, Aspirin, and Combinations", *Gut* May 10, 2006 (published online as 10.1136/gut.2005.080754) (PFC01603375-98).

[83]     *See* NDA 20-938, Medical Officer's Review (Mobic®) at p. 24.

84.     With respect to nabumetone, the FDA told the pharmaceutical company marketing nabumetone (Relafen®) that it had "not submitted substantial evidence that nabumetone is COX-2 selective or 'gastrosparing'."[84]

85.     Dr. Wolfe also implies that *in vitro* selectivity for Cox-2 inhibition of compounds such as meloxicam, etodolac, and NS-398 (which is not a commercial NSAID) indicate that these compounds have less gastrointestinal side effects than other non-selective NSAIDs (Wolfe ¶15).  However, *in vitro* testing does not necessarily equate to less gastrointestinal side effects.  *In vitro* selectivity cannot fully predict how a medication will interact with the body and, thus, clinical testing and use in patients is the true indicator of a drug's properties.  The FDA apparently has required that any description of Cox-2 selectivity be based upon *in vivo* studies, and drugs such as meloxicam (Mobic®) and nabumetone (Relafen®) have not been permitted to claim a GI safety advantage based on *in vitro* Cox-2 testing.[85]

86.     Dr. Wolfe and Dr. Helfgott seem to argue that the commercial success of Celebrex® is due to marketing and, somehow, the publication of the *JAMA* article.  However, Celebrex® was one of the most widely prescribed drugs shortly upon its introduction into the U.S. market, and long before the *JAMA* article was published, based upon the strength of the gastrointestinal safety data presented in connection with the original NDA.  Subsequently,

---

[84]     Jan. 23, 1997 FDA Letter to SmithKline Beecham Pharmaceuticals (PFC01597457-60).

[85]     *See, e.g.*, Administrative Documents for NDA 20-938, December 13, 1999 FDA Meeting Minutes ("any description of COX-2 selectivity needs to be based upon *in-vivo* studies") (PFC01597682-83); March 13, 1998 FDA Warning Letter to SmithKline Beecham Pharmaceutical (regarding Relafen®: stating "no clinical benefit has been established" based on *in vitro* studies) (PFC01597461-68).

Celebrex®'s gastrointestinal safety has been consistently demonstrated through additional

clinical trials and observational studies conducted over the last past 7 years, as well a real world

patient experience.  The drug has been widely accepted and remains an NSAID of choice.

Dated:  June 23, 2006

Timothy Cragin Wang, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Expert Report of Timothy Cragin Wang, M.D. to be served by electronic mail on the 23rd day of June 2006 on the counsel for the defendant as follows:

> Thomas L. Creel
> Keith A. Zullow
> GOODWIN PROCTER LLP
> 599 Lexington Avenue
> New York, NY 10022
> Fax: 212-355-3333

I hereby certify that I caused a true and correct copy of the foregoing Expert Report of Timothy Cragin Wang, M.D. to be served by first class mail on the 26th day of June 2006 on the counsel for the defendant as follows:

> Thomas L. Creel
> Keith A. Zullow
> GOODWIN PROCTER LLP
> 599 Lexington Avenue
> New York, NY 10022
> Fax: 212-355-3333

Daniel Reisner

# Exhibit A

**CURRICULUM VITAE**   (UPD. 3/08/06)

Name:              **Timothy Cragin Wang, M.D.**

Address:           455 Central Park West, Apartment #11C
                   New York, NY 10025

Date of Birth:     March 27, 1957

Place of Birth:    Allentown, Pennsylvania

Education:
      1975:           John Burroughs Preparatory School, Ladue, Missouri
      1979   B.A.   Williams College, Williamstown, Massachusetts
      1983   M.D.   Columbia College of Physicians and Surgeons, New York, New York

Postdoctoral Training:
      Internships and Residencies:
      1983-1986    Intern and Resident in Internal Medicine,
                   Barnes Hospital, Washington
                   University School of Medicine, St. Louis, Missouri

      Research Fellowships:
      1986-1989    Research Fellow in Medicine, Harvard Medical School
      1986-1989    Clinical and Research Fellow in Medicine, Massachusetts General
                   Hospital, Boston, Massachusetts

Licensure and Certification:
      1987            Massachusetts License Registration No. 55632
      2004            New York License No. 233070-1

Academic Appointments:
      1989            Instructor of Medicine, Harvard Medical School
      1993            Assistant Professor of Medicine, Harvard Medical School
      1998            Associate Professor of Medicine. Harvard Medical School
      1999            Professor of Medicine (with tenure), University of Massachusetts Medical
                      School
      2004            Assistant Adjunct  Professor of Medicine,
                      Columbia University College of Physicians & Surgeons
      2005            Dorothy L. and Daniel H. Silberberg Professor of Medicine
                      Columbia University College of Physicians & Surgeons

## Hospital Appointments:

| | |
|---|---|
| 1989-1991 | Clinical Assistant in Medicine, Massachusetts General Hospital |
| 1991 | Assistant in Medicine, Massachusetts General Hospital |
| 1994 | Assistant Physician, Massachusetts General Hospital |
| 1998 | Associate Physician, Massachusetts General Hospital |
| | Associate Division Chief, Massachusetts General Hospital |
| 2000 | Chief, Gastroenterology Division, |
| | Director of GI Cancer, |
| | University of Massachusetts Medical School |
| 2004 | Chief, Digestive and Liver Diseases |
| | Director of GI Cancer |
| | Columbia University Medical Center |

## Awards and Honors:

| | |
|---|---|
| 1979 | B.A., summa cum laude |
| 1983 | M.D. (AOA) |
| 1988 | AGA Senior Research Fellow Award |
| 1993 | AGA Funderberg Gastric Cancer Award |
| 1998 | Election to American Society of Clinical Investigation (ASCI) |
| 1999 | Steven Krane Lectureship for Outstanding Young Investigator |
| | in the MGH Department of Medicine |
| 2000 | Viktor Mutt Medal in Gut Hormone Research |
| 2001 | Gladys Smith Martin Chair in Gastrointestinal Cancer |
| 2004 | Election to Association of American Physicians (AAP) |
| 2005 | Silberberg Chair in Medicine, Columbia P&S |

## Major Committee Assignments:

### Hospital

| | |
|---|---|
| 1993 | Committee on Research, MGH |
| 1993 | Subcommittee for Research Animal Care/Studies, MGH |
| 1998 | Steering Committee, Gastrointestinal Unit, MGH |
| 1999 | Academic Governing Council, Department of Medicine, MGH |
| 2000 | Appointments and Promotions Committee, UMass Med School |
| 2000 | Member of Cancer Center Search Committee, UMass Medical School |
| 2002 | Board Member of Cancer Center Programs Leaders at UMass |
| | Medical School |
| 2003 | Member of Endoscopy Working Group, UMass Medical School |
| 2003 | Member of Pediatric GI Search Committee, UMass Medical School |
| 2004 | Department of Medicine Executive Council, Columbia P&S |
| 2005 | Member of Radiation Oncology Search Committee, Columbia P&S |

National Committee Assignments:

| | |
|---|---|
| 1996-1998 | AGA By-Laws Committee |
| 1999-2002 | AGA Education Committee |
| 2001-2005 | AGA Council, Hormones & Receptors Section |
| 2002-2004 | AGA Research Committee |
| 2003 | AGA Nominating Committee |
| 2003-2004 | Director, AGA 2004 Spring Postgraduate Course (SPGC) |
| 2003-2004 | AGA Strategic Planning Committee |
| 2003-5 | AGA GRG Committee |
| 2004-2005 | AGA Research Policy Committee |
| 2005-2008 | Chair, AGA Future Trends Committee |

Memberships in Professional Societies:

| | |
|---|---|
| 1979 | Phi Beta Kappa |
| 1983 | Alpha Omega Alpha |
| 1983- | American Medical Association |
| 1986- | American Gastroenterology Association (AGA) |
| 1986- | American Board of Internal Medicine (ABIM) |
| 1986- | American College of Physicians (ACP) |
| 1998 | American Society for Clinical Investigation (ASCI) |
| 2001 | American Physiological Society (APS) |
| 2002 | American Society for Biochemistry and Molecular Biology (ASBMB) |
| 2003 | Crohn's & Colitis Foundation of America (CCFA) |
| 2004 | Association of American Physicians (AAP) |
| 2005 | New York Society of Gastrointestinal Endoscopy (NYSGE) |

Editorial Experience:

| | |
|---|---|
| 1996-2001 | Associate Editor, Gastroenterology |
| 2003-2007 | Associate Editor, Am. J. Physiol. (*Gastrointest Liver Phys*) |
| 2006-2010 | Associate Editor, Gastroenterology |

Journals Reviewed For:
1. Nature Medicine
2. Science
3. New England Journal of Medicine
4. Proceedings for the National Academy of Science
5. EMBO J
6. Journal of Clinical Investigation
7. Endocrinology
8. Cancer Research
9. FEBS Letters
10. Biochemistry Journal
11. FASEB Journal
12. Hepatology

13. Gut
14. Gastroenterology
15. American Journal of Physiology
16. Journal of Cell Physiology
17. Regulatory Peptides
18. American Journal of Gastroenterology
19. Cell Growth & Differentiation
20. Digestive Diseases and Sciences
21. Digestion

<u>Major Research Interests</u>:
1. Regulation of histidine decarboxylase gene expression
2. Role of gastrin in growth and colon cancer
3. The role of cyclin D1 in oncogenesis
4. Mouse models Helicobacter pylori and gastric cancer
5. Function and regulation of trefoil factor 2 (TFF2/SP)
6. Regulate of innate immunity
7. Stem cells and cancer


# **RESEARCH FUNDING:**

<u>CURRENT FUNDING</u>:

    NIH RO1CA120979
        Funding agency: NIH NCI
        Title: Stem cells and gastric cancer
        Principal investigator: Timothy C. Wang
        Dates of Award: 3/06 to 2/11

    NIH RO1 DK 48077
        Funding agency: NIH NIDDK
        Title: The regulation of histidine decarboxylase gene expression
        Principal investigator: Timothy C. Wang
        Dates of Award: 6/04 to 6/09

    NIH RO1 DK52778
        Funding agency: NIH NIDDK
        Title: Function and regulation of gastrin
        Principal investigator: Timothy C. Wang
        Dates of Award: 03/01/04 to 02/28/09

    NIH RO1 CA93405
        Funding agency: NIH NCI
        Title: Mouse models of gastric cancer
        Principal Investigator: Timothy C. Wang

Dates of Award: 4/1/01 to 3/31/06

NIH RO1 DK58889-01
    Funding agency: NIH NIDDK
    Title: Function and regulation of spasmolytic polypeptide/TFF2
    Principal Investigator: Timothy C. Wang
    Dates of Award: 3/1/01 to 2/28/06

NIH RO1 AI51405-01
    Funding agency: NIH NAID
    Title: Heath shock proteins and *Helicobacter pylori* pathogenesis
    Principal Investigator: Evelyn Kurt-Jones; Co-PI: Timothy C. Wang
    Dates of Award: 4/01/02 – 3/31/07

RECENT PAST FUNDING:    Not included.

