## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PFIZER INC., | ) |
| PHARMACIA CORP., | ) **CONFIDENTIAL -** |
| PHARMACIA & UPJOHN INC., | ) **OUTSIDE ATTORNEYS'** |
| PHARMACIA & UPJOHN COMPANY, | ) **EYES ONLY** |
| G.D. SEARLE & CO., | ) |
| G.D. SEARLE LLC, | ) |
| SEARLE LLC (DELAWARE) and | ) Civil Action No: 04-754 (JCL) |
| SEARLE LLC (NEVADA) | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC. | ) |
| | ) |
| Defendant. | ) |

## EXPERT REPORT OF MARK J. IANNINI, M.D., M.P.H.

I, Mark J. Iannini, M.D., M.P.H., submit this report pursuant to Fed. R. Civ. P. 26(a)(2)(B) on behalf of plaintiffs, Pfizer Inc., Pharmacia Corp., Pharmacia & Upjohn Inc., Pharmacia & Upjohn Co., G.D. Searle & Co., G.D. Searle LLC, Searle LLC (Delaware), and Searle LLC (Nevada) ("Pfizer") to set forth the opinions I have formed and may offer at trial of this action and in rebuttal to certain positions advanced by the reports submitted on behalf of Teva Pharmaceuticals USA, Inc. ("Teva") by Dr. Simon Helfgott and Dr. Michael Wolfe.

## I.    Background

*Education and Experience*

1.    I am a practicing rheumatologist with the Carondelet Medical Group, a group of 70 physicians, in Tucson, Arizona. A copy of my *Curriculum Vitae* and a list of my publications is attached as Exhibit A.

2.        I received my Bachelor of Arts in Biology *cum laude* in 1975 from College of the Holy Cross in Worcester, Massachusetts and my Doctor of Medicine Degree in 1979 from Georgetown University in Washington D.C.  I am a member of Phi Beta Kappa and Alpha Omega Alpha, the Honor Medical Society.  In 1997 I received my Masters in Public Health degree from the University of Arizona, in Tucson, Arizona.

3.        I performed my internship and residency training in Internal Medicine from 1979 through 1981 at the Dartmouth-Hitchcock Medical Center in Hanover, New Hampshire.  From 1981 to 1982 I was an Internal Medicine Resident at Beth-Israel Hospital in Boston, Massachusetts which is affiliated with Harvard Medical School.  From 1984 through 1985 I was an Essential Clinic Fellow in the Arthritis Unit at Massachusetts General Hospital in Boston, Massachusetts and was a Clinic and Research Fellow from 1985 through 1986 in the Arthritis Unit.  From 1986 through 1988 I was a Research Fellow at Massachusetts General Hospital and a Visiting Scientist at the Department of Biology at Massachusetts Institute of Technology in Cambridge, Massachusetts.

4.        I am board certified in both Internal Medicine and Rheumatology.  I have been a practicing rheumatologist for approximately 20 years and am a Fellow in the American College of Rheumatology.  As a practicing rheumatologist, I diagnose and treat patients with osteoarthritis and rheumatoid arthritis as well as other rheumatic diseases.  In my current position, I presently see approximately 100 to 125 patients a week.  Approximately 75% of the patients I see have either rheumatoid arthritis or osteoarthritis, with the majority suffering from rheumatoid arthritis.  I prescribe therapies for treatment and management of these diseases including the use of non-steroidal anti-inflammatory drugs (NSAIDs), analgesics (such as

acetaminophen, hydrocodone, oxycodone, etc.), immunosuppressive drugs such as etanercept (Enbrel®), infliximab (Remicade®) and adalimumab (Humira®), and systemic cortocosteroids. Additionally, immunomodulatory agents such as methotrexate and leflunomide for the management of inflammatory arthritis are often prescribed. Joint injection therapy is also utilized as an adjunctive procedure. Patients are also referred to ancillary specialists such as orthopedic surgeons, physiatrists and neurologists.

5.      During my career, I have been active in training medical students, medical residents and fellows who are physicians in training with an interest in enhancing their knowledge in rheumatic diseases. From 1988 through 1991 I taught at the University of Virginia in the Department of Medicine and the Section of Rheumatology in Charlottesville, Virginia. I was responsible for lecturing in rheumatology in a variety of forums, from tutorials to Grand Round presentations, to the entire faculty. I was Chief of Rheumatology at Danbury Hospital which is one of the Yale University affiliated teaching hospitals. From 1994 through 1999 I was an Associate Professor of Clinical Medicine and the Chief of Rheumatology at the Veteran's Hospital, the major teaching hospital at the University of Arizona in Tucson, Arizona.[1] From 2000 through 2002 I was the Program Director for Rheumatology at Brackenridge Hospital, University of Texas Medical Branch in Austin, Texas. At each of these institutions I was responsible for developing the curriculum in Rheumatology for medical students, residents and/or medical house-staff. I have also been a visiting professor and lecturer at numerous hospitals and universities throughout the country giving presentations and conducting Grand Rounds with respect to NSAID therapy.

---

[1]     From 1999 to 2000 I was strictly in private practice in rheumatology in Maui, Hawaii.

6.      I am also active in research relating to rheumatic disease having been an investigator or co-investigator in several clinical trials including the use of tenidap for treatment of osteoarthritis and rheumatoid arthritis, the use of risedronate in osteoporosis, and the use of NSAIDs and misoprostol in patients with rheumatoid arthritis (the MUCOSA trial).  I am currently a principal investigator researching the safety of etoricoxib in osteoarthritis and rheumatoid arthritis and an investigator for the Amgen 20040144 study in rheumatoid arthritis.

*Compensation*

7.      I am being compensated at my usual rate as set forth in Exhibit B in connection with this proceeding.  My compensation is in no way dependent on the opinions I express or on the outcome of the case.

*Prior Testimony*

8.      I have not testified as an expert witness in the past four years.

## II.      Materials Considered

9.      In forming my opinions and preparing this report, I have reviewed and relied upon the materials cited and listed in this report, as well as the material listed in Exhibit C. I have considered the opinions of Dr. Helfgott and Dr. Wolfe set forth in their respective reports. I have also relied on my extensive knowledge, training and experience as a rheumatologist in forming the opinions set forth in this expert report and in rebuttal.

### III.    Subject Matter About Which I Expect to Testify

10.    I understand that this is a patent infringement action instituted by Pfizer for infringement of United States Patent Nos. 5, 466,823 ("the '823 patent," DX-012), 5,563,165 ("the '165 patent," DX-033) and 5,760,068 ("the '068 patent," DX-008) due to Teva's filing of an abbreviated new drug application ("ANDA") for a generic version of Celebrex®, which contains celecoxib as an active ingredient.

11.    I presently plan to testify and give opinions concerning:

(a)    the recognized gastrointestinal toxicity and intolerability of traditional NSAIDs and the risks associated with their use;

(b)    the properties of NSAIDs including GI safety and efficacy in osteoarthritis and rheumatoid arthritis and the use of NSAIDs in treating patients with osteoarthritis and rheumatoid arthritis;

(c)    relevant factors to a physician in evaluating a drug's safety and efficacy for patient use, including the role of marketing by pharmaceutical companies;

(d)    trials and studies concerning Celebrex® and/or other NSAIDs, including various endoscopic trials, the long-term open label trial for celecoxib, CLASS, SUCCESS-I and various epidemiology studies showing that Celebrex® results in fewer endoscopic ulcers, fewer symptomatic ulcers, fewer complicated ulcers and is associated with better overall gastrointestinal safety and tolerability;

(e)    relevant clinical information included in the various product inserts for Celebrex®; and,

(f)    promotional material and marketing efforts with respect to Celebrex®.

12.    I may address other matters in response to reports or other evidence offered by Teva.  I reserve the right to supplement or amend my opinions in response to opinions

expressed by defendant's experts, or in light of any additional evidence, testimony, discovery or other information relating to the aforementioned issues that may be provided to me after the date of this report. In addition, I expect that I may be asked to consider and testify about issues that may be raised by defendant's experts in their reports or at trial. I reserve the right to rely on any documents that Teva's experts use. In connection with my testimony, I may rely upon certain graphic or demonstrative exhibits that have not yet been prepared.

## IV. Gastrointestinal Toxicity and Intolerability of Traditional NSAIDs

13.     Non-steroidal anti-inflammatory drugs (NSAIDs) are one of the most widely prescribed classes of pharmacological agents given the commonality of musculoskeletal diseases which is their major indication.[2] Many rheumatologists and primary care physicians prescribe NSAID therapy for patients diagnosed with rheumatoid arthritis and osteoarthritis. Although initially found to be efficacious as analgesics, anti-inflammatories, and antipyretics, the gastrointestinal (GI) safety of "traditional" or "non-selective" NSAIDs[3] was questioned based upon observational studies demonstrating a significant increased risk of complicated upper gastrointestinal events *i.e.*, perforations, obstructions and bleeds ("POBs" or "CSUGIEs") as

---

[2]     *See, e.g.*, Laine, L. "The Gastrointestinal Effects of Nonselective NSAIDs and COX-2-Selective Inhibitors," S*emin. Arthritis Rheum.* 2002 Dec; 32(3 Suppl 1):25-32 (PFC01603360-68).

[3]     *See* FDA Public Health Advisory, April 7, 2005 (PFC01547622-25).

well as symptomatic ulcers or endoscopically documented ulcers in certain at risk populations, especially the elderly (> 60 years old).[4]

14.     Side effects relating to gastrointestinal tolerability, including dyspepsia and other upper gastrointestinal symptoms such as abdominal pain and nausea are a common cause of discontinuation of NSAID therapy.[5] If an arthritis patient decides to stop NSAID treatment then there is no benefit derived from that drug for that individual and that interferes with quality of life. Thus, an NSAID that is efficacious in treating the pain and inflammation associated with rheumatoid arthritis and osteoarthritis and also has fewer gastrointestinal side effects presents an advantage over competing drugs.

15.     In 1999, it was reported that serious gastrointestinal complications relating to NSAID use resulted in approximately 103,000 hospitalizations per year in the United States at an estimated cost of $15,000 to $20,000 per hospitalization resulting in an estimated annual cost of over $2 billion. Moreover, it had also been estimated that approximately 16,500 NSAID-

---

[4]     Based on the acknowledged risk for upper gastrointestinal side effects associated with traditional NSAID use, FDA approved labeling for each prescription NSAID includes a standard paragraph explaining "that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year." *See ,e.g.*, 2005 FDA Prescription NSAID Label Template; Paulus, H. "FDA Arthritis Advisory Committee Meeting: Serious Gastrointestinal Toxicity of Nonsteroidal Antiiflammatory Drugs; Drug -Containing Renal and Bilary Stones; Diclofenac and Carprofen Approved," *Arthritis and Rheumatism*, 1988; 31:1450-51 (PFC00808441-42).

[5]     Laine, L., "The Gastrointestinal Effects of Nonselective NSAIDs and COX-2-Selective Inhibitors," *Semin Arthritis Rheum.* 2002 Dec; 32(3 Suppl 1):25-32. 5% to 15% of rheumatoid arthritis patients discontinue NSAID therapy because of dyspepsia (PFC01603360-8).

related deaths occur per year in the U.S., many in the elderly.[6]  This data, however, does not

account for office visits to address patient complaints relating to the gastrointestinal tolerability

of NSAIDs.

16.     The etiology of NSAID-induced gastropathy is unknown, but the accepted

theory is based upon the inhibition of physiologically important prostaglandins that protect the

gastric mucosa against acid injury.  Aspirin is the prototypical NSAID historically, and is a well

known gastro-toxic drug.  The literature is replete with epidemiological observational studies

suggesting a strong correlation between traditional NSAID use and significant morbid and mortal

events secondary to upper GI perforations, obstructions and bleed.[7]

17.     For example, a large collaborative meta-analysis of the variability of risk

for GI complications associated with individual NSAIDs, it was found that compared to

ibuprofen, diclofenac had a pooled relative risk of 1.8, naproxen had a pooled relative risk of 2.2,

indomethicin had a pooled relative risk of 2.4 and piroxicam had a pooled relative risk of 3.8.[8]

---

[6]     Singh G. and Triadafilopoulos G., "Epidemiology of NSAID Induced Gastrointestinal Compliations", *J. Rheumatol.* 1999; 26 (suppl): 18-24 (PFC01604200-06).

[7]     *See, e.g.*, Singh G. and Triadafilopoulos G., "Epidemiology of NSAID Induced Gastrointestinal Complications", *J. Rheumatol.* 1999; 26 (suppl): 18-24 (PFC01604200-06).; *see also* Armstrong, C. and Blower A., "Non-Steroidal Anti-Inflammatory Drugs And Life Threatening Complications of Peptic Ulceration", *Gut* 1987; 28: 527-532 (PFC01602517-23).