## POST-DOCTORAL FELLOWS PAST:

| NAME | TRAINING PERIOD | RESEARCH PROJECT | CURRENT POSITION |
|------|-----------------|------------------|------------------|
| Michael Hoecker | 1993-1996 | Role of Gastrin in Chromogranin a Regulation | Associate Professor of Medicine, Charite Med School, Humboldt University |
| Zhensheng Zhang | 1993-1996 | Human HDC Promoter | Assistant Professor of Medicine Memorial Medical School, NIH |
| Ted Koh | 1994-1997 | Role of Gastrin in Gastro-Intestinal Development | Assistant Professor of Medicine Syracuse Hospital, New York |
| Robert Henihan | 1996-1998 | Regulation of the HDC Promoter by somatostatin | Wilmington Gastroenterology Associates, North Carolina |
| Raktima Raychowdhury | 1996-2000 | Gastrin Regulation of the HB-EGF Gene | Research Associate Professor of Medicine, Harvard University |
| John Fleming | 1997-2003 | Expression and Regulation of Histidine Decarboxylase | Research Assistant Professor, Institute of Molecular Medicine Lisoboa, Portugal |
| Woo Kyu Jean | 1997-1998 | Regulation of TFF2 | Assistant Professor of Medicine Samsung University, Seoul, Korea |
| Clemens Bulitta | 1998-2000 | Regulation of gastrin and TFF2 | Siemens Medical Solutions Health Services GmbH Erlangen, Germany |
| Rocchina Colucci | 1997-1999 | Regulation of HDC promoter | Research Assistant Professor |

| | | | |
|---|---|---|---|
| James Farrell | 1998-2001 | Generation and Characterization of TFF2 Deficient Mouse | Assistant Professor of Medicine UCLA School of Medicine |
| John McLaughlin MD, PhD | 1998-1999 | Gastrin Regulation of the HB-EGF Gene | Assistant Professor of Medicine Manchester University, England |
| Abhijit Chaklader PhD | 2000-2002 | Molecular Characterization of Human Rotaviruses Isolated from Clinical Cases | Staff Scientist, Harvard Medical School, UMass Medical School |
| Chung-Wei Lee MD | 2000-2001 | Regulation of Mouse TFF2 Promoter Activity | PhD. Student, Massachusetts Institute of Technology (MIT) |
| Guanglin Cui MD | 2001-2003 | The Role of Cytokines in Gastritis | University of Tromso Tromso, Norway |
| SeonHee Lim MD. PhD. | 2002-2003 | Regulation of TFF2 Gene Expression | Assistant Professor of Medicine Kang Nam Hospital, Seoul, Korea |
| Alfred Chi PhD | 2001-2004 | Regulation of TFF2 | Founder of biotech company |
| Shi Lei PhD | 2001-2004 | Regulation Of Gastrin Gene Expression | Postdoc with Dr. Steve Reppert Neurobiology, UMass |

## CURRENT POST-DOCS

| | | | |
|---|---|---|---|
| Wandong Ai, PhD | 2002-Present | Regulation of HDC Promoter Activity | Associate Research Scientist Columbia P&S |
| Shigeo Takaishi MD, PhD | 2002-Present | Mouse Model of Gastric Cancer | Associate Research Scientist Columbia P&S |
| Alexander Dubeykovskiy, PhD | 2003-Present | Progastrin and Cancer | Associate Research Scientist Columbia P&S |
| Zina Dubeykovskaya, PhD | 2004-Present | Trefoil Family Factor 2 | Post-doctoral Research Scientist Columbia P&S |
| Shuiping Tu, MD, Ph.D | 2004-Present | Mouse Models of Gastric Cancer | Post-doctoral Research Scientist Columbia P&S |
| Iva Smirnova, MD, PhD | 2004-present | Gastric Progenitor Cells | Post-doctoral Research Scientist Columbia P&S |
| Tomoyuki Okumura MD, PhD | 2005-Present | Stem Cells and Cancer | Post-doctoral Research Scientist Columbia P&S |
| Frederic Marrache MD, PhD | 2005-Present | Models of Pancreatic Cancer | Post-doctoral Research Scientist Columbia P&S |
| Sheng-Wen Wang MD, PhD | 2005-Present | Inflammation and cancer | Post-doctoral Research Scientist Columbia P&S |

Principal Clinical and Hospital Service Responsibilities:

| | |
|---|---|
| 1991- | Attending Physician, Medical Service, Massachusetts General Hospital |
| 2000- | Attending Physician, UMass Medical Center |
| 2004- | Attending Physician, New York Presbyterian Hospital |

Major Administrative Responsibilities:

| | |
|---|---|
| 1992: | Director of GI Unit Research Journal Club |
| 1993: | Co-Director, Course on Techniques in Molecular and Cellular Biology |
| 1995: | Director of Transgenic Core Laboratory, CSIBD |
| 1996: | Director of GI Unit Research Seminar Series |
| 1998: | Director of Partner's dyspepsia disease management program |
| 1998: | Associate Chief, Gastrointestinal Unit, MGH |
| 2000: | Chief, Gastrointestinal Division, UMass Medical |
| 2004: | Chief, Gastroenterology Division, Columbia University Medical School |

Teaching Experience:

| | |
|---|---|
| 1991-2000 | Visit on the Gastrointestinal Service |
| 1992-2000 | Visit on the Bigelow Medical Service |
| 1993-2000 | Co-director of the IBD Center Molecular Biology Course |
| 1993-2004 | Lecturer at Harvard Postgraduate course in Gastroenterology, Infectious Diseases, and Surgery |
| 1998-2000 | Lecturer in CME program: AMIL Physicians from Brazil |
| 2000-2004 | Attending on the UMass Medicine and GI services |
| 2000-2004 | Co-director of GI Pathophysiology course, UMass Medical School |
| 2001-2005 | Thesis committee Tox/Path for M.I.T. |
| 2002, 2004, 2005 | AGA, Academic Skills Workshop |

Invited Speaker:

| | |
|---|---|
| 1991 | University of Pennsylvania |
| 1992 | University of Michigan |
| 1993 | Boston University |
| | Peptide Growth Factor Conference, Vail, Colorado |
| 1994 | Visiting Lecturer, CURE, UCLA |
| 1995 | Tufts University/New England Medical Center |
| | Massachusetts Institute of Technology |
| 1996 | GI Cancers: Biology and Genetics, Reston, VA |
| 1997 | Gastrin Conference, Liverpool, UK |
| | MIT, Division of Toxicology |
| 1998 | Visiting Lecturer, Univ. of Michigan |
| | Visiting Lecturer, UTMB |
| | Visiting Lecturer, Medical College of Georgia |
| | K-Club, DDW, New Orleans |

|      | Yamanouchi Symposium, Tokyo Japan |
|------|------|
|      | Visiting Professor, University of Cincinnati |
| 1999 | Keystone Symposium on GI Cancer |
|      | Chugai Symposium, DDW, Orlando |
|      | Visiting Professor, National University, Taiwan |
|      | Visiting Lecturer, Mount Sinai Medical Center |
| 2000 | Visiting Lecturer, University of Massachusetts |
|      | Visiting Lecturer, Brigham and Woman's Hospital |
|      | Visiting Lecturer, Emory University |
|      | Visiting Lecturer, Massachusetts Institute of Technology |
|      | Visiting Lecturer, Merck Corporation, Pennsylvania |
|      | Visiting Professor, Humboldt University, Berlin, Germany |
|      | Victor Mutt Lectureship, Cairns, Australia |
|      | External Scientific Advisory Board, Washington Univ. Nutrition Center |
| 2001 | Visiting Professor, University of Pennsylvania |
|      | Visiting Professor, University of Connecticut |
|      | Visiting Professor, Yale University |
|      | Invited Speaker, Worcester Medical Center/St. Vincent's Hospital |
|      | Invited Speaker, APDW, Sydney, Australia |
|      | Invited Speaker, Conference on gastric cancer, Astra-Zeneca, Waltham, MA |
|      | Invited Speaker, Keio and Kyote Universities, Japan |
|      | Invited Speaker, FASEB, Kalispell, Montana, July 2001 |
|      | Invited Speaker, FASEB, Ottawa, Quebec, Canada, October 2001 |
|      | Invited Speaker, University of Toronto |
|      | Invited Speaker, 3rd International Conference on Trefoils April |
| 2002 | Invited Speaker, Pacific Basin Group on Gastroduodenal Disorders Meeting |
|      | Invited Speaker, University of Pennsylvania Postgraduate Course |
|      | Invited Speaker, Yale University School of Medicine |
| 2003 | Invited Speaker, Beth Israel Deaconess Hospital, Boston |
|      | Salmon Visiting Professor of Medicine: Vanderbilt University |
|      | Invited Speaker: "Biology of gastrointestinal bleeding", Yale University |
|      | Invited Speaker: "*Helicobacter pylori* and gastric cancer", Columbia College of Physicians and Surgeons, NY. |
|      | Invited Speaker: "*Helicobacter pylori* and gastric cancer", Duke University Medical Center |
|      | Invited Speaker: *Helicobacter* and gastric cancer, Astra-Zenneca International Consensus Conference, Stockholm, Sweden. |
|      | Grand Rounds speaker: *H. pylori*: Update 2003, St. Vincent's Medical Center, Worcester, MA. |

Grand Rounds speaker: *H. pylori*: Update 2003, Holy Family
    Hospital, Methuen, MA.
Invited speaker:  Infection and inflammation: the origins of
    epithelial cancers, Beth Israel Deaconess Hospital, Boston, MA

2004 Invited Speaker: Massachusetts General Hospital, "Trefoil factor 2: non-
    epithelia expression and the origin of epithelial cancers"
Invited Speaker:  UCLA, VA Healthcare System, CURE "Helicobacter
    and Gastric Cancer"
Invited Speaker, Dana Farber Cancer Center, "Helicobacter, Inflammation
    and Gastric Cancer"
Invited Speaker at Massachusetts General Hospital, GI Grand Rounds "H
    pylori and Gastric Cancer" in the Isselbacher Library
Invited Speaker: 15th International Symposium of Regulatory Peptides,
    "Non-processed gastrins: effects, mechanisms of action and
    pathophysiological relevance", Toulouse, France
Pediatric GI Grand Rounds,  "*Helicobacter* and gastric cancer", Columbia
    University Medical  Center
Invited lecture: Cornell Medical School, GI Grand Rounds,
    "*Helicobacter pylori*  and gastric cancer." Columbia College of P&S,
    Medical Grand Rounds, "*H. pylori* and    gastric cancer."
Invited speaker, 4th International Conference on Trefoil factors,
    Strasbourg, France. "Trefoil factor-2 (TFF2): non-epithelial expression
    and possible role in immune regulation."