[8]     Henry *et al.*, "Variability in Risk of Gastrointestinal Complications With Individual Non-Steroidal Anti-Inflammatory Drugs: Results of A Collaborative Meta-Analysis", *BMJ* 1996; 312:1563-66 (PFC01603185-88);  *see also* Garcia Rodriguez L. and Jick H., "Risk of Upper Gastrointestinal Bleeding and Perforation Associated With Individual Non-Steroidal Anti-inflammatory Drugs", *Lancet* 1994; 343: 769-72 (PFC01603085-88); Singh G. and Ramey D., "NSAID Induced Gastrointestinal Complications:  The

(continued...)

Even though ibuprofen is believed by some to be among the safer traditional NSAIDs, studies have shown a significant dose-response relationship in higher doses of ibuprofen for complicated upper gastrointestinal related events.[9]

18.    In addition to age and the specific NSAID used, other risk factors associated with developing gastrointestinal ulcers (including endoscopic ulcers, symptomatic ulcers and complicated ulcers) with traditional NSAID use include: a prior history of upper gastrointestinal bleeding and peptic ulcer disease; treatment in the prior six months with any anti-ulcer therapy; cigarette smoking; alcohol use; a diagnosis of rheumatoid arthritis or osteoarthritis; concurrent use of systemic steroids; anti-coagulant usage; use of higher doses of NSAIDs; duration of NSAID therapy; concurrent comorbid diseases (such as diabetes, congestive heart failure and hypertension); and, a high disability index.[10]

19.    Based on the observations with respect to upper gastrointestinal adverse events, physicians became very concerned and catalyzed scientists to develop safer alternative NSAIDs which maintained therapeutic efficacy while minimizing GI risk.  The medical field

---

ARAMIS Perspective - 1997", *J. of Rheumatology* 1998; 25 (suppl) 51:8-16 (PFC01607241-50).

[9]    Garcia Rodriguez L. and Jick H., "Risk of Upper Gastrointestinal Bleeding and Perforation Associated With Individual Non-Steroidal Anti-inflammatory Drugs", *Lancet* 1994; 343: 769-72 (PFC01603085-88); Bateman D., "NSAIDs: Time to Re-Evaluate Gut Toxicity", *Lancet* 1994 343: 1051-52 (PFC01602587-8).

[10]    *See, e.g.*, Singh G. and Triadafilopoulos G., "Epidemiology of NSAID Induced Gastrointestinal Compliations", *J. Rheumatol.* 1999; 26 (suppl): 18-24 (PFC01604200-06); Singh G. and Ramey D., "NSAID Induced Gastrointestinal Complications:  The ARAMIS Perspective - 1997", *J. of Rheumatology* 1998; 25 (suppl) 51:8-16 (PFC01607241-50).

realized that any reduction in NSAID-related GI toxicity could lead to a marked reduction in morbidity and mortality associated with traditional NSAID use.

20.  Attempts to develop safer drugs included enteric coating and slow-release formulations, to theoretically decrease the direct toxicity on the gastric mucosa.  However, it became clear that regardless of the route of administration, *i.e.* intravenous, rectal suppository or orally administered, there was no significant decrease of the observed frequency of complicated upper GI events.[11]  This finding supported the theoretical concept that the dominant mechanism for NSAID induced gastroenteropathy was due to the systemic inhibition of physiologically important upper GI prostaglandin synthesis.

21.  Further scientific investigation observed that there were several important GI protective prostaglandins which were constitutively produced such as prostaglandin $E_1$ and prostaglandin $I_2$ (sometimes called "house-keeping" prostaglandins).  Subsequently, a synthetic analog of prostaglandin $E_1$ was tested in a large double-blind clinical trial in a high risk population of rheumatoid arthritis patients called the MUCOSA trial.  Patients were randomized to either receive NSAIDs plus placebo or NSAIDs plus the prostaglandin $E_1$ analog (misoprostol) and complicated GI events, POBs, were evaluated in the two treatment groups. There was statistically significant advantage in reducing POBs in the misoprostol treated arm

---

[11]  Wallace J., "Nonsteriodal Anti-inflammatory Drugs and Gastroenteropathy:  The Second Hundred Years", *Gastroenterology* 1997 Mar;112(3):1000-16 (PFC01605066-82).

versus placebo. This observation gave further credence to what has become known as the Cox-2 hypothesis or paradigm.[12]

22. Celebrex® was developed and subsequently approved for marketing in the United States in 1998 for the treatment for signs and symptoms of osteoarthritis and rheumatoid arthritis.[13] Celebrex® was the first Cox-2 selective NSAID approved in the United States and, upon approval, the FDA announced that, unlike other NSAIDs, Celebrex® does not inhibit the Cox-1 enzyme at therapeutic doses. In addition, the FDA also announced the results of several endoscopic studies that were submitted with the New Drug Application (NDA) and "showed that patients taking Celebrex had a substantially lower risk of ulcers detected by endoscopy over the study period of 12 to 24 weeks compared to patients who took other NSAIDs."[14]

---

[12]    Silverstein *et al.*, "Misoprostol Reduces Serious Gastrointestinal Complications in Patients with Rheumatoid Arthritis Receiving Nonsteroidal Anti-Inflammatory Drugs: A Randomized, Double-Blind, Placebo-Controlled Trial", *Ann. Intern. Med.* 1995; 123; 241-49 (PFC01604188-97).

[13]    On December 31, 1998, the FDA approved Celebrex® for treatment of patients with rheumatoid arthritis and osteoarthritis. The FDA found that Celebrex® was an effective arthritis treatment in placebo and active-controlled clinical trials and demonstrated a substantially lower risk of ulcers detected by endoscopy. *See, e.g.*, NDA 20-998 Witter Medical Officer Review (PFC00245915-6017); NDA 20-998 Goldkind Medical Officer's Consult Review (PFC00246038-89); NDA 20-998 Lu Statistical Review and Evaluation (PFC01097509-43); NDA 20-998 Gao Statistical Review and Evaluation (PFC01597469-508); *see also* Approval Letter and Product Label (PFC00756196-217); *see also* FDA Talk Paper, "FDA Approves Celebrex for Arthritis," Dec. 31, 1998 (PFC00227690-1). Subsequently, the FDA approved Celebrex® to reduce the number of colorectal polyps in familial adenomatous polyps (FAP), for the treatment of acute pain and primary dysmenorrhea, and for the relief of signs and symptoms of ankylosing spondylitis. *See* Celebrex® Product Labels (PFC00769765-89, PFC00814061-84 and PFC01591934-61).

[14]    *See e.g.*, Dec. 31, 1998 FDA Talk Paper, "FDA Approves Celebrex for Arthritis" (PFC00227690-1).

23. Studies conducted subsequent to the initial endoscopy trials, including outcome studies and epidemiologic studies, support the initial conclusion that Celebrex® is associated with fewer gastrointestinal side effects compared to traditional NSAIDs on the market in the United States.

## V. Rheumatologists Consult Various Sources To Evaluate A Drug's Safety

24. Rheumatologists are highly educated, trained medical professionals. Rheumatology is a subspecialty of internal medicine requiring a minimum of two years additional training before being eligible to sit for the subspecialty board examination. The fellowship program in rheumatology exposes the trainee to the heterogeneous group of musculoskeletal and autoimmune diseases such as rheumatoid arthritis, osteoarthritis, lupus and osteoporosis. The experience allows the trainee to hone his or her clinical skills in the diagnosis and management of these complex diseases. In addition to the acquisition of clinical skills, the fellowship training program requires a research experience either in the clinical or basic science arena. These experiences allow the fellow to develop a more critical mind in assessing new clinical or basic science observations relevant to the rheumatic diseases.

25. Rheumatologists, as well as other physicians, use a variety of sources in aiding their decision-making as regards the efficacy and safety of pharmacologic intervention in treating their patients. When comparing a new drug's safety to that of existing medications, a prudent rheumatologist will consider relevant information from a variety of sources antecedent to writing a prescription. Such sources include the product label (or package insert) and references such as the *Physician's Desk Reference* (*PDR*) which contains information from the product label. For Celebrex®, the initial product label and entry in the *PDR* set forth relevant

gastrointestinal safety information, including important results and information from the several

endoscopic clinical trials submitted with the NDA.[15]

       26.      Additionally, objective medical reviews such as *The Medical Letter*®

provide information on newly marketed drugs and how they compare to existing medications

with similar indications.[16]  With respect to the original approval of Celebrex®, *The Medical*

*Letter*® set forth objective scientific information including the mechanism of action, results of

clinical trials and adverse effects.  The publication concluded that Celebrex® was as effective as

older NSAIDs in treating osteoarthritis and rheumatoid arthritis and caused fewer endoscopic

gastrointestinal ulcers than several older NSAIDs.

       27.      Other publications, such as peer-reviewed journals are also referenced.

Often a physician will subscribe to several journals that are relevant to their practice to keep

abreast of developments in treatments.[17]  To the extent clinical trials and post-marketing

surveillance data are reported in publications to which the physician subscribes, that information

is relevant and will be considered.

---

[15]    *See, e.g.*, Celebrex® Product label (PFC00756486-508); Special Studies; 1999
    *Physician's Desk Reference*, Supplement A, pp. A68-A71 (PFC01606882-86).

[16]    *The Medical Letter*® *on Drugs and Therapeutics*, Vol. 41 (Issue 1045) January 29, 1999,
    pp. 11-12 (PFC01606412-13).  This resource is an independent, peer-reviewed, non-
    profit publication that offers critical evaluation of drugs, with emphasis on new drugs.
    *See* www.medicalletter.org.

[17]    Dr. Helfgott's contention that the cost of journal subscriptions is a hurdle is inaccurate
    (Expert Report of Simon Helfgott ¶41).  Most prudent physicians subscribe to multiple
    medical journals and often have access to online resources such as *Medline*.

28.     Other sources such as medical conferences and discussions with colleagues also provide valuable input to clinical decision making with regards to prescribing of medications.  Once a drug has been on the market for some time, a physician's prior experience with the drug also is an influential factor determining choice of medication.  Within a specialized field such as rheumatology the safety and efficacy of a drug becomes well-known from personal experience as well as by informal discussions between colleagues.  If the drug is not effective, or has safety issues, its will not be widely utilized and the medical community will often discontinue its use over a period of time.

## VI.     Celebrex® Has Shown Improved GI Safety and Tolerability In Practice

29.     I have an extremely busy practice with over 5000 patients.  I see 100 to 125 patients per week and often prescribe NSAIDs.  I utilize GI risk factor analysis to assist me in making valid decisions in my choice of NSAID therapy.  I weigh efficacy versus safety in choosing the medication for my patients and based upon the preponderance of evidence, in my opinion, Celebrex® has a favorable GI safety and efficacy profile.

30.     Although there are alternative strategies for reducing frequency of NSAID related GI events such as concurrent use of misoprostol, $H_2$ blockers, and proton pump inhibitors (PPIs), I have found these strategies to be impractical, with poor patient acceptance and adherence.  For example, misoprostol is associated with frequent and dramatic events of GI intolerance leading to non-adherence and negating the intended GI advantage.  Strategies of concurrent treatment with PPIs and $H_2$ blockers, although valid, often in result in non-adherence, again, negating any GI advantage.  Many patients dislike taking one medication to offset the side effects associated with their primary medication, and many patients, especially the elderly, are

less adherent when having to remember to take two drugs, rather than one. In addition, $H_2$ blockers (and antacids) available prior to the time Celebrex® entered the U.S. market suppressed symptoms of GI toxicity but were not associated with meaningful reductions in endoscopic gastrointestinal ulcers.[18]

        31.     Prior to the development of Celebrex®, the first Cox-2 selective NSAID to be approved in the United States, I utilized many of the available traditional NSAIDs. Upon approval, I began to prescribe Celebrex® because of the GI safety benefit demonstrated in the endoscopic studies and set forth in the product label. These results were also recognized by objective sources I considered such as *The Medical Letter*®. In addition, I considered Celebrex®'s reported mechanism of action that it does not inhibit Cox-1 at therapeutic concentrations, unlike traditional NSAIDs.[19] Celebrex® was the only NSAID on the market with a Cox-2 selective mechanism of action.[20] Others NSAIDs such as etodolac (Lodine®), diclofenac (Voltaren®) and nabumetone (Relafen®) did not have that recognized mechanism of

---

[18]    Singh G. and Ramey D., "NSAID Induced Gastrointestinal Complications: The ARAMIS Perspective - 1997", *J. of Rheumatology* 1998; 25 (suppl) 51:8-16 (PFC01607241-50).