2005

 January Lecture to GI fellows at Columbia on "Peptic Ulcer Disease"
   Invited lecture: GI Grand Rounds, "*Helicobacter* and gastric cancer" St.
    Luke's/Roosevelt Hospital,  New York, NY
 March Invited speaker: Stanford University Microbiology, Molecular Oncology
    Research Seminar, "*Helicobacter* pylori and gastric cancer: anew
    paradigm for epithelial cancer", Palo Alto, CA
   Invited lecture: GI Grand Rounds, "Helicobacter and gastric cancer: a new
    paradigm for inflammation mediated neoplasia", Stanford University,
    Palo Alto, CA
   Invited  speaker: Genentec Molecular Oncology Seminar, "Helicobacter
    pylori and  gastric cancer: a new paradigm for cancer stem cells",
    South San Francisco, CA
   Invited speaker: Washington Hospital Center, Cardiovascular
    Revascularization Therapies (CRT) 2005 Conference, "Studies
    suggesting that stem cell might be carcinogenic", Washington, DC
 April Invited speaker: National Cancer Institute Sponsored Workshop on
    Mucosal Immunosureillance, Inflammation and Cancer, "Inflammation
    and carcinogenesis", Rockville, MD
 May Invited speaker: John Hopkins School of Medicine Jr. Faculty Research
    Program IBD Symposium,  Management problems in IBD:
    Immunomodulators, Biologics and Dysplasia. Baltimore, MD

State of the Art Lecture and session co-chair: American Gastroenterological Association Annual Meeting, "Stem cells and cancer", Chicago, IL

Invited speaker: AGA Postgraduate Course, Digestive Diseases Week 2005, "Gastritis and cancer", Chicago, IL

Invited speaker: Japanese K-Club, Chicago, IL

June    Invited Lecture: Hematology/Oncology Research Seminar, " ", New York University School of Medicine, New York, NY

Invited speaker and session chair: 10th US-Japan GI & Liver Meeting in the 21st Century, "Helicobacter and gastric cancer: a new paradigm for epithelial malignancy", Kyoto, Japan

Sept    Invited Speaker: AGA-British Society of Gastroenterology (BSG) Meeting, "Stem cells and GI carcinogenesis", Oxford, England

Invited Lecture: GI Grand Rounds and Research Seminar, "Helicobacter, inflammation and stem cells: a new paradigm in epithelial cancer", University of Pennsylvania, Philadelphia, PA

Invited Speaker: World Congress of Gastroenterology, "H pylori, gastritis and gastric cancer: pathologic mechanisms", Montreal, Canada

Conferences Organized:

| | |
|---|---|
| November 1999: | Third International Conference on Gastrin |
| September 2002: | International Regulatory Peptide Symposium |
| May 2004: | AGA/GRG Symposium: Stem cells and cancer stem cells. |
| May 2004: | AGA Spring Postgraduate Course (SPGC) |
| October 2004 | FASEB conference: Gastrointestinal Response to Injury: Canada 2004 |
| Planned for 2006: | AGA Symposium on "Stem cells in Cancer and Development" |

NIH Study Sections:

| | |
|---|---|
| Ad hoc: | Program Projects: 1994, 1996 |
| | NIDDK-C 1999, 2000 |
| Member: | NIDDK-C (6/2000-6/2004) |
| | NIH Gastrointestinal Cell & Molecular Biology DDK-GCMG (2004-present) |

Patents filed:

2002    Diagnosis and treatment of gastrointestinal disease (Role of gastrin isoforms in the susceptibility to gastric atrophy and cancer). US Serial No. 10/257, Filed 10/8/02.

2003    Origins of gastric cancer (pending).

2003    Histamine and CCK2/gastrin receptor blockade in the treatment of acid-peptic disease and cancer (pending).

## Bibliography

**Original Peer-Reviewed Articles:**

1. Linday L, Dobkin JF, Wang TC, Butler VP, Shaha JR, Linderbaum J. Digoxin inactivation by gut flora in infants and Children. Pediatrics. 1987; 79:544-548.

2. Parsonnet J, Welch K, Compton C, Strauss R, Wang TC, Kelsey P, Ferraro MJ. Simple microbiologic detection of campylobacter pylori. J Clin Micro. 1988; 26:948-949.

3. Brand SJ, Wang TC. Gastrin gene expression and regulation in rat islet cell lines. J Biol Chem. 1988; 263:16597-16603.

4. Green PHR, O'Toole KM, Slonim D, Wang TC, Weg A. Increasing incidence and excellent survival of patients with early gastric cancer: experience of a United States medical center. Am J Med. 1988; 85:658-661.

5. Lee EY, Wang TC, Clouse RE, DeSchryver-Kecskemeti K. Mucosal thickening adjacent to gastric malignancy: association with epidermal growth factor. Modern Pathology. 1989; 2:397-402.

6. Wang TC, Brand SJ. Islet cell specific regulatory domain in the gastrin promoter contains adjacent positive and negative DNA elements. J Biol Chem. 1990; 265:8908-8914.

7. Strauss RM, Wang TC, Kelsey PB, Compton CC, Ferraro MJ, Perez-Perez G, Parsonnet J, and Blaser MJ. Association of helicobacter pylori infection with dyspeptic symptoms in patients undergoing gastroduodenoscopy. Am J Med. 1990; 89:464-469.

8. Awad JA, Lee EY, Wang TC, Deschryver-Kecskemeti K, Clouse RE. Effect of mucosal thickening near gastric carcinoma on the endoscopic diagnosis of malignancy. Dig Dis Sci. 1990; 35:317-320.

9. Richter JM, Wang TC, Fawaz K, Bynum TE, Fallon D, and Shapleigh C. Practice patterns and costs of hospitalization for upper gastrointestinal hemorrhage. J Clin Gastro. 1991; 13:268-273.

10. Shiota G, Rhoads DB, Wang TC, Nakamura T, and Schmidt EV. Hepatocyte growth factor inhibits growth of hepatocellular carcinoma cells. Proc Natl Acad Sci USA. 1992; 89:373-377.

11. Wang TC, Brand SJ. Function and regulation of gastrin in transgenic mice: A review. Yale J. Biol. Med. 1992; 65:705-713.

12. Wang TC, Bonneir-Weir S, Oates P, Chulak M, Merlino GT, Schmidt EV, Brand SJ. Pancreatic gastrin stimulates islet differentiation of TGF-alpha-induced ductular precursor cells. J Clin Invest 1993; 92:1349-1356.

13. Tillotson LG, Wang TC, Brand SJ. Activation of gastrin transcription in pancreatic islet cells by a CACC promoter element and a 70 kDa sequence specific DNA binding protein. J Biol Chem January 1994, 269:2234-2240.

14. Jeffrey GP, Babyatsky M, Oates PS, Wang TC, Brand SJ. Spasmolytic polypeptide - an abundant trefoil peptide secreted luminally from mucous cells in adult and fetal rat stomach. Gastroenterology 1994 106:336-345.

15. Shiota G, Wang TC, Nakamura T, Schmidt EV. Hepatocyte growth factor in transgenic mice; effect on hepatocyte growth, liver regeneration, and gene expression. Hepatology, April, 1994, 19:962-972.

16.  Wang TC, Cardiff RD, Zuckerberg L, Lees E, Arnold A, and Schmidt EV. Mammary hyperplasia and carcinoma in MMTV-Cyclin D1 transgenic mice. Nature June 23 1994; 369:669-671.

17.  Sharp R, Babyatsky M, Takagi H, Tagerud S, Wang TC, Bockman DE, Brand SJ, and Merlino G. Transforming growth factor alpha can disrupt the normal program of cellular growth and differentiation in the gastric mucosa of transgenic mice. Development 121:149-161, 1995.

18.  Wang TC, Babyatsky M, Oates PS, Zhang Z, Tillotson L, Chulak MB, Brand SJ, Schmidt EV. The rat gastrin-human gastrin chimeric transgene directs antral G cell specific expression in transgenic mice. Am. J. Phys. 268 (Gastrointest. Liver Physiol. 31): G1025-G1036, June, 1995.

19.  Haase VH, Wang TC, Schmidt EV, and Bernards A. Normal lymphopoiesis in transgenic mice over-expressing the ltk transmembranous tyrosine kinase. Transgenics 1995, 1:487-495.

20.  Koh TJ and Wang TC. Molecular cloning and sequencing of the murine gastrin gene. Biochem. Biophys. Res. Commun. 1995; 216:34-41.

21.  Fox JG, Li X, Cahill R, Andrutis K, Rustgi AK, Odze R, and Wang TC. Hypertrophic gastropathy in Helicobacter felis infected wild type C57BL/6 mice and p53 hemizygous transgenic mice. Gastroenterology 1996 110:155-166.

22.  Höcker M, Zhang Z, Fenstermacher DA, Tagerud S, Chulak MB, Joseph D, and Wang TC. The histidine decarboxylase promoter is regulated by gastrin through a protein kinase C pathway. Am. J. Physiol. 270 (Gastrointestin. Liver Physiol. 33):G619-G633, 1996.

23.  Liang TJ, Reid AE, Xavier R, Cardiff RD, and Wang TC. Transgenic expression of tpr-met oncogene leads to development of mammary hyperplasia and tumors. J. Clin. Invest. 97:2872-2877, 1996.

24.  Zhang Z, Höcker M, Koh TJ, and Wang TC. The human Histidine Decarboxylase promoter is regulated by gastrin and PMA through a downstream cis-acting element. J. Biol. Chem. 271:14188-14197, 1996.

25.  Wang TC, Koh TJ, Varro A, Cahill R, Dangler CA, Fox JG, and Dockray GJ. Processing and proliferative effects of human progastrin in transgenic mice. J. Clin. Invest. 98:1918-1929,1996.

26.  Höcker M, Koh TJ, Zhang Z, and Wang TC. Regulation of histidine decarboxylase gene expression. Yale J. Biol. Med. 1996; 69:21-33.

27.  Höcker M, Zhang A, Merchant JL, and Wang TC. Gastrin regulates the human histidine decarboxylase promoter through an AP-1-dependent mechanism. Am. J. Physiol. 272 (Gastrointest. Liver Physiol. 35): G822-G830, 1997.

28.  Kawamura T, Furusaka A, Koziel MJ, Chung RJ, Wang TC, Schmidt EV, and Liang TJ. Transgenic expression of hepatitis C virus structural proteins. Hepatology 1997; 25:1014-1021.

29.  Nakagawa H, Wang TC, Togawa K, Zukerberg L, Odze R, Wilson JB, and Rustgi AK. Overexpression of cyclin D1 in the esophageal epithelium results in dysplasia in transgenic mice. Oncogene 1997; 14:1185-1190.

30. Koh TJ, Goldenring JR, Ito S, Mashimo H, Kopin AS, Varro A, Dockray GJ, and Wang TC. Gastrin knockout mice show altered gastric differentiation and decreased colonic proliferation. Gastroenterology 113:1015-1025, 1997.

31. Fox JG, Dangler CA, Whary MT, Edelman W, Kucherlapati R, and Wang TC. Mice carrying a truncated Apc gene have diminished gastric epithelial proliferation, gastric inflammation, and humoral immunity in response to Helicobacter felis infection. Cancer Research 57:3972-3978, September 1997.

32. Höcker M, Zhang Z, Koh TJ, and Wang TC. Mitogen-activated protein kinase pathways mediate the activation of the histidine decarboxylase promoter by gastrin and PMA. J. Biol. Chem.1997; 272:27015-27024.

33. Wharton RH, Wang TC, Graeme-Cook F, Briggs S, and Cole RE. Acute idiopathic gastric dilatation with gastric necrosis in individuals with Prader-Willi syndrome. Am. J. Med. Sci. 1997; 73:437-441.