[19]    *See, e.g.*, Celebrex® Product Labels (PFC000756486-508, PFC00769765-89, and PFC00805591-613)."The mechanism of action of CELEBREX is believed to be due to the inhibition of prostaglandin synthesis, primarily via inhibition of cyclooxygenase-2 (COX-2), and at therapeutic concentrations in humans, CELEBREX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme."

[20]    Vioxx® and Bextra® entered the U.S. market after Celebrex® had been introduced. Both were approved by the FDA as Cox-2 selective NSAIDs, but are no longer available.

action and one would not expect those NSAIDs to demonstrate the same decrease in gastrointestinal ulcers.[21]

32.     Although one may not be able to show an efficacy advantage in clinical trials because of the subjective nature of efficacy determinations, I have seen many patients who were unresponsive to non-selective NSAIDs respond dramatically to Celebrex®, and many patients on Celebrex® were less likely to discontinue the medication due to upper GI symptoms such as dyspepsia or nausea.  I also have found that patients are more adherent to NSAID therapy with Celebrex® compared to the traditional NSAIDs and are much less likely to switch to other medications, which is consistent with published reports.[22]

33.     I have also personally observed fewer symptomatic ulcers and fewer complicated upper GI events in my patient population treated with Celebrex®.  In contrast, prior to the availability of Celebrex®, I observed more symptomatic ulcers and complicated upper GI ulcer events in patients treated with traditional NSAIDs including ibuprofen, naproxen, piroxicam, indomethacin, diclofenac, nabumetone and etodolac.

_____

[21]     *See, e.g.*, April 7, 2005 FDA Public Health Advisory (PFC01547622-25). The FDA lists etodolac, diclofenac and nabumetone as non-selective NSAIDs.

[22]     *See also* Wolfe *et al.*, "Longer Use of Cox-2-Specific Inhibitors Compared to Nonspecific Nonsteroidal Antiinflammatory Drugs in a Longitudinal Study of 3639 Patients in Community Practice", *J. Rheumatol.* 2004; 31:355-38 (PFC01605615-18); Zhao *et al.*, "Drug Switching Patterns Among Patients With Rheumatoid Arthritis And Osteoarthritis using Cox-2 Specific Inhibitors and Non-specific NSAID", *Pharmacoepidemiology and Drug Safety* 2003, (PFC01185330-40).

## VII.    Celebrex® Consistently Has Shown Improved GI Safety and Tolerability In Studies

34.    My clinical experience aligns with the observed results in clinical trials and various epidemiology studies that I have reviewed which repeatedly demonstrate that Celebrex® is associated with fewer endoscopic ulcers, fewer symptomatic ulcers, fewer complicated ulcers, and is associated with better overall gastrointestinal safety and tolerability.

35.    Gastrointestinal safety information is most valuable when consistent results are gathered and replicated in multiple studies at different study sites with different investigators using different protocols.  It is important to see consistent results, as those seen with Celebrex®, in different types of studies including observational studies, endoscopic studies and outcome based studies.

36.    In evaluating the consistency and reproducibility of results in assessing a drug's efficacy and safety one can not make a definitive opinion based solely on one study such as CLASS when other important information also is available.  Dr. Helfgott and Dr. Wolfe apparently did not consider the entirety of clinical data referent to Celebrex®.  The majority of the data supports a causal relationship between the use of Celebrex® and a decreased incidence of endoscopically defined ulcers as well as clinically significant GI events.  Even with respect to the 12-month data in the CLASS study results favored Celebrex®, and this observation is consistent with previous endoscopically based trials, observational studies and the subsequent SUCCESS-I study.

### A.    Endoscopic Studies Show That Celebrex® Is Associated With Fewer Endoscopic Ulcers and Fewer Complicated Ulcers

37.     As previously discussed, the original product label for Celebrex®, as well as the current label, includes meaningful GI safety data gathered from endoscopic studies of which I have been aware of since the original approval of Celebrex® by the FDA.  The hypothesis tested by the clinical trials was that Celebrex® would "have anti-inflammatory and analgesic effects (through Cox-2 inhibition) but without the deleterious GI effects of NSAIDs (through Cox-1 inhibition)."[23]

38.     Endoscopically-defined ulcers are accepted as a reliable surrogate marker for clinically significant upper gastrointestinal events (*i.e.*, complicated ulcers including perforations, obstructions and bleeding or "POBs") and were the surrogate of choice for the NDA to assess gastrointestinal safety.  While critics argue that an exact correlation between endoscopic ulcers and complicated ulcers has not been *proven*, that does not negate the fact "certainly no better surrogate exists for the more clinically relevant endpoints of bleeding, perforation, obstruction and death."[24]  The MUCOSA study supports the theory that endoscopic ulcer rates generally correlate to the incidence of complicated ulcers.[25]

---

[23]     NDA 20-998 Witter Medical Officer Review at pp. 67-77 (PFC01607407-605; also produced at PFC00245915-PFC00246017).

[24]     NDA 20-998 Goldkind Medical Officer's Consult Review at p. 4 (PFC00246038-89); NDA 21-042 and 21-052 Goldkind Medical Officer Review at p. 104 (PFC01597685-777), ("Endoscopic ulcers represent an important endpoint in testing the hypothesized safety of COX-2 selective agents.").

[25]     NDA 20-998 Goldkind Medical Officer's Consult Review at p. 4 (PFC00246038-89) NDA 21-042 and 21-052 (PFC01597565-677); citing Silverstein *et al.*, "Misoprostol Reduces Serious Gastrointestinal Complications in Patients with Rheumatoid Arthritis Receiving Nonsteroidal Anti-inflammatory Drugs," *Ann Intern Med.* 1995; 123:241-249 (PFC01604188-97);  CLASS Goldkind Advisory Committee Briefing Document, p. 42 (PFC01597685-777).

39.     A direct correlation is not possible to ascertain with certainty because if a patient develops a GI symptom associated with an endoscopically detected ulcer, he or she will be taken off NSAID therapy and will receive treatment to prevent the ulcer from progressing to complication.  However, there can be no genuine argument that for a complicated ulcer to develop, an individual must first develop an ulcer that would be detectable by endoscopy.  A relationship between the two clinical endpoints does exist, and data regarding the incidence of endoscopic ulcers provides invaluable information regarding NSAID GI safety.

40.     The studies submitted in the NDA and set forth in the Celebrex product label demonstrate that Celebrex® is efficacious in treating arthritis and is associated with fewer gastrointestinal adverse events.  Celebrex® demonstrated a statistically significant decrease in the incidence on endoscopic ulcers compared to naproxen and ibuprofen.  With respect to diclofenac, the FDA found that one study showed "superiority" over diclofenac while the other trial with diclofenac demonstrated a trend favoring a lower risk of ulcers using Celebrex®.  With respect to concomitant aspirin use, the FDA concluded that there is a lower risk associated with use of Celebrex® and aspirin than use of naproxen or ibuprofen.[26]

---

[26]     NDA 20-998 Witter Medical Officer Review at pp. 69-77 (PFC01607407-605); NDA 20-998 Goldkind Medical Officer's Consult Review (PFC01597565-677);  NDA 20-998 Gao Statistical Review (PFC01597469-508); NDA 20-998 Lu Statistical Review (PFC01597509-43);  Goldkind Dec. 1, 1998 Hearing Transcript at 124-125 ("In study 71...there was no statistically significant difference between each group (Celebrex® versus diclofenac), although the percentages themselves do indicate a trend." (PFC01605701-6042);  S*ee also* Simon L *et al*. "Anti-inflammatory and Upper Gastrointestinal Effects of Celecoxib in Rheumatoid Arthritis: A Randomized Controlled Trial," *JAMA* 1999; 282:1921-1928 (PFC00794626-33).

41.     The GI safety information demonstrated by the endoscopic studies, in my opinion, is strong evidence that weighs in favor of prescribing Celebrex®.  Important data derived from the endoscopic studies was (and is) contained in the product insert.[27]  The incidence rate for endoscopic ulcer and the incidence of gastrointestinal adverse events, such as abdominal pain and dyspepsia, for each medication represents clinically meaningful information which is needed to compare various NSAID treatment options.  The FDA's inclusion of this information in the product label insert highlights the importance of the results, and also indicates that the FDA wanted the information to be readily available to physicians.

**B.     CLASS Shows That Celebrex® Is Associated With Fewer GI Side Effects**

42.     The CLASS study was comprised of two trials that compared Celebrex® 400 mg BID) with the traditional NSAIDs diclofenac (75mg BID) and ibuprofen (800 mg TID).  The primary end point for the study was complicated ulcers (referred to as "CSUGIEs" or "POBs" including bleeding, perforation or gastric obstruction) and data with respect to the development of symptomatic ulcers and the effect of aspirin use was also collected.[28]   The combined endpoint for complicated and symptomatic ulcers ("PUBs") was also analyzed.  The incidence of PUBs is a clinically relevant endpoint to physicians and the FDA.[29]

---

[27]     *See* Celebrex® Product Label Inserts (PFC00756486-508; PFC00859866-89; and PFC01591934-61).  I note that the current product insert label contains endoscopic ulcer rate information for naproxen and diclofenac SR, but not for ibuprofen.

[28]     NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 5-22; NDA 20-998/S-009, CLASS Goldkind Advisory Committee Briefing Document, pp. 5-13, 21-23 and Appendix I, pp. 70-91 (PFC01597685-777).

[29]     CLASS Goldkind Advisory Committee Briefing Document, pp. 21-22 (PFC01597685-777).

43.     Patients were randomly assigned to an NSAID and aspirin use for cardiovascular prophylaxis (≤ 325 mg per day) was permitted.  Each protocol consisted of at least 26-weeks of treatment, with a maximum potential treatment of 1 year or 65 weeks.  As agreed upon with the FDA, the two protocols were originally planned to continue until each patient had the opportunity to remain in the study for at least 6 months and at least 20 complicated ulcers occurred in each protocol, or a maximum of 45 complicated ulcers occurred in the two protocols combined.  However, during the study, the actual rate of complicated ulcers slowed considerably and unexpectedly stopped occurring in the NSAID comparator groups.  Thus, after consultation with the FDA, the protocols were terminated without the target number of events being reached after notice to the clinical investigators.[30]

44.     In September 2000, investigators for the CLASS Study published 6-month data and findings from the CLASS Study in *JAMA*, which I read and considered at the time of its publication.[31]  The authors reported statistically significantly fewer complicated and symptomatic ulcers associated with Celebrex® as compared to the pooled NSAID comparators.  With respect to non-aspirin users, there were statistically significantly fewer complicated ulcers as well as complicated and symptomatic ulcers in Celebrex® users as compared to the pooled NSAID comparators.  In discussing the primary endpoint of ulcer complications among all patients, the *JAMA* authors explicitly stated that "the rate for ulcer complications did not differ"

---

[30]     NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 8-10.

[31]     Silverstein *et al.*, "Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal Anit-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis, The CLASS Study: A Randomized Controlled Trial," *JAMA* 2000; 284:1247-1255 (DX-342); *see also* Silverstein *et al.*, Reply, *JAMA* 2001; 286:2398-9 (PFC01603194-99).

between patients taking Celebrex® compared to patients taking NSAIDs.[32]  Moreover, the

accompanying editorial also pointed out that fact.[33]  Therefore, I disagree with Dr. Helfgott's

contention that the *JAMA* article suggested that Celebrex® had met the primary endpoint or made

a "clean sweep." (Helfgott ¶ 50).

      45.    The fact that the Celebrex® did not meet the primary endpoint as reported

in the *JAMA* article, does not mean that one should ignore the data in CLASS that demonstrates

Celebrex® is associated with fewer complicated and symptomatic ulcers.  Dr. Wolfe and Dr.

Helfgott apparently adopt complicated ulcers as the only measure of a drug's GI safety.  I reject

their position.  Increased GI safety is also comprised of decreases in symptomatic ulcers,

endoscopic ulcers, and events of GI intolerability -- all factors that affect a patient on NSAID

therapy.[34]  Their error in focusing on complicated ulcers alone is exacerbated by their

interpretation of the CLASS study in comparison to VIGOR, and their failure to put the CLASS

study into context given the endoscopic data and observational studies showing Celebrex®'s GI

safety advantage.

---

[32]    Silverstein *et al.*, "Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal Anit-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis, The CLASS Study: A Randomized Controlled Trial," *JAMA* 2000; 284:1247-1255 (DX-342).

[33]    Lichtenstein D. and Wolfe M., "Cox-2 Selective NSAIDs New and Improved?", *JAMA* 2000; 284:1297-1299 (PFC01603465-7).

[34]    The standard NSAID template required by the FDA for all prescription NSAIDs includes information with respect to upper GI ulcers not solely complicated ulcers evidencing the fact that GI safety includes more than complicated ulcers alone.  *See* 2005 FDA Prescription NSAID template.