34. Wang TC, Goldenring JR, Ito S, Dangler C, Müllar A, Jeon WK, Koh TJ, and Fox JG. C57BL/6 mice deficient in secretory phospholipase A2 show increased apoptosis and altered cellular differentiation after Helicobacter felis infection. Gastroenterology, 1998; 114:675-689.

35. Höcker M, Rosenberg I, Henihan RJ, Xavier R, Podolsky DK, and Wang TC. Hydrogen peroxide activates the human histidine decarboxylase promoter in AGS gastric cancer cells. J. Biol. Chem. 1998; 273; 23046-23054.

36. Höcker M, Raychowdhury R, Plath T, Wu H, O'Connor DT, Wiedenmann B, Rosewicz S, and Wang TC. Sp1 and CREB mediate gastrin-dependent regulation of chromogranin A promoter activity in gastric carcinoma cells. J. Biol. Chem 1998; 273:34000-34007.

37. Koh TJ, Dockary GJ, Varro A, Cahill RJ, Dangler CA, Fox JG, and Wang TC. Overexpression of glycine-extended gastrin in transgenic mice results in increased colonic proliferation. J. Clin. Invest. 1999; 103: 1119-1126

38. Taupin D, Chyang-Wu D, Jeon W-K, Wang TC, and Podolsky DK. The trefoil gene family are coordinately expressed immediate-early genes: EGF receptor– and MAP kinase–dependent interregulation. J. Clin. Invest. 1999; 103: R31-R38.

39. Raychowdhury R, Zhang Z, Hocker M, and Wang TC. Activation of the human histidine decarboxylase promoter by gastrin is mediated by two distinct nuclear factors. J. Biol. Chem. 1999 274: 20961-20969.

40. Wang, TC and Dockray GJ. Lessons from genetically engineered animal models. I. Physiologic studies with gastrin in transgenic mice. Am J.Physiol. 277 (Gastrointestin. Liver Physiol. 40): G6-G11, 1999.

41. Höcker M, John M, Anagnostopoulos I, Buhr HJ, Solimena M, Gasnier B, Henry JP, Wang TC, and Wiedenmann B. Molecular dissection of regulated secretory pathways in human gastric enterochromaffin-like cells: an immunohistochemical analysis. Histochem Cell Biol 1999 112:205-214.

42. Fox JG, Dangler CA, Taylor NS, King A,Koh TH, and Wang TC. High salt diet induces gastric epithelial hyperplasia, parietal cell loss, and enhance Helicobacter pylori colonization in C57BL/6 mice. Cancer Research 1999; 59:4823-4828.

43. Plath T, Höcker M, Riecken EO, Wang TC, Wiedenmann B, and Rosewicz S. Interferon-alpha inhibits chromogranin A promoter activity in neuroendocrine pancreatic cells. FEBS Letters 1999; 45:378-382.

44. Wang TC, Dangler C, Chen C, Goldenring JR, Koh TJ, Raychowdhury R, Coffey RJ, Ito S, Varro A, and Fox JG. Synergistic interaction between hypergastrinemia and Helicobacter infection in a mouse model of gastric carcinoma. Gastroenterology 2000;118:36-47.

45. Singh P, Velasco M, Given R, Wargovich M, Varro A, Wang TC. Mice overexpressing progastrin are predisposed for developing aberrant colonic crypt foci in response to AOM. American Journal of Physiology - Gastrointestinal & Liver Physiology. 278:G390-9, 2000.

46. Weßler S, Höcker H, Wang TC, Wiedenmann B, Meyer TF, and Naumann M. Helicobacter pylori activates the human histidine decarboxylase promoter through an extracellular-regulated kinase pathway independent of pathogenicity island-encoded virulence factors. J Biol Chem. 275:3629-36, 2000.

47. Fox JG, Beck P, Dangler CA, Whary MT, Wang TC, Shi HN, and Anderson CN. Concurrent enteric helminth infection modulates inflammation, gastric immune responses, and reduces Helicobacter-induced gastric atrophy. Nature Medicine 2000; 6:536-542.

48. Fleming JV and Wang TC. Amino- and carboxy- terminal PEST domains mediate gastrin stabilization of rat L-histidine decarboxylase isoforms. Mol. Cell. Biol. 2000; 20:4932-4947.

49. Singh P, Velasco M, Given R, Varro A, and Wang TC. Progastrin expression predisposes mice to development of colon carcinomas and adenomas in response to azoxymethane. Gastroenterology 2000;119:162-171.

50. Chen D, Zhao C-M, Dockray GJ, Varro A, van Hoek A, Sinclair NF, Wang TC, and Koh TJ. Glycine-extended gastrin synergizes with gastrin-17 to stimulate acid secretion in gastrin-deficient mice. Gastroenterology 2000; 119:756-765.

51. Koh TJ, Bulitta CJ, Fleming JV, Dockray GJ, Varro A, and Wang TC. Gastrin a target of the beta-catenin/TCF-4 growth-signaling pathway in a model of intestinal polyposis. J. Clin. Invest. 2000; 106:533-539.

52. Dockray GJ, Varro A, Dimaline R, and Wang TC. "Progastrin-derived peptides and their biological activities." Annual Review of Physiology 2001; 63:119-140.

53. Manickan E. Satoi J. Wang TC. Liang TJ. Conditional liver-specific expression of simian virus 40 t antigen leads to regulatable development of hepatic neoplasm in transgenic mice. [Journal Article] Journal of Biological Chemistry. 276(17):13989-94, 2001 April 27.

54. Imanishi Y. Hosokawa Y. Yoshimoto K. Schipani E. Mallya S. Papanikolaou A. Kifor O. Tokura T. Sablosky M. Ledgard F. Gronowicz G. Wang TC. Schmidt EV. Hall C. Brown EM. Bronson R. Arnold A. Primary hyperparathyroidism caused by parathyroid-targeted overexpression of cyclin D1 in transgenic mice. [Journal Article] Journal of Clinical Investigation. 107(9):1093-102, 2001 May.

55. Höcker M, Cramer T, Rosewicz S, O'Connor DT, Wiedenmann B, and Wang TC. Neuroendocrine specific expression and gastrin-dependent regulation of a chromogranin A-luciferase fusion gene in transgenic mice. Gastroenterology 2001;121:43-55.

56. Brembreck FH, Moffett J, Wang TC, and Rustgi AK. The keratin 19 promoter is potent for cell-specific targeting of genes in transgenic mice. Gastroenterology 2001; 120:1720-1728.

57. Chung RT, He W, Saquib A, Chawla A, Wang TC, and Schmidt EV. Hepatitis C virus replication is directly inhibited by interferon-alpha in a novel replication system. Proc Natl Acad Sci USA 2001; 98:9847-9852.

58. Colucci R, Fleming JV, and Wang TC. "L-histidine decarboxylase decreases its own transcription through downregulation of ERK activity". Am. J. Physiol. 2001;281:G1081-1091.

59. Hosokawa Y, Papanikolaou A, Cardiff RD, Yoshimoto K, Bernstein M, Wang TC, Schmidt EV, and Arnold A. In vivo analysis of mammary and non-mammary tumorigenesis in MMTV-cyclin D1 transgenic mice deficient in p53. Transgenic Research 2001; 10:471-478.

60. Keates AC. Keates S. Kwon JH. Arseneau KO. Law DJ. Bai L. Merchant JL. Wang TC. Kelly CP. ZBP-89, Sp1, and nuclear factor-kappa B regulate epithelial neutrophil-activating peptide-78 gene expression in Caco-2 human colonic epithelial cells. [Journal Article] Journal of Biological Chemistry. 276(47):43713-22, 2001 November 23

61. Gadd M, Pisc C, Branda J, Ionescu-Tiba V, Nikolic Z, Yang C, Wang T, Shackleford GM, Cardiff RD and Schmidt EV. Regulation of cyclin D1 and p16INK4A is critical for growth arrest during mammary involution. Cancer Res. 2001; 61:8811-9.

62. Farrell JJ, Taupin D, Koh TJ, Chen D, Zhao CM, Podolsky DK, and Wang TC. TFF2/SP-deficient mice show decreased gastric proliferation, increased acid secretion, and increased susceptibility to NSAID injury. J. Clin. Invest. 2002 109: 193-204

63. Clerc P, Leung-Theung-Long S, Garnier A, Wang TC, Dockray GJ, Vaysse N, Pradayrol L, Fourmy D, and Dufresne M. Expression of CCK2 receptors in the murine pancreas: Proliferation, transdifferentiation of acinar cells and neoplasia. Gastroenterology 2002; 122:428-439.

64. Fox JG, Sheppard BJ, Dangler CA, Whary MT, Ihrig M, and Wang TC. Germ-line p53-targeted disruption inhibits Helicobacter-induced premalignant lesions and invasive gastric carcinoma through downregulation of Th1 proinflammatory responses. Cancer Research 2002 62:696-702.

65. Bulitta CJ, Fleming JV, Raychowdhury R, Taupin D, Rosenberg I, and Wang TC. Autoinduction of the trefoil factor 2 (TFF2) promoter requires an upstream cis-acting element. Biochem Biophys Res Commun. 2002 Apr 26;293(1):366-74

66. Shea T, Wang TC, and Ferris T. A program to improve the management of patients on long term acid suppression. Journal of Clinical Outcome Management 2002; 9(6):312-318.

67. Kirton CM, Wang TC, Dockray GJ. Regulation of parietal cell migration by gastrin in the mouse. Am J Physiol Gastrointest Liver Physiol 2002 ; 283:G787-G793.

68. Raychowdhury R, Schäfer G, Rosewicz S, Wiedenmann B, Wang TC and Höcker M. Interaction of Early Growth Response Protein 1 (Egr-1) with Sp1 and CREB at a proximal response element is critical for gastrin-dependent activation of the chromogranin A promoter. Mol Endocrinol. 2002 Dec;16(12):2802-18..

69. Raychowdhury R, Bulitta CJ, Fleming JV, McLaughlin J, and Wang TC. Identification and characterization of a third gastrin response element (GAS-RE) in the human histidine decarboxylase gene promoter. Biochem Biophys Res Commun. 2002 Oct 11;297(5):1089-95.

70. Jacobson BC, Ferris TG, Shea TL, Mahlis EM, Lee T, and Wang TC. Who is using chronic acid-suppression therapy and why? American Journal of Gastroenterology 2003; 98:51-58.

71. Fleming JV and Wang TC. The production of 53-55kDa isoforms is not required for rat L-histidine decarboxylase (HDC) activity. J Biol Chem. 2003 Jan 3;278(1):686-94.).

72. Fox JG, Rogers AB, Ihrig M, Taylor NS, Whary MT, and Wang TC. Helicobacter pylori associated gastric cancer in INS-GAS mice is gender-specific. Cancer Research 2003; 63:942-950.

73. Ottewell PD, Watson AJM, Wang TC, Dockray GJ, and Pritchard DM. Progastrin Stimulates Murine Colonic Epithelial Mitosis After DNA Damage. Gastroenterology. 2003 May;124(5):1348-57.