46.     Dr. Helfgott and Dr. Wolfe imply that Vioxx® has a proven GI safety advantage compared to Celebrex®.  However, CLASS and VIGOR are clearly different studies and are not susceptible to the type of comparison Dr. Helfgott and Dr. Wolfe are attempting to make.[35]  The study population in CLASS was a mixture of osteoarthritis patients (approximately 63%) and rheumatoid arthritis patients (approximately 27%) and VIGOR consisted solely of rheumatoid arthritis patients.  As noted by Dr. Wolfe (Wolfe ¶26), there may be a difference in GI risk in rheumatoid arthritis patients compared to osetoarthritis patients.[36]  Given that VIGOR was only looking at rheumatoid arthritis patients who have a higher GI risk, I would expect more patients in the VIGOR to suffer ulcer complications allowing the study to meet its clinical endpoints more readily.

47.     Additionally, Merck excluded concomitant aspirin use from the VIGOR study, which is recognized as an additional, independent risk factor.  Patients enrolled in the VIGOR trial had a mean age of 58 years (only approximately 24% in VIGOR were ≥ 65 years old and approximately 5% were ≥ 75 years old) versus a mean of 60 years for the CLASS study (over 40% of patients in CLASS were ≥ 65 years old, 10% were ≥ 75 years old).  It is widely recognized that patients >60 years-old have a higher risk for GI complications.  Furthermore, the comparator drug used in VIGOR, naproxen, is widely regarded as a drug with substantially more gastrointestinal toxicity than the comparator drugs used in the CLASS study.  These differences

---

[35]     *Compare* NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 7-9, 26-27 *with* VIGOR Goldkind Advisory Committee Briefing Document, pp. 9-13, 35-38 (PFC01597815-71).

[36]     Singh G. and Triadafilopoulos G., "Epidemiology of NSAID Induced Gastrointestinal Complications", *J. Rheumatol.* 1999; 26 (suppl): 18-24 (PFC01604200-60).

could result in an inherent bias in VIGOR favoring the likelihood that Vioxx would achieve its end points.

48.     Based on the VIGOR trial, Vioxx®'s labeling was modified with additional language stating that there was a decreased risk of GI toxicity for patients using Vioxx® compared to naproxen, but the FDA did not permit a GI safety claim with respect to NSAIDs as a class.  Moreover, the standard NSAID gastrointestinal warning regarding GI adverse events remained in the Vioxx® product label despite the additional language regarding naproxen.[37]  Dr. Wolfe and Dr. Helfgott erroneously state that the FDA granted a labeling change for comparison to "'traditional' non-selective NSAIDs" when, in fact, it was limited to naproxen alone.  (Wolfe ¶54, Helfgott ¶55).  Merck received a Warning Letter from the FDA for implying in its marketing and promotional material that the results from the VIGOR trial with respect to naproxen are applicable to the entire class of NSAIDs.[38]

49.     Dr. Wolfe and Dr. Helfgott make conflicting statements regarding the gastrointestinal safety of Cox-2 selective NSAIDs (Wolfe ¶¶52-53 and Helfgott ¶55).  As the FDA has acknowledged, it is believed that the inhibition of Cox-1 contributes to some of the adverse effects of traditional NSAIDs, including upper gastrointestinal ulcers.[39]  On one hand, Dr. Wolfe and Dr. Helfgott contend that although Celebrex® inhibits the Cox-2 enzyme without

---

[37]     *See, e.g.*, Vioxx® Product Label (PFC01607606-26); FDA Talk Paper, "FDA Approves New Indication and Label Changes for the Arthritis Drug, Vioxx," April 11, 2002 (PFC01598207-8).

[38]     Sept. 17, 2001 FDA Warning Letter to Merck & Co (PFC01598034-41).

[39]     *See* Dec. 31, 1998 FDA Talk Paper, "FDA Approves Celebrex for Arthritis," (PFC00227690-1).

inhibiting Cox-1 at therapeutic doses, the CLASS study does not support a corresponding gastrointestinal safety advantage. On the other hand, they embrace the GI safety advantage of Cox-2 selective NSAIDs citing another coxib, Vioxx®, and the VIGOR trial as support.[40] I do not accept their argument because both drugs are selective Cox-2 inhibitors which do not inhibit Cox-1 at therapeutic concentrations and, thus, would be expected to have a gastrointestinal safety advantage.

50. I am aware that subsequent to the publication of the *JAMA* article, the FDA reviewed data from the entire study period of the CLASS study.[41] In my opinion, the trends and general conclusions reached by the authors in the *JAMA* article are consistent with the data from the entire study period and, in my opinion, does not undercut the gastrointestinal safety of Celebrex® as demonstrated by the endoscopic studies. The FDA Medical Officer concluded that there was a statistically significant decrease of complicated and symptomatic ulcers in Celebrex® users compared to both NSAIDS combined, which is a clinically meaningful result to a physician who prescribes NSAIDs to patients.[42]

---

[40]     *Compare* e.g., Celebrex® Product Label "Mechanism of Action" (PFC01591934-61) with Vioxx® Product Label, "Mechanism of Action" (PFC01598249-74).

[41]     *See* NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 5-22; NDA 20-998/S-009, CLASS Goldkind Advisory Committee Briefing Document, pp. 5-13, 21-23 and Appendix I, pp. 70-91 (PFC01597685-777).

[42]     *See* NDA 20-998/S-009, CLASS Witter Medical Officer Review, pp. 48.

51. The complicated ulcer rate associated with Celebrex® reported in *JAMA* was also consistent with the data from the entire study period.[43] The FDA review reported an annualized ulcer complication rate of 0.44% in non-aspirin users taking Celebrex® which is the rate published in the *JAMA* article. Likewise, the FDA review reported an annualized ulcer complication rate of 0.73% in all patients taking Celebrex® for the entire study period compared to the 0.76% ulcer complication rate reported in *JAMA*. Thus, although the incidence rate of complicated ulcers in the non-aspirin user group no longer met statistical significance because of the lower rates in the NSAID comparators, the Celebrex® data supports a lower risk compared to the historical rates seen in traditional NSAIDs.[44]

52. I disagree with Dr. Wolfe's statements that the data for the entire study period "demonstrated markedly different results" that "contradicted the conclusions published in the *JAMA* article" (Wolfe ¶45). Nor do I agree with his statement that the *JAMA* article and the data set from the entire study period presented "diametrically opposed conclusions." (Wolfe ¶¶

---

[43] *Compare* CLASS Witter Medical Officer Review, pp. 34-35, Tables 13 and 14 with Silverstein *et al.*, "Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal Anit-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis, The CLASS Study: A Randomized Controlled Trial," *JAMA* 2000; 284:1247-1255 (DX-342).

[44] The meaning of the ulcer rates for diclofenac and ibuprofen past 6-months is questioned because users of both ibuprofen and diclofenac stopped incurring events. One would expect to see some rate other than zero given the previously reported risk rates associated with those drugs, the background rate for ulcers expected in individuals not taking NSAIDs, and the fact that naproxen continued to have events for the entire study period of VIGOR. *See* VIGOR Goldkind Advisory Committee GI Briefing Document, p. 17, Figures 4 and 5 (PFC01597815-71). All these considerations raised the issue of whether longer term data from CLASS were biased by patient withdrawals and the possible depletion of NSAID patients susceptible to GI events; but my conclusions above do not rely on how or whether one resolves that issue.

45-46).  Looking at the totality of the data gathered from the entire study period for CLASS, the general trends are consistent with previous and subsequent studies regarding the GI safety of Celebrex® (discussed below) and should be viewed in that context.

**C.**      **Numerous Other Studies Demonstrate That Celebrex® Is Associated With Fewer GI Side Effects**

53.      I have also reviewed and considered additional gastrointestinal safety data and studies that I have become aware of.  Each of these studies strengthens the conclusion that Celebrex® is associated with fewer gastrointestinal side effects compared to NSAIDs, as initially demonstrated by the endoscopic studies and further supported by the CLASS Study and my experience in prescribing Celebrex® to patients for over seven years.

**1.**      **Data Submitted With In The NDA Shows Celebrex® Is Associated With A Low-Rate of Complicated Ulcers**

54.      I have also reviewed additional clinical data submitted in the NDA with respect to the occurrence of clinically significant upper gastrointestinal events (defined as UGI bleeding, perforation or gastric outlet obstruction).  The occurrence of complicated ulcers (defined as UGI bleeding, perforation or gastric outlet obstruction) was determined through a monitoring program of 15 clinical trials submitted in the NDA (14 randomized controlled trials plus the long-term open label trial (discussed below)) which identified potential events associated with Celebrex® and the non-selective comparator NSAIDs.  In the randomized, controlled trials, the annualized incidence of clinically significant upper gastrointestinal events

were 0.2% for Celebrex®, 2.1% for naproxen, 1.3% for diclofenac and 1.6% for ibuprofen..[45]

This is clinically meaningful data that shows Celebrex® is associated with fewer complicated

ulcers compared to traditional NSAIDs that also can be prescribed to patients with rheumatoid

arthritis and osteoarthritis.

2. **The Long-Term Open Arthritis Label Study Shows Celebrex® Is Associated With A Low-Rate of Complicated Ulcers**

55. The North American Long-Term Open Label Arthritis Study, which

followed patients for 1 to 2 years, also shows that Celebrex® is associated with a low rate of

complicated ulcers. As reported to the FDA prior to approval of Celebrex® in 1998, there was an

annualized incidence of 0.26% for upper GI complications based on events recorded at the time

of the NDA submission, and a rate of 0.18 % for upper GI complications based on the 120-day

Safety Update.[46] By 2001, information from the Long-Term Open Label Arthritis Study showed

that the overall incidence of ulcer complications was 0.23 per 100 patient-years.[47] Again, this is

clinically relevant information that supports the conclusion that Celebrex® is associated with a

---

[45]  NDA 20-998 Witter Medical Officer Review at pp. 70-77 (PFC01607407-605); Dec. 1, 1998 Briefing Document for Celebrex® Capsules at pp. 98-101 (PFC00751457-646 at PFC00751563-66); Goldstein, J. *et al*. "Reduced Risk of Upper Gastrointestinal Ulcer Complications With Celecoxib, A Novel COX-2 Inhibitor," *Am. J. Gastroenterol.* 2000; 95:1681-1690 (PFC01603089-98).

[46]  Dec. 1, 1998 Briefing Document for Celebrex® Capsules at pp. 98-101 (PFC00751457-646 at PFC00751563-66); NDA 20-998 Witter Medical Officer Review at pp. 73-77 (PFC01607407-605); Goldstein, J. *et al*. "Reduced Risk of Upper Gastrointestinal Ulcer Complications With Celecoxib, A Novel COX-2 Inhibitor," *Am. J. Gastroenterol.* 2000; 95:1681-1690 (PFC01603089-98).

[47]  Feb. 7, 2001 Briefing Document for CLASS (PFC01227163-277 at PFC01227230-33).

low rate for complicated ulcers as also demonstrated by the clinical trials discussed in ¶54, above, and in SUCCESS discussed in ¶56-57, below

### 3. SUCCESS-I Shows A Clear Gastrointestinal Benefit With Celebrex® Use

56.     Recently, Singh *et al*. reported results from a study comparing Celebrex® to diclofenac and naproxen.[48]  SUCCESS-I is a with over 13,000 patients, using double-blind methodology in 39 countries in a community-based outpatient setting.  Potential serious upper gastrointestinal events (perforations, ulcer bleeding, obstructions and symptomatic ulcers) were reviewed and adjudicated to consensus by two independent committees that were blinded to patient randomization.

57.     SUCCESS-I shows a significant reduction in serious upper gastrointestinal events for patients treated with Celebrex® compared with pooled NSAID patients receiving naproxen or diclofenac.  Two separate GI committees, adjudicating events under slightly different methodologies, found statistically significant differences favoring Celebrex over the NSAID group both with respect to complicated ulcers alone and with respect to a combined endpoint of complicated and symptomatic ulcers.  The first committee (which required endoscopic confirmation of all lesions) found that the rate for ulcer complications in Celebrex® patients was significantly lower compared with the combined NSAID group at a rate of 0.1 per 100 patient-years versus 0.8 per 100 patient years, respectively.  The second committee found that the rate for ulcer complications in Celebrex® patients was significantly lower compared with

---

[48]     Singh G. *et al*. "Celecoxib Versus Naproxen and Diclofenac in Osteoarthritis patients: SUCESS-I Study," *Am. J Med.* 2006; 119:255-266 (PFC01604207-18).

the combined NSAID group at a rate of 0.20 per 100 patient-years versus 1.0 per 100 patient years, respectively.  A *post hoc* comparison of Celebrex® to each of the individual NSAIDs showed that patients on Celebrex® had numerically fewer clinically significant events (2 events; 0.1 per 100 patient-years) than diclofenac (3 events; 0.41 per 100 patient-years) or naproxen (4 events; 1.83 per 100 patient years).