74. Fox JG, Wang TC, Rogers AB, Poutahidis T, Ge Z, Taylor N, Dangler CA, Israel DA, Drishna U, Gaus K, and Peek RM. Host and Microbial Constituents Influence Helicobacter pylori-Induced Cancer in a Murine Model of Hypergastrinemia. Gastroenterology. 2003 Jun;124(7):1879-90

75. Lee JR, Baxter TM, Yamaguchi H, Wang TC, Goldenring JR, Anderson MG. Differential protein analysis of Spasmolytic Polypeptide Expressing Metaplasia using laser capture microdissection and 2-Dimensional Difference Gel Electrophoresis. Appl Immunohistochem Mol Morphol 2003;11:188-193.

76. Song DH, Rana B, Wolfe JR, Crimmins G, Choi C, Wang TC, Pestell RG, Albanese C, Wolfe MM. Gastrin induced gastric adenocarcinoma growth is mediated through cyclin D1. Am J Physiol Gastrointest Liver Physiol. 2003 Jul;285(1):G217-22. Epub 2003 Feb 26.

77. Khan ZE, Wang TC, Cui G, Chi AL, Dimaline R. Transcriptional regulation of the human trefoil factor, TFF1, by gastrin1. Gastroenterology. 2003 Aug;125(2):510-21.

78. Mahata SK, Mahapatra NR, Mahata M, Wang TC, Kennedy BP, Ziegler MG, O'Connor DT. Catecholamine secretory vesicle stimulus-transcription coupling in vivo: demonstration by a novel transgenic promoter/photoprotein reporter, and inhibition of secretion and transcription by the chromogranin A fragment catestatin. J Biol Chem. 2003 Aug 22;278(34):32058-67. Epub 2003 Jun 10.

79. Dhar DK, Wang TC, Maruyama R, Udagawa J, Kubota H, Fuji T, Tachibana M, Ono T, Otani H, Kohno H, and Nagasue N. Expression of cytoplasmic TFF2 is a negative prognostic factor in gastric cancer. Lab Invest. 2003 Sep;83(9):1343-52.

80. Boushey RP, Abadir A, Flamez D, Baggio LL, Li Y, Berger V. Marshall BA, Finegood D, Wang TC, Schuit F, and Drucker DJ. Hypoglycemia, defective glucagon secretion, but normal islet mass in mice with a targeted disruption of the gastrin gene. Gastroenterology. 2003 Oct;125(4):1164-74.

81. McLaughlin JT, Sinclair NF, Colucci R, Raychowdhury R, Wang TC and Koh TJ. PACAP regulates the histidine decarboxylase promoter via dual signaling mechanisms. Am J Physiol Gastrointest Liver Physiol. 2004; 286(1): G51-9.

82. Ai W, Liu Y, Langlois M, Wang TC. Kruppel-like factor 4 (KLF4) represses histidine decarboxylase gene expression through an upstream Sp1 site and downstream gastrin responsive elements. J Biol Chem. 2004 Mar 5;279(10):8684-93. Epub 2003 Dec 10.

83. Koh TJ, Field JK, Varro A, Liloglou T, Fielding P, Cui G, Houghton J, Dockray GJ, Wang TC. Glycine-extended gastrin promotes the growth of lung cancer. Cancer Res. 2004 Jan 1;64(1):196-201.

84. Sinclair NF, Ai W, Raychowdhury R, Bi M, Wang TC, Koh TJ, McLaughlin JT. Gastrin Regulates the Heparin Binding Epidermal-like Growth Factor Promoter Via a PKC/EGFR dependent mechanism. Am J Physiol Gastrointest Liver Physiol. 2004; 286:G992-9.

85. Fleming JV, Fajardo I, Langlois MR, Sanchez-Jimenez F, Wang TC.The C-terminus of rat L-histidine decarboxylase specifically inhibits enzymic activity and disrupts pyridoxal phosphate-dependent interactions with L-histidine substrate analogues. Biochem J. 2004; 381(Pt 3):769-78.

86. Fleming JV, Sanchez-Jimenez F, Moya-Garcia AA, Langlois MR, Wang TC. Mapping of catalytically important residues in the rat L-histidine decarboxylase enzyme using bioinformatic and site-directed mutagenesis approaches. Biochem J. 2004 Apr 15;379(Pt 2):253-61.

87. Chi AL, Lim SH, Wang TC. Characterization of a CCAAT-enhancer element of trefoil family factor 2 (TFF2) promoter in MCF-7 cells. Peptides 2004; 25:839-47.

88. Pradeep A, Sharma C, Sathyanarayana P, Albanese C, Fleming JV, Wang TC, Wolfe MM, Baker KM, Pestell RG, Rana B. Gastrin-mediated activation of cyclin D1 transcription involves beta-catenin and CREB pathways in gastric cancer cells. Oncogene. 2004 Apr 29;23(20):3689-99.

89. Mandell L, Moran AP, Cocchiarella A, Houghton JM, Taylor N, Fox JG, Wang TC, Kurt-Jones EA.  Intact gram-negative Helicobacter hepaticus, Helicobacter pylori, and Helicobacter felis bacteria activate innate immunity via Toll-like receptor-2 not Toll-like receptor 4. Infect Immun Nov. 2004 ; 72:6446-54.

90. Nomura S, Baxter T, Yamaguchi H, Vartapetian AB, Fox JG, Lee JR, Wang TC, Goldenring JR. Spasmolytic polypeptide expressing metaplasia to preneoplasia in H. felis-infected mice. Gastroenterology. 2004 Aug;127(2):582-94.

91. Lei S, Dubeykovskiy A, Chakladar A, Wojtukiewicz L, Wang TC. The murine gastrin promoter is synergistically activated by TGF-beta/Smad and Wnt signaling pathways. J Biol Chem. 2004; 279:42492-502.

92. Cui G, Koh TJ, Chen D, Zhao CM, Dockray GJ, Varro A, Rogers AB, Fox JG, Wang TC. Overexpression of glycine-extended gastrin alters the development of peptic ulcer and preneoplasia in the mouse stomach. Cancer Research 2004; 64:8160-6.

93. Houghton JM, Stoicov C, Nomura S, Rogers AB, Carlson J, Li H, Cai X, Fox JG, Goldenring JR, and Wang TC. Gastric cancer originating from bone marrow derived cells. Science 2004; 306:1568-71.

94. Kurt-Jones EA, Sandor F, Ortiz Y, Bowen GN, Counter SL, Wang TC, Finberg RW. Use of murine embryonic fibroblasts to define Toll-like receptor activation and specificity. J. Endotoxin Res. 2004;10(6):419-24.

95. Ottewell PD, Varro A, Dockray GJ, Watson AJM, Kirton CM, Wang TC, Dimaline R, Pritchard DM. The C-terminal 26 amino acid residues of progastrin are sufficient for stimulation off mitosis in murine colonic epithelium in vivo. Am J Physiol Gastrointest Liver Physiol. 2005 Mar;288(3):G541-9. Epub 2004 Oct 14.

96. Nomura S, Yamaguchi H, Leys C, Wang TC, Lee JR, Goldenring JR. Alterations in gastric mucosal lineages in gastrin deficient mice induced by acute oxyntic atrophy. Am J Physiol Gastrointest Liver Physiol. 2005 Feb;288(2):G362-75.

97. Cai X, Carlson J, Stoicov C, Li H, Wang TC, Houghton J. *H. felis* eradication restores normal architecture and inhibits gastric cancer progression in the C57BL/6 mouse. Gastroenterology 2005 June;128(7):1937-52.

98. Takaishi S, Cui G, Frederick DM, Carlson JE, Houghton J, Varro A, Dockray GJ, Ge Z, Whary MT, Rogers AB, Fox JG, and Wang TC. Synergistic inhibitory effects of gastrin and histamine receptor antagonists on *Helicobacter*-induced gastric cancer. Gastroenterology 2005 June;128(7):1965-83.

99. Ferrand A, Bertrand C, Portolan G, Cui G, Carlson J, Pradayrol L, Fourmy D, Dufresne M, Wang TC, Seva C. Signaling pathways associated with colonic mucosa hyperproliferation in mice overexpressing gastrin precursors. Cancer Res. 2005 Apri;65(7):2770-7.

100. Dhar DK, Wang TC, Tabara H, Tonomoto Y, Maruyama R, Tachibana M, Kubota H, Nagasue N. Expression of trefoil factor family members correlates with patient prognosis and neoangiogenesis. Clin Cancer Res. 2005 Sep 15;11(18):6472-8.

101. Chakladar A, Dubeykovskiy A, Wojtukiewicz LJ, Pratap J, Lei S, Wang TC. Synergistic activation of the murine gastrin promoter by oncogenic Ras and beta-catenin involves SMAD recruitment. Biochem Biophys Res Commun. 2005 Oct 14;336(1):190-6.

102. Ogawa M, Nomura S, Varro A, Wang TC, Goldenring JR. Altered metaplastic response of waved-2 EGF receptor mutant mice to acute oxyntic atrophy. Am J Physiol Gastrointest Liver Physiol. 2005 Nov 23; [Epub ahead of print]

103. Rogers AB, Taylor NS, Whary MT, Stefanich ED, Wang TC, Fox JG. Helicobacter pylori but not high salt induces gastric intraepithelial neoplasia in B6129 mice. Cancer Res. 2005 Dec 1;65(23):10709-15.

104. Ai W, Liu Y, Wang TC. Yin Yang 1 (YY1) represses histidine decarboxylase (HDC) gene expression with SREBP-1a in part through an upstream Sp1 site. Am J Physiol Gastrointest Liver Physiol. 2005 Dec 15; [Epub ahead of print]

105. Ottewell PD, Duckworth CA, Varro A, Dimaline R, Wang TC, Watson AJM, Dockray GJ, Pritchard DM. Gastrin signals via the CCK-2 receptor to increase murine intestinal crypt regeneration following injury. Gastroenterology 2006 (in press).

106. Kurt-Jones EV, Cao L, Cerny A, Bowen G, Takaishi S, Chi A, Whary M, Fox JG, Wang TC. Trefoil factor familiy 2 (TFF2) is expressed by immune cells and is a major regulator of inflammation and the IL-1□ pathway. Infect. Immun. (submitted).

107. McCaig C, Duval C, Hemers E, Steele I, Pritchard DM, Przemeck S, Dimaline R, Ahmed S, Bodger K, Kerrigan DD, Wang TC, Dockray GJ, Varro A. The role of matrix metalloproteinase (MMP)-7 in redefining the gastric microenvironment in response to *H. pylori*. Gastroenterology (submitted) 2006.

108. Cui G, Takaishi S, Ai W, Florholmen J, Koh TJ, Houghton J, Wang TC. Gastrin-induced apoptosis contributes to the development of gastric atrophy. Lab. Invest. 2006 (resubmitted).

109. Pagliocca A, Khan Z, Wang TC, Dimaline R, Varro A, Dockray GJ. Gastrin-dependent parietal cell maturation: role of ezrin. J. Cell Sci (submitted).

Timothy C. Wang, M.D.                                    18

110. Kobayashi M, Lee H, Gilmartin T, Schaffer L, Head S, Takaishi S, Wang TC, Nakayama J, and Fukuda M. Gene expression profile during inflammation-carcinoma sequence in the mouse gastric mucosa infected by *Helicobacter felis*. 2006 (submitted).