58.     Furthermore, Celebrex® showed greater GI tolerability in SUCCESS than the non-selective NSAIDs with statistically fewer adverse events, including less abdominal pain, nausea and vomiting.

59.     The data and conclusions from SUCCESS provide meaningful data to a practicing clinician with respect to the gastrointestinal safety of Celebrex®.

**4.     Epidemiology Studies Consistently Show That Celebrex® Is Associated With A GI Benefit**

60.     The weight of evidence determining the relationship of traditional NSAIDs with clinically significant upper gastrointestinal events generally has been derived from epidemiological data.  These types of studies with respect to Celebrex® are useful because they provide data from multiple investigators in different clinical settings using different methodologies, yet show consistency and reproducibility of results as regards to GI safety.

61.     Nørgård *et al* performed a population-based case-control study in Denmark based on data from January 2000 through December 2002 analyzing 780 cases of high risk patients using non-aspirin NSAIDs, Vioxx® or Celebrex® with 2906 control patients.  The risk for upper gastrointestinal bleeding, reported as odds ratios, was 3.3 for non-aspirin NSAIDs

users, 2.1 for Vioxx® users and 1.3 for Celebrex® users. These results demonstrate that Celebrex® is associated with a lower risk of upper gastrointestinal bleeding in patients with previous gastrointestinal diseases or diseases that predispose the patient to gastrointestinal bleeding.[49]

62.     Mamdani *et al.* analyzed rate ratios of hospital admissions in groups taking non-selective NSAIDs (N=5391), diclofenac plus misoprostol (N=5087), Vioxx® (N=14,583) and Celebrex® (N=18,908) versus a control group (N=100,000) showed that Celebrex® had the lowest risk for upper gastrointestinal bleeding.[50]  The risk ratios associated for non-selective NSAIDs (4.0), diclofenac plus misoprostol (3.0) and Vioxx® (1.9) were significantly higher than that for Celebrex® (1.0) which was the same as the control group.

63.     Lanas *et al.* conducted a recent hospital based, case-controlled study in Spain analyzing admissions for GI bleeding between 2001 and 2004.[51]  In total, 2,777 patients with GI bleeding and 5,532 control patients were included in the analysis.  The adjusted relative risk estimate for Celebrex® was 1.0 compared to 2.1 relative risk for Vioxx®.  The relative risk of

---

[49]     Nørgård *et al.*, "Cox-2 Selective Inhibitors and the Risk of Upper Gastrointestinal Bleeding in High-Risk Patients With Previous Upper Gastrointestinal Diseases: A Population-Based Case-Control Study", *Aliment. Pharmacol. Ther.* 2004; 19:817-825, PFC01579974-83 (PFC01579974-83).

[50]     Mamdani *et al.*, "Observational Study of Upper Gastrointestinal Haemorrage in Elderly Patients Given Selective Cyclo-Oxygenase-2 Inhibitors or Conventional Non-Steroidal Anti-Inflammatory Drugs", *BMJ* 2002; 325:624 (PFC01579968-7).

[51]     Lanas *et al.*, "Risk of Upper Gastrointestinal Ulcer Bleeding Associated With Selective Cox-2 Inhibitors, Traditional Non-Aspirin NSAIDs, Aspirin, and Combinations", *Gut* May 10, 2006 (PFC01603375-98. Published online as 10.1136/gut.2005.080754).

upper GI bleeds for users of the pooled traditional NSAIDs was 4.4 compared to the pooled coxibs.

64.    Goldstein *et al.* used an insurance claims database to assess the risk of outpatient medical claims for upper gastrointestinal symptoms (including dyspepsia, abdominal pain and nausea or vomiting) among new users of Celebrex® as compared to ibuprofen and naproxen.[52]  Celebrex® users were older (mean age= 63.38 years), more likely to have a history of upper gastrointestinal or cardiovascular conditions, and had a longer duration of use (127 days) compared to the ibuprofen and naproxen groups.  The incidence rate for any upper gastrointestinal symptom was 0.46 per 1,000 patient days for Celebrex®, 0.70 per 1,000 patient days for ibuprofen and 0.62 per 1,000 patient days for naproxen.  Ibuprofen users were 1.49 times more likely to have an outpatient physician claim for abdominal pain or dyspepsia ($p < 0.001$) and naproxen patients were 1.40 times more likely ($p < 0.001$) as compared to Celebrex® patients.  For any abdominal pain, dyspepsia and nausea/vomiting, ibuprofen treated patients were 1.48 times more likely to experience these symptoms ($p < 0.001$) and naproxen patients were 1.40 times more likely ($p < 0.001$) more likely than Celebrex® patients to experience symptoms.

---

[52]    Goldstein *et al.*, "Incidence of Outpatient Physician Claims for Upper Gastrointestinal Symptoms Among New Users of Celecoxib, Ibuprofen, and Naproxen in an Insured Population in the United States", *Am. J. Gastroenterol.* 2003; 98:2627-2634 (PFC01579960-67).

## VIII. Celebrex® Has A Better GI Safety Profile Than Other NSAIDs

65.     Dr. Wolfe asserts that the claimed GI safety advantage of Celebrex® is derived principally from reliance on the predictive value of *in vitro* Cox-2 selectivity data rather than actual clinical data (Wolfe ¶50).  That is not correct.  GI safety information supportive of Celebrex® is included in its FDA-approved label, including results of endoscopically-defined ulcers and data regarding complicated and symptomatic ulcers derived from the CLASS Study.[53]  Based on this type of information, physicians prescribe Celebrex® because the drug associated with fewer endoscopic ulcers, fewer symptomatic ulcers, fewer complicated ulcers and is associated with better overall gastrointestinal safety and tolerability and maintains efficacy.

66.     Based on the totality of the data and my experience, I have found that the traditional NSAIDs that were available prior to Celebrex®'s introduction in 1999 do not have the same GI safety advantage as Celebrex®.  Dr. Wolfe asserts that *in vitro* selectivity for Cox-2 inhibition of compounds such as meloxicam[54], etodolac, and NS-398 (which is not a commercial NSAID) indicate that these compounds would also be expected to have less gastrointestinal side effects (Wolfe ¶¶14-15, 50).  The human body, however, is complex and *in vitro* data cannot fully predict how a drug will interact in people.  Thus, *in vitro* selectivity does not necessarily equate to less gastrointestinal side effects, and the FDA has required *in vivo* clinical data to

---

[53]    *See* Celebrex® Product Label (PFC01591934-61); *see also* Celebrex® Product Labels (PFC00769765-89 and PFC00814061-84).

[54]    I note that meloxicam was not available in the United Sates until 2000; however, it was marketed in Europe prior to U.S. approval.

support Cox-2 selectivity and its associated GI safety.[55]  Moreover, neither meloxicam or

etodolac are considered Cox-2 selective inhibitors by the FDA, and neither Dr. Wolf nor Dr.

Helfgott cite to any studies that show these drugs do not inhibit Cox-1 at therapeutic

concentrations in humans.[56]

67.    Meloxicam, which is considered by some to be more Cox-2 selective *in

vitro* than other traditional NSAIDs has been shown to be less GI sparing than Celebrex® in

actual use.  Lanas *et al.* recently reported that meloxicam had a similar relative risk rate for upper

GI bleeding compared to traditional NSAIDs.[57]  Another study by MacDonald *et al.* determined

that meloxicam was associated with a higher incidence of gastrointestinal bleeding (1.11

unadjusted relative risk; 0.84 adjusted relative risk) than a pooled group of Celebrex® and

Vioxx® users (0.56 unadjusted relative risk; 0.46 adjusted relative risk, p<0.043).[58]  Meloxicam

demonstrates a GI dose-toxicity effect between its approved dosages of 7.5 mg and 15 mg (and

---

[55]    *See, e.g.*, FDA Warning Letter to SmithKline Beecham Pharmaceuticals, March 13, 1998, ("no clinical benefit has been established" by *in vitro* studies)(PFC01597461-68); Administrative Documents for NDA 20-938, December 13, 1999 FDA Meeting Minutes, (regarding Mobic®:  "any description of COX-2 selectivity needs to be based on *in-vivo* studies").

[56]    *See* April 7, 2005 FDA Public Health Advisory (PFC01547622-25).  The FDA lists etodolac and meloxicam as non-selective NSAIDs.

[57]    Lanas *et al.*, "Risk of Upper Gastrointestinal Ulcer Bleeding Associated With Selective Cox-2 Inhibitors, Traditional Non-Aspirin NSAIDs, Aspirin, and Combinations", *Gut* May 10, 2006 (PFC01603375-98. Published online as 10.1136/gut.2005.080754).

[58]    MacDonald *et al.* "Channeling Bias and The Incidence of Gastrointestinal Haemorrhage in Users of Meloxicam, Coxibs, and Older, Non-Specific Non-Steroidal Anti-inflammatory Drugs", *Gut* 2003; 52:1265-1270 (PFC01603495-500).

escalates at even higher doses).[59]  However, the 7.5 mg dose is not as effective as the 15 mg dose.[60]

68.    With respect to Relafen® (nabumetone), the FDA advised SmithKline that it had "not submitted substantial evidence that nabumetone is COX-2 selective or 'gastrosparing'."[61]

69.    Dr. Wolfe also refers to studies that purportedly have shown that salsalate, nabumetone, and etodolac "incite fewer peptic ulcers" (Wolfe ¶15); however, he has not cited any studies to support that contention.  As discussed above, I have seen patients using nabumetone and etodolac develop symptomatic ulcers and complicated ulcers.  Additionally, salsalate is a less potent analgesic and anti-inflammatory compared to other NSAIDs and, thus, adherence is poor.

## IX.    Promotional Materials For Celebrex® Provide Important Drug Information

70.    The marketing and promotion of drugs by pharmaceutical companies is an additional source of information for physicians.  However, most judicious physicians view this

---

[59]    Lemmel *et al.* "Efficacy and Safety of Meloxicam in Patients With Rheumatoid Arthritis", *J. Rheumatol.* 1997; 24:282-90 (PFC01603434-43); *see also* NDA 20-938, Medical Officer's Review (Mobic®) at p. 24; Product Label for Mobic.

[60]    Reginster *et al.*, "A Double-Blind, Three-Week Study to Compare the Efficacy and Safety of Meloxicam 7.5 mg and Meloxicam 15 mg In Patients With Rheumatoid Arthritis", *Br. J. Rheumatol.* 1996: 35 (suppl.1):17-21 (PFC01604124-9);  Lemmel *et al.* "Efficacy and Safety of Meloxicam in Patients With Rheumatoid Arthritis", *J. Rheumatol.* 1997; 24:282-90 (PFC01603434-43).

[61]    Jan. 23, 1997 FDA Letter to SmithKline Beecham Pharmaceuticals (PFC01597457-60).

information critically because it is often promulgated from the marketing perspective. While marketing and promotion of drugs by pharmaceutical companies does increase awareness of new medications, much of the information provided relates to safety and efficacy of the drug as demonstrated by clinical studies. The physician often obtains a more objective understanding of the new medication from relevant scientific sources such as peer reviewed journals or medical news letters as noted above. While doctors may use marketing representatives as a source for product information, they rely on a more comprehensive dataset derived from the sources previously noted.

71.     I have reviewed the marketing materials cited by Dr. Helfgott and disagree with that they were "oversimplified", "misleading" or "exaggerated" (Helfgott ¶¶ 38-40). The arachidonic acid pathway is theoretical and highly complex. In order to effectively communicate the putative mechanism of action of Celebrex®, this pathway was appropriately simplified for busy primary care and musculoskeletal specialists (rheumatologists and orthopedic surgeons). Furthermore, to their credit, Searle and Pfizer provided references to peer reviewed scientific articles in prestigious journals if the physicians desired a more detailed understanding of this pathway.

72.     With regards to criticism that the marketing materials exaggerated Celebrex® as "breakthrough technology", I disagree. There was tremendous excitement and enthusiasm among clinicians after the identification of the Cox-2 isoform and the discovery of drugs that selectively inhibited Cox-2, such as Celebrex®, and its potential implications for clinical medicine. The potential safety implications of inhibiting the Cox-2 isoform and not Cox-1 as regards upper gastrointestinal events was novel. The NDA and resultant product

labeling support the mechanism of action and the attendant expected GI safety advantage. The marketing materials cited by Dr. Helfgott (Helfgott ¶40, Exhibit D: Feb 1999 and March 2001 materials) were accurate and consistent with the FDA announcement of Celebrex®'s approval and provide scientific data and medical information chiefly derived from figures, tables and text from the FDA approved product label.[62]

73.     With respect to the Groopman article published in *The New Yorker* magazine and reference to other popular literature regarding Celebrex®, I find the criticism irrelevant. Physicians, although interested in the perception of popular media regarding medical issues, do not seriously utilize these sources intellectually in making judgments regarding new treatments. Dr. Groopman's personal opinions regarding Celebrex® are just that, opinion that is subjectively based. Moreover, although a well-respected physician, he is not a rheumatologist or gastroenterologist. If there truly was a surge in patient demand based on popular literature such as the Groopman article, this is no different from what occurs with many new drugs that come on market, for example, Prilosec®. However, that does not explain Celebrex®'s continued success and use by physicians years later.