111. Takaishi S, Wang TC. Gene expression profiling in a mouse model of *Helicobacter*-induced gastric cancer. Int J Cancer (submitted) 2006.

112. Ai W, Zheng H, Liu Y, and Wang TC. Tip60 functions as a potential corepressor of KLF4 in regulation of HDC promoter activity. Mol Cell Bio (submitted) 2006.

113. Varro A, Kenny S, Hemers E, McCaig C, Przemeck S, Wang TC, Pritchard DM. Increased gastric expression of MMP-7 in hypergastrinaemia and significance for maintenance of stroma in ECL cell carcinoid tumors. Gut (submitted) 2006.

**Reviews, editorials and chapters:**

1. Brand S, Godley J, **Wang T**, and Simon B.  Regulation of gastrin gene transcription: cell-specific, developmental and physiological aspects.  Neuropeptides and their receptors. 1990; 29:95-104.

2. Brand SJ, Babyatsky MW, Bachwich D, Demediuk B, Tillotson L, **Wang TC**. Regulation of gastrin gene transcription. In: Gastrin, J.H. Walsh ed., Raven Press 1993:73-90

3. Brand SJ, Babyatsky M, Bachwich D, Tillotson L, **Wang T**. Molecular approaches to the study of gut peptides. In: Gut Peptides: Biochemistry and Physiology. J Walsh and G Dockray, eds. Raven Press, 1994, pp. 11-32

4. **Wang TC**.  "The biology of gastric cancer," in Gastrointestinal Cancers: Biology, Diagnosis, and Therapy, edited by Anil K. Rustgi.  Lippincott-Raven Publishers 1995, pp 243-259

5. **Wang TC**. "The history of the mouse: Part I," in Gastroenterology, 1997; 113:1431

6. Fox JG and **Wang TC**.  Helicobacter and liver disease [Review] Italian Journal of Gastroenterology and Hepatology. 29:5-10, 1997

7. **Wang TC** and Fox JG.  "Helicobacter pylori and gastric cancer: Koch's postulates fulfilled," in Gastroenterology, 1998; 115:780-783

8. **Wang, TC**. "No time at all," Gastroenterology, December, 1998  115:1315

9. Fox JG and **Wang TC**.  "Overview of Helicobacter pylori", From: Infectious Causes of Cancer: Targets for Intervention. 2000.  Edited by J.J. Goedert. Humana Press Inc., Totowa, NJ, pp. 371-388

10. Farrell JJ. **Wang TC**. Acid Related Disease: Biology and Treatment. [Journal Article] *Gastroenterology. 117(3):743-744, 1999 September*

11. **Wang TC**. "Follow the money." Gastroenterology.  118:819, 2000

12. Fox JG. **Wang TC**. Reply to ""The 'African enigma' - another explanation"" [Journal Article] *Nature Medicine. 6(12):1297-1298, 2000 December*

13. Fox JG. **Wang TC**. Nagler-Anderson C. The African enigma: the parasite's perspective. [Letter] *Gut. 49(1):156-7, 2001 Jul*

14. Fox JG. **Wang TC**. Helicobacter pylori--not a good bug after all! [letter; comment]. [Comment. Editorial] *New England Journal of Medicine. 345(11):829-32, 2001 Sep*

15. Koh TJ and **Wang TC**. "Tumors of the stomach" in Sleisenger & Fordtran's Gastrointestinal & Liver Disease, 7th edition, edited by M Feldman, LS Friedman, and M Sleisenger, WB Saunders Co., 2002, ppp. 829-855.

16. Fox JG and **Wang TC**. *Helicobacter pylori* infection: pathogenesis. Current Opinion in Gastroenterology 2002; 18 (1):15-25.

17. Houghton J, Fox JG, **Wang TC**. Gastric cancer: laboratory bench to clinic. J Gastroenterol Hepatol. 2002 Apr;17(4):495-502.

18. **Wang TC**, Goldenring, JR. Inflammation intersection: gp130 balances gut irritation and stomach cancer. Nat Med. 2002 Oct;8(10):1080-2.

19. Zivny J, **Wang TC**, Yantiss R, Kim KH, Houghton J. Role of therapy or monitoring in preventing progression to gastric cancer. J Clin Gastroenterol. 2003 May-Jun;36 (5):S50-60.

20. Farrell J and **Wang TC**. "The biology of gastric cancer," in Gastrointestinal Cancers, edited by AK Rustgi and J. Crawford. W.B. Saunders 2003, pp. 299-320.

21. Li H, Stoicov C, Cai X, **Wang TC**, Houghton J. Helicobacter and gastric cancer disease mechanisms: host response and disease susceptibility. Curr Gastroenterol Rep. 2003 Dec;5(6):459-67.

22. **Wang TC**. "Gastrin transgenes and gastric cancer." Gastrin in the New Millenium, edited by J. L. Merchant, A.M.J. Buchan, and T.C. Wang. CURE Foundation, Los Angeles, CA 2004, pp. 235-252.

23. Houghton JM and **Wang TC**. "Tumors of the stomach." in Sleisenger & Fordtran's Gastrointestinal & Liver Disease, 8th edition, edited by M Feldman, LS Friedman, and M Sleisenger, WB Saunders Co., 2005, (in press).

24. Houghton J, **Wang TC**. Helicobacter pylori and gastric cancer: a new paradigm for inflammation-associated epithelial cancers. Gastroenterology. 2005 May;128(6):1567-78. Review.

25. Ferrand A, **Wang TC**. Gastrin and cancer: A review. Cancer Lett. 2005 Jul 26; [Epub ahead of print]

26. Ai W, Takaishi S, Wang TC, Fleming J. Regulation of histidine decarboxylase (HDC) and its role in carcinogenesis. Prog in Nucleic Acid Research 2006 (in press).

**Abstracts:**

**All abstracts listed below were presented at the Annual Meetings of the representative societies.**

1. Dangler C. A, Fox J.G., **Wang TC**. *Helicobacter felis*-infected C57BL/6 mice develop altered mucin phenotype consistent with intestinal metaplasia. Gastroenterology. April 1998; 114:4: G2390.

2. Singh P, Velasco M, Given R, Owlia A, Wargovich M, **Wang TC**. High levels of Prograstrin significantly increase premalignant changes in colonic mucosa of mice in response to the chemical carcinogen, AOM. Gastroenterology. April 1998; 114:4: G2810.

3. Koh T, Dockray GJ, Varro A, Chen D, and **Wang TC**. The targeted disruption of the gastrin gene in mice results in decreased proliferation of the stomach and colon in response to refeeding. Gastroenterology. April 1998; 114:4: G3644.

4. Taupin D, Jeon WK, **Wang TC**, Podolsky DE. EGF receptor- and map kinase-dependent inter-regulation within the immediate early trefoil gene family. Gastroenterology. April 1998; 114:4: G3731.

5. Bate GW, Varro A, Dimaline R, **Wang TC**. Enterochromaffin-like (ECL) cell function in transgenic mice expressing gastrin in pancreatic β cells. Gastroenterology. April 1998; 114:4: G4611.

6. Chen D, Koh, T, Zhao CM, Hakanson R, **Wang TC**. ECL Cells and gastric acid secretion in gastrin-deficient mice. Gastroenterology. April 1998; 114:4: G4646.

7. Henihan RDJ, Colucci R, Zhang Z, **Wang TC**. Somatostatin type 2 receptor (SSTR2) inhibition of histidine decarboxylase (HDC) transcription in not mediated through a phosphatase pathway in the human gastric cancer cell line, AGS-B. Gastroenterology. April 1998; 114:4: G4702.

8. Hocker M, Plath T, Wiedenmann B, Riecken EO, Rosewicz S, **Wang TC**. Camp-dependent signaling pathways regulate the human histidine decarboxylase promoter through activation of MAPK/ERK-cascades in gastric cancer cells. Gastroenterology. April 1998; 114:4: G4705.

9. Hocker M, Raychowhury R, Wu, H, O'Connor DT, Riecken EO, Rosewicz S, **Wang, TC**. SP1 and CREB mediate Gastrin-dependent regulation of chromogranin a promoter activity. Gastroenterology. April 1998; 114:4: G4706

10. Raychowdhury R, Zhang, Z, **Wang TC**. Activation of human histidine decarboxylase (HDC) gene transcription by gastrin is mediated by two distinct nuclear factors. Gastroenterology. April 1998; 114:4: G4800.

11. Chen D, **Wang TC**, Dockray G, Varro A, Zhao CM, Hakansson R, Koh, T. Clycine-extended gatrin synergizes with Gastrin 17 to stimulate acid secretion in gastrin deficient mice. Gastroenterology. April 1999; 116:4:2:G0587.

12. Farrell JJ, Taylor N, Fox JG, **Wang TC**. Human secretory phospholipase A2 is a helicobacter pylori inducible gene. Gastroenterology. April 1999; 116:4:2: G0682.

13. Path T, Hocker M, **Wang TC**, Riecken EO, Wiedenmann B, Rosewicz S. INTERFERON – Inhibits Chromogranin A Promoter Activity in Pancreatic Neuroendocrine Cancer Cells. . Gastroenterology. April 1999; 116:4:2:G1852.

14. Velasco M, **Wang TC**, Given R, Wargovich, M, Sigh P. Non-amidated gastrins, but not amidated gastrins function as co-carcinogens in an azoxymethane (AOM) induced colon cancer model. Gastroenterology. April 1999; 116:4:2:G2302.

15. **Wang TC**, Dangler CH, Chen D, Goldenring JR, Koh TJ, Raychowdhury R, Coffey R, Ito S, Varro A, Dockray GJ, Fox JG. Hypergastrinemia leads to atrophy and invasive gastric cancer in transgenic mice. Gastroenterology. April 1999; 116:4:2: G2314.

16. Chen D, Zhao CM, Koh T, Hakansson R, **Wang TC**. ECL cell hypothrophy but not hypoplasia in antrectomized rats and gastrin deficient mice. Gastroenterology. April 1999; 116:4:2: G2613.

17. Colucci R, Fleming JV, Raychowdhury R, **Wang TC**. Feedback inhibition of histidine decarboxylase is mediated by decreased activity of gas-re elements. Gastroenterology. April 1999; 116:4:2: G2619.

18. Hocker M, Path T, Du M, Merchant JL, Raychowhury R, **Wang TC**, Weidenmann B, Rosewicz S. Gastrin regulates the chromogranin a promoter through mek-1-and ERK-dependent phosphorylation of SP1 and CREB. Gastroenterology. April 1999: 116:4:2: G2670.

19. Hocker M, Cramer T, Rosewicz S, Wiedenmann B, **Wang TC**, Clin, BF. Neuroendocrine-specific expression and gastrin-dependent regulation of a chromogrann a-lucifer-ase fusion gene in transgenic mice. Gastroenterology. April 1999; 116:4:2: G2671.