74.     I also disagree with Dr. Helfgott's contention that physicians are vulnerable to pharmaceutical sales personnel (Helfgott ¶42). As previously discussed, physicians are highly trained, intelligent professionals who utilize objective scientifically-based sources to assess new drugs. In the case of Celebrex®, the marketing materials I previously

---

[62]     *See* Dec. 31, 1998 FDA Talk Paper, "FDA Approves Celebrex for Arthritis" (PFC00227690-91); Celebrex® Product Labels (PFC000756486-508, PFC00769765-89, PFC00805591-613).

discussed were accurate and derived from the NDA and subsequent FDA approved label. Moreover, prior to the approval of Celebrex®, in 1997 and 1998 SmithKline was marketing Relafen® based upon the Cox-1/Cox-2 paradigm.[63] The contention that no competitors had the incentive to market aggressively and position themselves as competitors to Celebrex® is therefore not accurate.

75.     As regards the allegation that the marketing effort associated with the launch of Celebrex® was atypical and overly aggressive (Helfgott ¶43), I disagree. In my experience, with any new drug launch, a once-weekly visit schedule by sales representatives would be expected. For example, when Voltaren® (diclofenac) was launched in the United States in 1988, I was visited weekly by Ciba-Geigy representatives. Even with existing drugs in the market place such promotion is normal. For example, when I started my Rheumatology Fellowship in 1984, Syntex was heavily promoting Naprosyn® (naproxen) with once-weekly visits by a sales representative. Similarly, with respect to the claims that there was an unprecedented amount of samples provided for Celebrex® (Helfgott ¶44), I found no disparity with the quantity of samples provided compared with other pharmaceutical companies launching a new drug.

76.     With regard to direct-to-consumer advertising (Helfgott ¶¶46-47), I agree that it is one source for patients to obtain medical information to ask physicians about potential medications. However, it is the ultimate responsibility of a physician to judge the

---

[63]     *See* Jan. 23, 1997 FDA Letter to SmithKline Beecham Pharmaceuticals (PFC01597457-60); March 13, 1998 FDA Warning Letter to SmithKline Beecham Pharmaceuticals (PFC01597461-68).

appropriateness of prescribing such medication for each patient given their underlying medical problems. If the physician feels it is inappropriate to prescribe such a drug they should not be influenced by the patient's request or the availability of samples in making this decision. As a specialist patients are frequently referred to me by primary care physicians for consultations. In my experience, patients visiting a specialist expect accuracy in diagnosis and appropriate treatment. As a prudent physician one does not allow patient expectations with respect to a specific medication, if deemed inappropriate, to influence prescribing decisions.

77.     Dr. Wolfe and Dr. Helgott seem to argue that the commercial success of Celebrex® is due to marketing and, somehow, the publication of the *JAMA* article. However, Celebrex® was one of the most widely prescribed drugs shortly upon its introduction into the U.S. market, and long before the *JAMA* article was published, based upon the strength of the gastrointestinal safety data presented in connection with the original NDA. Subsequently, Celebrex®'s gastrointestinal safety has been consistently demonstrated through additional clinical trials and observational studies conducted over the last past 7 years, as well a real world patient experience. The drug has been widely accepted and remains an NSAID of choice.

Dated: June 23, 2006

Mark J. Iannini, M.D., M.P.H.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Expert Report of Mark Iannini, M.D., M.P.H. to be served by electronic mail on the 23rd day of June 2006 on the counsel for the defendant as follows:

> Thomas L. Creel
> Keith A. Zullow
> GOODWIN PROCTER LLP
> 599 Lexington Avenue
> New York, NY 10022
> Fax: 212-355-3333

I hereby certify that I caused a true and correct copy of the foregoing Expert Report of Mark Iannini, M.D., M.P.H. to be served by first class mail on the 26th day of June 2006 on the counsel for the defendant as follows:

> Thomas L. Creel
> Keith A. Zullow
> GOODWIN PROCTER LLP
> 599 Lexington Avenue
> New York, NY 10022
> Fax: 212-355-3333

Daniel Reisner

# Exhibit A

**MARK J. IANNINI, M.D., M.P.H.**
*CURRICULUM VITAE*

**Address:**  818 N. 11th Ave
      Tucson, AZ  85705

**Date of Birth:**  November 21, 1953

**Place of Birth:**  Worcester, Massachusetts

**SSN:**  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

## EDUCATION:

| | |
|---|---|
| 1975-B.A. | College of the Holy Cross, Worcester, MA (Biology) |
| 1979-M.D. | Georgetown University, Washington, D.C. |
| 1997-M.P.H. | University of Arizona |

## POSTDOCTURAL TRAINING:

### Internships and Residencies

| | |
|---|---|
| 1979-1980 | Internal Medicine Intern, Dartmouth-Hitchcock Medical Center, Hanover, NH |
| 1980-1981 | Internal Medicine Resident, Dartmouth-Hitchcock Medical Center, Hanover, NH |
| 1981-1982 | Internal Medicine Resident, Beth-Israel Hospital  (Harvard), Boston, MA |
| 1984-1985 | Essential Clinic Fellow, Arthritis Unit, Massachusetts General Hospital, Boston, MA |
| 1985-1986 | Clinical and Research Fellow, Arthritis Unit, Massachusetts General Hospital, Boston MA |
| 1986-1988 | Research Fellow, Arthritis Unit, Massachusetts General Hospital, Visiting Scientist, Department of Biology, Massachusetts Institute of Technology |

## PROFESSIONAL APPOINTMENTS:

| | |
|---|---|
| 1981-1983 | Primary Care Physician, Family Medical Center,  San Ramon, CA |
| 1981-1984 | Director, Primary Care Outpatient Teaching Program, Worcester City Hospital (UMASS Medical Center Affiliate) |
| 1986 | Internal Medicine Consultant, Massachusetts Eye and Ear Infirmary |
| 1987 | Rheumatology Consultant, Chelsea-MGH Health Center |
| 1988-1991 | Assistant Professor of Medicine, Department of Internal Medicine, Division of Rheumatology, University of Virginia Health Sciences Center, Charlottesville, VA. Attending Physician in Internal Medicine, UVA Health Sciences Center |
| 1988-1991 | Director, Lupus Clinic, Department of Medicine, Division of Rheumatology, University of Virginia Health Sciences Center, Charlottesville, VA |
| 2000-2002 | Director of Rheumatology, Training Program, Breckenridge Hospital, UTMB |

| | |
|---|---|
| 1991-1994 | Staff Rheumatologist, Danbury Hospital |
| 1991-1994 | Assistant Clinical Professor of Medicine, Yale University, School of Medicine |
| 1992-1994 | Co-Director, Osteoporosis Center, Danbury Hospital |
| 1992-1994 | Associate Director, House-staff, Training Program, Danbury Hospital |
| 1992-1994 | Director of Lupus Program, Danbury Hospital |
| 1992-1994 | Chief, Section of Rheumatology, Danbury Hospital |
| 1992-1994 | Chairman, Medical Student Education Program |
| 1994-1999 | Associate Professor of Clinical Medicine, University of Arizona, School of Medicine |
| 1994-1999 | Chief of Rheumatology, Tucson Veteran's Administration Medical Center |
| 1994-1999 | Director of Lupus Program, University of Arizona Health Sciences Center |
| 1994-1999 | Consulting Rheumatologist, Indian Health Services |
| 1996-1999 | Consulting Rheumatologist, Coccidioidomycosis Center for Excellence, Tucson Veteran's Administration Medical Center, University of Arizona, HSC |
| 1999-2000 | Rheumatologist in private practice, Maui Health Center, Kahwui, HI Consulting physician, Maui Memorial Medical Center, Wailuku, HI |
| 2000-2002 | Rheumatologist, Austin Diagnostic Clinic, Austin, TX |
| 2002-present | Rheumatologist, Carondelet Medical Group, Tucson, AZ |
| 2004-present | Director of Osteoporosis Program, Carondelet Medical Group |

## AWARDS AND HONORS:

| | |
|---|---|
| 1975 | Phi Beta Kappa, Holy Cross Hospital |
| 1979 | Alpha Omega Alpha, Georgetown University |
| 1979-1980 | Outstanding Intern in Medicine, Dartmouth-Hitchcock Medical Center |
| 1983-1984 | Teacher-of-the-Year in Internal Medicine, Worcester City Hospital |
| 1986 | Physician Scientist Award, Massachusetts General Hospital/ National Institute of Health |
| 1990 | Nominee for Robert Bennett Bean Teaching Award for Pre-clinical Teaching University of Virginia |
| 1991 | Nominee for Dean's Excellence in Teaching Award, University of Virginia |
| 1993 | Nominee for Outstanding Teacher of the Year, Danbury Hospital |
| 1994 | Commencement Speaker, Internal Medicine Training Program, Graduation, Danbury Hospital |

## LICENSURES:

| | |
|---|---|
| 1981 | Massachusetts |
| 1982 | California |
| 1988 | Virginia |
| 1991 | Connecticut |
| 1994 | Arizona |
| 1999 | Hawaii |
| 2000 | Texas |

## PROFESSIONAL ORGANIZATIONS:

Fellow, American College of Rheumatology
Member, American Public Health Association
International Society for Clinical Bone Densitometry

## CERTIFICATION:

1982    American Board of Internal Medicine
1986    American Board of Internal Medicine/Rheumatology
2001    International Society for Clinical Bone Densitometry

## PUBLICATIONS:

Ferguson, W., Verret R., Reilly, E. Iannini, M and Eisen, H: S*erine esterase and hemolytic activity in human cloned cytotoxic T-lymphocytes.* J Exp.Med. 167:528-540, 1988

Iannini, M.J., Nakamura, S., and FU, S.M. *Human T. Cell activation: Evidence for multiple transduction pathways mediated through CD2.* Presented at ASCI Meeting (abstract), Clinical Research 38:431A, 1990

Iannini, M.J., and Fu, S.M., *Human T-cell activation: Evidence for multiple transduction pathways mediated through CD2.* Presented at ASBMB/All Meeting (abstract) Faseb.J 4:A2200, 1990

Howard, T.W., Iannini, M.J., Burge, J.J. and Davis, J.S., *Rheumatoid factor, cryoglobulinemia, anti-DNA and renal disease in patients with systemic lupus erythematosus.* J. Rheumatology, 1991

Fu, S.M., Cooper, C., Sung, S.S-J., Iannini, M.F., Kannapell, C.C., *Human T-cell activation: Preferential Induction of IL-2 and IL-4, NRNA in Multiple Transduction Pathways.* Presented at ASCI meeting (abstract), Clinical Research, 1991

Cannon, L, Bambidimos, A., Iannini, M.J., Shih, W., *Fatal Systemic Aspergillosis Complicating a Case of Wegener's Granulomatosis.* Presented at CT A.C.P. Meeting, 1993

Iannini, M.J., *A Proposal to Assess the Impact of Microcredit Financing on Maternal and Child Health and Nutritional Outcomes in Tanzania.* M.P.H., Thesis Project

P. Mease, Minor and James Clinica, Seattle, WA; J. Merrill , R. Lahita, St. Lukes Roosevelt Medical Center, NYC, NY, M. Iannini, U of AZ, Tucson, AZ, M. Petri, Johns Hopkins U, Baltimore, MD; E. Gintzler, Downstate Medical Center, Brooklyn, NY, M Gurwith; K. Schwartz, Genelabs Technologies, Inc., Redwood City, CA, for the GF701 (DHEA) Study Group *Double Blind, Placebo Controlled Multicenter Study of FL70(DHEA) for Systemic Lupus Erythematosus.*

**COMMITTEES**:

| | |
|---|---|
| 1988-1990 | Clinical Utilization Committee, University of Virginia Health Sciences Center |
| 1989-1991 | Introduction to Clinical Medicine Tutorial Committee, University of Virginia Health Sciences Center |
| 1988-1991 | Residency Selection Committee, University of Virginia Health Sciences Center |
| 1991 | Residency Selection Committee, Danbury Hospital |
| 1993 | Subcommittee on Internal Residency Review, Danbury Hospital |
| 1994 | Research Day Committee, Danbury Hospital |
| 1996-1998 | Quality Assurance Committee, Tucson VA Medical Center |
| 1996-1999 | Interview Committee, University of Arizona, College of Medicine |
| 2003-2005 | Professional Services Committee, Carondelet Medical Group |