20. Koh T, Dockray G, Varro A, Cahill RJ, Dangler DA, Fox JG, **Wang TC**. Overexpression of clycine-extended gastrin in transgenic mice results in increased colonic proliferation. Gastroenterology. April 1999; 116:4:2: G2699

21. McLaughlin J, **Wang TC**, Koh, TJ. Pacap regulates the histidine decarboxylase promoter via dual (PKA/PKC) signaling pathways. Gastroenterology. April 1999; 116:4:2: G2735.

22. McLaughlin J, Koh TJ, **Wang TC**. Gastrin activates the human heparin binding-EGF promoter via a PKCMAP kinase-dependent pathway in AGS cells. . Gastroenterology. April 1999; 116:4:2: G2736.

23. Raychowdhury R, **Wang TC**. Cloning of a novel transcription factor which mediates Gastrin responsiveness by the human histidine decarboxylase (HDC) promoter. Gastroenterology. April 1999; 116:4:2: G2785.

24. Raychowdhury R, McLaughlin J, **Wang TC**. Identification and characterization of a new gastrin response element (GAS-RE3) in the human histidine decarboxylase gene promoter. Gastroenterology. April 2000; 118:4: 1020.

25. Fox JG, Dangler CA, Beck PL, **Wang TC**, Whary MT, Shi HN, Anderson CN. Intestinal helminth infection modulates inflammation and reduces gastric atrophy in a mouse model of helicobacter infection. Gastroenterology. April 2000; 118:4: 1226.

26. Brembeck FH, **Wang TC**, Rustigi AK. The keratin 19 promoter is potent for cell-specific targeting of genes in transgenic mice. Gastroenterology. April 2000; 118:4: 1615.

27. Koh TJ, Bulitta CJ, Fleming JV, Dockray GJ, Varro A, **Wang TC**. Gastrin is a downstream target of the b-catenin/TCF-4 signaling pathway which mediated growth in the APC model of intestinal polyposis. Gastroenterology. April 2000; 118:4: 2385.

28. Jacobson BC, Ferris TG, Shea TL, Greenberg P, **Wang TC**. Who is using chronic acid-suppression therapy and why? Gastroenterology. April 2000; 118:4: 2514.

29. Fleming JV, Sussman JS, Colucci R, Bulitta CJ, **Wang TC**. Gastrin preferentially stabilizes l-histidine decarboxylase (HDC) isoforms that have been processed at both the amino-and carboxy-terminal ends. Gastroenterology. April 2000; 118:4: 2882.

30. Chow A, Zhang R, **Wang TC**. Gastrin regulates AE2 CL/HCO$_3$ exchanger in gastric cells. Gastroenterology. April 2000; 118: 4: 3059.

31. Colucci R, Taccaa MD, Fleming JV, **Wang TC**. Overexpression of histidine decarboxylase decreases its own transcription through down-regulation of ERK activity. Gastroenterology. April 2000; 118: 4: 3060.

32. Bulitta CJ, Raychowdhury R, Taupin D, Wang TC, MacCallum P. TFF2 and PMA induced TFF2 regulation requires a specific cis-acting element: insights into molecular initiation of restitution. Gastroenterology. April 2000; 118: 4: 3694.

33. Chen D, Wang TC, Zhao CM, Hakanson R, Koh TJ. Possible mechanism of synergizing effect of gly-cine-extended Gastrin on Gastrin-17-induced acid secretion in Gastrin knockout mice. Gastroenterology. April 2000; 118: 4: 3882.

34. Beck PL, Xavier RJ, Kosaka T, Dangler CA, **Wang TC**, Fox JG. Defining the role of lymphocytes and sialyl-lewis-x (SLE$^x$) in helicobacter in induced gastric injury. Gastroenterology. April 2000; 118:4: 3995.

35. Farrell JJ, Xavier, R, Taylor, N, Fox, JG, **Wang, TC**. Secretory phospholipase A2 promoter regulation by gastrin and helicobacter pylori using cell culture and a green fluorescent protein transgenic mouse model. Gastroenterology. April 2000; 118:4: 4005.

36. Boushey RP, Tavares W, Yusta B, Koh TJ, **Wang TC**, Drucker DJ. Essential roles of the Gastrin and glucagons genes in the response to experimental murine colitis. Gastroenterology. April 2000; 118: 4: 4338.

37. Taupin D, Farrell, JJ, Koh TJ, Podolsky DK, **Wang TC,** MacCallum P. Generation and characterization of a Spasmolytic polypeptide (TFF2) knockout mouse. Gastroenterology. April 2000; 118: 4: 4348.

38. Colucci R, Biandizzi C, **Wang TC**, Lasagna N, Lazzeri G. Role of Cycloxygenase-2 in the Proliferative Activity of Gastrin on Human Colon Cancer Cells. Gastroenterology. April 2001; 120:5:198.

39. Fox JG, Sheppard BJ, Dangler CA, Whary MT, Ihrig M, **Wang TC**. Mutant p53 Inhibits Helicobacter-induced Premalignant Lesions Through Downregulation of Th1 Proinflammatory Responses. Gastroenterology. April 2001; 120:5: 460.

40. Khan ZE, **Wang TC**, Varro A, Dimaline R. Transcriptional Regulation of the TFF1 Gene by Gastrin. Gastroenterology. April 2001; 120:5:534:

41. Chow A, Zhang R, **Wang TC**. Gastrin Regulates Transcription of AE2b Chloride-Bicarbonate Exchanger via E Box-Binding Proteins. . Gastroenterology. April 2001; 120:5:549.

42. Farrell JJ, Taupin D, Koh TJ, Podolsky DK, **Wang TC**. Targetted Gene Deletion of Murine SP.TTF2 Results in Decreased Gastric Proliferation, Increased Basal Acid Secretion and Increased Susceptibility to NSAID Injury. Gastroenterology. April 2001; 120:5:744.

43. Clerc P, Leung-Theung-long S, Bouisson M, **Wang TC**, Dockray DJ, Vaysse N, Fourmy D, Durense, M. Overexpression of CCK2/Gastrin Receptors in the Murine Pancreas Results in Growth of the Pancreas, Transdifferentiation of Acinar Cells and Neoplasia. April 2001; 120:5:955.

44. Rana B, Choi C, Crimmins GM, **Wang TC**, Pestell RG, Albanese C, Wolfe M. Cyclin D1 Mediates the Trophic Properties of Gastrin in Gastric Adenocarcinoma. Gastroenterology. April 2001; 120:5: 3583.

45. Chow A, Zhang R, **Wang TC**. Mapping of Critical Elements for High Basal Transcription of AE2b Chloride-Bicarbonate Exchanger in Gastric Cells and Tissues. Gastroenterology. April 2001; 120:5:3774.

46. Sheppard BJ, Ihrig M, Taylor NS, **Wang TC**, Fox JG. Gastric Responses of *Helicobacter pylori*-Infected INS-GAS Mice to a High-Salt Diet Are Gender-Specific. Gastroenterology. April 2002; 122:4:A-1.

47. Baxter TM, Yamaguchi H, **Wang TC**, Fox JG, Anderson MG, Goldenring JR, Lee J. Gene Microarray and Proteomic Analysis of Spasmolytic Polypeptide Expressing Metaplasia (SPEM) in Laser capture Microdissected Cells from H. felis- Infected Mice. Gastroenterology. April 2002; 122:4: A-171.

48. Chow A, Zhang R, **Wang TC**. Gastric Expression of AE2b C1/HC03 Exchanger by an Upstream Palindromic Region. Gastroenterology. April 2002; 22:4: A-521.

49. Yamaguchi H, Lee JR, Rio MC, **Wang TC**, Goldenring JR. Etiology of Carcinoma in pS2 Knockout Mice. Gastroenterology. April 2002:122:4: A-235.

50. Pritchard, D, Ottewell PD, Watson AJM, **Wang TC**, Dockray GJ. Progastrin Stimulates Murine Colonic Ephithelial Mitosis after DNA Damage. Gastroenterology. April 2002; 122:4: A-684.

51. Takaishi S, Cui G, Frederick D, Carlson J, Houghton J, **Wang TC**. Gene expression profiling in a mouse model of gastric cancer. Gastroenterology 2003; 124:4: A-142.

52. Cui G, Houghton JM, Finkel N, Carlson J, **Wang TC**. IFN-gamma infusion induces gastric atrophy, Metaplasia and dysplasia in the absence of Helicobacter infection- a role for immune response in Helicobacter disease. Gastroenterology. April 2003;124: 4:A-19.

53. Wojtukiewicz L, Chakladar A, **Wang TC**. Oncogenic Regulation of Gastrin Gene Expression: Three Signals for a Peptide's Fate. Gastroenterology. April 2003; 124: 4: A-105.

54. Cui G, Koh TJ, Chen D, Zhao CM, Dockray GJ, Varro A, Fox JG, **Wang TC**. Overexpression of Clycine-Extended Gastrin Maintains Acid Secretion and Prevents the Development of Preneoplasia in the Stomach Via Reducing Parietal Cell Lost in Transgenic Mice. Gastroenterology. April 2003; 124: 4: A-141.

55. Chi AL, Lim S, Guanglin C, Takaishi S, Fleming JV, Lee C, **Wang TC**. Gastrin Transcriptionally Regulates Trefoil Family Factor 2. Gastroenterology. April 2003; 124: 4: A-451.

56. Lei S, Chakladar A, Wojtukiewicz L, **Wang TC**. Gastrin Expression is Regulated by the Interplay of TGF-beta/Smads and Wnt Pathways. Gastroenterology. April 2003; 124: 4: A-472.

57. Ai W, Liu Y, Langlois M, **Wang, T**. Yin Yang Represses Histidine Decarboxylase Promoter Activity in Part Through an Upstream Sp1 Binding Site. Gastroenterology. April 2004; 126:4: A-34.

58. Takaishi S, Cui G, Carlson JE, Varro A, Dockray GJ, Ge Z, Whary MT, Rogers AB, Fox JG, **Wang, TC**. Synergistic Inhibitory Effects on Gastrin and Histamine Receptor Antagonists in Helicobacter-Induced Gastric Carcinogensis. Gastroenterology. April 2004; 126:4: A-81.

59. Nomura S, Yamaguchi H, Ogawa M, **Wang TC**, Goldenring JR. Alterations in Gastric Mucosal Lineages Induced by Acute Oxynitic Atrophy in Normal and Gastrin Knockout Mice. Gastroenterology. April 2004; 126:4: A-92.

60. Normura S, Baxter T, Yamaguchi H, Vartapetian AB, Fox JG, Lee JR, **Wang TC**, Goldenring JR. Spem-Related Genes Including Prothymosin-Alpha Are Expressed in Gastric Dysplasia in H. Felis-Infected Mice. Gastroenterology. April 2004; 126:4: A-96.

61. Ferrand A, Bertrand C, Portolan G, Cui G, Carlson J, Pradayrol L, Fourmy D, Dufrense M, **Wang T**, Seva C. Signaling Pathways Contributing to Colonic Mucosa Hyperproliferation in Transgenic Mice Overexpressing Progastrin or Glycine-Extended Gastric.

62. Cui G, Takaishi S, Ai W, Carlson JE, Frederick DM, **Wang TC**. Gastric Cell Apoptosis Induced by Gastrin Stimulation is Mediated by CCK-B/Gastrin Receptors and Histamine-2 Receptors.Gastroenterology. April 2004; 126:4:A-273.