## INVITED LECTURES:

1989

1. Rheumatology Symposium sponsored by University of Michigan
   <u>Lecture</u>: Non-steroidal Anti-Inflammatory Drug Therapy
2. Rheumatology Symposium sponsored by George Washington University and West Virginia University
   <u>Lecture</u>: Rheumatoid Arthritis
3. Medical Grand Rounds, University of Texas-Tyler
   <u>Lecture</u>: Non-steroidal Anti-inflammatory Drug Therapy
4. Medical Grand Rounds, University of Virginia
   <u>Lecture</u>: Hanoch Schonlein Purpura

1990

1. Medical Grand Rounds, University of Nevada-Las Vegas
   <u>Lecture</u>: Anti-Phospholipid Antibody Syndrome
2. Medical Grand Rounds, McGuire V.A.M.C., Medical College of Virginia
   <u>Lecture</u>: Sponyloarthropathy.
3. Visiting Professor, Medical College of Virginia; Rheumatology Grand Rounds
   <u>Lecture</u>: Antiphospholipid Antibody Syndrome
4. Orthopedic Grand Rounds, University of Virginia
   <u>Lecture</u>: Rheumatoid Arthritis
5. Neurology Grand Rounds, University of Virginia
   <u>Lecture</u>: C.N.S. Manifestations of Systemic Lupus Erythematosus
6. Medical Grand Rounds, Danbury Hospital (Yale)
   <u>Lecture</u>: Anti-Phospholipid Antibody Syndrome
7. Plastic Surgery Grand Rounds, University of Virginia
   <u>Lecture</u>: Rheumatoid Arthritis
8. Dermatology Grand Rounds, University of Arizona
   <u>Lecture</u>: Systemic Lupus Erythematosus
9. Nephrology Grand Rounds, University of Virginia
   <u>Lecture</u>: Renal Manifestations of S.L.E.
10. Endocrinology Grand Rounds, University of Virginia
    <u>Lecture</u>: Anti-Phospholipid Syndrome
11. Clinical Pathology Conference Discussant, University of Virginia.
    Case: Disseminated C.N.S. carcinomatosis Mimicking C.N.S. Vasculitis

12. Clinical Immunology Conference, University of Virginia
    Lecture:  Adjuvant Arthritis

1991
1. Rheumatology Symposium, Syracuse University
   Lecture:  Osteoarthritis
2. Rheumatology Symposium, University of Tennessee
   Lecture: Nonsteroidal Anti-Inflammatory Drug Therapy
3. Rheumatology Symposium, University of Massachusetts
   Lecture: Non-steroidal Anti-Inflammatory Drug Therapy
4. Visiting Professor, Dartmouth-Hitchcock Medical Center
   Lecture: (A) NSAID Therapy
            (B) Cytophagic Histiocytic Panniculitis Evidence for a T-cell Activation State
5. Pediatric Grand Rounds, Danbury Hospital, Yale, University
   Lecture: Wegener's Granulomatosis.
6. Medical Grand Rounds, University of Virginia
   Lecture: Polyarteritis Nodosum

1992
1. Medical Grand Rounds, St. Vincent's Hospital
   Lecture: Anti-Phospholipid Antibody Syndrome
2. Rheumatology Symposium, Medical College of Virginia
3. Visiting Professor, University of Virginia
   Lecture: Medical Grand Rounds Lecture: Spondyloarthropathy
4. Rheumatology Grand Rounds, Yale University
   Lecture: Cytophagic Histiocytic Panniculitis: Evidence for a T-cell Activation State.
5. Invited Lecturer, National Osteopathic Meeting, Atlantic City, NJ
   Lecture: NSAID Therapy
6. Orthopedic Grand Rounds, University of Virginia
   Lecture:  Osteoarthritis
7. Rheumatology Common Office Problems in Rheumatology

1993
1. Rheumatology Symposium Medical College of Virginia
   Lecture:  Common Office Problems in Rheumatology
2. Medical Grand Rounds, UMINI-Rutgers
   Lecture: NSAID therapy
3. Rheumatology Symposium, Cypress Foundation of Northern California
   Lecture:  NSAID Therapy

1994
1. Medical Grand Rounds, Danbury Hospital, Yale University
   Lecture: Primary Care Approach to Rheumatoid Arthritis.
2. Medical Grand Rounds, HIS, Gallup, New Mexico
   Lecture: NSAIDs
3. Medical Grand Rounds, HIS, Chinlee, Arizona
   Lecture:  NSAID Rx
4. Medical Grand Rounds, HIS, Tuba City, Arizona
   Lecture: NSAID Rx

1995

1. Medical Grand Rounds, University of Arizona
   Lecture: Steroid Rx in Rheumatoid Arthritis
2. Medical Grand Rounds, Tucson, VA Medical Center
   Lecture: Spondyloarthropathy
3. Management Conference, Tucson, VA Medical Center
   Lecture: Sweet's Syndrome
4. Management Conference, Tucson, VA Medical Center
   Lecture: Lupus Nephritis
5. Visiting Professor, University of Strasbourgh, France

1996

1. Medical Grand Rounds, Tucson Medical Center
   Lecture: Antiphospholipid Antibody Syndrome.
2. Medical Grand Rounds, Tucson VA Medical Center
   Lecture: Periarticular Rheumatic Disease
3. Management Conference, Tucson VA Medical Center
   Lecture: Approach to Vasculitis
4. Visiting Professor-Strasbourg, France
5. Visiting Professor, Swiss Tropical Institute of Medicine
6. Medical Grand Rounds, Ft. Huachuca, Arizona
   Lecture: SLE
7. Medical Grand Rounds, Davis-Monthan AFB
   Lecture: NSAID Rx
8. Medical Grand Rounds m Ft. Huachuca, Arizona
   Lecture: NSAID Rx
9. Rheumatology, Grand Rapids
   Lecture: Lupus Nephritis
10. Rheumatology in Grand Rapids
    Lecture: Hematologic Manifestations of SLE
11. El Tour de Tucson Rheumatology Symposium
    Lecture: Lupus Nephritis

1997

1. Visiting Professor, University of Strasbourgh, France
2. Visiting Professor, Swiss Tropical Institute of Medicine
3. Invited Speaker, University of Miami
   Lecture: Osteoarthritis Symposium
4. Lupus Conference
   Lecture: Anti-malarial Rx in SLE
5. Lupus Conference
   Lecture: B-cell Tolerance and Rx for Lupus Nephritis
6. Lupus Conference
   Lecture: Lupus Activity Measure Instruments

1998

1. <u>Lecture:</u> NSAID Therapy in St. George, Utah
2. <u>Lecture:</u> NSAID Therapy in Medical Grand Rounds, Prescott Medical Center
3. <u>Lecture:</u> NSAID Therapy, Medical Grand Rounds, Ft. Huachuca, AZ
4. <u>Lecture:</u> NSAID Therapy, St. Joseph's Hospital, Phoenix, AZ
5. <u>Lecture:</u> NSAID Therapy, Northwest Hospital, Tucson, AZ

1999

1. <u>Lecture:</u> COX-2 Technology, Tucson Medical Center, AZ
2. <u>Lecture:</u> COX-2 Technology, UNLV Hospital, Grand Rounds
3. <u>Lecture:</u> COX-2 Technology, Flagstaff Hospital, AZ
4. <u>Lecture:</u> COX-2 Technology, Sierra Vista Hospital, AZ
5. <u>Lecture:</u> COX-2 Technology, Payson Medical Center, AZ
6. <u>Lecture:</u> COX-2 Technology, St. George, Utah
7. <u>Lecture:</u> COX-2 Technology, Sun City, AZ
8. <u>Lecture:</u> COX-2 Technology, Mosquite, Utah
9. <u>Lecture:</u> COX-2 Technology, Las Vegas, Nevada
10. <u>Lecture:</u> Osteoporosis, AZ Pharmacists Annual Meeting
11. <u>Lecture:</u> Rheumatoid Arthritis, Medical Grand Rounds
    Miami Memorial Medical Center (MMMC)
12. <u>Lecture:</u> COX 2 therapy in Arthritis, Maui, Hawaii
13. <u>Lecture:</u> Osteoporosis, Medical Grand Rounds, MMMC

2000

1. <u>Lecture:</u> New Therapies in Rheumatoid Arthritis, MMMC
2. <u>Lecture:</u> COX 2 Therapy in Arthritis, Honolulu, Hawaii

2001

1. <u>Lecture:</u> Current Concepts in Osteoporosis, NAMC
2. <u>Lecture:</u> Rheumatoid Arthritis, Grand Rounds, UTMB
3. <u>Lecture:</u> Lupus: Current Concepts, Grand Rounds, UTMB
4. <u>Lecture:</u> Ankylosing Spondylitis, Grand Rounds, NAMC
5. <u>Lecture:</u> Rheumatology in Primary Care, Grand Rounds, SAH

## TEACHING ACTIVITIES:

1988-1991 University of Virginia

1. Ward Attending, two months per year.
2. Consult Attending, three months per year.
3. Introduction to Clinical Medicine Tutor (3 hours per week for entire academic year).
4. Clinical Immunology Tutorial Leader.
5. Director of Introduction to Clinical Medicine (Rheumatology).
6. Clinical Correlation Lecturer for Anatomy Cause.
7. Lecturer for Advances in Internal Medicine Course.

8. Physical Diagnosis Tutor (three hours for entire Academic year).
9. Director of Lupus Conference.
10. Tutor for Summer Program for Minority Undergraduate Pre-Medical Students.
11. Group Leader for Summer Program for High School Students Interested in Medical Careers.
12. Lectures for Rheumatology Grand Rounds.
13. Teaching Attending for affiliated V.A.M.C. (Roanoke).
14. Lecturer for Faculty Rural Outreach Program.

1991-1994 Danbury Hospital (Yale University)

1. Ward Attending, three months per year.
2. Consult Attending (Rheumatology), six months per year.
3. Teaching Attending, Rheumatology Clinic.
4. Associate Director for Housestaff Training Program.
5. Chairmen of Medical Student Education Program.
6. Clinical Preceptor for Musculoskeletal Disease Course (New York Medical College).
7. Clinical Preceptor for Physical Diagnosis Course (Yale).
8. Lecturer for Meet the Professor Series (Yale).
9. Medical Student Teaching Attending, three months per year.

1994-1997 University of Arizona

1. Ward Attending, three months per year.
2. Consult Attending, twelve months per year.
3. Teaching Attending, Rheumatology Clinic, Tucson VA Medical Center.
4. Teaching Attending, Lupus Clinic, University of Arizona.
5. Outpatient Preceptor, third year students.
6. Outpatient Preceptor, Internal Medicine students.
7. ICM Lectures, Rheumatology, second year students.
8. Case Study Preceptor, Rheumatology, second year students.
9. Rheumatology Lectures for medical house-staff.
10. Preventive Seminar Lecture, Department, TMC.

2000-2002

1. Program Director for Rheumatology, University of Texas Medical Branch, Breckenridge Hospital, Austin, TX

## CURRICULUM DEVELOPMENT:

1998-1992 University of Virginia

1. Introduction to Clinical Medicine, Rheumatology Curriculum.
2. Rheumatology Elective Curriculum for House-staff and Students.
3. Clinical Immunology Curriculum for Students.
4. Rheumatology Curriculum for Post-Graduate Medicine Course.

1991-1994 Danbury Hospital (Yale University)

1. Internal Medicine Curriculum for Clinical Clerks (third year).
2. Rheumatology Curriculum for Medical Residents.

3. Rheumatology Curriculum for Meet the Professor Series.

**1994-1997 University of Arizona**

1. Rheumatology Curriculum for Medical House-Staff.
2. Rheumatology Curriculum for Medical Students.

**2000-2002  Director of Rheumatology, Brackenridge Hospital, UTMB, Austin, TX**

1. Rheumatology curriculum, UTMB.

## CLINICAL RESEARCH ACTIVITIES:

**1988-1991 University of Virginia**

1. Co-Investigator for Tenidap study in OA /RA.
2. Principal Investigator of Double-Blind Randomized Trial Studying the Mechanism of Action of ACTH Therapy for Acute Gout.
3. Principal Investigator for a Prospective Analysis of the Protective Effect of Rheumatoid Factor in Lupus Nephritis.

**1991-1994 Danbury Hospital  (Yale University)**

1. Principal Investigator  M.U.C.O.S.A.E. Trial (Searle Pharmaceutical).
2. Co-Investigator for Risedronate Trials for Osteoporosis (Proctor and Gamble).

**1994-1999 University of Arizona**

1. Principal Investigator: DHEA Treatment for SLE (Genelabs).
2. Principal Investigator: WinRho Therapy for Thrombocytopenia Associated with SLE.