63. Rogers AB, Taylor NS, Xu S, **Wang TC**, Fox JG. Gastric Intraepithelial Neoplasia in Helicobacter Pylori Infected B6129 Mice is Not Promoted BY a High Salt Diet. April 2005;110:4:A19.

64. Takaishi S, Ai W, Tu S, Dubeikovskiy A, Dubeikovskaya Z, Smirnova I, Tran AV, Betz KS, **Wang TC**. Gastrin and Helicobacter-Infection Regulate Claudin gene Expression in the Tight Junction of Gastric Epithelial Cells: Claudin-7 Is a Novel Intestinal Metaplasia and Gastric Neoplasia Marker in Helicobacter-Infected Mice Stomach. April 2005;113:4:A-20.

65. Ai W, Liu Y, Takaishi S, Tu S, **Wang TC**. Tip60 Functions As a Potential Co-Repressor of Klf4 in Regulation of Human Histidine Decarboxylase Promoter. April 2005;395:4:A-57.

66. Tu S, Cui G, Takaishi S, Tran AV, Frederick DM, Carlson JE, Kurt-Jones E, **Wang TC**. Overexpressiion of Human Interleukin-1 beta in Transgenic Mice Results in Spontaneous Gastric Inflammation and Carcinogenesis. April 2005;421:4:A-62.

67. Ogawa M, Nomura S, **Wang TC,** Goldenring JR. Spasmolytic Polypeptide Expressing Metaplasia (sperm) in Spasmolytic Polypeptide (sp/tff2) Deficient Mice. April 2005;879:4:A-142.



**Exhibit B**

## Exhibit B
## Documents Reviewed

Production Documents:

| | | |
|---|---|---|
| PFC00011581 - PFC00011586 | PFC00227690 - PFC00227691 | PFC00245915 - PFC00246017 |
| PFC00246038 - PFC00246089 | PFC00751457 - PFC00751646 | PFC00756191 - PFC00756193 |
| PFC00756196 - PFC00756217 | PFC00756486 - PFC00756508 | PFC00769765 - PFC00769789 |
| PFC00794626 - PFC00794633 | PFC00805591 - PFC00805613 | PFC00808441 - PFC00808442 |
| PFC00814061 - PFC00814084 | PFC00823024 - PFC00823028 | PFC00859866 - PFC00859889 |
| PFC01579952 - PFC01579958 | PFC00865876 - PFC00865883 | PFC01547622 - PFC01547625 |
| PFC01579968 - PFC01579973 | PFC01579960 - PFC01579967 | PFC01580538 - PFC01580553 |
| PFC01582384 - PFC01582389 | PFC01579974 - PFC01579983 | PFC01597457 - PFC01597460 |
| PFC01597461 - PFC01597468 | PFC01591934 - PFC01591961 | PFC01597509 - PFC01597543 |
| PFC01597685 - PFC01597777 | PFC01597469 - PFC01597508 | PFC01597815 - PFC01597871 |
| PFC01597872 - PFC01597971 | PFC01597793 - PFC01597814 | PFC01598034 - PFC01598041 |
| PFC01598207 - PFC01598208 | PFC01597990 - PFC01598028 | PFC01598288 - PFC01598303 |
| PFC01602517 - PFC01602523 | PFC01598276 - PFC01598282 | PFC01602613 - PFC01602621 |
| PFC01602689 - PFC01602696 | PFC01602589 - PFC01602605 | PFC01602811 - PFC01602813 |
| PFC01602953 - PFC01602960 | PFC01602747 - PFC01602749 | PFC01603099 - PFC01603107 |
| PFC01603108 - PFC01603116 | PFC01603089 - PFC01603098 | PFC01603207 - PFC01603217 |
| PFC01603339 - PFC01603346 | PFC01603194 - PFC01603199 | PFC01603360 - PFC01603368 |
| PFC01603369 - PFC01603374 | PFC01603347 - PFC01603359 | PFC01603454 - PFC01603467 |
| PFC01603465 - PFC01603467 | PFC01603375 - PFC01603398 | PFC01603581 - PFC01603581 |
| PFC01604100 - PFC01604107 | PFC01603495 - PFC01603500 | PFC01604200 - PFC01604260 |
| PFC01604207 - PFC01604207 | PFC01604188 - PFC01604197 | PFC01605107 - PFC01605112 |
| PFC01605696 - PFC01605700 | PFC01605066 - PFC01605082 | PFC01606043 - PFC01606287 |
| PFC01606891 - PFC01606893 | PFC01605701 - PFC01606042 | PFC01606932 - PFC01606937 |
| PFC01606943 - PFC01606959 | PFC01606907 - PFC01606909 | PFC01607001 - PFC01607005 |
| PFC01607059 - PFC01607064 | PFC01606993 - PFC01607000 | PFC01607241 - PFC01607250 |
| PFC01607272 - PFC01607277 | PFC01607093 - PFC01607096 | PFC01607866 - PFC01607879 |
| PFC01609236 - PFC01609258 | PFC01607606 - PFC01607626 | PFC01609321 - PFC01609376 |
| PFC01609398 - PFC01609491 | PFC01609294 - PFC01609305 | PFC01609492 - PFC01609505 |
| | | |
| | | |
| | | |
| | | |

Deposition Exhibits:

| | | |
|---|---|---|
| DX 339 | DX 342 | DX 342 |
| DX 350 | PX 048 | |

Expert Reports:

| | |
|---|---|
| Helfgott | 5/5/2006 |

Other:

| |
|---|
| Approved Label for Relafen (nabumetone) NDA 19-583/S-025 |
| Aw et al, "Meta-analysis of Cyclooxygenase-2 Inhibitors and Their Effects on Blood Pressure," Arch. Intern. Med. 165: 1-7 (2005). |
| Bombardier et al, To the Editor RE: "Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen," N. Engl. J. Med. 344(18): 1398-99 (2001). |
| Bonnel and Karwoski. Division of Drug Risk. OPDRA Postmarketing Safety Review on thrombotic vascular events for Rofecoxib, Celecoxib and Etodolac. |
| Burnakis et al, Letters RE: "Cardiovascular Events and COX-2 Inhibitors," JAMA. 286(22): 2808-13 (2001). |
| Cryer, B, "Cox-2 Specific Inhibitor or Proton Pump Inhibitor Plus Traditional NSAID: Is Either Approach Sufficient for Patients at High Risk of NSAID-Induced Ulcers?," Gastroenterology; 127:1256-62 (2004). |
| Deeks et al, "Author's Reply," BMJ. 326: 336-336 (2003). |
| FDA CLASS approval to Searle with draft label (2002). |
| FDA form letter for NSAID template, Black Box label, and Medication Guide |
| FDA Medical Officer Review by Villalba of NDA 21-042 and NDA 21-052 (rofecoxib tablets and oral solution) |
| FDA Warning Letter to Merck (Ellsworth to Kelley) re: documented deviations from good manufacturing practices at Rahway, NJ, facility |
| Feldman et al, "Do Cyclooxygenase-2 Inhibitors Provide Benefits Similar to Those of Traditional Nonsteroidal Anti-Inflammatory Drugs, with Less Gastrointestinal Toxicity?," Ann Intern Med. 132:134-43. (2000). |
| Figure: CLASS: 1 Degree Endpoint KM Curve, Kaplan-Meier Estimator for CSUGIE Incidence |
| FPL Cover Letter to Simon, l. from Essig, E. for Approved Supplemnt NDA 20-998, S/009 Celebrex (celecoxib) |
| Gastoduodenal mucosa and dyspeptic symptoms in arthritic patients during chronic steroidal anti-inflammatory drug use, Am J Gastroenterol 1987; 82: 1153-8 (1987). |
| Geis, "CLASS Clarification: Reaffirms the Medical Importance of the Analyses and Results," BMJ USA. 2: 522-23 (2002). |
| Goldstein, "Gastrointestinal (GI) Event Rates in the CLASS study: 6-Month vs Longer-Term Follow-Up Analyses," Gastroenterol. 122(4): A469 (2002). |
| Hrachovec and Mora, "Reporting of 6-Month Data in a Clinical Trial of Celecoxib," JAMA. 286(19)" 2398 (2001). |
| Jennings-Peterson and Wolfe, Supplemental Letter RE: "Citizen's Petition to Remove the Cox-2 Inhibitors Celecoxib (Celebrex) and Valdecoxib (Bextra) from the Market," (2005). |
| Jones, "Efficacy and Safety of COX 2 Inhibitors," BMJ. 325: 607-8 (2002). |
| Juni et al, "Are selective COX 2 inhibitors superior to traditional non steroidal anti-inflammatory drugs?" BMJ. 324: 1287-1288 (2002). |
| Juni et al, "CLASS Clarification: Reaffirms the Medical Importance of the Analyses and Results," BMJ USA. 2: 522-23. (2002). |

| |
|---|
| Juni et al, "Systematic Review of Celecoxib for Osteoarthritis and Rheumatoid Arthritis," BMJ. 326: 334 (2003). |
| Juni et al, "The authors respond," BMJ. 2: 523-524 (2002). |
| Label for Mobic (meloxicam) tablets and oral suspension |
| Label: Bextra (valdecoxib); Label year 2001 |
| Letter to Essig from Goldkind RE: 12-04-2002 FDA Approval for Final Label |
| Lichtenstein et al. "Nonsteroidal anti-inflammatory drugs and the gastrointestinal tract: The double edged sword," Arth Rheum 1995; 38:5-18 |
| McAdams et al, 'Systematic Biosynthesis of Prostacyclin by Cyclooxygenase (COX)-2: The Human Pharmacology of a Selective Inhibitor of COX-2' Proc Natl Acad Sci USA 1999; 96:272-7 |
| Metcalfe et al, "Systematic Review of Celecoxib for Osteoarthritis and Rheumatoid Arthritis," BMJ. 326: 334-35 (2003). |
| Mobic (meloxicmam NDA 20-938) Medical Officer Review of Kent Johnson |
| Notebook of Expert Report Articles of Teva Expert Michael Wolfe |
| NSAID Medication Guide in the FDA template |
| Okie, "Missing Data On Celebrex," Washington Post (2001). |
| Pfizer's Briefing Book/Advisory Committee Briefing Document, "Celecoxib and Valdecoxib Safety." (2005). |
| Seibert et al, "The Biochemical and Pharmacological Manipulation of Cellular Cyclooxygenase (COX) Activity," Adv Prostaglandin Thromboxane Leukot Res. 21A: 45-51. (1991). |
| Slides: CLASS Celecoxib Long-term Arthritis Safety Study Agenda |
| Slides: Gastrointestinal Review Highlights of the CLASS Study (http://fda.gov/ohrms/dockets/ac/01/slides/3677s1_03_goldkind/sld001.htm) |
| Statistical Review of NDA 21-042 s-007 (Rofecoxib, Merck) RE: Gastrointestinal Safety Label Change reviewed by Villalba (Medical) and Li (Statistical) |
| Wright et al, To the Editor RE: "Reporting of 6-Month vs. 12-Month Data in a Clinical Trial of Celecoxib," JAMA. 286(19): 2398-99 (2001). |