**2000-2002**

1. Associate Investigator:  COX-2;anti-TNF; Osteoporosis Trials-Austin, TX.

**2002-Present**

1. Principal Investigator:  Safety of Etoricoxib vs diclofenac in OA and RA (Merck).
2. Principal Investigator:  Amgen 20040144 Study in Rheumatoid Arthritis.
3. Principal Investigator:  Amgen 20050141 Study in Osteoporosis.
4. Principal Investigator:  Amgen  20050145 Immunosurveillance Study of Enbrel.
5. Principal Investigator:  POROS Trial.

## GRANTS:

1986       Physicians Scientist Award, Massachusetts General Hospital (Harvard Medical School and Massachusetts Institute of Technology.

1991       Clinical Investigator Award, University of Virginia School of Medicine. "Analysis of Phosphorylation of Intracellular Proteins to Differentiate Human T Lymphocyte Activation Pathways.



**Exhibit B**

# EXHIBIT B

Literature/Chart Review:  $500/hr.

Deposition:  $800/hr.

Trial Testimony:  $7,500 per day (plus travel and lodging).
                       Time in excess of 4 hrs is considered a full day.

Expedite fee for review within14 days before meetings, depositions or giving testimony:  $500.

Cancellation of deposition with notice 14 days or less:  $3,750.

Cancellation of trial with notice seven days of less:  $7,500 per day reserved.

Cancellation of trial with notice 8-14 days:  $3,750.

Cancellation of trial 15 days or greater:  no charge.



**Exhibit C**

**Exhibit C**
**Documents Reviewed**

Production Documents:

| | | |
|---|---|---|
| PFC00227690 - PFC00227691 | PFC00235854 - PFC00235860 | PFC00245915 - PFC00246017 |
| PFC00246038 - PFC00246089 | PFC00751457 - PFC00751646 | PFC00756196 - PFC00756217 |
| PFC00794626 - PFC00794633 | PFC00756486 - PFC00756508 | PFC00805591 - PFC00805613 |
| PFC00808441 - PFC00808442 | PFC00812006 - PFC00812121 | PFC00814061 - PFC00814084 |
| PFC00823024 - PFC00823028 | PFC00859866 - PFC00859889 | PFC00865876 - PFC00865883 |
| PFC01185330 - PFC01185340 | PFC01547622 - PFC01547625 | PFC01579952 - PFC01579958 |
| PFC01579960 - PFC01579967 | PFC01579968 - PFC01579973 | PFC01579974 - PFC01579983 |
| PFC01580538 - PFC01580553 | PFC01582384 - PFC01582389 | PFC01591934 - PFC01591961 |
| PFC01597457 - PFC01597460 | PFC01597461 - PFC01597468 | PFC01597469 - PFC01597508 |
| PFC01597509 - PFC01597543 | PFC01597544 - PFC01597564 | PFC01597565 - PFC01597677 |
| PFC01597682 - PFC01597683 | PFC01597685 - PFC01597777 | PFC01597815 - PFC01597871 |
| PFC01597872 - PFC01597971 | PFC01597990 - PFC01598028 | PFC01598034 - PFC01598041 |
| PFC01598249 - PFC01598274 | PFC01598207 - PFC01598208 | PFC01602517 - PFC01602523 |
| PFC01602587 - PFC01602588 | PFC01598276 - PFC01598282 | PFC01602689 - PFC01602696 |
| PFC01602811 - PFC01602813 | PFC01602613 - PFC01602621 | PFC01602953 - PFC01602960 |
| PFC01603085 - PFC01603088 | PFC01603089 - PFC01603098 | PFC01603108 - PFC01603116 |
| PFC01603185 - PFC01603188 | PFC01603194 - PFC01603199 | PFC01603347 - PFC01603359 |
| PFC01603360 - PFC01603368 | PFC01603375 - PFC01603398 | PFC01603434 - PFC01603443 |
| PFC01603465 - PFC01603467 | PFC01603495 - PFC01603500 | PFC01603523 - PFC01603527 |
| PFC01603676 - PFC01603680 | PFC01604124 - PFC01604129 | PFC01604188 - PFC01604197 |
| PFC01604200 - PFC01604206 | PFC01604207 - PFC01604218 | PFC01604264 - PFC01604273 |
| PFC01605061 - PFC01605065 | PFC01605066 - PFC01605082 | PFC01605107 - PFC01605112 |
| PFC01605615 - PFC01605618 | PFC01605696 - PFC01605700 | PFC01605701 - PFC01606042 |
| PFC01606412 - PFC01606413 | PFC01606891 - PFC01606893 | PFC01606907 - PFC01606909 |
| PFC01606932 - PFC01606937 | PFC01606943 - PFC01606959 | PFC01606990 - PFC01606992 |
| PFC01606993 - PFC01607000 | PFC01607001 - PFC01607005 | PFC01607059 - PFC01607064 |
| PFC01607093 - PFC01607096 | PFC01607117 - PFC01607123 | PFC01607272 - PFC01607277 |
| PFC01607216 - PFC01607222 | PFC01607241 - PFC01607250 | PFC01609236 - PFC01609258 |
| PFC01607606 - PFC01607626 | PFC01607866 - PFC01607879 | PFC01609492 - PFC01609505 |
| PFC01609294 - PFC01609305 | PFC01609321 - PFC01609376 | PFC01606882 - PFC01606886 |
| | | |
| | | |

Deposition Exhibits:

| | | |
|---|---|---|
| DX 339 | DX 342 | DX 343 |
| DX 345 | DX 346 | DX 349 |
| DX 350 | PX 048 | |

Expert Reports:

| | |
|---|---|
| Expert Report of Simon Helfgott | 5/5/2006 |
| Expert Report of Michael Wolfe | 5/5/2006 |

Other:

| |
|---|
| Approved Label for Relafen (nabumetone) NDA 19-583/S-025 |
| Aw et al, "Meta-analysis of Cyclooxygenase-2 Inhibitors and Their Effects on Blood Pressure," Arch. Intern. Med. 165: 1-7 (2005). |
| Bombardier et al, To the Editor RE: "Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen," N. Engl. J. Med. 344(18): 1398-99 (2001). |
| Bonnel and Karwoski. Division of Drug Risk. OPDRA Postmarketing Safety Review on thrombotic vascular events for Rofecoxib, Celecoxib and Etodolac. |
| Burnakis et al, Letters RE: "Cardiovascular Events and COX-2 Inhibitors," JAMA. 286(22): 2808-13 (2001). |
| Deeks et al, "Author's Reply," BMJ. 326: 336-336 (2003). |
| FDA CLASS approval to Searle with draft label (2002). |
| FDA form letter for NSAID template, Black Box label, and Medication Guide |
| FDA Letter to Essig, E. from Goldkind, L. NDA 20-998, supplement S-009. June 7, 2002. |
| FDA Medical Officer Review by Villalba of NDA 21-042 and NDA 21-052 (rofecoxib tablets and oral solution) |
| FDA Warning Letter to Merck (Ellsworth to Kelley) re: documented deviations from good manufacturing practices at Rahway, NJ, facility |
| Feldman et al, "Do Cycloogenase-2 Inhibitors Provide Benefits Similar to Those of Traditional Nonsteroidal Anti-Inflammatory Drugs, with Less Gastrointestinal Toxicity?," Ann Intern Med. 132:134-43. (2000). |
| Geis, "CLASS Clarification: Reaffirms the Medical Importance of the Analyses and Results," BMJ USA. 2: 522-23 (2002). |
| Goldkind Slides: Gastrointestinal Review, Highlights of the CLASS Study, FDA Arthritis Advisory Committee Meeting February 7, 2001 |
| Goldstein, "Gastrointestinal (GI) Event Rates in the CLASS study: 6-Month vs Longer-Term Follow-Up Analyses," Gastroenterol. 122(4): A469 (2002). |
| Graham et al, "Risk of Acute Myocardial Infarction and Sudden Cardiac Death in Patients Treated with Cyclo-oxygenase 2 Selective and Non-selective Non-steroidal Anti-inflammatory Drugs: Nested Case-Control Study," Lancet. 365(9458): 475-81. (2005). |
| Groopman, "Medical Dispatch - Superaspirin," New Yorker. 32-5, 15 (1998). |
| Gupta, To the Editor RE: "Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen," N. Engl. J. Med. 344(18): 1398 (2001). |
| Hrachovec and Mora, "Reporting of 6-Month Data in a Clinical Trial of Celecoxib," JAMA. 286(19)" 2398 (2001). |
| Jennings-Peterson and Wolfe, Supplemental Letter RE: "Citizen's Petition to Remove the Cox-2 Inhibitors Celecoxib (Celebrex) and Valdecoxib (Bextra) from the Market," (2005). |
| Jensen, "NSAIDs revisited. Cyclooxygenase 2 (Cox-2) Inhibitors," Med Chem Res 5: 319-324 (1995). |
| Jones, "Efficacy and Safety of COX 2 Inhibitors," BMJ. 325: 607-8 (2002). |

Juni et al, "Are selective COX 2 inhibitors superior to traditional non steroidal anti-inflammatory drugs?" BMJ. 324: 1287-1288 (2002).

Juni et al, "CLASS Clarification: Reaffirms the Medical Importance of the Analyses and Results," BMJ USA. 2: 522-23. (2002).

Juni et al, "Systematic Review of Celecoxib for Osteoarthritis and Rheumatoid Arthritis," BMJ. 326: 334 (2003).

Juni et al, "The authors respond," BMJ. 2: 523-524 (2002).

Label for Mobic (meloxicam) tablets and oral suspension

Label: Bextra (valdecoxib) (2001)

Larkai et al, "Gastroduodenal Mucosa and Dyspeptic Symptoms in Arthritic Patients During Chronic Steroidal Anti-inflammatory Drug Use," Am J Gastroenterol. 82(11) 1153-8. (1987).

Lichtenstein et al, "Nonsteroidal Antiinflammatory Drugs and the Gastrointestinal Tract," Arthritis and Rheumatism. 38(1) 5-18 (1995).

Lichtenstein et al. "Nonsteroidal anti-inflammatory drugs and the gastrointestinal tract: The double edged sword," Arth Rheum 1995; 38:5-18

Luggen 2004, "Trials Are Short, Disease Long: Measuring Drug Utility Beyond Clinical Trials" J. Rheumatol. 2004; 31:2, 205-206

Mallaby, "A Worm at the Core of Capitalism," Washington Post, Monday, p. A21(2002).

Mandell, "COX2-selective NSAIDs: Biology, promises, and concerns," Cleveland Clinic Journal of Medicine 66: 5 (1999).

McAdam et al, "Contribution of Cyclooxygenase-2 to Elevated Biosynthesis of Thromboxane A2 and Prostacyclin in Cigarette Smokers," Circulation. 112(7): 1024-9 (2005).

Metcalfe et al, "Systematic Review of Celecoxib for Osteoarthritis and Rheumatoid Arthritis," BMJ. 326: 334-35 (2003).

Mobic (meloxicmam NDA 20-938) Administrative Documents 1999-2000 from FDA website (http://www.fda.gov/cder/foi/nda/2000/20-938_Mobic_admindocs.pdf)

Mobic (meloxicmam NDA 20-938) Medical Officer Review of Kent Johnson

Pfizer's Briefing Book/Advisory Committee Briefing Document, "Celecoxib and Valdecoxib Safety." (2005).

Pounder, "Silent Peptic Ulceration: Deadly Silence or Golden Silence?," Gastro. 96:-626-31(1989).

Scheiman et al, "Prevention of Ulcers by Esomeprazole in At-Risk Patients Using Non-Selective NSAIDs and COX-2 Inhibitors," Am J. Gastroenterol. 101:1-10 (2006).

Seibert et al, "The Biochemical and Pharmacological Manipulation of Cellular Cyclooxygenase (COX) Activity," Adv Prostaglandin Thromboxane Leukot Res. 21A: 45-51. (1991).

Shoen, "Mechanisms of Nonsteroidal Anti-Inflammatory Drug-Induced Gastric Damage," AM J Med. 86: 449-59 (1989).

Solomon et al, "Cardiovascular Risk Associated with Celecoxib in a Clinical Trial for Colorectal Adenoma Prevention," New England J Med. 352: 11 1071-1080 (2005).

Wolfe et al, "Gastrointestinal Toxicity of Nonsteroidal Antiinflammatory Drugs," N Engl J Med. 340: 1888-1899. (1999).

Wright et al, To the Editor RE: "Reporting of 6-Month vs. 12-Month Data in a Clinical Trial of Celecoxib," JAMA. 286(19): 2398-99 (2001).

Mobic (meloxicmam NDA 20-938) Medical Officer Review of Kent Johnson